**MATTHEW J. GOLLINGER** (Admitted *Pro Hac Vice*)
mgollinger@intactinsurance.com
Telephone: (952) 852-0485
**SARA L. MENTON (**Admitted *Pro Hac Vice*)
smenton@intactinsurance.com
Telephone: (781) 332-7109
**INTACT U. S. COVERAGE LITIGATION GROUP**
605 Highway 169 North, Suite 800
Plymouth, MN 55441

**NANCY BROWNSTEIN**, OSB #196033
nancybrownstein@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone:  (206) 622-3150
Facsimile:  (206) 757-7700

**ADAM JONES**, OSB #152429
adamjones@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 SW Fifth Avenue, Suite 2400
Portland, OR  97201
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LIBERTY NORTHWEST INSURANCE CORPORATION, an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York corporation, as transferee of BEDIVERE INSURANCE COMPANY, as successor to ONEBEACON AMERICA INSURANCE COMPANY/LAMORAK INSURANCE COMPANY,<br><br>Defendants. | Case No. 3:23-CV-00181<br><br>**DECLARATION OF SARA L. MENTON IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Page 1 – Declaration of Sara L. Menton in Support of Defendant's Motion for Summary Judgment

I, Sara L. Menton, declare as follows:

1. I am an attorney at law, admitted to practice before the courts of the states of Colorado and Wyoming, the United States District Court for the District of Colorado, and the United States Tenth Circuit Court of Appeals. I have been admitted to appear *pro hac vice* before this Court on behalf of Defendant Atlantic Specialty Insurance Company ("ASIC") in this matter.

2. This Declaration is based on my personal knowledge and, if called upon to do so, I would and could testify competently as to the matters set forth herein.

3. Attached as **Exhibit 1** is a true and correct copy of the September 27, 2016, Coverage Letter regarding the 2008-2009 Primary Policy, Bates numbered ASIC000599-610.

4. Attached as **Exhibit 2** is a true and correct copy of the August 17, 2016, Coverage Letter regarding the 2009-2010 Primary Policy, Bates numbered ASIC000589-598.

5. Attached as **Exhibit 3** is a true and correct copy of the @Vantage Information Technology Premier policy issued to TriQuint Semiconductor, Inc., with a policy period from June 1, 2008, to June 1, 2009, and policy number 711-00-98-39-0001, Bates numbered ASIC000001-303.

6. Attached as **Exhibit 4** is a true and correct copy of the @Vantage Information Technology Premier policy issued to TriQuint Semiconductor, Inc., with a policy period from June 1, 2009, to June 1, 2010, and policy number 711-00-98-39-0002, Bates numbered ASIC000304-588.

Page 2 – Declaration of Sara L. Menton in Support of Defendant's Motion for Summary Judgment

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of December, 2023, at Englewood, Colorado.

*/s/ Sara L. Menton*
Sara L. Menton, Esq.

Page 3 – Declaration of Sara L. Menton in Support of Defendant's Motion for Summary Judgment

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax