# <u>EXHIBIT 3</u>

**Declaration of Sara L. Menton**

**In Support of Defendant's**

**Motion for Summary Judgment**

**Case No. 3:23-CV-00181**



July 1, 2020

VIA EMAIL nancybrownstein@dwt.com

Nancy Brownstein, Esquire
Davis Wright Tremaine LLP
920 Fifth Ave.
Suite 3300
Seattle, WA  98104-1610

RE:        Insured:       TriQuint Semiconductor, Inc.
           Policy #:      711-00-98-39-0001
           Policy Period: 6/1/08-6/1/09
           Issuing Co.:   OneBeacon America Insurance Company

Dear Ms. Brownstein.

I certify that the enclosed is a true and complete copy of the above-referenced policy issued to
the above-referenced insured.

By:_____ 7/1/2020
Name: Scott Stinson
Title:        Underwriter
On behalf of

Enclosure

**OneBeacon Insurance Group** Claims Department    188 Inverness Dr. West, Englewood, CO 80112
Phone: (303) 531-3847 www.OneBeacon.com



OneBeacon America Insurance Company
1 Beacon Lane
Canton, MA 02021-1030


# FLORIDA REVISED MOTOR VEHICLE
# NO-FAULT LAW ENACTED
# NOTICE TO POLICYHOLDERS
### (APPLICABLE TO POLICIES WITH IN-FORCE PIP COVERAGE PRIOR TO JANUARY 1, 2008)


This notice summarizes the recent changes to your policy. No coverage is provided by this summary nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this summary, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

Dear Policyholder:

The Florida law governing the requirements of Personal Injury Protection Coverage (sometimes referred to as "No-Fault") was previously repealed, effective October 1, 2007.

Subsequently, the Florida legislature has taken action to reenact and revise the Florida Motor Vehicle No-Fault law effective January 1, 2008. This means your policy will continue to provide Personal Injury Protection Coverage as required by Florida law, which pays for the following: reasonable and medically necessary medical expenses, reasonably incurred replacement services expenses, loss of income and earning capacity, and death benefits, arising from injuries sustained by an insured as a result of a motor vehicle accident.

However, the reenacted and revised No-Fault law requires several changes to Personal Injury Protection Coverage, including but not limited to the elimination of spiritual healing treatments and services as a covered medical expense and the imposition of limitations on the type of health care providers and facilities that are eligible to receive reimbursement.

Since your policy already has Personal Injury Protection Coverage, that coverage is amended, effective January 1, 2008, to incorporate legally required changes without any additional premium. Therefore, you are not required to take any further action. Failure to maintain Personal Injury Protection coverage may result in the State of Florida suspending your driver's license and vehicle registration.

Enclosed are your revised policy forms that have been approved by the Florida Department of Insurance.

Contact your insurance agent for additional information about these changes and any additional coverage options that may be available to you.


Sincerely,


WILLIS OF OREGON INC.
ONE SW COLUMBIA STREET, SUITE 500
PORTLAND, OR 97258

ASIC000002   Exhibit 3
Page 2 of 303

# POLICY CHANGE 4

Effective 06/01/2008 , this endorsement forms a part of Policy No. 711-00-98-39-0001
(At the time stated in the policy)

issued to

TRIQUINT SEMICONDUCTOR, INC.
(See ASC 00 11 01 98, Schedule 1)
2300 NE BROOKWOOD PKWY
HILLSBORO, OR 97124-5300

Producer: WILLIS OF OREGON INC.

by OneBeacon America Insurance Company

In Accordance with this Policy Change Your Premium is Revised as follows:

█████████████████████████████

This Policy Change Amends the Following Policy Provisions:

Automobile Declarations, ACA 01 07 91

Add Form(s):
IL P 040 01 08                    FL REVISED MOTOR VEHICLE NO-FAULT LAW ENACTED
                                  NOTICE

Amend Form(s):
CA 02 67 01 08                    FL CHANGES - CANCELLATION AND NONRENEWAL
CA 21 72 01 08                    FL UM - NON-STACKED
CA 22 10 01 08                    FL PIP
CA 22 50 01 08                    FL EXTENDED PIP

3 4-46-0482 09/29/2008   RJW CPW PR 1.000

POLICY CHANGE
Page 1 of 1
ASIC000003   Exhibit 3
Page 3 of 303

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA UNINSURED MOTORISTS COVERAGE – NONSTACKED

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Florida, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective Date: | Policy Number: |
|---|---|
| 06/01/2008 | 711-00-98-39-0001 |
| Named Insured: | Countersigned By: |
| TRIQUINT SEMICONDUCTOR, INC. | |
| | (Authorized Representative) |

## SCHEDULE

| Limit Of Insurance: | $1,000,000 | Each "Accident" |
|---|---|---|

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. With respect to damages resulting from an "accident" with a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", we will pay under this coverage only if Paragraph **a.** or **b.** below applies:

   **a.** The limit of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or

   **b.** A tentative settlement has been made between an "insured" and the insurer of the "underinsured motor vehicle" and we:

      **(1)** Have been given prompt written notice of such tentative settlement; and

      **(2)** Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   **a.** The Named Insured and any "family members".

© ISO Properties, Inc., 2007
ARCHIVE

ASIC000004   Exhibit 3
Page 4 of 303

   **b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   **a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to:

**1.** Any claim settled or judgment reached without our consent, unless our right to recover payment has not been prejudiced by such settlement or judgment. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle".

**2.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

**3.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**4.** "Bodily injury" sustained by:

   **a.** An individual Named Insured while "occupying" or when struck by a vehicle owned by that individual Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form;

   **b.** Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form;

   **c.** Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy; or

**d.** Any "insured" with respect to damages for pain, suffering, mental anguish or inconvenience unless the "bodily injury" consists in whole or in part of:

   **(1)** Significant and permanent loss of an important bodily function;

   **(2)** Permanent injury within a reasonable degree of medical probability, other than scarring or disfigurement;

   **(3)** Significant and permanent scarring or disfigurement; or

   **(4)** Death.

**5.** Punitive or exemplary damages.

**6.** "Bodily injury" arising directly or indirectly out of:

   **a.** War, including undeclared or civil war;

   **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations. However, any recovery for damages sustained by an individual Named Insured or any "family member":

   **a.** While "occupying" a vehicle owned by that Named Insured or any "family member" may equal, but not exceed, the limit of insurance for Uninsured Motorists Coverage applicable to that vehicle.

   **b.** While "occupying" a vehicle not owned by that Named Insured or any "family member" may equal, but not exceed, the sum of:

     **(1)** The limit of insurance for Uninsured Motorists Coverage applicable to the vehicle such Named Insured or any "family member" were "occupying" at the time of the "accident"; and

© ISO Properties, Inc., 2007

ASIC000005   Exhibit 3
Page 5 of 303

**(2)** The highest limit of insurance for Uninsured Motorists Coverage applicable to any one vehicle under any one policy affording coverage to such Named Insured or any "family member";

**c.** While not "occupying" any vehicle may equal, but not exceed, the highest limit of insurance for Uninsured Motorists Coverage applicable to any one vehicle under any one policy affording coverage to an individual Named Insured or any "family member".

**2.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage Form, No-Fault Coverage Endorsement, Medical Payments Coverage Endorsement, or Uninsured Motorists Coverage Endorsement attached to this Coverage Part.

**3.** We will not make a duplicate payment under this Coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

**4.** We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

**E. Changes In Conditions**

The Conditions are changed for Uninsured Motorists Coverage Nonstacked as follows:

**1. Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are replaced by the following:

If there is other applicable insurance available under one or more Coverage Forms, policies or provisions of coverage:

**a.** The maximum recovery under all Coverage Forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any one Coverage Form or policy providing coverage on either a primary or excess basis.

**b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any collectible uninsured motorists insurance providing coverage on a primary basis.

**c.** If the coverage under this Coverage Form is provided:

**(1)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

**(2)** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

**a.** Promptly notify the police if a hit-and-run driver is involved; and

**b.** Promptly send us copies of the legal papers if a "suit" is brought.

**c.** A person seeking Uninsured Motorists Coverage must also promptly notify us in writing by certified or registered mail of a tentative settlement between the "insured" and the insurer of the vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle" and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle".

**3. Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights do not apply under this provision with respect to Uninsured Motorists Coverage if we:

**a.** Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of a vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle"; and

ASIC000006   Exhibit 3
Page 6 of 303

**b.** Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

**a.** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Uninsured Motorists Coverage; and

**b.** We also have a right to recover the advanced payment.

**4.** The following Condition is added:

**a. Arbitration**

**(1)** If we and an "insured" do not agree:

**(a)** Whether that person is legally entitled to recover damages under this endorsement; or

**(b)** As to the amount of damages that are recoverable by that person;

Then the matter may be mediated, in accordance with the Mediation Provision contained in General Conditions, if the damages resulting from "bodily injury" are for $10,000 or less, or arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

**(2)** Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**(3)** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**b. Florida Arbitration Act**

If we and an "insured" agree to arbitration, the **Florida Arbitration Act** will not apply.

**c. Mediation**

**(1)** In any claim filed by an "insured" with us for:

**(a)** "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto";

**(b)** "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto"; or

**(c)** "Loss" to a covered "auto" or its equipment, in any amount;

either party may make a written demand for mediation of the claim prior to the institution of litigation.

**(2)** A written request for mediation must be filed with the Florida Department of Financial Services on an approved form, which may be obtained from the Florida Department of Financial Services.

**(3)** The request must state:

**(a)** Why mediation is being requested.

**(b)** The issues in dispute, which are to be mediated.

**(4)** The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone, if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

**(5)** Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

**(6)** The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

© ISO Properties, Inc., 2007

CA 21 72 01 08

**F.  Additional Definitions**

As used in this endorsement:

1.  "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

2.  "Occupying" means in, upon, getting in, on, out or off.

3.  "Uninsured motor vehicle" means a land motor vehicle or "trailer":

    a.  For which no liability bond or policy applies at the time of an "accident";

    b.  That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or "trailer" for which a "bodily injury" liability bond or policy applies at the time of an "accident" but the amount paid under that bond or policy to an "insured" is not enough to pay the full amount the "insured" is legally entitled to recover as damages caused by the "accident";

    c.  For which an insuring or bonding company denies coverage or is or becomes insolvent; or

    d.  For which neither the driver nor owner can be identified. The land motor vehicle or "trailer" must:

        (1)  Hit an individual Named Insured or any "family member", a covered "auto" or a vehicle such Named Insured or any "family member" are "occupying"; or

        (2)  Cause an "accident" resulting in "bodily injury" to an individual Named Insured or any "family member" without hitting that Named Insured, any "family member", a covered "auto" or a vehicle such Named Insured or any "family member" are "occupying".

If there is no physical contact with the land motor vehicle or "trailer", the facts of the "accident" must be proved. We will only accept competent evidence other than the testimony of a person making claims under this or any similar coverage.

However, "uninsured motor vehicle" does not include any vehicle:

a.  Owned by a governmental unit or agency;

b.  Designed for use mainly off public roads while not on public roads; or

c.  Owned by or furnished or available for the regular use of the Named Insured, or if the Named Insured is an individual, any "family member" unless it is a covered "auto" to which the Coverage Form's Liability Coverage applies and liability coverage is excluded for any person or organization other than the Named Insured, or if the Named Insured is an individual, any "family member".

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA PERSONAL INJURY PROTECTION

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Florida, this endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective Date:<br>06/01/2008 | Policy Number:<br>711-00-98-39-0001 |
|---|---|
| Named Insured:<br>TRIQUINT SEMICONDUCTOR, INC. | Countersigned By: |

(Authorized Representative)

We agree with the "named insured", subject to all the provisions of this endorsement and to all of the provisions of the policy except as modified herein, as follows that:

SCHEDULE

Any Personal Injury Protection deductible shown in the Declarations of $ N i l
is applicable to ☐ the following "named insured" only:
    ☐ each "named insured" and each dependent – "family member".

☐ Work loss for "named insured" does not apply.

☐ Work loss for "named insured" and dependent - "family member" does not apply.

| **Benefits** | **Limit Per Person** |
|---|---|
| Total Aggregate Limit for all Personal Injury Protection Benefits | $10,000 |
| Death Benefits | The lesser of:<br>• $5,000; or<br>• The total aggregate limit for Personal Injury Protection benefits minus any amounts paid for medical expenses, work loss or replacement services expenses. |
| Medical Expenses | 80% of medical expenses subject to total aggregate limit |
| Work Loss | 60% of work loss subject to total aggregate limit |
| Replacement Services Expense | subject to total aggregate limit |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

We will pay Personal Injury Protection benefits in accordance with the Florida Motor Vehicle No-Fault Law to or for an "insured" who sustains "bodily injury" in an "accident" arising out of the ownership, maintenance or use of a "motor vehicle". Subject to the limits shown in the Schedule, these Personal Injury Protection benefits consist of the following:

ASIC000009   Exhibit 3<br>Page 9 of 303

1. **Medical Expense**

   All reasonable "medically necessary" expenses for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing and rehabilitative services, including prosthetic devices. However, we will pay for these benefits only if provided, supervised, ordered or prescribed by a health care provider or facility authorized by the Florida Motor Vehicle No-Fault Law.

2. **Replacement Services Expenses**

   With respect to the period of disability of the injured person all expenses reasonably incurred in obtaining from others ordinary and necessary services in lieu of those that, but for such injury, the injured person would have performed without income for the benefit of his or her household;

3. **Work Loss**

   With respect to the period of disability of the injured person, any loss of income and earning capacity from inability to work proximately caused by the injury sustained by the injured person; and

4. **Death Benefits**

B. **Who Is An Insured**

1. The "named insured".

2. If the "named insured" is an individual, any "family member".

3. Any other person while "occupying" a covered "motor vehicle" with the "named insured's" consent.

4. A "pedestrian" if the "accident" involves the covered "motor vehicle".

C. **Exclusions**

We will not pay Personal Injury Protection benefits for "bodily injury":

1. Sustained by the "named insured" or any "family member" while "occupying" any "motor vehicle" owned by the "named insured" that is not a covered "motor vehicle";

2. Sustained by any person while operating the covered "motor vehicle" without the "named insured's" expressed or implied consent;

3. Sustained by any person:

   a. Caused by his or her own intentional act; or

   b. While committing a felony.

4. To the "named insured" or any "family member" for work loss if an entry in the Schedule or Declarations indicates that coverage for work loss does not apply;

5. To any "pedestrian", other than the "named insured" or any "family member", not a legal resident of the state of Florida;

6. To any person, other than the "named insured" if that person is the "owner" of a "motor vehicle" for which security is required under the Florida Motor Vehicle No-Fault Law;

7. To any person, other than the "named insured", or any "family member", who is entitled to personal injury protection benefits from the owner of a "motor vehicle" that is not a covered "motor vehicle" under this insurance or from the "owner's" insurer; or

8. To any person who sustains "bodily injury" while "occupying" a "motor vehicle" located for use as a residence or premises.

D. **Limit Of Insurance**

1. Regardless of the number of persons insured, policies or bonds applicable, premiums paid, vehicles involved or claims made, the total aggregate limit of personal injury protection benefits available under the Florida Motor Vehicle No-Fault Law from all sources combined, including this policy, for all "loss" and expense incurred by or on behalf of any one person who sustains "bodily injury" as the result of any one "accident", shall be $10,000.

2. Any amount paid under this coverage will be reduced by the amount of benefits an injured person has been paid or is entitled to be paid for the same elements of "loss" under any workers' compensation law.

3. If personal injury protection benefits, under the Florida Motor Vehicle No-Fault Law, have been received from any insurer for the same elements of loss and expense benefits available under this policy, we will not make duplicate payments to or for the benefit of the injured person. The insurer paying the benefits shall be entitled to recover from us its pro rata share of the benefits paid and expenses incurred in handling the claim.

4. The deductible amount shown in the Schedule will be deducted from the total amount of expenses and losses listed in Paragraphs **A.1.**, **A.2.** and **A.3.** of this endorsement before the application of any percentage limitation for each "insured" to whom the deductible applies. The deductible does not apply to the death benefit.

    © ISO Properties, Inc., 2007     CA 22 10 01 08

5. Any amount paid under this coverage for medical expenses may be limited by the medical fee schedule prescribed by the Florida Motor Vehicle No-Fault Law.

**E. Changes In Conditions**

The Conditions are changed for **Personal Injury Protection** as follows:

1. **Duties In The Event Of Accident, Claim, Suit Or Loss** is amended by the addition of the following:

   In the event of an "accident", the "named insured" must give us or our authorized representative prompt written notice of the "accident".

   If any injured person or his or her legal representative institutes a legal action to recover damages for "bodily injury" against a third party, a copy of the summons, complaint or other process served in connection with that legal action must be forwarded to us as soon as possible by the injured person or his or her legal representative.

2. **Legal Action Against Us** is replaced by the following:

   a. No legal action may be brought against us until there has been full compliance with all terms of this policy. In addition, no legal action may be brought against us:

      (1) Until the claim for benefits is overdue in accordance with Paragraph **F.2.** of this endorsement; and

      (2) Until we are provided with a demand letter in accordance with the Florida Motor Vehicle No-Fault Law sent to us via U.S. certified or registered mail; and

      (3) With respect to the overdue claim specified . in the demand letter, if, within 30 days of receipt of the demand letter, we:

         (a) pay the overdue claim; or

         (b) agree to pay for future treatment not yet rendered;

      in accordance with the requirements of the Florida Motor Vehicle No-Fault Law.

b. If legal action is brought against us, all claims related to the same health care provider or facility shall be brought in a single action, unless good cause be shown why such claims should be brought separately.

3. **Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

   Unless prohibited by the Florida Motor Vehicle No-Fault Law, in the event of payment to or for the benefit of any injured person under this coverage:

   a. We will be reimbursed for those payments, not including reasonable attorneys' fees and other reasonable expenses, from the proceeds of any settlement or judgment resulting from any right of recovery of the injured person against any person or organization legally responsible for the "bodily injury" from which the payment arises. We will also have a lien on those proceeds.

   b. If any person to or for whom we pay benefits has rights to recover benefits from another, those rights are transferred to us. That person must do everything necessary to secure our rights and must do nothing after loss to impair them.

   c. The insurer providing personal injury protection benefits on a private passenger "motor vehicle", as defined in the Florida Motor Vehicle No-Fault Law, shall be entitled to reimbursement to the extent of the payment of personal injury protection benefits from the "owner" or the insurer of the "owner" of a commercial "motor vehicle", as defined in the Florida Motor Vehicle No-Fault Law, if such injured person sustained the injury while "occupying", or while a "pedestrian" through being struck by, such commercial "motor vehicle".

4. The **Concealment, Misrepresentation Or Fraud** provision is replaced by the following:

   We do not provide coverage under this endorsement for an "insured" if that "insured" has committed, by a material act or omission, any insurance fraud relating to personal injury protection coverage under this form, if fraud is admitted to in a sworn statement by the "insured" or if the fraud is established in a court of competent jurisdiction. Any insurance fraud shall void all personal injury protection coverage arising from the claim with respect to the "insured" who committed

the fraud. Any benefits paid prior to the discovery of that "insured's" fraud shall be recoverable from that "insured".

**F.   Additional Conditions**

The following Conditions are added:

**1.   Mediation**

a.   In any claim filed by an "insured" with us for:

(1)  "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto";

(2)  "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto", or

(3)  "Loss" to a covered "auto" or its equipment, in any amount,

either party may make a written demand for mediation of the claim prior to the institution of litigation.

b.   A written request for mediation must be filed with the Florida Department of Financial Services on an approved form, which may be obtained from the Florida Department of Financial Services.

c.   The request must state:

(1)  Why mediation is being requested.

(2)  The issues in dispute, which are to be mediated.

d.   The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone, if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

e.   Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

f.   The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

**2.   Payment Of Benefits**

Personal injury protection benefits payable under this coverage form, whether the full or partial amount, may be overdue if not paid within 30 days after we are furnished with written notice of the covered "loss" and the amount of the covered "loss" in accordance with the Florida Motor Vehicle No-Fault Law.

**3.   Modification Of Policy Coverages**

Any Automobile Medical Payments Coverage and any Uninsured Motorists Coverage afforded by the policy shall be excess over any personal injury protection benefits paid or payable.

Regardless of whether the full amount of personal injury protection benefits has been exhausted, any Medical Payments Coverage afforded by the policy shall pay the portion of any claim for personal injury protection medical expenses which are otherwise covered but not payable due to the limitation of 80% of medical expense benefits but shall not be payable for the amount of the deductible selected.

**4.   Proof Of Claim; Medical Reports And Examinations; Payment Of Claim Withheld**

As soon as practicable, the person making claim shall give to us written proof of claim, under oath if required, which may include full particulars of the nature and extent of the injuries and treatment received and contemplated, and such other information as may assist us in determining the amount due and payable. Such person shall submit to mental and physical examinations at our expense when and as often as we may reasonably require and a copy of the medical report shall be forwarded to such person if requested. If the person unreasonably refuses to submit to an examination, we will not be liable for

© ISO Properties, Inc., 2007

CA 22 10 01 08

subsequent personal injury protection benefits. Whenever a person making claim is charged with committing a felony, we shall withhold benefits until, at the trial level, the prosecution makes a formal entry on the record that it will not prosecute the case against the person, the charge is dismissed or the person is acquitted.

**5. Provisional Premium**

In the event of any change in the rules, rates, rating plan, premiums or minimum premiums applicable to the insurance afforded, because of an adverse judicial finding as to the constitutionality of any provisions of the Florida Motor Vehicle No-Fault Law providing for the exemption of persons from tort liability, the premium stated in the Declarations for any Liability, Medical Payments and Uninsured Motorists insurance shall be deemed provisional and subject to recomputation. If this policy is a renewal policy, such recomputation shall also include a determination of the amount of any return premium previously credited or refunded to the "named insured" pursuant to the Florida Motor Vehicle No-Fault Law with respect to insurance afforded under a previous policy.

If the final premium thus recomputed exceeds the premium shown in the Declarations, the "named insured" shall pay to us the excess as well as the amount of any return premium previously credited or refunded.

**6. Special Provisions For Rented Or Leased Vehicles**

Notwithstanding any provision of this coverage to the contrary, if a person is injured while "occupying" or through being struck by, a "motor vehicle" rented or leased under a rental or lease agreement which does not specify otherwise in language required by FLA. STAT. SECTION 627.7263(2) in at least 10-point type on the face of the agreement, the personal injury protection benefits available under the Florida Motor Vehicle No-Fault Law and afforded under the lessor's policy shall be primary.

**7. Policy Period; Territory**

The insurance under this Section applies only to "accidents" which occur during the policy period:

**a.** In the state of Florida;

**b.** As respects the "named insured" or any "family member", while "occupying" the covered "motor vehicle" outside the state of Florida but within the United States of America, its territories or possessions or Canada; and

**c.** As respects the "named insured", while "occupying" a "motor vehicle" of which a "family member" is the "owner" and for which security is maintained under the Florida Motor Vehicle No-Fault Law outside the state of Florida but within the United States of America, its territories or possessions or Canada.

**G. Additional Definitions**

As used in this endorsement:

**1.** "Motor vehicle" means any self-propelled vehicle with four or more wheels which is of a type both designed and required to be licensed for use on the highways of Florida and any trailer or semitrailer designed for use with such vehicle;

However, "motor vehicle" does not include:

**a.** A mobile home;

**b.** Any "motor vehicle" which is used in mass transit, other than public school transportation, and designed to transport more than five passengers exclusive of the operator of the motor vehicle and which is owned by a municipality, a transit authority, or a political subdivision of the state.

**2.** "Family member" means a person related to the "named insured" by blood, marriage or adoption including a ward or foster child who is a resident of the same household as the "named insured".

**3.** "Named insured" means the person or organization named in the Declarations of the policy and, if an individual, shall include the spouse if a resident of the same household.

**4.** "Occupying" means in or upon or entering into or alighting from.

**5.** "Owner" means a person or organization who holds the legal title to a "motor vehicle", and also includes:

ASIC000013    Exhibit 3
Page 13 of 303

**a.** A debtor having the right to possession, in the event a "motor vehicle" is the subject of a security agreement;

**b.** A lessee having the right to possession, in the event a "motor vehicle" is the subject of a lease with option to purchase and such lease agreement is for a period of six months or more; and

**c.** A lessee having the right to possession, in the event a "motor vehicle" is the subject of a lease without option to purchase, and such lease is for a period of six months or more, and the lease agreement provides that the lessee shall be responsible for securing insurance.

**6.** "Pedestrian" means a person while not an occupant of any self-propelled vehicle.

**7.** "Medically necessary" refers to a medical service or supply that a prudent physician would provide for the purpose of preventing, diagnosing or treating an illness, injury, disease, or symptom in a manner that is:

**a.** In accordance with generally accepted standards of medical practice;

**b.** Clinically appropriate in terms of type, frequency, extent, site and duration; and

**c.** Not primarily for the convenience of the patient, physician, or other health care provider.

© ISO Properties, Inc., 2007

CA 22 10 01 08

ASIC000014   Exhibit 3
Page 14 of 303

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA EXTENDED PERSONAL INJURY PROTECTION

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Florida, this endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Personal Injury Protection Endorsement apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective Date:<br>06/01/2008 | Policy Number:<br>711-00-98-39-0001 |
|---|---|
| Named Insured:<br>TRIQUINT SEMICONDUCTOR, INC. | Countersigned By:<br><br>(Authorized Representative) |

**SCHEDULE**

| |
|---|
| ☐  Work loss for "named insured" and dependent - "family member" does not apply. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Coverage**

Subject to a $10,000 total aggregate limit for all Extended Personal Injury Protection benefits, we will pay, in accordance with the Florida Motor Vehicle No-Fault Law:

1. To or for the benefit of an injured person who is a "named insured" or "family member":

    a. All medical expenses;

    b. 80% of work loss;

    c. Replacement services expenses;

    d. Death benefits in an amount equal to the lesser of:

        (1) $5,000; or

        (2) The total aggregate limit for Extended Personal Injury Protection benefits minus any amounts paid for medical expenses, work loss or replacement services expenses.

2. To or for the benefit of any other injured person:

    a. 80% of "medically necessary" expenses; and

    b. 60% of work loss; and

    c. Replacement services expenses; and

    d. Death benefits in an amount equal to the lesser of:

        (1) $5,000; or

        (2) The total aggregate limit for Extended Personal Injury Protection benefits minus any amounts paid for medical expenses, work loss or replacement services expenses

incurred as a result of "bodily injury", caused by an "accident" arising out of the ownership, maintenance or use of the "motor vehicle" and sustained by:

        (1) The "insured" or "family member" while "occupying" a "motor vehicle" or, while a "pedestrian" through being struck by a "motor vehicle", or

        (2) Any other person while "occupying" the covered "motor vehicle" or, while a "pedestrian", through being struck by the covered "motor vehicle".

CA 22 50 01 08

© ISO Properties, Inc., 2007

ARCHIVE

Page 1 of 6

ASIC000015   Exhibit 3

Subject to the limits shown in Paragraphs **A.1.** and **A.2.,** Extended Personal Injury Protection benefits consist of:

## MEDICAL EXPENSES

All reasonable "medically necessary" expenses for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing and rehabilitative services, including prosthetic devices. However, we will pay for these benefits only if provided, supervised, ordered or prescribed by a health care provider or facility authorized by the Florida Motor Vehicle No-Fault Law.

## REPLACEMENT SERVICES EXPENSES

With respect to the period of disability of the injured person, all expenses reasonably incurred in obtaining from others ordinary and necessary services in lieu of those that, but for such injury, the injured person would have performed without income for the benefit of his or her household;

## WORK LOSS

With respect to the period of disability of the injured person, any loss of income and earning capacity from the inability to work proximately caused by the injury sustained by the injured person.

## DEATH BENEFITS

**B. Who Is An Insured**

1. The "named insured".

2. If the "named insured" is an individual, any "family member".

3. Any other person while "occupying" a covered "motor vehicle" with the "named insured's" consent.

4. A "pedestrian" if the "accident" involves the covered "motor vehicle".

**C. Exclusions**

This coverage does not apply to:

1. The "named insured" or any "family member" while "occupying" any "motor vehicle" owned by the "named insured" that is not a covered "motor vehicle";

2. Any person while operating the covered "motor vehicle" without the "named insured's" expressed or implied consent;

3. Any person, if such person's conduct contributed to his or her "bodily injury" under any of the following circumstances:

   a. Causing "bodily injury" to himself or herself intentionally; or

   b. While committing a felony;

4. The "named insured" or any "family member" for work loss if an entry in the Schedule or Declarations indicates that coverage for work loss does not apply;

5. Any "pedestrian", other than the "named insured" or any "family member", not a legal resident of the state of Florida;

6. Any person, other than the "named insured" if that person is the owner of a "motor vehicle" for which security is required under the Florida Motor Vehicle No-Fault Law;

7. Any person, other than the "named insured", or any "family member", who is entitled to personal injury protection benefits from the owner of a "motor vehicle" that is not a covered "motor vehicle" under this insurance or from the "owner's" insurer; or

8. Any person who sustains "bodily injury" while "occupying" a "motor vehicle" located for use as a residence or premises.

**D. Limit Of Insurance**

1. Regardless of the number of "insureds", policies or bonds applicable, premiums paid, vehicles involved or claims made, the total aggregate limit of personal injury protection benefits available under the Florida Motor Vehicle No-Fault Law from all sources combined, including this policy, for all "loss" and expense incurred by or on behalf of any one person who sustains "bodily injury" as the result of any one "accident", shall be $10,000.

   Regardless whether payments are made under the Florida Motor Vehicle No-Fault Law or under Extended Personal Injury Protection, the $10,000 limit indicated in the preceding paragraph shall be the maximum payable under this endorsement.

2. Any amount paid under this coverage shall be reduced by the amount of benefits an injured person has been paid or is entitled to recover for the same elements of "loss" under any workers' compensation law.

3. If personal injury protection benefits have been received from any insurer for the same elements of "loss" and expense for benefits available under this policy, we will not make duplicate payments to or for the benefit of the injured person. The insurer paying the benefits shall be entitled to recover from us its pro rata share of the benefits paid and expenses incurred in handling the claim.

       © ISO Properties, Inc., 2007       CA 22 50 01 08

ASIC000016   Exhibit 3

4. Any amount paid under this coverage for medical expenses may be limited by the medical fee schedule prescribed by the Florida Motor Vehicle No-Fault Law.

**E. Changes In Conditions**

The Conditions are changed for **Extended Personal Injury Protection** as follows:

1. **Duties In The Event Of Accident, Claim, Suit Or Loss** is amended by the addition of the following:

   In the event of an "accident", claim, "suit" or "loss", the "named insured" must give us or our authorized representative prompt notice of the "accident".

   If the injured person or his or her legal representative institutes a legal action to recover damages for "bodily injury" against the person causing the "bodily injury", copies of any demand, notice, summons or legal papers concerning the "suit" must be sent to us as soon as possible by that injured person or his or her legal representative.

2. **Legal Action Against Us** is replaced by the following:

   a. No legal action may be brought against us until there has been full compliance with all terms of this policy. In addition, no legal action may be brought against us:

      (1) Until the claim for benefits is overdue in accordance with Paragraph **F.3.** of this endorsement; and

      (2) Until we are provided with a demand letter in accordance with the Florida Motor Vehicle No-Fault Law sent to us via U.S. certified or registered mail; and

      (3) With respect to the overdue claim specified in the demand letter, if, within 30 days of receipt of the demand letter, we:

      (a) pay the overdue claim; or

      (b) agree to pay for future treatment not yet rendered;

      in accordance with the requirements of the Florida Motor Vehicle No-Fault Law.

   b. If legal action is brought against us, all claims related to the same health care provider or facility shall be brought in a single action, unless good cause can be shown why such claims should be brought separately.

3. **Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

   Unless prohibited by the Florida Motor Vehicle No-Fault Law, in the event of payment to or for the benefit of any injured person under this coverage:

   a. We will be reimbursed for those payments, not including reasonable attorneys' fees and other reasonable expenses, from any right of recovery of the injured person against any person or organization legally responsible for the "bodily injury" from which the payment arises. We will also have a lien on those proceeds.

   b. If any person to or for whom we pay benefits has rights to recover benefits from another, those rights are transferred to us. That person must do everything necessary to secure our rights and must do nothing after loss to impair them.

   c. The insurer providing personal injury protection benefits on a private passenger "motor vehicle", as defined in the Florida Motor Vehicle No-Fault Law, shall be entitled to reimbursement to the extent of the payment of personal injury protection benefits from the "owner" or the insurer of the "owner" of a commercial "motor vehicle", as defined in the Florida Motor Vehicle No-Fault Law, if the injured person sustained the injury while "occupying", or while a "pedestrian" through being struck by, the commercial "motor vehicle".

4. The **Concealment, Misrepresentation Or Fraud** provision is replaced by the following:

   We do not provide coverage under this endorsement for an "insured" if that "insured" has committed, by a material act or omission, any insurance fraud relating to personal injury protection coverage under this form, if the fraud is admitted to in a sworn statement by the "insured" or if the fraud is established in a court of competent jurisdiction. Any insurance fraud shall void all personal injury protection coverage arising from the claim with respect to the "insured" who committed the fraud. Any benefits paid prior to the discovery of that "insured's" fraud shall be recoverable from that "insured".

ASIC000017   Exhibit 3
Page 17 of 303

**F.  Additional Conditions**

The following Conditions are added:

**1.  Mediation**

a.  In any claim filed by an "insured" with us for:

(1)  "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto";

(2)  "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto"; or

(3)  "Loss" to a covered "auto" or its equipment, in any amount,

either party may make a written demand for mediation of the claim prior to the institution of litigation.

b.  A written request for mediation must be filed with the Florida Department of Financial Services on an approved form, which may be obtained from the Florida Department of Financial Services.

c.  The request must state:

(1)  Why mediation is being requested.

(2)  The issues in dispute, which are to be mediated.

d.  The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone, if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

e.  Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

f.  The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

**2.  Proof Of Claim; Medical Reports And Examinations; Payment Of Claim Withheld**

The person making the claim must, as soon as possible:

a.  Give us written proof of claim, under oath if required, containing full particulars concerning the injuries and treatment received and/or contemplated.

b.  Send us any other information that will assist us in determining the amount due and payable.

c.  Submit to examinations, at our expense, by physicians of our choice, as often as we reasonably require. We will send the person making the claim a copy of the medical report if requested.

If the person making the claim unreasonably refuses to submit to an examination, we will not pay subsequent personal injury protection benefits.

If the person making a claim is charged with committing a felony, we will not pay benefits until, at the trial level, the prosecution makes a formal entry on the record that it will not prosecute the case against the person, the charge is dismissed or the person is acquitted.

**3.  Payment Of Benefits**

Personal injury protection benefits payable under this coverage form, whether the full or partial amount, may be overdue if not paid within 30 days after we are furnished with written notice of the covered "loss" and the amount of the covered "loss" in accordance with the Florida Motor Vehicle No-Fault Law.

**4.  Provisional Premium**

In the event of any change in the rules, rate, rating plan, premiums or minimum premiums applicable to the insurance afforded, because of an adverse judicial finding as to the constitutionality of any provisions of the Florida Motor Vehicle No-Fault Law providing for the exemption of persons from tort liability, the premium stated in the Declarations for any Liability, Medical Payments and Uninsured Motorists insurance shall be deemed provisional and subject to recomputation.

© ISO Properties, Inc., 2007
CA 22 50 01 08

If this policy is a renewal policy, such re-computation shall include a determination of the amount of any return premium previously credited or refunded to the "named insured" pursuant to the Florida Motor Vehicle No-Fault Law with respect to insurance afforded under a previous policy.

If the final premium thus recomputed exceeds the premium shown in the Declarations, the "named insured" shall pay to us the excess as well as the amount of any return premium previously credited or refunded.

**5. Special Provisions For Rented Or Leased Vehicles**

Notwithstanding any provision of this coverage to the contrary, if a person is injured while "occupying" or through being struck by, a "motor vehicle" rented or leased under a rental or lease agreement which does not specify otherwise in language required by FLA. STAT. SECTION 627.7263(2) in at least 10-point type on the face of the agreement, the personal injury protection benefits available under the Florida Motor Vehicle No-Fault Law and afforded under the lessor's policy shall be primary.

**6. Modification Of Policy Coverages**

Any Automobile Medical Payments Insurance and any Uninsured Motorists Coverage afforded by the policy shall be excess over any personal injury protection benefits paid or payable.

Regardless of whether the full amount of personal injury protection benefits has been exhausted, any medical payments coverage afforded by the policy shall pay the portion of any claim for personal injury protection medical expenses which are otherwise covered but not payable due to the limitation of 80% of medical expense benefits contained in Section A.

**7. Policy Territory**

The coverage under this endorsement applies only to "accidents" which occur during the policy period:

a. In the state of Florida;

b. To the "named insured" or any "family member", while "occupying" the covered "motor vehicle" outside the state of Florida but within the United States of America, its territories or possessions, Puerto Rico or Canada; and

c. To the "named insured", while "occupying" a "motor vehicle" owned by a "family member" and for which security is maintained under the Florida Motor Vehicle No-Fault Law outside the state of Florida but within the United States of America, its territories or possessions, Puerto Rico or Canada.

**H. Additional Definitions**

As used in this endorsement:

1. "Motor vehicle" means any self-propelled vehicle with four or more wheels which is of a type both designed and required to be licensed for use on the highways of Florida and any trailer or semitrailer designed for use with such vehicle.

   However, "motor vehicle" does not include:

   a. A mobile home;

   b. Any motor vehicle that is used in mass transit, other than public school transportation, and designed to transport more than five passengers exclusive of the operator of the motor vehicle and which is owned by a municipality, a transit authority, or a political subdivision of the state.

2. "Family member" means a person related to the "named insured" by blood, marriage or adoption (including a ward or foster child) who is a resident of the same household as the "named insured".

3. "Named insured" means the person or organization named in the Declarations of the policy and, if an individual, shall include the spouse if a resident of the same household.

4. "Occupying" means in or upon or entering into or alighting from.

5. "Owner" means a person or organization who holds the legal title to a "motor vehicle", and also includes:

   a. A debtor having the right to possession, in the event a "motor vehicle" is the subject of a security agreement;

   b. A lessee having the right to possession, in the event a "motor vehicle" is the subject of a lease with option to purchase and such lease agreement is for a period of six months or more; and

**c.** A lessee having the right to possession, in the event a "motor vehicle" is the subject of a lease without option to purchase, and such lease is for a period of six months or more, and the lease agreement provides that the lessee shall be responsible for securing insurance.

**6.** "Pedestrian" means a person while not an occupant of any self-propelled vehicle.

**7.** "Medically necessary" refers to a medical service or supply that a prudent physician would provide for the purpose of preventing, diagnosing or treating an illness, injury, disease, or symptom in a manner that is:

**a.** In accordance with generally accepted standards of medical practice;

**b.** Clinically appropriate in terms of type, frequency, extent, site and duration; and

**c.** Not primarily for the convenience of the patient, physician, or other health care provider.

© ISO Properties, Inc., 2007

**CA 22 50 01 08**

ASIC000020   Exhibit 3
Page 20 of 303

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to the coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** Paragraph **A.2.b.** of the Common Policy Conditions, **Cancellation,** is changed to read as follows:

    **b.** 45 days before the effective date of cancellation if we cancel for any other reason. The notice of cancellation will state the reason(s) for the cancellation.

**B.** Paragraph **A.5.** of the Common Policy Conditions, **Cancellation,** is replaced by the following:

    **5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

    If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

    The cancellation will be effective even if we have not made or offered a refund.

**C.** The following is added to Paragraph **A.** of the Common Policy Conditions, **Cancellation:**

    **7.** If this policy provides Personal Injury Protection, Property Damage Liability Coverage or both and:

    **a.** It is a new or renewal policy, it may not be cancelled by the first Named Insured during the first 60 days following the date of issuance or renewal, except for one of the following reasons:

        **(1)** The covered "auto" is completely destroyed such that it is no longer operable;

        **(2)** Ownership of the covered "auto" is transferred; or

        **(3)** The Named Insured has purchased another policy covering the motor vehicle insured under this policy.

    **b.** It is a new policy, we may not cancel for nonpayment of premium during the first 60 days following the date of policy issuance unless a check used to pay us is dishonored for any reason.

**D.** The following Condition is added:

**Nonrenewal**

**1.** If we decide not to renew or continue this policy, we will mail you notice at least 45 days before the end of the policy period. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

**2.** If we fail to mail proper notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

**3.** Notice of nonrenewal will state the reason(s) for the nonrenewal and the effective date of nonrenewal. The policy period will end on that date.

© ISO Properties, Inc., 2007
ARCHIVE

ASIC000021    Exhibit 3
Page 21 of 303

Oregon
(STATE)

## INSURANCE IDENTIFICATION CARD

COMPANY NUMBER
20621

COMPANY
OneBeacon America Insurance Company

POLICY NUMBER
711-00-98-39-0001

EFFECTIVE DATE
06/01/2008

EXPIRATION DATE
06/01/2009

YEAR          MAKE/MODEL
1988 FORD/E150 VAN

VEHICLE IDENTIFICATION NUMBER
1FTEE14YXJHC02960

AGENCY/COMPANY ISSUING CARD

Agent Phone Number

WILLIS OF OREGON INC.
ONE SW COLUMBIA STREET, SUITE 500
PORTLAND, OR 97258

(503)224-4155

INSURED

TRIQUINT SEMICONDUCTOR, INC.
2300 NE BROOKWOOD PKWY
HILLSBORO, OR 97124-5300

**SEE IMPORTANT NOTICE ON REVERSE SIDE**

**THIS CARD MUST BE KEPT IN THE INSURED VEHICLE AND PRESENTED UPON DEMAND**

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

1. Name and address of each driver, passenger and witness.
2. Name of Insurance Company and policy number for each vehicle involved.

Report accidents or claims to your agent or broker.

or

Telephone 1-877-248-3455    Fax

Call toll free 24 hour service

AC 5012 (ED.5/83)                                ACORD 50 (1/83)

IIR/ACORD CORPORATION 1983

**FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD**

NAME OF INSURANCE
COMPANY OR GROUP

OneBeacon America Insurance Company

POLICY NUMBER

711-00-98-39-0001-01230

EFFECTIVE DATE

06/01/2008

[×] PERSONAL INJURY PROTECTION BENEFITS/
PROPERTY DAMAGE
LIABILITY

[×] BODILY INJURY
LIABILITY

NAMED INSURED

TRIQUINT SEMICONDUCTOR, INC.

| MAKE | YEAR | VEHICLE IDENTIFICATION NUMBER |
|------|------|-------------------------------|
| CHEVROLET | 1993 | 1GCEC14Z9PE237448 |

NOT VALID MORE THAN ONE YEAR FROM EFFECTIVE DATE

U.P. & S., INC. ACA 111 05 03

**FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD**

NAME OF INSURANCE
COMPANY OR GROUP

OneBeacon America Insurance Company

POLICY NUMBER

711-00-98-39-0001-01230

EFFECTIVE DATE

06/01/2008

[×] PERSONAL INJURY PROTECTION BENEFITS/
PROPERTY DAMAGE
LIABILITY

[×] BODILY INJURY
LIABILITY

NAMED INSURED

TRIQUINT SEMICONDUCTOR, INC.

| MAKE | YEAR | VEHICLE IDENTIFICATION NUMBER |
|------|------|-------------------------------|
| CHEVROLET | 1993 | 1GCEC14Z9PE237448 |

NOT VALID MORE THAN ONE YEAR FROM EFFECTIVE DATE

U.P. & S., INC. ACA 111 05 03

**THIS CARD MUST BE KEPT IN THE INSURED
VEHICLE AND PRESENTED UPON DEMAND**

IN CASE OF ACCIDENT: Report all accidents to your
Agent/Company as soon as possible. Obtain the following
information:

1. Name and address of each driver, passenger and
   witness.

2. Name of Insurance Company and policy number
   for each vehicle involved.

**MISREPRESENTATION OF INSURANCE IS A FIRST
DEGREE MISDEMEANOR**
**ACA 111 05 03**

**THIS CARD MUST BE KEPT IN THE INSURED
VEHICLE AND PRESENTED UPON DEMAND**

IN CASE OF ACCIDENT: Report all accidents to your
Agent/Company as soon as possible. Obtain the following
information:

1. Name and address of each driver, passenger and
   witness.

2. Name of Insurance Company and policy number
   for each vehicle involved.

**MISREPRESENTATION OF INSURANCE IS A FIRST
DEGREE MISDEMEANOR**
**ACA 111 05 03**

**FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD**

NAME OF INSURANCE
COMPANY OR GROUP

OneBeacon America Insurance Company

POLICY NUMBER                                    EFFECTIVE DATE

711-00-98-39-0001-01230                          06/01/2008

☒ PERSONAL INJURY PROTECTION BENEFITS/     ☒ BODILY INJURY
    PROPERTY DAMAGE                              LIABILITY
    LIABILITY

NAMED INSURED

TRIQUINT SEMICONDUCTOR, INC.

| MAKE | YEAR | VEHICLE IDENTIFICATION NUMBER |
|------|------|-------------------------------|
| CHEVROLET | 1995 | 1GCEG25K8SF133399 |

NOT VALID MORE THAN ONE YEAR FROM EFFECTIVE DATE

U.P. & S., INC. ACA 111 05 03

**FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD**

NAME OF INSURANCE
COMPANY OR GROUP

OneBeacon America Insurance Company

POLICY NUMBER                                    EFFECTIVE DATE

711-00-98-39-0001-01230                          06/01/2008

☒ PERSONAL INJURY PROTECTION BENEFITS/     ☒ BODILY INJURY
    PROPERTY DAMAGE                              LIABILITY
    LIABILITY

NAMED INSURED

TRIQUINT SEMICONDUCTOR, INC.

| MAKE | YEAR | VEHICLE IDENTIFICATION NUMBER |
|------|------|-------------------------------|
| CHEVROLET | 1995 | 1GCEG25K8SF133399 |

NOT VALID MORE THAN ONE YEAR FROM EFFECTIVE DATE

U.P. & S., INC. ACA 111 05 03

**THIS CARD MUST BE KEPT IN THE INSURED VEHICLE AND PRESENTED UPON DEMAND**

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

1. Name and address of each driver, passenger and witness.

2. Name of Insurance Company and policy number for each vehicle involved.

**MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR**

**ACA 111 05 03**

**THIS CARD MUST BE KEPT IN THE INSURED VEHICLE AND PRESENTED UPON DEMAND**

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

1. Name and address of each driver, passenger and witness.

2. Name of Insurance Company and policy number for each vehicle involved.

**MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR**

**ACA 111 05 03**



**OneBeacon America Insurance Company**

1 Beacon Lane
Canton, MA 02021-1030

Insured Name and Address:
TRIQUINT SEMICONDUCTOR, INC.
(See ASC 00 11 01 98, Schedule 1)
2300 NE BROOKWOOD PKWY
HILLSBORO, OR 97124-5300

Policy Number: 711-00-98-39-0001

# POLICYHOLDER DISCLOSURE
# NOTICE OF TERRORISM INSURANCE COVERAGE

You were notified that under rights granted by the Terrorism Risk Insurance Act, as amended, you have a right to purchase insurance coverage for losses arising out of acts of terrorism as defined in Section 102(1) of the Act. Under the Act, the term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

COVERAGE FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM, AS DEFINED IN THE ACT, MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT IN ACCORDANCE WITH A FORMULA ESTABLISHED UNDER THE ACT. UNDER THE FORMULA, THE UNITED STATES GOVERNMENT WOULD PAY 85% OF COVERED TERRORISM LOSSES THAT EXCEED THE STATUTORILY IMPOSED DEDUCTIBLE FOR WHICH THE INSURANCE COMPANY IS RESPONSIBLE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSSES COVERED BY THE UNITED STATES GOVERNMENT UNDER THE ACT.

THE ACT CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES EXCEEDS $100 BILLION IN ANY ONE CALENDAR YEAR. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

The premium required for your terrorism coverage would have been: ▮▮▮▮▮▮▮▮ ,

   The premium shown above is calculated based in part on the federal participation in payment of terrorism losses as set forth in the Terrorism Risk Insurance Act. The federal program established by the Act is scheduled to terminate at the end of 12/31/14. If the federal program terminates or if the level or terms of federal participation change, the estimated premium shown above may not have been appropriate.

   If this policy contains a Conditional Exclusion, continuation of coverage for certified acts of terrorism, or termination of such coverage, will be determined upon disposition of the federal program, subject to the terms and conditions of the Conditional Exclusion. If this policy does not contain a Conditional Exclusion, coverage for certified acts of terrorism will continue. In either case, when disposition of the federal program is determined, we would have recalculated the estimated premium shown above and would have charged additional premium or refunded excess premium, if indicated.

You were given an offer of terrorism coverage required under the Act, which you elected to reject. You do not have coverage for losses arising from an act of terrorism as defined in the Act, unless you have a sublimit endorsement attached to your policy.

   3 4-46-0482 06/23/2008   AAD CPW PR 1.000

Copyright 2008, OneBeacon Insurance Group
MANUSCRIPTED

**If your policy includes Property Coverage in one or more of these states: CA, CT, GA, HI, IA, IL, MA, ME, MO, NC, NJ, NY, OR, RI, VA, WA, WI, or WV; the following statement applies:**

The terrorism exclusion makes an exception for (and thereby continues your coverage for) property fire losses resulting from an act of terrorism. Therefore, if you reject the offer of terrorism coverage, that rejection does not apply to fire losses resulting from an act of terrorism - the coverage in your policy for such fire losses will continue. If such a loss occurs, and is certified under the Act, the loss may be reimbursed by the United States government under the formula detailed above.

The portion of your policy premium attributable to terrorism (fire only) coverage in all of the states listed above, in which your policy provides property coverage, is ▮▮▮▮▮▮_____. This amount is included in your policy premium and cannot be rejected.

You need to take no action with respect to this notice. You will receive a bill for your policy premium which will include the amount required for your coverage for fire losses resulting from an act of terrorism, if applicable.

If you have any questions about this notice, please contact your agent.

Copyright 2008, OneBeacon Insurance Group
**CLD 142 01 08**

 **OneBeacon** INSURANCE

OneBeacon America Insurance Company
1 Beacon Lane
Canton, MA 02021-1030

# NOTICE – IMPORTANT CHANGES
## CERTIFIED ACTS OF TERRORISM AND OTHER ACTS OF TERRORISM

This notice is intended to alert you to coverage reductions, restrictions or limitations, or other changes, which impact your renewal policy. It contains a brief synopsis of significant exclusionary provisions and limitations relating to acts of terrorism.

**This notice is not a part of any insurance contract. This notice does not provide insurance protection nor does it replace or add to any provision of the insurance contract. You should read the policy forms and review the declarations pages for complete information on the insurance protection that has been provided. If there is any conflict between the policy (including its endorsements) and this notice, the provisions of the policy (including its endorsements) prevail over any statement made in this notice.**

If you have any questions regarding the scope of your insurance protection, please contact your agent.

The following apply to your renewal policy if your previous policy included an "other acts of terrorism" exclusion that applied when such act resulted in insured losses exceeding a $25,000,000 threshold and your renewal policy includes any of the following forms: IL 09 53 01 08; IL 09 78 01 08; CG 21 75 06 08; CG 26 92 06 08; VCU 306 01 08; or VCU 677 AK 01 08.

### YOUR PREVIOUS POLICY:

The terrorism endorsement in this policy makes a distinction between "certified acts of terrorism" (which is more fully defined in the endorsement but involves acts of terrorism that are committed by or on behalf of a foreign interest) and "other acts of terrorism". Both types of terrorism are excluded from coverage but the exclusions are subject to different terms and conditions. The exclusion of "certified acts of terrorism" relates to criteria in the federal Terrorism Risk Insurance Act. The exclusion of coverage for "other acts of terrorism" (terrorist acts other than certified acts) applies only if aggregate insured losses from the event exceed $25 million, or if the event involves biological or chemical materials under certain circumstances. With respect to "certified acts of terrorism" and "other acts of terrorism", policy exclusions (for example, the nuclear hazard and war exclusions) and other policy provisions continue to apply.

### YOUR RENEWAL POLICY:

This policy contains an endorsement excluding coverage for "certified acts of terrorism", which is more fully defined in the endorsement but involves acts of terrorism certified as such under the federal Terrorism Risk Insurance Program. If liability coverage is provided, the policy will also exclude coverage for "other acts of terrorism" that are committed outside the United States (including its territories and possessions and Puerto Rico). Refer to the terrorism endorsement for the definitions of "certified acts of terrorism" and "other acts of terrorism." Refer to the endorsement, and to the rest of the insurance contract, for provisions that govern coverage for, or that exclude coverage for, losses arising from terrorism.

The "certified acts of terrorism" exclusion is no longer limited to an act of terrorism committed by or on behalf of a foreign interest. The exclusion applies to any terrorist act when the act is determined by the federal government to be a "certified act of terrorism" under the terms of the federal Terrorism Risk Insurance Program, including for example an act committed against the United States government by a United States citizen.

Coverage previously provided if aggregate insured losses from an "other acts of terrorism" event did not exceed $25 million is now excluded if such events are designated as a "certified act of terrorism."

Due to a statutory requirement of certain states (or as indicated in the policy), the terrorism exclusion may not restrict fire coverage under the policy. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remains covered under the policy. However, such coverage is subject to all policy exclusions (for example, the nuclear hazard and war exclusions) and other policy provisions. The federal government may participate in paying for some of the losses for fire following a "certified act of terrorism". However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31), the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion. Further, this coverage is subject to a limit on our liability pursuant to the federal law, that is, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion. In such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

G 16074 01 08

Page 1 of 1

MANUSCRIPTED

ASIC000030    Exhibit 3

**OneBeacon America Insurance Company**

**OneBeacon**
I N S U R A N C E

1051 Texas Street
Salem, VA 24153

# FLORIDA COMMERCIAL AUTOMOBILE UNINSURED MOTORISTS COVERAGE INSURANCE REJECTION FORM

Named Insured and Mailing Address
TRIQUINT SEMICONDUCTOR, INC.
(See ASC 00 11 01 98, Schedule 1)
2300 NE BROOKWOOD PKWY
HILLSBORO, OR 97124-5300

Producer
WILLIS OF OREGON INC.
ONE SW COLUMBIA STREET, SUITE
PORTLAND, OR

**You are electing not to purchase certain valuable coverage which protects you and your family or you are purchasing uninsured motorists limits less than your bodily injury liability limits when you sign this form. Please read carefully.**

In accordance with the laws enacted by the Florida Legislature, Uninsured Motorists Coverage insurance must be provided on all policies containing bodily injury liability coverage at limits equal to the policy's bodily injury liability limits. Uninsured Motorists Coverage provides for payment of certain benefits for damages caused by owners or operators of uninsured motor vehicles as defined by Florida Law under Subsection 627.727 (3) (a), (b), and (c) because of bodily injury or death resulting therefrom. Such benefits may include payments for certain medical expenses, lost wages, and pain and suffering, subject to limitations and conditions contained in the policy.

Also in accordance with Florida Law, Uninsured Motorists Coverage may not be afforded on a stacked basis to Class 2 insureds. A Class 2 insured is any named insured that is not an individual, and family members.

Florida Law provides that the named insured can either reject the Uninsured Motorists Coverage or select it at limits that are lower than the bodily injury liability limits of the policy. Your policy provides Uninsured Motorists Coverage insurance equal to the bodily injury liability limits of your policy. The following options are available to you:

a) Uninsured Motorists Coverage at limits lower than your policy's bodily injury liability limits but not less than the financial responsibility limit mandated by law.

b) You may reject Uninsured Motorists Coverage entirely.

If you do not reject Uninsured Motorists Coverage it will be provided on a non-stacked basis. Coverage on a non-stacked basis means that our limit of insurance for any one accident is the only limit for all owned vehicles covered under the policy.

If you wish to change the coverage presently provided under your policy, please contact your agent or broker. Evidence of your selection of one of the above listed options must be maintained in this Company's files. We respectfully request you to complete the following form and return it to us via your agent or broker within forty-five (45) days.

To: OneBeacon America Insurance Company
Re: Florida Commercial Automobile Insurance Policy - Uninsured Motorists Coverage

I have read your notice describing the options available to me regarding Uninsured Motorists Coverage insurance and I herein elect the following:

[ ]    I elect Uninsured Motorists Coverage in lower limits of $ _____.

[ ]    I reject Uninsured Motorists Coverage entirely.

Named Insured's Signature _____

Date _____

Policy or Binder No.  711-00-98-39-0001

**(Please sign both copies of this form. You must return one copy to your agent or broker; retain the other for your records.)**

3 4-46-0482 06/23/2008  AAD CPW PR 1.000

**ACA 161 05 96** 46            06/23/08            **FLORIDA UM REJECTION**
MANUSCRIPTED         1,000,000

**ASIC000031**  Exhibit 3
Page 31 of 303



OneBeacon America Insurance Company

Executive Office
1 Beacon Lane
Canton, MA 02021-1030

# OREGON ELECTION OF LOWER LIMITS FOR UNINSURED MOTORISTS COVERAGE

| Applicant/Named Insured: | Producer: |
|---|---|
| TRIQUINT SEMICONDUCTOR, INC. (See ASC 00 11 01 98, Schedule 1) 2300 NE BROOKWOOD PKWY HILLSBORO, OR 97124-5300 | WILLIS OF OREGON INC. ONE SW COLUMBIA STREET, SUITE PORTLAND, OR<br><br>97258 |
| **Policy Effective Date:**<br>06/01/2008 | **Policy Number:**<br>711-00-98-39-0001 |

Oregon law permits you to make certain decisions regarding Uninsured Motorists Coverage. This document, required by Oregon law, briefly describes this coverage and the options available.

You should read this document carefully and contact your agent if you have any questions regarding Uninsured Motorists Coverage and your options with respect to this coverage.

This document includes general descriptions of coverage. However, no coverage is provided by this document. You should read your policy and review your Declarations Page(s) and/or Schedule(s) for complete information on the coverages you are provided.

**BODILY INJURY UNINSURED MOTORISTS COVERAGE**

Bodily Injury Uninsured Motorists Coverage provides insurance protection to an insured for compensatory damages which the insured is legally entitled to recover from the owner or operator of an uninsured motor vehicle or an underinsured motor vehicle because of bodily injury caused by an automobile accident. Also included are damages due to bodily injury that result from an automobile accident with a hit-and-run vehicle whose owner or operator cannot be identified.

Every automobile liability policy must include Bodily Injury Uninsured Motorists Coverage at a limit equal to your Combined Single Limit for Liability Coverage except as described below.

If the Combined Single Limit for Liability exceeds $50,000 for each accident, you may elect to purchase a lower limit of Uninsured Motorists Coverage. However, you may not elect Uninsured Motorists Coverage at a limit less than the minimum limit required by Oregon law.

ASIC000032   Exhibit 3
Page 32 of 303

If you would like to elect Bodily Injury Uninsured Motorists Coverage at a limit lower than your Combined Single Limit for Liability Coverage, please indicate your choice as follows:

**ELECTION OF A LOWER LIMIT FOR BODILY INJURY UNINSURED MOTORISTS COVERAGE**

By initialing and signing below, you are electing to purchase Bodily Injury Uninsured Motorists Coverage at a limit lower than your Combined Single Limit for Liability Coverage of your policy. Please note that we only offer an Uninsured Motorists Coverage limit up to the Liability Coverage limit of your policy, even though higher limits may appear below.

| (Initials) | |
|---|---|
| | **I elect Bodily Injury Uninsured Motorists Coverage at a limit lower than my Combined Single Limit for Liability Coverage as indicated below. I acknowledge that I have been offered Bodily Injury Uninsured Motorists Coverage with a limit equal to my Combined Single Limit of Liability Coverage.** |

| (Initials) | **Combined Single Limit** | (Initials) | **Combined Single Limit** |
|---|---|---|---|
| _____ | $ 50,000 | _____ | $ 350,000 |
| _____ | $ 100,000 | _____ | $ 500,000 |
| _____ | $ 250,000 | _____ | $ 1,000,000 |

_____    _____

**Signature of Applicant/Named Insured**    **Date**

The premium charges below must be filled-in by your insurance agent prior to your decision and signature.

$ _____ Is the premium for Bodily Injury Uninsured Motorists Coverage per insured private passenger type vehicle with a limit equal to your Combined Single Limit for Liability Coverage.

$ _____ Is the premium for Bodily Injury Uninsured Motorists Coverage per insured vehicle other than private passenger type vehicles with a limit equal to your Combined Single Limit for Liability Coverage.

$ _____ Is the premium for Bodily Injury Uninsured Motorists Coverage per insured private passenger type vehicle with the limit you selected that is lower than your Combined Single Limit for Liability Coverage.

$ _____ Is the premium for Bodily Injury Uninsured Motorists Coverage per insured vehicle other than private passenger type vehicles with the limit you selected that is lower than your Combined Single Limit for Liability Coverage.

**I understand that the coverage selection I have indicated above shall remain in force until a named insured rescinds it in writing or until the motor vehicle bodily injury liability limits are changed.**

_____    _____

**Signature of Applicant/Named Insured**    **Date**

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2007, OneBeacon Insurance Group

VCA U 036 OR 01 07

ASIC000033   Exhibit 3
Page 33 of 303



# CORPORATE DESIGNEE FORM

Send To:

OneBeacon America Insurance Company
100 Wall Street
14th Floor
New York, NY  10005  USA
Fax #(866) 804-5831

Named Insured

TRIQUINT SEMICONDUCTOR, INC.
(See ASC 00 11 01 98, Schedule 1)
2300 NE BROOKWOOD PKWY
HILLSBORO, OR 97124-5300

fold

Policy # 711-00-98-39-0001

Plan: International Human Resources Coverage with Assistance

Company's Line of Business _____

Administrative contact:     Name _____

Title _____

Phone _____

Date _____

In order to serve your needs, it is necessary to keep the following information current.  The Corporate Designees listed below may be contacted at any time, day or night, to confirm employment status of individuals seeking emergency assistance:

1.    Name _____     Office Phone _____

Location _____     Home Phone _____

Fax _____     Telex _____

2.    Name _____     Office Phone _____

Location _____     Home Phone _____

Fax _____     Telex _____

fold

3.    Name _____     Office Phone _____

Location _____     Home Phone _____

Fax _____     Telex _____

Employees are concentrated in the following locations in approximate numbers (attach supplement if necessary):

|  | Number | Country | City |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Special procedures or protocols to be followed (attach a supplement if necessary):

INT 11 12 06                     © OneBeacon Insurance Group, 2006                     CORPORATE DESIGNEE FORM
                                         MANUSCRIPTED



OneBeacon America Insurance Company

One Overton Park
3625 Cumberland Blvd. C#100
Atlanta, GA 30339

(678) 255-4400

**TO OUR FLORIDA INSUREDS:**

We offer a wide range of loss prevention services for our customers. The loss prevention services that are available to you are tailored to the operations of your business and to your past loss experience. We are firmly convinced that loss prevention pays.

We have developed Risk Management Guidelines to assist you in the development of a Risk Management Program for your company. These guidelines are tailored to specific operations and are designed to assist in the recognition of hazards which may exist.

The guidelines are divided into several sections, including: pollution and environmental hazards, disease hazards, fire hazards, fire prevention and detection, liability exposures from the course of business, slips and falls hazards, product liability exposures, and hazards unique to a particular operation or class of business.

We offer our consultation services as well as training in safety management techniques and safety management counseling services. If you would like assistance in loss prevention, or if you would like to obtain a complimentary copy of the Risk Management Guidelines, please contact us at the address or phone number shown above. Our Loss Control staff is ready to assist you in the establishment of an effective loss prevention program for your company.

# POLICYHOLDER NOTICE

# DEFENSE COSTS WITHIN LIMITS OF LIABILITY

Your policy contains one or more of the following coverage forms:

Manufacturing Errors or Omissions Coverage Form
Technology Errors or Omissions Coverage Form
Communications Liability Protection Coverage Form
Data Privacy Liability Protection Coverage Form

"Defense costs" are within the Limits of Insurance in these forms.

ASIC000036   Exhibit 3
Page 36 of 303

# POLICYHOLDER NOTICE
# FLORIDA

Please contact our regional office in Atlanta, Georgia, if you should have any questions regarding policy coverage or require any assistance in resolving a complaint.

**OneBeacon America Insurance Company**
One Overton Park
3625 Cumberland Blvd. C#100
Atlanta, GA 30339
(678) 255-4400

Copyright 2007, OneBeacon Insurance Group
MANUSCRIPTED

ASIC000037   Exhibit 3
Page 37 of 303

 **OneBeacon** INSURANCE

 **@vantage**®

**for Technology Industries Premier**

OneBeacon America Insurance Company
1 Beacon Lane
Canton, MA 02021-1030

(781) 332-7000

# Common Policy Declarations

**Named Insured and Mailing Address**          **Policy Number** 711-00-98-39-0001

TRIQUINT SEMICONDUCTOR, INC.
(See ASC 00 11 01 98, Schedule 1)
2300 NE BROOKWOOD PKWY
HILLSBORO, OR 97124-5300

In return for the payment of the premium, and subject to all terms of this policy, we agree with you to provide the insurance as stated in this policy.

**Policy Period:** from June 01, 2008    to June 01, 2009
at 12:01 A.M. Standard Time at your mailing address shown above.
**Exception:** 12 Noon in New Hampshire

The Named Insured is a(n): Corporation

Business Description: SOFTWARE DEVELOPMENT

**Producer**
WILLIS OF OREGON INC.
ONE SW COLUMBIA STREET, SUITE 500
PORTLAND, OR 97258

**Total Premium**
At inception: ████████████████████(See ASC 00 11 01 98,
Schedule 2)

Forms applicable to all Coverage Parts:
See ASC 00 11 01 98, Schedule 3

3 4-46-0482 06/23/2008   AAD CPW PR 1.000

**4 VIL 100 10 98**          Copyright 1998, OneBeacon Insurance Group          **COMMON POLICY DECLARATIONS**
MANUSCRIPTED

In witness whereof, we have issued this policy, signed by the President and Secretary, but it shall not be valid unless countersigned by our duly authorized representative.

*Dennis R. Smith*

Secretary

*Mike Miller*

President

Countersigned _____

Authorized Representative                    Date

# SCHEDULE 1

Effective 06/01/2008 , this schedule forms a part of Policy No. 711-00-98-39-0001
(At the time stated in the policy)

issued to

TRIQUINT SEMICONDUCTOR, INC.
(See ASC 00 11 01 98, Schedule 1)


Producer: WILLIS OF OREGON INC.

by OneBeacon America Insurance Company

<u>Named Insured</u>

TRIQUINT SEMICONDUCTOR, INC.

TRIQUINT TEXAS LIMITED HOLDING CO.

TRIQUINT TEXAS GENERAL HOLDING CO.

TRIQUINT SEMICONDUCTOR OF TEXAS LP

TRIQUINT SALES & DESIGN, INC.

TRIQUINT SEMICONDUCTOR FSC, INC.

TRIQUINT SEMICONDUCTOR GMBH

TRIQUINT SEMICONDUCTOR KOREA, INC.

TRIQUINT FRANCE

TRIQUINT UK

SAWTEK, INC.

SAWTEK S.A.

SAWTEK INTERNATIONAL, INC.

SAWTEK FAR EAST, INC.

SAWTEK KOREA SALES OFICE

TRIQUINT OPTOELECTRIC, INC.

TRIQUINT TECHNOLOGY HOLDING CO.

TRIQUINT OPTOELECTRIC DE MEXICO, S.A.
DE C.V.

3 4-46-0482 06/23/2008   AAD CPW PR 1.000

# SCHEDULE 1

Effective 06/01/2008 , this schedule forms a part of Policy No. 711-00-98-39-0001
(At the time stated in the policy)

issued to

TRIQUINT SEMICONDUCTOR, INC.
(See ASC 00 11 01 98, Schedule 1)


Producer: WILLIS OF OREGON INC.

by OneBeacon America Insurance Company

<u>Named Insured</u>

TRIQUINT SAVINGS & PROFIT SHARING PLAN TRUST

SAWTEK INC. EMPLOYEE STOCK OWNERSHIP AND 401 (K) PLAN

TFR TECHNOLOGIES, INC.

PEAK DEVICES

TRIQUINT, INC. (FKA SAWTEK INC.)

TRIQUINT S.R.L.

TRIQUINT ASIA, INC. (FKA SAWTEK FAR EAST, INC.)

TRIQUINT ASIA, INC.

TRIQUINT EUROPE HOLDING COMPANY

SAWTEK SWEDEN AB

TRIQUINT, INC.

TRIQUINT (SHANGHAI) TRADING CO., LTD.

TRIQUINT SEMICONDUCTOR JAPAN, YK

TRIQUINT INTERNATIONAL HOLDING CO.

TRIQUINT 401(K) SAVINGS PLAN

TRIQUINT 1987 STOCK INCENTIVE PROGRAM

TRIQUINT 1996 STOCK INCENTIVE PROGRAM

3 4-46-0482 06/23/2008   AAD CPW PR 1.000

ASC 00 11 01 98                 MANUSCRIPTED                 **POLICY SCHEDULE**
Page 2 of 3

ASIC000041   Exhibit 3
Page 41 of 303

# SCHEDULE 1

Effective 06/01/2008 , this schedule forms a part of Policy No. 711-00-98-39-0001
(At the time stated in the policy)
issued to

TRIQUINT SEMICONDUCTOR, INC.
(See ASC 00 11 01 98, Schedule 1)


Producer: WILLIS OF OREGON INC.

by OneBeacon America Insurance Company

<u>Named Insured</u>

TRIQUINT 1998 NONSTATUTORY STOCK
OPTION PLAN

TRIQUINT EMPLOYEE STOCK PURCHASE PLAN

TRIQUINT S.R.L. MANDATORY RETIREMENT
PLAN

TRIQUINT SEMICONDUCTOR GMBH PENSION
PLAN

TRIQUINT SEMICONDUCTOR GMBH VOLUNTARY
SOCIAL CONTRIBUTION

SAWTEK 2ND STOCK INCENTIVE PLAN

SAWTEK ACQUISITION STOCK OPTION PLAN

3 4-46-0482 06/23/2008   AAD CPW PR 1.000

ASIC000042   Exhibit 3
Page 42 of 303

Policy Number: 711-00-98-39-0001

| COMMON POLICY DECLARATIONS |
| :---: |
| PREMIUM STATEMENT |

**Named Insured:**
TRIQUINT SEMICONDUCTOR, INC.
(See ASC 00 11 01 98, Schedule 1)
2300 NE BROOKWOOD PKWY
HILLSBORO, OR 97124-5300

**Producer:**
WILLIS OF OREGON INC.
ONE SW COLUMBIA STREET, SUITE 500
PORTLAND, OR 97258

**Premium Statement for the period from** June 01, 2008      **to** June 01, 2009

This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

| COVERAGE SECTION | PREMIUM | | |
| :---: | :---: | :---: | :---: |
| | At inception | 1st Anniversary | 2nd Anniversary |
| Property Coverages | | | |
| Liability Coverages | | | |
| Automobile Coverages | | | |
| Umbrella Coverages | | | |
| Professional Liability Coverages | | | |
| Terrorism (Fire Only) Coverage | | | |
| Total Advanced Premium | | | |
| State Charges See ASC 00 11 01 98, Schedule 2 | | | |

3 4-46-0482 06/23/2008  AAD CPW PR 1.000

ASC 00 02 01 98

Copyright 1998, OneBeacon Insurance Group
MANUSCRIPTED

PREMIUM STATEMENT
Page 1 of 1

ASIC000043   Exhibit 3
Page 43 of 303

# SCHEDULE  2

Effective  06/01/2008 , this schedule forms a part of Policy No.  711-00-98-39-0001
      (At the time stated in the policy)

issued to

    TRIQUINT SEMICONDUCTOR, INC.
    (See ASC 00 11 01 98, Schedule 1)


    Producer: WILLIS OF OREGON INC.

by OneBeacon America Insurance Company

<u>State Charges</u>

The State Charges shown with the Total Premium on the Common Policy Declarations are identified individually as follows:

At inception:                    ███████    FLORIDA HURRICANE CATASTROPHE
                                            FUND


      3 4-46-0482 06/23/2008   AAD CPW PR 1.000

**Policy Number:** 711-00-98-39-0001
**Policy Type:** @VANTAGE FOR
**Effective Date:** 06/01/2008

**Producer**
WILLIS OF OREGON INC.
ONE SW COLUMBIA STREET,
PORTLAND          OR  97258

**Named Insured and Mailing Address**
TRIQUINT SEMICONDUCTOR, INC.
2300 NE BROOKWOOD PKWY
HILLSBORO          OR  97124-5300

## Please see reverse side for Schedule of Payments.

**CLD 120 08 98**

Copyright 1998, OneBeacon Insurance Group
MANUSCRIPTED

**SCHEDULE OF PAYMENTS**

ASIC000045  Exhibit 3
Page 45 of 303

## SCHEDULE OF PAYMENTS



| INSTALLMENT DATE | AMOUNT | SURCHARGES AND/ OR ASSESSMENTS |
|---|---|---|
| 06/2008 | | |
| 07/2008 | | |
| 08/2008 | | |
| 09/2008 | | |
| 10/2008 | | |
| 11/2008 | | |
| 12/2008 | | |
| 01/2009 | | |
| 02/2009 | | |
| 03/2009 | | |

46-0482     06/23/2008     CPW

**SCHEDULE OF PAYMENTS**     Copyright 1998, OneBeacon Insurance Group     **CLD 120 08 98**

ASIC000046   Exhibit 3
Page 46 of 303

# SCHEDULE 3

Effective 06/01/2008, this schedule forms a part of Policy No. 711-00-98-39-0001
(At the time stated in the policy)

issued to

TRIQUINT SEMICONDUCTOR, INC.
(See ASC 00 11 01 98, Schedule 1)


Producer: WILLIS OF OREGON INC.

by OneBeacon America Insurance Company

Common Policy Declarations, 4 VIL 100 10 98, Continued:

Forms Applicable to All Coverage Parts:

| | |
|---|---|
| 4 VIL 100 10 98 | COMMON POLICY DECLARATIONS |
| ASC 00 02 01 98 | PREMIUM STATEMENT |
| ASC 00 12 01 98 | SCHEDULE OF LOCATIONS |
| CLD 120 08 98 | SCHEDULE OF PAYMENTS |
| VIL 001 02 05 | COMMON POLICY CONDITIONS- (N/A TO VA AUTO) |
| VIL 203 02 05 | CANCELLATION BY US |
| VIL 606 FL 10 98 | FL AMENDATORY ENDT |
| VIL 652 OR 02 05 | OR CHANGES |
| VIL 653 OR 02 05 | OR CHANGES-CANCELLATION & NONRENEWAL |
| VIL 659 CO 02 05 | CO CHANGES- CANCELLATION & NONRENEWAL |
| VIL 665 CO 02 05 | CO CHANGES - CONCEALMENT, MISREPRESENTATION OR FRAUD |
| ASC 00 11 01 98 | Schedule 1 - NAMED INSURED |
| ASC 00 11 01 98 | Schedule 2 - STATE CHARGES |
| ASC 00 11 01 98 | Schedule 3 - LIST OF COMMON DEC FORMS |

3 4-46-0482 06/23/2008    AAD CPW PR 1.000

ASC 00 11 01 98                         MANUSCRIPTED

ASIC000047   Exhibit 3
Page 47 of 303

# SCHEDULE OF LOCATIONS

Effective 06/01/2008, this schedule forms a part of Policy No. 711-00-98-39-0001
(At the time stated in the policy)

issued to
TRIQUINT SEMICONDUCTOR, INC.
(See ASC 00 11 01 98, Schedule 1)


Producer: WILLIS OF OREGON INC.

by OneBeacon America Insurance Company

The following locations are identified by their corresponding numbers on the various coverage part declarations of this policy.

| Location/ Premises | Location Address Location Description Building Number and Description |
|---|---|
| 1 | 2300 NE BROOKWOOD PKWY HILLSBORO, OR 97124-5300

Building 1 |
| 2 | 2100 CENTRAL AVE STE 200 BOULDER, CO 80301-2887

Building 1 |

3 4-46-0482 06/23/2008   AAD CPW PR 1.000

ASC 00 12 01 98 — Copyright 1998, OneBeacon Insurance Group — MANUSCRIPTED — SCHEDULE OF LOCATIONS — Page 1 of 1

ASIC000048   Exhibit 3
Page 48 of 303

POLICY NUMBER: 711-00-98-39-0001

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CANCELLATION BY US

This endorsement modifies the insurance provided by the following:

COMMON POLICY CONDITIONS

**SCHEDULE***

Number of Days:     90

Paragraph **A. CANCELLATION**, subparagraph **2.** is deleted in its entirety and replaced by the following:

**2.**   We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

    **a.**   15 days before the effective date of cancellation if we cancel for non-payment of premium; or

    **b.**   The number of days shown in the Schedule before the effective date of cancellation, if we cancel for any other reason.

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

VIL 203 02 05            Includes copyrighted material of Insurance Services Office, Inc.            Page 1 of 1
Copyright 2004, OneBeacon Insurance Group
MANUSCRIPTED

ASIC000049   Exhibit 3
Page 49 of 303

Policy Number  711-00-98-39-0001

| PROPERTY COVERAGE PART DECLARATIONS |
| :---: |
| POLICY LEVEL LIMITS OF INSURANCE |

**THE FOLLOWING LIMITS ARE THE TOTAL COVERAGE LIMITS FOR THAT PARTICULAR COVERAGE AND INCLUDE THE AMOUNT PROVIDED IN THE APPROPRIATE FORM.**

Crime Limit of Insurance

    $50,000 Per Occurrence
    $10,000 Deductible

  Money and Securities
  Money Orders and Counterfeit Paper Currency

Employee Theft

    $1,000,000
    $10,000 Deductible

ERISA Employee Theft

    $1,000,000 Per Occurrence
    $0 Deductible

Forgery & Alteration

    $1,000,000
    $10,000 Deductible

Global Property
  Tenants & Neighbors Liability Limit
  Devaluation Limit
  Coinsurance Deficiency Limit
  Tax Liability Limit

    $1,000 Deductible
    $100,000
    $100,000
    $100,000
    $100,000

Automatic Seasonal Increase (Peak Season)

    $100,000 Per Occurrence
    $500 Deductible
    General Causes of Loss Applies

Brands and Labels Expense

    $50,000 Per Occurrence
    $500 Deductible
    General Causes of Loss Applies

Food Contamination

    $25,000 Per Occurrence
    $500 Deductible
    General Causes of Loss Applies

Business Income Off Premises Power and Communication Failure

    $25,000 Per Occurrence
    Water, Power (Not Including Overhead Transmission Lines), Communication (Not Including Overhead Transmission Lines)
    General Causes of Loss Applies

Contingent Business Premises

    $100,000 Per Occurrence
    General Causes of Loss Applies

Lessors - Lease Cancellation

    $25,000 Per Occurrence
    General Causes of Loss Applies

Forms Applicable to the Commercial Property Coverage Part:
See ASC 00 11 01 98, Schedule 5

   3 4-46-0482 06/23/2008  AAD CPW PR 1.000

ASC 00 03 01 98      Copyright 1998, OneBeacon Insurance Group      **POLICY LEVEL PROPERTY DECLARATIONS**

MANUSCRIPTED      Page 1 of 3

ASIC000050  Exhibit 3
Page 50 of 303

**Policy Number** 711-00-98-39-0001

| PROPERTY COVERAGE PART DECLARATIONS |
|---|
| POLICY LEVEL LIMITS OF INSURANCE |

**THE FOLLOWING LIMITS ARE THE TOTAL COVERAGE LIMITS FOR THAT PARTICULAR COVERAGE AND INCLUDE THE AMOUNT PROVIDED IN THE APPROPRIATE FORM.**

Tenant Relocation Expense
$25,000 Per Occurrence
General Causes of Loss Applies

Limited Coverage for Fungus, Wet Rot, Dry Rot and Bacteria
$15,000 Annual Aggregate
$500 Deductible
General Causes of Loss Applies

Electronic Data Damage Or Destruction From Cyber Vandalism
$10,000 Annual Aggregate
$500 Deductible

Electronic Data Loss of Income and Extra Expense From Cyber Vandalism
$10,000 Annual Aggregate
Waiting Period - 72 hours

Denial of Service Coverage
$10,000 Annual Aggregate

California Hardware, Media and Electronic Data Earthquake
$100,000 Per Occurrence
$500 Deductible

Preservation of Property - Expense
$50,000 Per Occurrence
$0 Deductible
General Causes of Loss Applies

Lock Replacement
$10,000 Per Occurrence
General Causes of Loss Applies

Catastrophe Allowance
$50,000 Annual Aggregate
$0 Deductible
General Causes of Loss Applies

Expediting Expenses
$50,000 Per Occurrence
$0 Deductible
General Causes of Loss Applies

Soft Costs
$25,000 Per Occurrence
$0 Deductible
General Causes of Loss Applies

Temporary Relocation of Property Coverage During Renovation or Remodeling
$100,000 Per Occurrence
90 Days
$0 Deductible
General Causes of Loss Applies

Salesmen Samples
$25,000 Per Occurrence
$500 Deductible

Forms Applicable to the Commercial Property Coverage Part:

3 4-46-0482 06/23/2008  AAD CPW PR 1.000

ASC 00 03 01 98          Copyright 1998, OneBeacon Insurance Group          POLICY LEVEL PROPERTY DECLARATIONS

MANUSCRIPTED

ASIC000051  Exhibit 3
Page 51 of 303

**Policy Number** 711-00-98-39-0001

| PROPERTY COVERAGE PART DECLARATIONS |
| --- |
| POLICY LEVEL LIMITS OF INSURANCE |

**THE FOLLOWING LIMITS ARE THE TOTAL COVERAGE LIMITS FOR THAT PARTICULAR COVERAGE AND INCLUDE THE AMOUNT PROVIDED IN THE APPROPRIATE FORM.**

Business Income Off Premises Power or
Communication Failure                    Excluded $0 Limit Applies

Building Ordinance                       Excluded $0 Limit Applies

Rewards                                  Excluded $0 Limit Applies

Contractual Penalties                    Excluded $0 Limit Applies

Transit Limit of Insurance               Excluded $0 Limit Applies

Hardware and Media                       Excluded $0 Limit Applies

Business Income and Extra Expense        Excluded $0 Limit Applies

Contingent Business Premises             Excluded $0 Limit Applies

Forms Applicable to the Commercial Property Coverage Part:

3  4-46-0482 06/23/2008   AAD CPW PR 1.000

ASC 00 03 01 98          Copyright 1998, OneBeacon Insurance Group          POLICY LEVEL PROPERTY DECLARATIONS

MANUSCRIPTED                                  Page 3 of 3

POLICY NUMBER: 711-00-98-39-0001

| COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS |
|---|
| LOCATION LEVEL LIMITS OF INSURANCE |

**Valuation (Val):** RC = Replacement Cost
ACV = Actual Cash Value
SV = Stated Value
FRC = Functional Replacement Cost

**Causes of Loss:** G = General
I = Inland Marine
O = Outdoor
N = Named
C = Cyber Vandalism

**THE FOLLOWING LIMITS ARE THE TOTAL COVERAGE LIMITS FOR THAT PARTICULAR COVERAGE AND INCLUDE THE AMOUNT PROVIDED IN THE APPROPRIATE FORM.**

| Loc | Bldg | Covered Property | Limit of Insurance | Deductible | Val | Infl Guard | Causes of Loss |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Business Personal Property | $1,000 | $1,000 | RC | | G |

**VCP 100 10 98**

Copyright 1998, OneBeacon Insurance Group
MANUSCRIPTED

**LOCATION LEVEL PROPERTY DECLARATIONS**
Page 1 of 1

ASIC000053   Exhibit 3

# SCHEDULE 4

Effective 06/01/2008 , this schedule forms a part of Policy No. 711-00-98-39-0001
(At the time stated in the policy)

issued to

TRIQUINT SEMICONDUCTOR, INC.
(See ASC 00 11 01 98, Schedule 1)


Producer: WILLIS OF OREGON INC.

by OneBeacon America Insurance Company

**When "Yes" is shown for Agreed Value, Coinsurance does not apply to that coverage at that location.**

Coinsurance and Agreed Value

| Loc | Bldg | Coverage | Coins % | Agreed Value |
|-----|------|----------|---------|-------|
| 1 | 1 | Business Personal Property | | Yes |

3 4-46-0482 06/23/2008   AAD CPW PR 1.000

ASC 00 11 01 98

MANUSCRIPTED

POLICY NUMBER: 711-00-98-39-0001

| SUPPLEMENTAL PROPERTY COVERAGE PART DECLARATIONS |
|---|

**THE FOLLOWING LIMITS ARE THE TOTAL COVERAGE LIMITS FOR THAT PARTICULAR COVERAGE AND INCLUDE THE AMOUNT PROVIDED IN THE APPROPRIATE FORM.**

**When "Agreed Value" is shown, Coinsurance does not apply to that coverage at that location.**

```
Special Theft Limits of Insurance          General Causes of Loss Applies
    Furs, fur garments and garments trimmed with fur
       Loc  Bldg           Limit  Deductible
        1    1           $10,000     $500
    Jewelry, watches, watch movements, jewels, pearls, precious and
    semi-precious stones, bullion
       Loc  Bldg           Limit  Deductible
        1    1           $10,000     $500
    Gold, silver, platinum, and other precious alloys or metals
       Loc  Bldg           Limit  Deductible
        1    1           $25,000     $500
    Stamps, tickets, and letters of credit
       Loc  Bldg           Limit  Deductible
        1    1            $1,000     $500
```

3 4-46-0482 06/23/2008  AAD CPW PR 1.000

ASC 00 13 01 98        Copyright 1998, OneBeacon Insurance Group

MANUSCRIPTED

SUPPLEMENTAL PROPERTY DECLARATIONS
Page 1 of 1

# SCHEDULE 5

Effective 06/01/2008 , this schedule forms a part of Policy No. 711-00-98-39-0001
(At the time stated in the policy)

issued to

TRIQUINT SEMICONDUCTOR, INC.
(See ASC 00 11 01 98, Schedule 1)


Producer: WILLIS OF OREGON INC.

by OneBeacon America Insurance Company

Commercial Property Coverage Part Declarations, ASC 00 03 01 98,
Continued:

Forms Applicable to the Property Coverage Part:

| | |
|---|---|
| ASC 00 03 01 98 | PROPERTY COV PART DEC - POLICY LEVEL LIMITS OF INSURANCE |
| ASC 00 13 01 98 | SUPPLEMENTAL PROPERTY DEC |
| IL 09 53 01 08 | EXCLUSION OF CERTIFIED ACTS OF TERRORISM |
| INT 32 01 08 | GLOBAL PROPERTY ENDORSEMENT |
| INT 37 02 05 | INTERNATIONAL EXCLUSION - TERRORISM |
| VCP 002 02 05 | SPECIAL PROPERTY COVERAGE FORM |
| VCP 003 02 05 | PROPERTY CONDITIONS |
| VCP 100 10 98 | COMMERCIAL PROPERTY DEC |
| VCP 331 02 05 | REWARD COVERAGE EXCLUSION |
| VCP 335 02 05 | TRANSIT COVERAGE EXCLUSION |
| VCP 337 02 05 | CONTRACTUAL PENALTIES COVERAGE EXCLUSION |
| VCP 338 02 05 | CONTINGENT BUSINESS PREMISES COVERAGE EXCLUSION |
| VCP 339 02 05 | BUSINESS INCOME & EXTRA EXPENSE COVERAGE EXCLUSION |
| VCP 340 02 05 | BUILDING ORDINANCE COVERAGE EXCLUSION |
| VCP 348 02 05 | EXCLUSION - HARDWARE & MEDIA |
| ASC 00 11 01 98 | Schedule 4 - COINSURANCE & AGREED VALUE SCHEDULE |
| ASC 00 11 01 98 | Schedule 5 - PROPERTY FORMS LIST |

3 4-46-0482 06/23/2008   AAD CPW PR 1.000

POLICY NUMBER: 711-00-98-39-0001

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

    BOILER AND MACHINERY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    CRIME AND FIDELITY COVERAGE PART
    EQUIPMENT BREAKDOWN COVERAGE PART
    FARM COVERAGE PART
    STANDARD PROPERTY POLICY

### SCHEDULE

The **Exception Covering Certain Fire Losses** (Paragraph **C**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
| CA, CT, GA, HI, IA, IL, MA, ME, MO, NC | COMMERCIAL PROPERTY COVERAGE PART |
| NJ, NY, OR, RI, VA, WA, WI, WV | COMMERCIAL PROPERTY COVERAGE PART |
| CA, ME, MO, OR, WI | COMMERCIAL INLAND MARINE COVERAGE PART |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C. Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

IL 09 53 01 08

© ISO Properties, Inc., 2007
MANUSCRIPTED

Page 1 of 2

ASIC000057   Exhibit 3
Page 57 of 303

**D. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© ISO Properties, Inc., 2007

**IL 09 53 01 08**

ASIC000058  Exhibit 3
Page 58 of 303

**Policy Number:** 711-00-98-39-0001

## LIABILITY COVERAGE PART DECLARATIONS

**Limits of Insurance**    **@vantage for General Liability Endorsement Applies**

General Aggregate                                   $2,000,000

Products/Completed Operations                       $2,000,000
  Aggregate

Each Occurrence                                     $1,000,000

Personal and Advertising Injury                     $1,000,000

Damage to Premises Rented to You                    $1,000,000 Per Occurrence

Medical Expense PGL                                 $10,000 Per Person

Employee Benefits                                   $1,000,000 Each Claim
                                                    $2,000,000 Annual Aggregate
                                                    1453 Employees
                                                    $1,000 Deductible

Damage to Your Electronic Product                   $2,000,000 Annual Aggregate
                                                    $25,000 Deductible

Global General Liability                            $472,000,000 Foreign Sales

International Human Resources
  Assistance                                        Covered
  Voluntary Workers Compensation                    Covered
  Employers Liability
    Bodily Injury by Accident                       $1,000,000 Each Accident
    Bodily Injury by Disease Including              $1,000,000 Policy Limit
      By Endemic Disease                            $1,000,000 Each Employee

International Contingent Automobile                 $1,000,000 Per Occurrence

**Forms applicable to the Liability Coverage Part:**
See ASC 00 11 01 98, Schedule 6

   3 4-46-0482 06/23/2008  AAD CPW PR 1.000

ASC 00 05 01 98          Copyright 1998, OneBeacon Insurance Group
                              MANUSCRIPTED

**LIABILITY DECLARATIONS**
Page 1 of 1

POLICY NUMBER: 711-00-98-39-0001

| CLASS | CLASS DESCRIPTION<br>LOCATION AND PREMIUM BASIS |
|---|---|
| 54201 | Technology Industries-Premises and Operations Including Products<br><br>Subline(s): 334 Premises/Operations<br>336 Products/Completed Operations<br><br>    Loc  Bldg       Gross Sales  Subline(s)<br>     1    1      155,120,000  334, 336<br><br>     2    1         If Any  334, 336 |

**Note: See reverse side for definition of premium basis**

VCG 100 10 98

Copyright 1998, OneBeacon Insurance Group
MANUSCRIPTED

LIABILITY SCHEDULE
Page 1 of 2

ASIC000060   Exhibit 3

### Definition of Premium Basis

When used as a premium basis:

"admissions" means the total number of persons, other than employees of the named insured, admitted to the event insured or to events conducted on the premises whether on paid admission tickets, complimentary tickets or passes.

"cost" means total cost of all work let or sublet in connection with each specific project including: the cost of all labor, materials and equipment furnished, used or delivered for use in the execution of the work and all fees, bonuses or commissions made, paid or due.

"area" means the total number of square feet or floor space at the insured premises.

"payroll" means remuneration (all money or substitutes for money) earned during the policy period by proprietors and by all employees of the named insured subject to any overtime earnings or limitation of payroll rule applicable in accordance with the manuals in use by the Company.

"sales" means the gross amount charged by the named insured, concessionaires of the named insured or by other trading under the insured's name for all good or products sold or distributed, for operations performed during the policy period and for rentals subject to the limitation sales rule applicable in accordance with the manuals in use by the Company.

"each" means a unit of exposure whose quantity is indicated in the classification footnotes in the manual used by the Company, such as "per person."

"unit" (primarily applicable to apartment buildings and condominiums) means a single room or group of rooms intended for occupancy as separate living quarters by a family, by a group of unrelated persons living together or by a person living alone.

Copyright 1998, OneBeacon Insurance Group

**VCG 100 10 98**

# SCHEDULE 6

Effective 06/01/2008 , this schedule forms a part of Policy No. 711-00-98-39-0001
    (At the time stated in the policy)

issued to

TRIQUINT SEMICONDUCTOR, INC.
(See ASC 00 11 01 98, Schedule 1)


Producer: WILLIS OF OREGON INC.

by OneBeacon America Insurance Company

Liability Coverage Part Declarations, ASC 00 05 01 98, Continued:

Forms Applicable to the Liability Coverage Part:

| | |
|---|---|
| ASC 00 05 01 98 | LIABILITY COVERAGE PART DEC |
| CG 00 01 12 07 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG 21 47 12 07 | EMPLOYMENT-RELATED PRACTICES EXCLUSION (N/A TX & WA) |
| CG 21 67 12 04 | FUNGI OR BACTERIA EXCLUSION |
| CG 21 75 06 08 | EXCLUSION OF CERTIFIED ACTS OF TERRORISM & OTHER TERRORISM |
| CG 25 04 03 97 | AMENDMENT-AGGREGATE LIMITS OF INSURANCE (PER LOCATION) |
| IL 00 21 07 02 | NUCLEAR ENERGY LIABILITY EXCL (n/a to NY or WA) |
| IL 01 42 01 08 | OR CHANGES - DOMESTIC PARTNERSHIP |
| INT 02 04 04 | INTERNATIONAL HUMAN RESOURCES COVERAGE WITH ASSISTANCE |
| INT 03 02 05 | INTERNATIONAL CONTINGENT AUTO LIABILITY COVERAGE FORM |
| INT 05 02 05 | GLOBAL GENERAL LIABILITY ENDORSEMENT |
| INT 11 12 06 | CORPORATE DESIGNEE FORM |
| INT 39 02 05 | INTERNATIONAL EXCLUSION - TERRORISM |
| VCG 007 02 05 | EMPLOYEE BENEFITS LIABILITY COVERAGE FORM |
| VCG 100 10 98 | LIABILITY SCHEDULE |
| VCG 207 06 07 | @VANTAGE FOR GENERAL LIABILITY TECHNOLOGY COMPANIES |
| VCG 216 02 05 | DAMAGE TO YOUR ELECTRONIC PRODUCT |
| VCG 217 02 05 | EXCL-INFRINGEMENT OF COPYRIGHT PATENT, TRADEMARK,TRADE SECRET |
| VCG 302 02 05 | ABSOLUTE EXCLUSION-ASBESTOS LIABILITY |
| ASC 00 10 01 98 | Policy Change 1 - LIABILITY POLICY CHANGE 1 |
| ASC 00 11 01 98 | Schedule 6 - LIABILITY FORMS LIST |

3 4-46-0482 06/23/2008   AAD CPW PR 1.000

MANUSCRIPTED

POLICY NUMBER: 711-00-98-39-0001

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DESIGNATED LOCATION(S)
# GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| |
|---|
| **Designated Location(s):**<br>ALL SCHEDULED LOCATIONS |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE **A** (SECTION I), and for all medical expenses caused by accidents under COVERAGE **C** (SECTION I), which can be attributed only to operations at a single designated "location" shown in the Schedule above:

ASIC000063   Exhibit 3
Page 63 of 303

1. A separate Designated Location General Aggregate Limit applies to each designated "location", and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

2. The Designated Location General Aggregate Limit is the most we will pay for the sum of all damages under COVERAGE **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under Coverage **C** regardless of the number of:

   **a.** Insureds;

   **b.** Claims made or "suits" brought; or

   **c.** Persons or organizations making claims or bringing "suits".

3. Any payments made under COVERAGE **A** for damages or under COVERAGE **C** for medical expenses shall reduce the Designated Location General Aggregate Limit for that designated "location". Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Location General Aggregate Limit for any other designated "location" shown in the Schedule above.

4. The limits shown in the Declarations for Each Occurrence, Fire Damage and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Location General Aggregate Limit.

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE **A** (SECTION I), and for all medical expenses caused by accidents under COVERAGE **C** (SECTION I), which cannot be attributed only to operations at a single designated "location" shown in the Schedule above:

1. Any payments made under COVERAGE **A** for damages or under COVERAGE **C** for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-Completed Operations Aggregate Limit, whichever is applicable; and

2. Such payments shall not reduce any Designated Location General Aggregate Limit.

**C.** When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-Completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Location General Aggregate Limit.

**D.** For the purposes of this endorsement, the **Definitions** Section is amended by the addition of the following definition:

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

**E.** The provisions of Limits Of Insurance (SECTION **III**) not otherwise modified by this endorsement shall continue to apply as stipulated.

Copyright, Insurance Services Office, Inc., 1996
CG 25 04 03 97

ASIC000064   Exhibit 3
Page 64 of 303

# POLICY CHANGE  1

Effective 06/01/2008 , this endorsement forms a part of Policy No. 711-00-98-39-0001
(At the time stated in the policy)

Issued to

TRIQUINT SEMICONDUCTOR, INC.
(See ASC 00 11 01 98, Schedule 1)


Producer: WILLIS OF OREGON INC.

by OneBeacon America Insurance Company

ELECTROMAGNETIC RADIATION - EXCLUSION OF COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to bodily injury, property damage, personal injury or advertising injury arising out of or allegedly due to exposure to or contact with Electromagnetic Radiation.

The Company has no obligation under this insurance:

1) to investigate, defend or settle any claim or suit against any insured alleging actual, threatened, perceived, latent, sudden and accidental or intentional injury of any kind or nature or damage of any kind or nature to persons or property which arises out of or is alleged to have been caused by or contributed to by the exposures to or contact with the existence of Electromagnetic Radiation.

2) to pay any damages, judgments, settlements, loss penalties, assessments, apportionments, costs or expenses including damages mandated, required or ordered by local, state or federal statute and/or legislative action and/or damage as stated in (1) above or in complying with any action authorized by law, and relating to such injury or damages.

The definition of Electromagnetic Radiation includes but is not limited to magnetic energy, waves, fields, or forces generated, produced, distributed, transmitted or maintained by the charges, currents, frequencies, energy or forces of electricity that is generated, flowing or otherwise transmitted through or by way of the medium, methods and equipment designed to generate, produce,


3 4-46-0482 06/23/2008  AAD CPW PR 1.000

ASC 00 10 01 98                MANUSCRIPTED

# POLICY CHANGE  1

Effective  06/01/2008 , this endorsement forms a part of Policy No.  711-00-98-39-0001
(At the time stated in the policy)

issued to

TRIQUINT SEMICONDUCTOR, INC.
(See ASC 00 11 01 98, Schedule 1)


Producer: WILLIS OF OREGON INC.

by OneBeacon America Insurance Company

distribute, transport or transmit the electrical charges, currents,
frequencies, energy or forces.

3 4-46-0482 06/23/2008   AAD CPW PR 1.000

ASC 00 10 01 98

MANUSCRIPTED

POLICY CHANGE
Page 2 of 2

ASIC000066   Exhibit 3
Page 66 of 303

**Policy Number:** 711-00-98-39-0001

| PROFESSIONAL LIABILITY COVERAGE PART DECLARATIONS |
|---|

**Limits of Insurance**

NOTICE: THIS IS A CLAIMS-MADE FORM AND APPLIES TO CLAIMS FIRST MADE DURING THE POLICY PERIOD AND AFTER THE RETROACTIVE DATE SHOWN IN THE DECLARATIONS. DEFENSE COSTS REDUCE THE LIMIT OF LIABILITY AND ARE SUBJECT TO THE DEDUCTIBLE. DATA PRIVACY LIABILITY AND COMMUNICATIONS LIABILITY COVERAGES, IF APPLICABLE, ARE PROVIDED ON A CLAIMS MADE AND REPORTED BASIS.

Total Aggregate Limit (All Coverages Combined)          $10,000,000

Technology Errors or Omissions                          $10,000,000 Each Wrongful Act
                                                        $10,000,000 Aggregate Sublimit
                                                        $100,000 Deductible per Claim
                                                        $627,120,000 Gross Sales
                                                        06/01/1999 Retro Date
                                                        Worldwide Coverage

Data Privacy Liability Coverage                         Not Covered

Communications Liability Coverage                       Not Covered

Third Party Product Recall Expense

**Forms applicable to the Professional Liability Coverage Part:**
See ASC 00 11 01 98, Schedule 7

   3 4-46-0482 06/23/2008  AAD CPW PR 1.000

APR 005 02 99            Copyright 1999, OneBeacon Insurance Group            PROFESSIONAL LIABILITY DECLARATIONS
                                  MANUSCRIPTED                                          Page 1 of 1

ASIC000067  Exhibit 3

# SCHEDULE 7

Effective 06/01/2008 , this schedule forms a part of Policy No. 711-00-98-39-0001
(At the time stated in the policy)

issued to

TRIQUINT SEMICONDUCTOR, INC.
(See ASC 00 11 01 98, Schedule 1)


Producer: WILLIS OF OREGON INC.

by OneBeacon America Insurance Company

Commercial Professional Liability Coverage Part Declarations,
APR 005 02 99, Continued

Forms Applicable to the Professional Liability Coverage Part:

| | |
|---|---|
| APR 001 06 07 | TECHNOLOGY ERRORS OR OMISSIONS COVERAGE FORM |
| APR 005 02 99 | PROFESSIONAL LIAB DECLARATIONS |
| APR 221 03 06 | TECHNOLOGY E&O - THIRD PARTY PRODUCT RECALL EXPENSE COV |
| APR 699 OR 03 06 | OR CHANGES-TECHNOLOGY ERRORS OR OMISSIONS COVERAGE |
| IL 00 21 07 02 | NUCLEAR ENERGY LIABILITY EXCL (n/a to NY or WA) |
| IL 01 42 01 08 | OR CHANGES - DOMESTIC PARTNERSHIP |
| ASC 00 10 01 98 | Policy Change 2 - PRODUCT RECALL EXCLUSION - AMENDED |
| ASC 00 11 01 98 | Schedule 7 - PROF LIAB POLICY FORMS LIST |

3 4-46-0482 06/23/2008   AAD CPW PR 1.000

ASC 00 11 01 98

MANUSCRIPTED

# POLICY CHANGE 2

Effective 06/01/2008 , this endorsement forms a part of Policy No. 711-00-98-39-0001
(At the time stated in the policy)

issued to

TRIQUINT SEMICONDUCTOR, INC.
(See ASC 00 11 01 98, Schedule 1)


Producer: WILLIS OF OREGON INC.

by OneBeacon America Insurance Company


THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

PRODUCT RECALL EXCLUSION - AMENDED

This endorsement modifies the insurance provided under the following:

TECHNOLOGY ERRORS OR OMISSIONS COVERAGE FORM

Exclusion p., Product Recall, is deleted and replaced with the following:

p.  Product Recall

The withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:
(1) Your products;
(2) Any property on which your work was performed; or
(3) Impaired property, meaning tangible property other than your technology offerings, that cannot be used or is less useful because:
    (a) It incorporates your technology offerings that is known or thought to be defective, deficient, or inadequate; or
    (b) You have failed to fulfill the terms of a contract or agreement;
If such property can be restored to use by:
    (i)  The repair, replacement, adjustment or removal of your technology offerings, or
    (ii) Your fulfilling the terms of the contract or agreement;

If such product, work, or property is withdrawn or recalled from


3 4-46-0482 06/23/2008  AAD CPW PR 1.000

# POLICY CHANGE  2

Effective  06/01/2008 , this endorsement forms a part of Policy No.  711-00-98-39-0001
(At the time stated in the policy)

issued to

TRIQUINT SEMICONDUCTOR, INC.
(See ASC 00 11 01 98, Schedule 1)


Producer: WILLIS OF OREGON INC.

by OneBeacon America Insurance Company

the market or from use by any person or organization because of
a known or suspected defect, deficiency, or inadequacy in your
technology offerings or impaired property.

However, we will not apply this exclusion to claims by third
parties in relation to such claims, or for loss of use resulting
from the withdrawal, recall, inspection, repair, replacement,
adjustment or removal of your technology offerings.

The sub-limit of liability provided by this coverage is
$5,000,000.  The sub-limit of liability is considered part of
the Technology Errors & Omissions Limit of Liability provided
by this insurance.  Any claims covered by this section of
insurance shall reduce the limit of coverage available under
this insurance.

3 4-46-0482 06/23/2008   AAD CPW PR 1.000

ASC 00 10 01 98

MANUSCRIPTED

NOTE:  PENNSYLVANIA AUTOMOBILE POLICIES DO **NOT** PROVIDE COLLISION COVERAGE TO ANY PRIVATE PASSENGER CAR RENTED BY YOU OR ANYONE ELSE INSURED UNDER THIS POLICY, UNLESS THE COVERAGE IS SPECIFICALLY ENDORSED ON THE POLICY.

# Business Auto Coverage Form
# Declarations
(Part I)

**ITEM ONE** This Declarations Page is issued with and is part of **Policy No.** 711-00-98-39 -0001

**Business Entity:** Corporation

**ITEM TWO** Schedule of Coverages and Covered Autos

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos." "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Business Auto Coverage Form next to the name of the coverage.

| COVERAGES | | COVERED AUTOS | LIMIT<br>THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | PREMIUM |
|---|---|---|---|---|
| **LIABILITY INSURANCE** | | 1 | $ 1,000,000 | $ |
| **PERSONAL INJURY PROTECTION (P.I.P.)** (or equivalent No-Fault Coverage) | | 5 | SEPARATELY STATED IN EACH P.I.P. ENDORSEMENT MINUS $ See **DEDUCTIBLE** | $ |
| **ADDED PERSONAL INJURY PROTECTION** (or equivalent No-Fault Coverage) | | | SEPARATELY STATED IN EACH ADDED P.I.P. ENDORSEMENT | $ |
| **PROPERTY PROTECTION INSURANCE (P.P.I.)** (Michigan only) | | | SEPARATELY STATED IN THE P.P.I. ENDORSEMENT MINUS $ **DEDUCTIBLE** FOR EACH ACCIDENT | $ |
| **AUTO MEDICAL PAYMENTS INSURANCE** | | 2 | $ See Item Three Extension | $ |
| **UNINSURED MOTORISTS INSURANCE** | | 2 | $ See ASC 00 11 01 98, Schedule 9 | $ |
| **UNDERINSURED MOTORISTS** (When not included in Uninsured Motorists Coverage) (Not Applicable in New York) | | | $ | $ |
| **PHYSICAL** **DAMAGE** **INSURANCE** | **COMPREHENSIVE COVERAGE** | 2 | ACTUAL CASH VALUE OR COST OF REPAIR WHICHEVER IS LESS MINUS | $ See **DEDUCTIBLE** FOR EACH COVERED AUTO FOR ALL LOSS EXCEPT FIRE OR LIGHTNING | $ |
| | **SPECIFIED CAUSES OF LOSS COVERAGE** | | | $25 **DEDUCTIBLE** FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM | $ |
| | **COLLISION COVERAGE** | 2 | | $ See **DEDUCTIBLE** FOR EACH COVERED AUTO See ITEM FOUR for hired or borrowed autos | $ |
| | **TOWING AND LABOR** (Not available in California) | | $ | for each disablement of a private passenger auto | $ |
| | | | | | $ |
| | | | | | $ |
| | | | | | $ |
| | | | **PREMIUM FOR ENDORSEMENTS** | | $ |
| | | | **ESTIMATED TOTAL PREMIUM** | | $ |

FORMS AND ENDORSEMENTS CONTAINED IN THIS POLICY AT ITS INCEPTION:

See ASC 00 11 01 98, Schedule 8

REFER TO COVERED AUTO SECTION OF THE BUSINESS AUTO COVERAGE FORM FOR DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS 1 THROUGH 9. ENTER SYMBOL 10 DESCRIPTION HERE.

**ACA 01 07 91**

Copyright 1991, OneBeacon Insurance Group
MANUSCRIPTED

**AUTO DECLARATIONS**

# Business Auto Coverage Form
# Declarations
## (Part II)

**ITEM THREE** Schedule of Covered Autos You Own

**Policy Number:** 711-00-98-39 -0001

| Covered Auto No. | DESCRIPTION Year, Model, Trade Name, Body Type, Serial Number(s), Vehicle Identification Number (VIN) | | PURCHASED Original Cost New | Actual Cost New (N) Used (U) | Territory: Town & State Garaged State - Territory - Zip Code | |
|---|---|---|---|---|---|---|
| 1 | 1988  FORD         E150 VAN | | 15,000 | 15,000 | BEAVERTON | OR |
|   | 1FTEE14YXJHC02960    ECONOLINE | | | (N) | (36-017) 97005-0000 | |
| 2 | 1993  CHEVROLET    C1500 | | 11,255 | 11,255 | APOPKA | FL |
|   | 1GCEC14Z9PE237448    Pickup | | | (N) | (09-012) 32703-0000 999 | |
| 3 | 1995  CHEVROLET    G20 VAN | | 19,000 | 19,000 | APOPKA | FL |
|   | 1GCEG25K8SF133399    Van | | | (N) | (09-012) 32703-0000 999 | |

## CLASSIFICATION

| Covered Auto No. | Radius of Operation | BUSINESS USE S = Service R = Retail C = Commercial | Size GVW, GCW or, Vehicle Seating Capacity | Age Group | RATING FACTOR Liability | RATING FACTOR Physical Damage | Code | Except for Towing all physical damage loss is payable to you and the loss payee named below as interests may appear at the time of the loss. |
|---|---|---|---|---|---|---|---|---|
| 1 | 50 | C | 10,000 | 21 | 1.35 | 1.10 | 03199 | If Any, See Attached Schedule |
| 2 | 50 | C | 10,000 | 16 | 1.35 | 1.10 | 03199 | |
| 3 | 50 | C | 10,000 | 14 | 1.35 | 1.10 | 03199 | |

## COVERAGES - PREMIUMS LIMITS AND DEDUCTIBLES
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead)

| Covered Auto No. | LIABILITY LIMIT | LIABILITY PREMIUM | PERSONAL INJURY PROTECTION Limit stated in each P.I.P. End. minus deductible shown below | PERSONAL INJURY PROTECTION PREMIUM | ADDED P.I.P. Limit stated in each Added P.I.P. End. Premium | PROPERTY PROTECTION MICHIGAN ONLY Limit stated in P.P.I. End. minus deductible shown below | PROPERTY PROTECTION MICHIGAN ONLY PREMIUM | AUTO MEDICAL PAY LIMIT | AUTO MEDICAL PAY PREMIUM |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1,000,000 | | | | | | | 5,000 | |
| 2 | 1,000,000 | | Nil | | | | | | |
| 3 | 1,000,000 | | Nil | | | | | | |
| **TOTAL PREMIUM** | | | | | | | | | |

| Covered Auto No. | COMPREHENSIVE Limit stated in ITEM TWO minus deductible shown below | COMPREHENSIVE PREMIUM | SPECIFIED CAUSES OF LOSS COVERAGE Limit stated in ITEM TWO Premium | COLLISION Limit stated in ITEM TWO minus deductible shown below | COLLISION PREMIUM | TOWING AND LABOR Limit Per Disablement | TOWING AND LABOR PREMIUM |
|---|---|---|---|---|---|---|---|
| 1 | 500 | | | 500 | | | |
| 2 | 500 | | | 500 | | | |
| 3 | 500 | | | 500 | | | |
| **TOTAL PREMIUM** | | | | | | | |

ACA 02 07 91

Copyright 1991, OneBeacon Insurance Group
MANUSCRIPTED

AUTO DECLARATIONS

ASIC000072   Exhibit 3

# Business Auto Coverage Form
# Declarations
### (Part III)

## ITEM FOUR  Schedule of Hired or Borrowed Covered Auto Coverage and Premiums

**Policy Number:** 711-00-98-39 -0001

### LIABILITY INSURANCE - RATING BASIS, COST OF HIRE

| STATE | CLASS | ESTIMATED COST OF HIRE FOR EACH STATE | RATE PER EACH $100 COST OF HIRE | PREMIUM |
|---|---|---|---|---|
| 09-66190-611-32703 | | If Any | 14.778 | ███████ |
| 09-66190-611-32703 | | If Any | 2.463° | ███████ |

° Subject to Evidence of Insurance

Cost of Hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or employees or their family members). Cost of Hire does not include charges for services performed by motor carriers of property or passengers.

**TOTAL PREMIUM**

### PHYSICAL DAMAGE COVERAGE

| COVERAGES | LIMIT OF INSURANCE THE MOST WE WILL PAY DEDUCTIBLE | ESTIMATED ANNUAL COST OF HIRE | RATE PER EACH $100 ANNUAL COST OF HIRE | PREMIUM |
|---|---|---|---|---|
| COMPREHENSIVE | ACTUAL CASH VALUE, COST OF REPAIRS OR<br>$      WHICHEVER IS LESS, MINUS<br>$      DEDUCTIBLE FOR EACH COVERED AUTO,<br>BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING | | | $ |
| SPECIFIED CAUSES OF LOSS | ACTUAL CASH VALUE, COST OF REPAIRS OR<br>$      WHICHEVER IS LESS, MINUS<br>$ 25 DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY<br>MISCHIEF OR VANDALISM | | | $ |
| COLLISION | ACTUAL CASH VALUE, COST OF REPAIRS OR<br>$      WHICHEVER IS LESS, MINUS<br>$      DEDUCTIBLE FOR EACH COVERED AUTO. | | | $ |
| | | | TOTAL PREMIUM | $ |

## ITEM FIVE  Schedule for Non-Ownership Liability

| NAMED INSURED'S BUSINESS | RATING BASIS | NUMBER | PREMIUM |
|---|---|---|---|
| 09-660100-611-32703<br>**OTHER THAN A**<br>**SOCIAL SERVICE AGENCY** | NUMBER OF EMPLOYEES | 25 | ███████ |
| | NUMBER OF PARTNERS | | |
| **SOCIAL SERVICE AGENCY** | NUMBER OF EMPLOYEES | | |
| | NUMBER OF VOLUNTEERS | | |
| | | | |
| | | | |
| | TOTAL PREMIUM | | |

**ACA 03 07 91**

Copyright 1991, OneBeacon Insurance Group<br>MANUSCRIPTED

**AUTO DECLARATIONS**

# SCHEDULE 8

Effective 06/01/2008 , this schedule forms a part of Policy No. 711-00-98-39-0001
(At the time stated in the policy)

issued to

TRIQUINT SEMICONDUCTOR, INC.
(See ASC 00 11 01 98, Schedule 1)


Producer: WILLIS OF OREGON INC.

by OneBeacon America Insurance Company

Commercial Auto Coverage Part Declarations, ACA 01 07 91,
Continued:

Forms Applicable to the Auto Coverage Part:

| | |
|---|---|
| ACA 01 07 91 | BUSINESS AUTO DEC (PART I) |
| ACA 02 07 91 | BUSINESS AUTO DEC (PART II) |
| ACA 03 07 91 | BUSINESS AUTO DEC (PART III) |
| ACA 82 10 89 | OR CANCELLATION ENDT |
| CA 00 01 10 01 | BUSINESS AUTO COVERAGE FORM |
| CA 00 45 03 03 | FL WAR EXCLUSION |
| CA 01 28 02 03 | FL CHANGES |
| CA 01 49 01 08 | OR CHANGES |
| CA 02 67 07 07 | FL CHANGES – CANCELLATION AND NONRENEWAL |
| CA 21 05 01 08 | OR UM COVERAGE – BODILY INJURY |
| CA 21 72 04 01 | FL UM – NON-STACKED |
| CA 22 10 07 04 | FL PIP |
| CA 22 50 07 04 | FL EXTENDED PIP |
| CA 23 86 01 06 | EXCL OF TERRORISM ABOVE MINIMUM STATUTORY LIMITS |
| CA 99 03 07 97 | MEDICAL PAYMENTS |
| IL 00 21 07 02 | NUCLEAR ENERGY LIABILITY EXCL (n/a to NY or WA) |
| IL 01 42 01 08 | OR CHANGES - DOMESTIC PARTNERSHIP |
| VCA 201 02 05 | @VANTAGE FOR AUTOMOBILE (N/A SC) |
| ASC 00 11 01 98 | Schedule 8 – AUTO FORMS LIST |
| ASC 00 11 01 98 | Schedule 9 – UNINSURED MOTORIST |

3 4-46-0482 06/23/2008   AAD CPW PR 1.000

ASC 00 11 01 98

MANUSCRIPTED

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# OREGON UNINSURED MOTORISTS COVERAGE – BODILY INJURY

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Oregon, this endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective: | Policy Number: |
|---|---|
| 06/01/2008 | 711-00-98-39-0001 |
| Named Insured: | Countersigned By: |
| TRIQUINT SEMICONDUCTOR, INC. | |

(Authorized Representative)

## SCHEDULE

| Limit Of Insurance: $1,000,000 | Each "Accident" |
|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

### A. Coverage

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. With respect to damages resulting from an "accident" with a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", we will pay under this coverage only if Paragraph **a.** or **b.** below applies:

   a. The limit of any applicable liability policies has been exhausted by payment of judgments or settlements; or

   b. A tentative settlement has been made between an "insured" and the insurer of the vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle" and we:

      (1) Have been given prompt written notice of such tentative settlement; and

      (2) Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

### B. Who Is An Insured

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

CA 21 05 01 08                © ISO Properties, Inc., 2007                Page 1 of 5
MANUSCRIPTED

ASIC000075   Exhibit 3
Page 75 of 303

**c.** Anyone else "occupying" an "auto" the Named Insured is operating.

**d.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

**a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

**b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

## C. Exclusions

This insurance does not apply to any of the following:

**1.** Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle" in accordance with the procedure described in Paragraph **A.2.b.**

**2.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

**3.** "Bodily injury" sustained by:

**a.** An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form;

**b.** Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form; or

**c.** Any "family member" while "occupying" or when struck by any vehicle owned by an individual Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

**4.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**5.** Punitive or exemplary damages.

**6.** "Bodily injury" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

**2.** We will provide primary insurance for a vehicle which you do not own if such vehicle is owned by a self-insurer as qualified under the Oregon Financial Responsibility Law.

**3.** The Limit of Insurance under this coverage shall be reduced by all sums paid by or for anyone who is legally responsible, including all sums paid under this Coverage Form's Liability Coverage.

**4.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage Form, Medical Payments Coverage Endorsement or Personal Injury Protection Coverage Endorsement attached to this Coverage Part.

We will not make a duplicate payment under this Coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

© ISO Properties, Inc., 2007

CA 21 05 01 08

**E. Changes In Conditions**

The Conditions are changed for Uninsured Motorists Coverage as follows:

1. **Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are replaced by the following:

   If there is other applicable insurance available under one or more policies or provisions of coverage:

   a. The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any coverage form or policy providing coverage on either a primary or excess basis.

   b. Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

   c. When coverage provided under a certificate of self-insurance is available, any motor vehicle liability insurance or uninsured motorists coverage we provide will be on a primary basis unless otherwise agreed to by the self-insurer.

   d. If the coverage under this Coverage Form is provided:

      (1) On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

      (2) On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

   a. If a "stolen vehicle" or a hit-and-run or phantom vehicle is involved, the Named Insured or someone on that Named Insured's behalf shall report the "accident" to the appropriate law enforcement agency within 72 hours of the "accident".

   b. If a "stolen vehicle" is involved, you or someone on your behalf must cooperate with the appropriate law enforcement agency in the prosecution of the theft of the vehicle.

   c. Promptly send us copies of the legal papers if a "suit" is brought.

   d. A person seeking coverage from a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle" must also promptly notify us in writing of a tentative settlement between the "insured" and the insurer of the vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle" and allow advance payment to that "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve our rights against the insurer, owner or operator of such vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle".

3. **Legal Action Against Us** is replaced by the following:

   a. No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

   b. No cause of action shall accrue to an "insured" under this coverage unless within two years from the date of the "accident":

      (1) Agreement as to the amount due under this Coverage Form has been concluded;

      (2) We or the "insured" have formally instituted arbitration proceedings;

      (3) The "insured" has filed an action against us; or

      (4) An action for "bodily injury" has been filed against the uninsured motorist and, within two years from the "date of settlement" or "final judgment" against the uninsured motorist, the "insured" has:

ASIC000077    Exhibit 3
Page 77 of 303

**(a)** Formally instituted arbitration proceedings against us; or

**(b)** Filed an action against us.

**4. Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights do not apply under this provision with respect to damages caused by an "accident" with a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle" if we:

**a.** Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle"; and

**b.** Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

**a.** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of this coverage; and

**b.** We also have a right to recover the advance payment.

**5.** The following Condition is added:

**ARBITRATION**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to an arbitration and to be bound by the results of that arbitration. If both parties so agree, then each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**b.** Unless both parties agree otherwise, arbitration will take place in either of the following, at the election of the "insured":

**(1)** The county where the "insured" lives; or

**(2)** The county where the "insured's" cause of action against the owner or driver of the "uninsured motor vehicle" arose.

Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**c.** We will pay all arbitration costs to an "insured" in excess of $100. Arbitration costs to an "insured" shall not include attorneys' fees or any expenses incurred in producing evidence or witnesses or making transcripts of the arbitration proceedings.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Date of settlement" means the date on which a written settlement agreement or release is signed by an "insured" or, in the absence of such documents, the date on which the "insured" or the attorney for the "insured" receives payment of any sum required by the settlement agreement.

**2.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

**3.** "Final judgment" means a judgment that has become final by lapse of time for appeal or by entry in an appellate court of an appellate judgment.

**4.** "Occupancy" means in, upon, getting in, on, out or off.

**5.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

**a.** For which no liability policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

© ISO Properties, Inc., 2007

CA 21 05 01 08

ASIC000078   Exhibit 3
Page 78 of 303

**b.** That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or "trailer":

    **(1)** For which a liability policy applies at the time of an "accident", but its limit for "bodily injury" liability is either:

        **(a)** Less than the limit of liability for this coverage; or

        **(b)** Reduced by payments to others injured in the "accident" to an amount which is less than the limit of liability for this coverage.

    **(2)** That is owned or operated by a self-insurer that provides recovery to an "insured" in an amount that is less than the limit of liability for this coverage.

**c.** For which an insuring company denies coverage, becomes voluntarily or involuntarily bankrupt or is placed in receivership; or

**d.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying". However, in the event that a hit-and-run vehicle causes "bodily injury" to an "insured" without hitting the "insured", a covered "auto" or a vehicle the "insured" is "occupying", the facts of the "accident" must be corroborated by competent evidence other than the testimony of any person having an uninsured motorists claim resulting from the "accident".

**e.** That is a "stolen vehicle".

**f.** That is owned or operated by a self-insurer:

    **(1)** That is not in compliance with ORS 806.130 (1)(c); or

    **(2)** That becomes insolvent and cannot provide the amounts required by that motor vehicle law.

However, "uninsured motor vehicle" does not include any vehicle designed for use mainly off public roads while not on public roads.

**6.** "Stolen vehicle" means:

**a.** A covered "auto" that is being operated without the consent of the "insured"; and

**b.** At the time of the "accident", the operator has no collectible liability insurance.

ASIC000079   Exhibit 3
Page 79 of 303

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA UNINSURED MOTORISTS COVERAGE – NON-STACKED

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Florida, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement effective | Policy No. |
|---|---|
| 06/01/08 | 711-00-98-39-0001 |
| Named Insured | Countersigned by |
| TRIQUINT SEMICONDUCTOR, INC. | |

(Authorized Representative)

### SCHEDULE

| Limit Of Insurance | |
|---|---|
| $ 1,000,000 | Each "Accident" |

(If no entry appears above, information required to complete this endorsement will be shown in the Schedule or Declarations as applicable to this endorsement.)

## A. Coverage

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. With respect to damages resulting from an "accident" with a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", we will pay under this coverage only if **a.** or **b.** below applies:

   **a.** The limit of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or

   **b.** A tentative settlement has been made between an "insured" and the insurer of the "underinsured motor vehicle" and we:

   **(1)** Have been given prompt written notice of such tentative settlement; and

   **(2)** Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

## B. Who Is An Insured

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   **a.** The Named Insured and any "family members".

   **b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

CA 21 72 04 01

© ISO Properties, Inc., 2000
MANUSCRIPTED

Page 1 of 5

ASIC000080   Exhibit 3
Page 80 of 303

**c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

**a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

**b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to:

**1.** Any claim settled or judgment reached without our consent, unless our right to recover payment has not been prejudiced by such settlement or judgment. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle".

**2.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

**3.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**4.** "Bodily injury" sustained by:

**a.** An individual Named Insured while "occupying" or when struck by a vehicle owned by that individual Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage form;

**b.** Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form; or

**c.** Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

**d.** Any "insured" with respect to damages for pain, suffering, mental anguish or inconvenience unless the "bodily injury" consists in whole or in part of:

**(1)** Significant and permanent loss of an important bodily function;

**(2)** Permanent injury within a reasonable degree of medical probability, other than scarring or disfigurement;

**(3)** Significant and permanent scarring or disfigurement; or

**(4)** Death.

**5.** Punitive or exemplary damages.

**D. Limit Of Insurance**

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit of Uninsured Motorists Coverage shown in the Schedule or declarations. However, any recovery for damages sustained by an individual Named Insured or any "family member":

**a.** While "occupying" a vehicle owned by that Named Insured or any "family member" may equal, but not exceed, the limit of insurance for Uninsured Motorists Coverage applicable to that vehicle.

**b.** While "occupying" a vehicle not owned by that Named Insured or any "family member" may equal, but not exceed, the sum of:

**(1)** The limit of insurance for Uninsured Motorists Coverage applicable to the vehicle such Named Insured or any "family member" were "occupying" at the time of the "accident"; and

**(2)** The highest limit of insurance for Uninsured Motorists Coverage applicable to any one vehicle under any one policy affording coverage to such Named Insured or any "family member";

**c.** While not "occupying" any vehicle may equal, but not exceed, the highest limit of insurance for Uninsured Motorists Coverage applicable to any one vehicle under any one policy affording coverage to an individual Named Insured or any "family member".

**2.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability

© ISO Properties, Inc., 2000

Coverage Form, No-Fault Coverage Endorsement, Medical Payments Coverage Endorsement, or Uninsured Motorists Coverage Endorsement attached to this Coverage Part.

3. We will not make a duplicate payment under this Coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

4. We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

**E. Changes In Conditions**

The Conditions are changed for Uninsured Motorists Coverage Non-Stacked as follows:

1. **Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are replaced by the following:

   If there is other applicable insurance available under one or more Coverage Forms, policies or provisions of coverage:

   a. The maximum recovery under all Coverage Forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any one Coverage form or policy providing coverage on either a primary or excess basis.

   b. Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any collectible uninsured motorists insurance providing coverage on a primary basis.

   c. If the coverage under this Coverage Form is provided:

      (1) On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

      (2) On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

   a. Promptly notify the police if a hit-and-run driver is involved; and

   b. Promptly send us copies of the legal papers if a "suit" is brought.

   c. A person seeking Uninsured Motorists Coverage must also promptly notify us in writing by certified or registered mail of a tentative settlement between the "insured" and the insurer of the vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle" and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle".

3. **Transfer Of Rights Or Recovery Against Others To Us** is changed by adding the following:

   If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

   Our rights do not apply under this provision with respect to Uninsured Motorists Coverage if we:

   a. Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of a vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle"; and

   b. Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

   If we advance payment to an "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

   a. That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Uninsured Motorists Coverage; and

   b. We also have the right to recover the advanced payment.

ASIC000082   Exhibit 3
Page 82 of 303

4. The following Condition is added:

a. **Arbitration**

(1) If we and an "insured" do not agree:

(a) Whether that person is legally entitled to recover damages under this endorsement; or

(b) As to the amount of damages that are recoverable by that person;

Then the matter may be mediated, in accordance with the Mediation Provision contained in General Conditions, if the damages resulting from "bodily injury" are for $10,000 or less, or arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

(2) Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

(3) Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

b. **Florida Arbitration Act**

If we and an "insured" agree to arbitration, the **Florida Arbitration Act** will not apply.

c. **Mediation**

(1) In any claim filed by an "insured" with us for:

(a) "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto";

(b) "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto"; or

(c) "Loss" to a covered "auto" or its equipment, in any amount;

either party may make a written demand for mediation of the claim prior to the institution of litigation.

(2) A written request for mediation must be filed with the Florida Department of Insurance on an approved form, which may be obtained from the Florida Department of Insurance.

(3) The request must state:

(a) Why mediation is being requested.

(b) The issues in dispute, which are to be mediated.

(4) The Florida Department of Insurance will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone, if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

(5) Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

(6) The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

F. **Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

3. "Uninsured motor vehicle" means a land motor vehicle or "trailer":

a. For which no liability bond or policy applies at the time of an "accident";

© ISO Properties, Inc., 2000          **CA 21 72 04 01**

ASIC000083   Exhibit 3
Page 83 of 303

**b.** That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or "trailer" for which a "bodily injury" liability bond or policy applies at the time of an "accident" but the amount paid under that bond or policy to an "insured" is not enough to pay the full amount the "insured" is legally entitled to recover as damages caused by the "accident";

**c.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

**d.** For which neither the driver nor owner can be identified. The land motor vehicle or "trailer" must:

    **(1)** Hit an individual Named Insured or any "family member", a covered "auto" or a vehicle such Named Insured or any "family member" are "occupying"; or

    **(2)** Cause an "accident" resulting in "bodily injury" to an individual Named Insured or any "family member" without hitting that Named Insured, any "family member", a covred "auto" or a vehicle such Named Insured or any "family member" are "occupying".

If there is no physical contact with the land motor vehicle or "trailer", the facts of the "accident" must be proved. We will only accept competent evidence other than the testimony of a person making claims under this or any similar coverage.

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned by a governmental unit or agency;

**b.** Designed for use mainly off public roads while not on public roads; or

**c.** Owned by or furnished or available for the regular use of the Named Insured, or if the Named Insured is an individual, any "family member" unless it is a covered "auto" to which the Coverage Form's Liability Coverage applies and liability coverage is excluded for any person or organization other than the Named Insured, or if the Named Insured is an individual, any "family member".

ASIC000084   Exhibit 3
Page 84 of 303

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA PERSONAL INJURY PROTECTION

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Florida, this endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective:<br>06/01/2008 | Policy Number:<br>711-00-98-39-0001 |
|---|---|
| Named Insured:<br>TRIQUINT SEMICONDUCTOR, INC. | Countersigned By: |

(Authorized Representative)

We agree with the "named insured", subject to all the provisions of this endorsement and to all of the provisions of the policy except as modified herein, as follows that:

## SCHEDULE

Any Personal Injury Protection deductible shown in the Declarations of $ N i l
is applicable to ☐ the following "named insured" only:

☐ each "named insured" and each dependent – "family member".

☐ Work loss for "named insured" does not apply.

☐ Work loss for "named insured" and dependent - "family member" does not apply.

| Benefits | Limit Per Person |
|---|---|
| Total Aggregate Limit | Up to $10,000 |
| Death Benefits | $5,000 (included in aggregate) |
| Medical Expenses | 80% of medical expenses subject to total aggregate limit |
| Work Loss | 60% of work loss subject to total aggregate limit |
| Replacement Services Expense | subject to total aggregate limit |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

We will pay Personal Injury Protection benefits in accordance with the Florida Motor Vehicle No-Fault Law to or for an "insured" who sustains "bodily injury" in an "accident" arising out of the ownership, maintenance or use of a "motor vehicle". Subject to the limits shown in the schedule, these Personal Injury Protection benefits consist of the following:

**1. Medical Expense**

All reasonable "medically necessary" expenses for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing and rehabilitative services, for prosthetic devices and for necessary remedial treatment and services recognized and permitted under the laws of the state for an "insured" who relies upon spiritual means through prayer alone for healing in accordance with his or her religious beliefs.

© ISO Properties, Inc., 2004
MANUSCRIPTED

ASIC000085   Exhibit 3
Page 85 of 303

However, payment of expenses for spiritual healing shall not affect the determination of what other services or procedures are "medically necessary".

**2. Replacement Services Expenses**

With respect to the period of disability of the injured person all expenses reasonably incurred in obtaining from others ordinary and necessary services in lieu of those that, but for such injury, the injured person would have performed without income for the benefit of his or her household;

**3. Work Loss**

With respect to the period of disability of the injured person, any loss of income and earning capacity from inability to work proximately caused by the injury sustained by the injured person; and

**4. Death Benefits**

**B. Who Is An Insured**

1. The "named insured".

2. If the "named insured" is an individual, any "family member".

3. Any other person while "occupying" a covered "motor vehicle" with the "named insured's" consent.

4. A "pedestrian" if the "accident" involves the covered "motor vehicle".

**C. Exclusions**

We will not pay Personal Injury Protection benefits for "bodily injury":

1. Sustained by the "named insured" or any "family member" while "occupying" any "motor vehicle" owned by the "named insured" that is not a covered "motor vehicle";

2. Sustained by any person while operating the covered "motor vehicle" without the "named insured's" expressed or implied consent;

3. Sustained by any person:

    a. Caused by his or her own intentional act; or

    b. While committing a felony.

4. To the "named insured" or any "family member" for work loss if an entry in the Schedule or Declarations indicates that coverage for work loss does not apply;

5. To any "pedestrian", other than the "named insured" or any "family member", not a legal resident of the state of Florida;

6. To any person, other than the "named insured" if that person is the "owner" of a "motor vehicle" for which security is required under the Florida Motor Vehicle No-Fault Law;

7. To any person, other than the "named insured", or any "family member", who is entitled to personal injury protection benefits from the owner of a "motor vehicle" that is not a covered "motor vehicle" under this insurance or from the "owner's" insurer; or

8. To any person who sustains "bodily injury" while "occupying" a "motor vehicle" located for use as a residence or premises.

**D. Limit Of Insurance**

1. Regardless of the number of persons insured, policies or bonds applicable, premiums paid, vehicles involved or claims made, the total aggregate limit of personal injury protection benefits available under the Florida Motor Vehicle No-Fault Law from all sources combined, including this policy, for all "loss" and expense incurred by or on behalf of any one person who sustains "bodily injury" as the result of any one "accident", shall be $10,000, provided that payment for Death benefits included within the total aggregate, shall be $5,000.

2. Any amount paid under this coverage will be reduced by the amount of benefits an injured person has been paid or is entitled to be paid for the same elements of "loss" under any workers' compensation law.

3. If personal injury protection benefits, under the Florida Motor Vehicle No-Fault Law, have been received from any insurer for the same elements of loss and expense benefits available under this policy, we will not make duplicate payments to or for the benefit of the injured person. The insurer paying the benefits shall be entitled to recover from us its pro rata share of the benefits paid and expenses incurred in handling the claim.

4. The deductible amount shown in the Schedule will be deducted from the total amount of expenses and losses listed in Paragraphs **A.1.**, **A.2.** and **A.3.** of this endorsement before the application of any percentage limitation for each "insured" to whom the deductible applies. The deductible does not apply to the death benefit.

© ISO Properties, Inc., 2004

**CA 22 10 07 04**

ASIC000086   Exhibit 3

### E. Changes In Conditions

The Conditions are changed for **Personal Injury Protection** as follows:

**1. Duties In The Event Of Accident, Claim, Suit Or Loss**

In the event of an "accident", the "named insured" must give us or our authorized representative prompt written notice of the "accident".

If any injured person or his or her legal representative institutes a legal action to recover damages for "bodily injury" against a third party, a copy of the summons, complaint or other process served in connection with that legal action must be forwarded to us as soon as possible by the injured person or his or her legal representative.

**2. Legal Action Against Us** is changed by adding the following:

**a.** No legal action may be brought against us until there has been full compliance with all terms of this policy. In addition, no legal action may be brought against us:

**(1)** Until the claim for benefits is overdue in accordance with Paragraph **E.4.** of this endorsement; and

**(2)** Until we are provided with a demand letter in accordance with the Florida Motor Vehicle No-Fault Law sent to us via U.S. certified or registered mail; and

**(3)** With respect to the overdue claim specified in the demand letter, if, within 15 days of receipt of the demand letter, we:

**(a)** pay the overdue claim; or

**(b)** agree to pay for future treatment not yet rendered;

in accordance with the requirements of the Florida Motor Vehicle No-Fault Law.

**3. Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

Unless prohibited by the Florida Motor Vehicle No-Fault Law, in the event of payment to or for the benefit of any injured person under this coverage:

**a.** We will be reimbursed for those payments, not including reasonable attorneys' fees and other reasonable expenses, from the proceeds of any settlement or judgment resulting from any right of recovery of the injured person against any person or organization legally responsible for the "bodily injury" from which the payment arises. We will also have a lien on those proceeds.

**b.** If any person to or for whom we pay benefits has rights to recover benefits from another, those rights are transferred to us. That person must do everything necessary to secure our rights and must do nothing after loss to impair them.

**c.** The insurer providing personal injury protection benefits on a private passenger "motor vehicle", as defined in the Florida Motor Vehicle No-Fault Law, shall be entitled to reimbursement to the extent of the payment of personal injury protection benefits from the "owner" or the insurer of the "owner" of a commercial "motor vehicle", as defined in the Florida Motor Vehicle No-Fault Law, if such injured person sustained the injury while "occupying", or while a "pedestrian" through being struck by, such commercial "motor vehicle".

**4.** The following condition is added:

**Payment Of Benefits**

Personal injury protection benefits payable under this coverage form, whether the full or partial amount, shall be overdue if not paid within 30 days after we are furnished with written notice of the covered "loss" and the amount of the covered "loss" in accordance with the Florida Motor Vehicle No-Fault Law.

**5.** The **Concealment, Misrepresentation Or Fraud** provision is replaced by the following:

We do not provide coverage under this endorsement for an "insured" if that "insured" has committed, by a material act or omission, any insurance fraud relating to personal injury protection coverage under this form, if fraud is admitted to in a sworn statement by the "insured" or if the fraud is established by the "insured" or if the fraud is established in a court of

ASIC000087   Exhibit 3
Page 87 of 303

competent jurisdiction. Any insurance fraud shall void all personal injury protection coverage arising from the claim with respect to the "insured" who committed the fraud. Any benefits paid prior to the discovery of that "insured's" fraud shall be recoverable from that "insured".

**F.  Additional Conditions**

The following Conditions are added:

**1.  Mediation**

a.  In any claim filed by an "insured" with us for:

(1) "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto";

(2) "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto", or

(3) "Loss" to a covered "auto" or its equipment, in any amount,

either party may make a written demand for mediation of the claim prior to the institution of litigation.

b.  A written request for mediation must be filed with the Florida Department of Financial Services on an approved form, which may be obtained from the Florida Department of Financial Services.

c.  The request must state:

(1) Why mediation is being requested.

(2) The issues in dispute, which are to be mediated.

d.  The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone, if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator deter-

mines that one party has not mediated in good faith.

e.  Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

f.  The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

**2.  Modification Of Policy Coverages**

Any Automobile Medical Payments Coverage and any Uninsured Motorists Coverage afforded by the policy shall be excess over any personal injury protection benefits paid or payable.

Regardless of whether the full amount of personal injury protection benefits has been exhausted, any Medical Payments Coverage afforded by the policy shall pay the portion of any claim for personal injury protection medical expenses which are otherwise covered but not payable due to the limitation of 80% of medical expense benefits but shall not be payable for the amount of the deductible selected.

**3.  Proof Of Claim; Medical Reports And Examinations; Payment Of Claim Withheld**

As soon as practicable, the person making claim shall give to us written proof of claim, under oath if required, which may include full particulars of the nature and extent of the injuries and treatment received and contemplated, and such other information as may assist us in determining the amount due and payable. Such person shall submit to mental and physical examinations at our expense when and as often as we may reasonably require and a copy of the medical report shall be forwarded to such person if requested. If the person unreasonably refuses to submit to an examination, we will not be liable for subsequent personal injury protection benefits. Whenever a person making claim is charged with committing a felony, we shall withhold benefits until, at the trial level, the prosecution makes a formal entry on the record that it will not prosecute the case against the person, the charge is dismissed or the person is acquitted.

 © ISO Properties, Inc., 2004

ASIC000088   Exhibit 3

4. **Provisional Premium**

In the event of any change in the rules, rates, rating plan, premiums or minimum premiums applicable to the insurance afforded, because of an adverse judicial finding as to the constitutionality of any provisions of the Florida Motor Vehicle No-Fault Law providing for the exemption of persons from tort liability, the premium stated in the declarations for any Liability, Medical Payments and Uninsured Motorists insurance shall be deemed provisional and subject to recomputation. If this policy is a renewal policy, such recomputation shall also include a determination of the amount of any return premium previously credited or refunded to the "named insured" pursuant to Sections 627.730 through 627.7415 (1988) of the Florida Motor Vehicle No-Fault Law with respect to insurance afforded under a previous policy.

If the final premium thus recomputed exceeds the premium shown in the Declarations, the "named insured" shall pay to us the excess as well as the amount of any return premium previously credited or refunded.

5. **Special Provisions For Rented Or Leased Vehicles**

Notwithstanding any provision of this coverage to the contrary, if a person is injured while "occupying" or through being struck by, a "motor vehicle" rented or leased under a rental or lease agreement, the personal injury protection afforded under the lessor's policy shall be primary, unless the face of the agreement contains, in at least 10-point type, the following language:

> The valid and collectible personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of personal injury protection coverage required by Section 627.736, Florida Statutes.

6. **Policy Period; Territory**

The insurance under this Section applies only to "accidents" which occur during the policy period:

a. In the state of Florida;

b. As respects the "named insured" or any "family member", while "occupying" the covered "motor vehicle" outside the state of Florida but within the United States of America, its territories or possessions or Canada; and

c. As respects the "named insured", while "occupying" a "motor vehicle" of which a "family member" is the "owner" and for which security is maintained under the Florida Motor Vehicle No-Fault Law outside the state of Florida but within the United States of America, its territories or possessions or Canada.

G. **Additional Definitions**

As used in this endorsement:

1. "Motor vehicle" means any self-propelled vehicle with four or more wheels which is of a type both designed and required to be licensed for use on the highways of Florida and any trailer or semitrailer designed for use with such vehicle;

However, "motor vehicle" does not include:

a. A mobile home;

b. Any "motor vehicle" which is used in mass transit, other than public school transportation, and designed to transport more than five passengers exclusive of the operator of the motor vehicle and which is owned by a municipality, a transit authority, or a political subdivision of the state.

2. "Family member" means a person related to the "named insured" by blood, marriage or adoption including a ward or foster child who is a resident of the same household as the "named insured".

3. "Named insured" means the person or organization named in the Declarations of the policy and, if an individual, shall include the spouse if a resident of the same household.

4. "Occupying" means in or upon or entering into or alighting from.

5. "Owner" means a person or organization who holds the legal title to a "motor vehicle", and also includes:

a. A debtor having the right to possession, in the event a "motor vehicle" is the subject of a security agreement;

b. A lessee having the right to possession, in the event a "motor vehicle" is the subject of a lease with option to purchase and such lease agreement is for a period of six months or more; and

ASIC000089  Exhibit 3
Page 89 of 303

**c.** A lessee having the right to possession, in the event a "motor vehicle" is the subject of a lease without option to purchase, and such lease is for a period of six months or more, and the lease agreement provides that the lessee shall be responsible for securing insurance.

6. "Pedestrian" means a person while not an occupant of any self-propelled vehicle.

7. "Medically necessary" refers to a medical service or supply that a prudent physician would provide for the purpose of preventing, diagnosing or treating an illness, injury, disease, or symptom in a manner that is:

**a.** In accordance with generally accepted standards of medical practice;

**b.** Clinically appropriate in terms of type, frequency, extent, site and duration; and

**c.** Not primarily for the convenience of the patient, physician, or other health care provider.

© ISO Properties, Inc., 2004

CA 22 10 07 04

ASIC000090   Exhibit 3
Page 90 of 303

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA EXTENDED PERSONAL INJURY PROTECTION

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Florida, this endorsement modifies insurance provided under the following:

>    BUSINESS AUTO COVERAGE FORM
>    GARAGE COVERAGE FORM
>    MOTOR CARRIER COVERAGE FORM
>    TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Personal Injury Protection Endorsement apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective:<br>06/01/08 | Policy Number:<br>711-00-98-39-0001 |
|---|---|
| Named Insured:<br>TRIQUINT SEMICONDUCTOR, INC. | Countersigned By:<br><br>(Authorized Representative) |

## SCHEDULE

| |
|---|
| ☐  Work loss for "named insured" and dependent - "family member" does not apply. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Coverage**

We will pay, in accordance with the Florida Motor Vehicle No-Fault Law:

1. To or for the benefit of an injured person who is a "named insured" or "family member":

    a.  All medical expenses;

    b.  80% of work loss;

    c.  Replacement services expenses;

    d.  Death benefits; and

2. To or for the benefit of any other injured person:

    a.  80% of "medically necessary" expenses; and

    b.  60% of work loss; and

    c.  Replacement services expenses; and

    d.  Death benefits;

incurred as a result of "bodily injury", caused by an "accident" arising out of the ownership, maintenance or use of the "motor vehicle" and sustained by:

(1) The "insured" or "family member" while "occupying" a "motor vehicle" or, while a "pedestrian" through being struck by a "motor vehicle", or

(2) Any other person while "occupying" the covered "motor vehicle" or, while a "pedestrian", through being struck by the covered "motor vehicle".

Subject to the limits shown in Paragraphs **A.1.** and **A.2.:**

**MEDICAL EXPENSES**

All reasonable "medically necessary" expenses for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing and rehabilitative services, for prosthetic devices and for necessary remedial treatment and services recognized and permitted under the laws of the state, for an "insured" who relies upon spiritual means through prayer alone for healing in accordance with his or her religious beliefs. However, payment of expenses for spiritual healing shall not affect the determination of what other services or procedures are "medically necessary".

ASIC000091   Exhibit 3
Page 91 of 303

**REPLACEMENT SERVICES EXPENSES**

With respect to the period of disability of the injured person, all expenses reasonably incurred in obtaining from others ordinary and necessary services in lieu of those that, but for such Injury, the injured person would have performed without income for the benefit of his or her household;

**WORK LOSS**

With respect to the period of disability of the injured person, any loss of income and earning capacity from the inability to work proximately caused by the injury sustained by the injured person.

**B. Who Is An Insured**

1. The "named insured".

2. If the "named insured" is an individual, any "family member".

3. Any other person while "occupying" a covered "motor vehicle" with the "named insured's" consent.

4. A "pedestrian" if the "accident" involves the covered "motor vehicle".

**C. Exclusions**

This coverage does not apply to:

1. The "named insured" or any "family member" while "occupying" any "motor vehicle" owned by the "named insured" that is not a covered "motor vehicle";

2. Any person while operating the covered "motor vehicle" without the "named insured's" expressed or implied consent;

3. Any person, if such person's conduct contributed to his or her "bodily injury" under any of the following circumstances:

   a. Causing "bodily injury" to himself or herself intentionally; or

   b. While committing a felony;

4. The "named insured" or any "family member" for work loss if an entry in the Schedule or Declarations indicates that coverage for work loss does not apply;

5. Any "pedestrian", other than the "named insured" or any "family member", not a legal resident of the state of Florida;

6. Any person, other than the "named insured" if that person is the owner of a "motor vehicle" for which security is required under the Florida Motor Vehicle No-Fault Law;

7. Any person, other than the "named insured", or any "family member", who is entitled to personal injury protection benefits from the owner of a "motor vehicle" that is not a covered "motor vehicle" under this insurance or from the "owner's" insurer; or

8. Any person who sustains "bodily injury" while "occupying" a "motor vehicle" located for use as a residence or premises.

**D. Limit Of Insurance**

1. Regardless of the number of "insureds", policies or bonds applicable, premiums paid, vehicles involved or claims made, the total aggregate limit of personal injury protection benefits available under the Florida Motor Vehicle No-Fault Law from all sources combined, including this policy, for all "loss" and expense incurred by or on behalf of any one person who sustains "bodily injury" as the result of any one "accident", shall be $10,000. Payment for Death benefits included within the total aggregate, shall be $5,000.

   Regardless whether payments are made under the Florida Motor Vehicle No-Fault Law or under Extended Personal Injury Protection, the $10,000 limit indicated in the preceding paragraph shall be the maximum payable under this endorsement.

2. Any amount paid under this coverage shall be reduced by the amount of benefits an injured person has been paid or is entitled to recover for the same elements of "loss" under any workers' compensation law.

3. If personal injury protection benefits have been received from any insurer for the same elements of "loss" and expense for benefits available under this policy, we will not make duplicate payments to or for the benefit of the injured person. The insurer paying the benefits shall be entitled to recover from us its pro rata share of the benefits paid and expenses incurred in handling the claim.

**E. Changes In Conditions**

The Conditions are changed as follows:

1. **Duties In The Event Of Accident, Claim, Suit Or Loss**

   In the event of an "accident", claim, "suit" or "loss", the "named insured" must give us or our authorized representative prompt notice of the "accident".

© ISO Properties, Inc., 2004

If the injured person or his or her legal representative institutes a legal action to recover damages for "bodily injury" against the person causing the "bodily injury", copies of any demand, notice, summons or legal papers concerning the "suit" must be sent to us as soon as possible by that injured person or his or her legal representative.

2. **Legal Action Against Us**

   a. No legal action may be brought against us until there has been full compliance with all terms of this policy. In addition, no legal action may be brought against us:

      (1) Until the claim for benefits is overdue in accordance with Paragraph **F.6.** of this endorsement; and

      (2) Until we are provided with a demand letter in accordance with the Florida Motor Vehicle No-Fault Law sent to us via U.S. certified or registered mail; and

      (3) With respect to the overdue claim specified in the demand letter, if, within 15 days of receipt of the demand letter, we:

         (a) pay the overdue claim; or

         (b) agree to pay for future treatment not yet rendered;

      in accordance with the requirements of the Florida Motor Vehicle No-Fault Law.

3. **Transfer Of Rights Of Recovery Against Others To Us**

   Unless prohibited by the Florida Motor Vehicle No-Fault Law, in the event of payment to or for the benefit of any injured person under this coverage:

   a. We will be reimbursed for those payments, not including reasonable attorneys' fees and other reasonable expenses, from any right of recovery of the injured person against any person or organization legally responsible for the "bodily injury" from which the payment arises. We will also have a lien on those proceeds.

   b. If any person to or for whom we pay benefits has rights to recover damages from another, those rights are transferred to us. That person must do everything necessary to secure our rights and must do nothing after loss to impair them.

   c. The insurer providing personal injury protection benefits on a private passenger "motor vehicle", as defined in the Florida Motor Vehicle No-Fault Law, shall be entitled to reimbursement to the extent of the payment of personal injury protection benefits from the "owner" or the insurer of the "owner" of a commercial "motor vehicle", as defined in the Florida Motor Vehicle No-Fault Law, if the injured person sustained the injury while "occupying", or while a "pedestrian" through being struck by, the commercial "motor vehicle".

4. The **Concealment, Misrepresentation Or Fraud** provision is replaced by the following:

   We do not provide coverage under this endorsement for an "insured" if that "insured" has committed, by a material act or omission, any insurance fraud relating to personal injury protection coverage under this form, if fraud is admitted to in a sworn statement by the "insured" or if the fraud is established in a court of competent jurisdiction. Any insurance fraud shall void all personal injury protection coverage arising from the claim with respect to the "insured" who committed the fraud. Any benefits paid prior to the discovery of that "insured's" fraud shall be recoverable from that "insured".

F. **Additional Conditions**

   The following Conditions are added:

   1. **Mediation**

      a. In any claim filed by an "insured" with us for:

         (1) "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto";

         (2) "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto", or

         (3) "Loss" to a covered "auto" or its equipment, in any amount,

         either party may make a written demand for mediation of the claim prior to the institution of litigation.

ASIC000093   Exhibit 3
Page 93 of 303

**b.** A written request for mediation must be filed with the Florida Department of Financial Services on an approved form, which may be obtained from the Florida Department of Financial Services.

**c.** The request must state:

**(1)** Why mediation is being requested.

**(2)** The issues in dispute, which are to be mediated.

**d.** The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone, if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

**e.** Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

**f.** The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

**2. Proof Of Claim; Medical Reports And Examinations; Payment Of Claim Withheld**

The person making the claim must, as soon as possible:

**a.** Give us written proof of claim, under oath if required, containing full particulars concerning the injuries and treatment received and/or contemplated.

**b.** Send us any other information that will assist us in determining the amount due and payable.

**c.** Submit to examinations, at our expense, by physicians of our choice, as often as we reasonably require. We will send the person making the claim a copy of the medical report if requested.

If the person making the claim unreasonably refuses to submit to an examination, we will not pay subsequent personal injury protection benefits.

If the person making a claim is charged with committing a felony, we will not pay benefits until, at the trial level, the prosecution makes a formal entry on the record that it will not prosecute the case against the person, the charge is dismissed or the person is acquitted.

**3. Provisional Premium**

In the event of any change in the rules, rate, rating plan, premiums or minimum premiums applicable to the insurance afforded, because of an adverse judicial finding as to the constitutionality of any provisions of the Florida Motor Vehicle No-Fault Law providing for the exemption of persons from tort liability, the premium stated in the Declarations for any Liability, Medical Payments and Uninsured Motorists insurance shall be deemed provisional and subject to recomputation.

If this policy is a renewal policy, such recomputation shall include a determination of the amount of any return premium previously credited or refunded to the "named insured" pursuant to Sections 627.730 through 627.7415 (1988) of the Florida Motor Vehicle No-Fault Law with respect to insurance afforded under a previous policy.

If the final premium thus recomputed exceeds the premium shown in the Declarations, the "named insured" shall pay to us the excess as well as the amount of any return premium previously credited or refunded.

**4. Special Provisions For Rented Or Leased Vehicles**

Notwithstanding any provision of this coverage to the contrary, if a person is injured while "occupying" or through being struck by a "motor vehicle" rented or leased under a rental or lease agreement

© ISO Properties, Inc., 2004

which does not specify otherwise in language required by FLA. STAT. SECTION 627.7263(2) in at least 10-point type on the face of the agreement, the personal injury protection benefits available under the Florida Motor Vehicle No-Fault Law and afforded under the lessor's policy shall be primary.

5. **Modification Of Policy Coverages**

Any Automobile Medical Payments Insurance and any Uninsured Motorists Coverage afforded by the policy shall be excess over any personal injury protection benefits paid or payable.

Regardless of whether the full amount of personal injury protection benefits has been exhausted, any medical payments coverage afforded by the policy shall pay the portion of any claim for personal injury protection medical expenses which are otherwise covered but not payable due to the limitation of 80% of medical expense benefits contained in Section **A.**

6. The following provision is added:

**PAYMENT OF BENEFITS**

Personal injury protection benefits payable under this coverage form, whether the full or partial amount, shall be overdue if not paid within 30 days after we are furnished with written notice of the covered "loss" and the amount of the covered "loss" in accordance with the Florida Motor Vehicle No-Fault Law.

G. **Policy Territory**

The coverage under this endorsement applies only to "accidents" which occur during the policy period:

a. In the state of Florida;

b. To the "named insured" or any "family member", while "occupying" the covered "motor vehicle" outside the state of Florida but within the United States of America, its territories or possessions, Puerto Rico or Canada; and

c. To the "named insured", while "occupying" a "motor vehicle" owned by a "family member" and for which security is maintained under the Florida Motor Vehicle No-Fault Law outside the state of Florida but within the United States of America, its territories or possessions, Puerto Rico or Canada.

H. **Additional Definitions**

As used in this endorsement:

1. "Motor vehicle" means any self-propelled vehicle with four or more wheels which is of a type both designed and required to be licensed for use on the highways of Florida and any trailer or semitrailer designed for use with such vehicle.

However, "motor vehicle" does not include:

a. A mobile home;

b. Any motor vehicle that is used in mass transit, other than public school transportation, and designed to transport more than five passengers exclusive of the operator of the motor vehicle and which is owned by a municipality, a transit authority, or a political subdivision of the state.

2. "Family member" means a person related to the "named insured" by blood, marriage or adoption (including a ward or foster child) who is a resident of the same household as the "named insured".

3. "Named insured" means the person or organization named in the Declarations of the policy and, if an individual, shall include the spouse if a resident of the same household.

4. "Occupying" means in or upon or entering into or alighting from.

5. "Owner" means a person or organization who holds the legal title to a "motor vehicle", and also includes:

a. A debtor having the right to possession, in the event a "motor vehicle" is the subject of a security agreement;

b. A lessee having the right to possession, in the event a "motor vehicle" is the subject of a lease with option to purchase and such lease agreement is for a period of six months or more; and

c. A lessee having the right to possession, in the event a "motor vehicle" is the subject of a lease without option to purchase, and such lease is for a period of six months or more, and the lease agreement provides that the lessee shall be responsible for securing insurance.

6. "Pedestrian" means a person while not an occupant of any self-propelled vehicle.

ASIC000095   Exhibit 3

7. "Medically necessary" refers to a medical service or supply that a prudent physician would provide for the purpose of preventing, diagnosing or treating an illness, injury, disease, or symptom in a manner that is:

   a. In accordance with generally accepted standards of medical practice;

   b. Clinically appropriate in terms of type, frequency, extent, site and duration; and

   c. Not primarily for the convenience of the patient, physician, or other health care provider.

© ISO Properties, Inc., 2004

CA 22 50 07 04

ASIC000096   Exhibit 3
Page 96 of 303

# SCHEDULE 9

Effective 06/01/2008 , this schedule forms a part of Policy No. 711-00-98-39-0001
(At the time stated in the policy)
issued to
TRIQUINT SEMICONDUCTOR, INC.
(See ASC 00 11 01 98, Schedule 1)


Producer: WILLIS OF OREGON INC.

by OneBeacon America Insurance Company

Uninsured Motorist Limits (UM)
and
Underinsured Motorist Limits (UIM)
(when not included in Uninsured Motorists Coverage)

| State | Coverage | Limit | Premium |
|-------|----------|-------|---------|
| Florida | UM BI | $1,000,000 | ███████████ |
| Oregon | UM BI | $1,000,000 | |

3 4-46-0482 06/23/2008    AAD CPW PR 1.000
ASC 00 11 01 98

MANUSCRIPTED



**OneBeacon America Insurance Company**

1051 Texas Street
Salem, VA 24153

# FLORIDA COMMERCIAL AUTOMOBILE UNINSURED MOTORISTS COVERAGE INSURANCE REJECTION FORM

Named Insured and Mailing Address
TRIQUINT SEMICONDUCTOR, INC.
(See ASC 00 11 01 98, Schedule 1)
2300 NE BROOKWOOD PKWY
HILLSBORO, OR 97124-5300

Producer
WILLIS OF OREGON INC.
ONE SW COLUMBIA STREET, SUITE
PORTLAND, OR

**You are electing not to purchase certain valuable coverage which protects you and your family or you are purchasing uninsured motorists limits less than your bodily injury liability limits when you sign this form. Please read carefully.**

In accordance with the laws enacted by the Florida Legislature, Uninsured Motorists Coverage insurance must be provided on all policies containing bodily injury coverage at limits equal to the policy's bodily injury liability limits. Uninsured Motorists Coverage provides for payment of certain benefits for damages caused by owners or operators of uninsured motor vehicles as defined by Florida Law under Subsection 627.727 (3) (a), (b), and (c) because of bodily injury or death resulting therefrom. Such benefits may include payments for certain medical expenses, lost wages, and pain and suffering, subject to limitations and conditions contained in the policy.

Also in accordance with Florida Law, Uninsured Motorists Coverage may not be afforded on a stacked basis to Class 2 insureds. A Class 2 insured is any named insured that is not an individual, and family members.

Florida Law provides that the named insured can either reject the Uninsured Motorists Coverage or select it at limits that are lower than the bodily injury liability limits of the policy. Your policy provides Uninsured Motorists Coverage insurance equal to the bodily injury liability limits of your policy. The following options are available to you:

a) Uninsured Motorists Coverage at limits lower than your policy's bodily injury liability limits but not less than the financial responsibility limit mandated by law.

b) You may reject Uninsured Motorists Coverage entirely.

If you do not reject Uninsured Motorists Coverage it will be provided on a non-stacked basis. Coverage on a non-stacked basis means that our limit of insurance for any one accident is the only limit for all owned vehicles covered under the policy.

If you wish to change the coverage presently provided under your policy, please contact your agent or broker. Evidence of your selection of one of the above listed options must be maintained in this Company's files. We respectfully request you to complete the following form and return it to us via your agent or broker within forty-five (45) days.

To: OneBeacon America Insurance Company
Re: Florida Commercial Automobile Insurance Policy - Uninsured Motorists Coverage

I have read your notice describing the options available to me regarding Uninsured Motorists Coverage insurance and I herein elect the following:

[  ]  I elect Uninsured Motorists Coverage in lower limits of $ _____.

[  ]  I reject Uninsured Motorists Coverage entirely.

Named Insured's Signature _____

Date _____

Policy or Binder No. 7 1 1 - 0 0 - 9 8 - 3 9 - 0 0 0 1 _____

**(Please sign both copies of this form. You must return one copy to your agent or broker; retain the other for your records.)**

3  4-46-0482 06/23/2008   AAD CPW PR 1.000

ACA 161 05 96  46                                06/23/08          **FLORIDA UM REJECTION**

MANUSCRIPTED              1,000,000

ASIC000098   Exhibit 3
Page 98 of 303



OneBeacon America Insurance Company

Executive Office
1 Beacon Lane
Canton, MA 02021-1030

# OREGON ELECTION OF LOWER LIMITS FOR UNINSURED MOTORISTS COVERAGE

| Applicant/Named Insured: | Producer: |
|---|---|
| TRIQUINT SEMICONDUCTOR, INC.<br>(See ASC 00 11 01 98, Schedule 1)<br>2300 NE BROOKWOOD PKWY<br>HILLSBORO, OR 97124-5300 | WILLIS OF OREGON INC.<br>ONE SW COLUMBIA STREET, SUITE<br>PORTLAND, OR<br><br>97258 |
| **Policy Effective Date:**<br>06/01/2008 | **Policy Number:**<br>711-00-98-39-0001 |

Oregon law permits you to make certain decisions regarding Uninsured Motorists Coverage. This document, required by Oregon law, briefly describes this coverage and the options available.

You should read this document carefully and contact your agent if you have any questions regarding Uninsured Motorists Coverage and your options with respect to this coverage.

This document includes general descriptions of coverage. However, no coverage is provided by this document. You should read your policy and review your Declarations Page(s) and/or Schedule(s) for complete information on the coverages you are provided.

**BODILY INJURY UNINSURED MOTORISTS COVERAGE**

Bodily Injury Uninsured Motorists Coverage provides insurance protection to an insured for compensatory damages which the insured is legally entitled to recover from the owner or operator of an uninsured motor vehicle or an underinsured motor vehicle because of bodily injury caused by an automobile accident. Also included are damages due to bodily injury that result from an automobile accident with a hit-and-run vehicle whose owner or operator cannot be identified.

Every automobile liability policy must include Bodily Injury Uninsured Motorists Coverage at a limit equal to your Combined Single Limit for Liability Coverage except as described below.

If the Combined Single Limit for Liability exceeds $50,000 for each accident, you may elect to purchase a lower limit of Uninsured Motorists Coverage. However, you may not elect Uninsured Motorists Coverage at a limit less than the minimum limit required by Oregon law.

**ASIC000099**   Exhibit 3<br>Page 99 of 303

If you would like to elect Bodily Injury Uninsured Motorists Coverage at a limit lower than your Combined Single Limit for Liability Coverage, please indicate your choice as follows:

**ELECTION OF A LOWER LIMIT FOR BODILY INJURY UNINSURED MOTORISTS COVERAGE**

By initialing and signing below, you are electing to purchase Bodily Injury Uninsured Motorists Coverage at a limit lower than your Combined Single Limit for Liability Coverage of your policy. Please note that we only offer an Uninsured Motorists Coverage limit up to the Liability Coverage limit of your policy, even though higher limits may appear below.

**(Initials)**

_____ **I elect Bodily Injury Uninsured Motorists Coverage at a limit lower than my Combined Single Limit for Liability Coverage as indicated below. I acknowledge that I have been offered Bodily Injury Uninsured Motorists Coverage with a limit equal to my Combined Single Limit of Liability Coverage.**

| **(Initials)** | **Combined Single Limit** | **(Initials)** | **Combined Single Limit** |
|---|---|---|---|
| _____ | $ 50,000 | _____ | $ 350,000 |
| _____ | $ 100,000 | _____ | $ 500,000 |
| _____ | $ 250,000 | _____ | $ 1,000,000 |

_____          _____
**Signature of Applicant/Named Insured**                                  **Date**

The premium charges below must be filled-in by your insurance agent prior to your decision and signature.

$_____ Is the premium for Bodily Injury Uninsured Motorists Coverage per insured private passenger type vehicle with a limit equal to your Combined Single Limit for Liability Coverage.

$_____ Is the premium for Bodily Injury Uninsured Motorists Coverage per insured vehicle other than private passenger type vehicles with a limit equal to your Combined Single Limit for Liability Coverage.

$_____ Is the premium for Bodily Injury Uninsured Motorists Coverage per insured private passenger type vehicle with the limit you selected that is lower than your Combined Single Limit for Liability Coverage.

$_____ Is the premium for Bodily Injury Uninsured Motorists Coverage per insured vehicle other than private passenger type vehicles with the limit you selected that is lower than your Combined Single Limit for Liability Coverage.

**I understand that the coverage selection I have indicated above shall remain in force until a named insured rescinds it in writing or until the motor vehicle bodily injury liability limits are changed.**

_____          _____
**Signature of Applicant/Named Insured**                                  **Date**

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2007, OneBeacon Insurance Group

**VCA U 036 OR 01 07**

**ASIC000100**   Exhibit 3
Page 100 of 303



# CORPORATE DESIGNEE FORM

Send To:

OneBeacon America Insurance Company
100 Wall Street
14th Floor
New York, NY 10005 USA
Fax #(866) 804-5831

Named Insured

TRIQUINT SEMICONDUCTOR, INC.
(See ASC 00 11 01 98, Schedule 1)
2300 NE BROOKWOOD PKWY
HILLSBORO, OR 97124-5300

fold

Policy # 711-00-98-39-0001

Plan: International Human Resources Coverage with Assistance

Company's Line of Business _____

Administrative contact:      Name _____

Title _____

Phone _____

Date _____

In order to serve your needs, it is necessary to keep the following information current.  The Corporate Designees listed below may be contacted at any time, day or night, to confirm employment status of individuals seeking emergency assistance:

1.     Name _____     Office Phone _____

Location _____     Home Phone _____

Fax _____     Telex _____

2.     Name _____     Office Phone _____

Location _____     Home Phone _____

Fax _____     Telex _____

fold

3.     Name _____     Office Phone _____

Location _____     Home Phone _____

Fax _____     Telex _____

Employees are concentrated in the following locations in approximate numbers (attach supplement if necessary):

| Number | Country | City |
|--------|---------|------|
| | | |
| | | |
| | | |
| | | |

Special procedures or protocols to be followed (attach a supplement if necessary):

INT 11 12 06                    © OneBeacon Insurance Group, 2006          CORPORATE DESIGNEE FORM
                               MANUSCRIPTED

POLICY NUMBER 711-00-98-39-0001

Page 1 of 1

## UMBRELLA DECLARATIONS

1. **Limit of Insurance:**

| | |
|---|---|
| $5,000,000 | Each Occurrence Limit |
| $5,000,000 | Products/Completed Operations Aggregate Limit of Insurance |
| $5,000,000 | Bodily Injury By Disease Aggregate Limit |
| $5,000,000 | General Aggregate Limit of Insurance |

2. **Schedule of Underlying Insurance.**

In addition to the policies listed below, the underlying insurance which is to be maintained by the Insured as provided for in Condition 4 of the Commercial Umbrella Liability Coverage Form shall be as stated in the Liability Declarations and/or Automobile Declarations contained in this policy.

| Line of Insurance | Carrier Policy Number | Policy Period | Limit of Insurance |
|---|---|---|---|
| | ATLANTIC SPECIALTY 753010774-0003 | 06/01/2008 to 06/01/2009 | |
| Auto | | | $1,000,000 |

**These Declarations are completed by the following:**

See ASC 00 11 01 98, Schedule 10

Copyright 1999, OneBeacon Insurance Group
MANUSCRIPTED

UMBRELLA DECLARATIONS

POLICY NUMBER: 711-00-98-39-0001

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FOLLOWING FORM ENDORSEMENT

This endorsement modifies the insurance provided by the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM

Except insofar as coverage is available to the Insured as provided by "underlying insurance" as set forth in the Schedule Of Underlying Insurance, the Commercial Umbrella Liability Coverage Form does not apply to "bodily injury" or "property damage" or "personal and advertising injury" arising out of:

or allegedly due to exposure to or contact with Electromagnetic Radiation.

The Company has no obligation under this insurance:

1) to investigate, defend or settle any claim or suit against any insured alleging actual, threatened, perceived, latent, sudden and accidental or intentional injury of any kind or nature of damage of any kind or nature to persons or property which arises out of or is alleged to have been caused by or contributed to by the exposures to or contact with the existence of Electromagnetic Radiation.

2) to pay any damages, judgements, settlements, loss penalties, assessments, apportionments, costs or expenses including damages mandated, required or ordered by local, state or federal statute and/or legislative action and/or damages as stated in (1) above or in complying with any action authorized by law, and relating to such injury or damages.

The definition of Electromagnetic Radiation includes but is not limited to magnetic energy, waves, fields or forces generated, produced, distributed, transmitted or maintained by the charges, currents, frequencies, energy or forces of electricity that is generated, flowing or otherwise transmitted through or by way of the medium, methods and equipment designed to generate, produce, distribute, transport or transmit the electrical charges, currents, frequencies, energy or forces.

ASIC000103   Exhibit 3
Page 103 of 303

# SCHEDULE 10

Effective 06/01/2008 , this schedule forms a part of Policy No. 711-00-98-39-0001
(At the time stated in the policy)

issued to

TRIQUINT SEMICONDUCTOR, INC.
(See ASC 00 11 01 98, Schedule 1)


Producer: WILLIS OF OREGON INC.

by OneBeacon America Insurance Company

Commercial Umbrella Coverage Part Declarations,  VCU 001 12 99,
Continued:

Forms Applicable to the Umbrella Coverage Part:

| | |
|---|---|
| IL 01 42 01 08 | OR CHANGES - DOMESTIC PARTNERSHIP |
| INT 40 02 05 | INTERNATIONAL EXCLUSION - TERRORISM |
| VCU 001 12 99 | UMBRELLA DECLARATIONS |
| VCU 100 11 04 | COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM |
| VCU 213 11 04 | FOLLOWING FORM ENDORSEMENT |
| VCU 232 11 04 | EXCL- CARE, CUSTODY OR CONTROL (PROPERTY OF OTHERS) |
| VCU 261 11 04 | EXCLUSION - PROFESSIONAL SERVICES LIABILITY |
| VCU 273 11 04 | EXCLUSION - FUNGI OR BACTERIA |
| VCU 284 03 05 | EXCL - VIOLATION OF STATUTES WITH EMAIL, FAX OR PHONE CALL |
| VCU 285 06 07 | TECHNOLOGY ERRORS & OMISSIONS EXCLUSION |
| VCU 288 06 07 | INTERNET SEARCH,ACCESS,CONTENT OR SERV PROVIDER COV EXTENTION |
| VCU 306 01 08 | EXCLUSION OF CERTIFIED ACTS OF TERRORISM & OTHER TERRORISM |
| VCU 398 01 08 | AMENDED TERRORISM COVERAGE - COVERED AUTOS |
| VCU 617 FL 12 99 | FL CHANGES |
| ASC 00 10 01 98 | Policy Change 3 - ASBESTOS LIABILITY EXCLUSION |
| ASC 00 11 01 98 | Schedule 10 - UMBRELLA POLICY FORMS LIST |

3 4-46-0482 06/23/2008   AAD CPW PR 1.000

MANUSCRIPTED

# POLICY CHANGE 3

Effective    06/01/2008   , this endorsement forms a part of Policy No. 711-00-98-39-0001
          (At the time stated in the policy)
issued to

    TRIQUINT SEMICONDUCTOR, INC.
    (See ASC 00 11 01 98, Schedule 1)


    Producer: WILLIS OF OREGON INC.


by OneBeacon America Insurance Company

(The information provided for above is required to be completed only when this
endorsement is issued for attachment to the policy subsequent to its effective date.)

<u>ASBESTOS LIABILITY EXCLUSION</u>

This endorsement modifies the insurance provided by the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM

This insurance does not apply to any liability for bodily injury, property damage, personal and advertising injury, sickness, disease, occupational disease, disability, shock, death, mental anguish, and mental injury at any time arising out of the manufacture of, or use of, or mining of, or exposure to asbestos, asbestos products, asbestos fibers or asbestos dust, to any obligation of the insured to indemnify any party because of damages arising out of such property damage, personal injury, bodily injury, sickness, disease, occupational disease, disability, shock, death, mental anguish or mental injury at any time as a result of the manufacture of, use of, or exposure to asbestos, asbestos products, asbestos fibers or asbestos dust.

It is further agreed that we are not obligated to defend any suit or claim against the insured alleging or seeking said damages, if such suit or claim arises from said damages resulting from or contributed to by any and all manufacture of, mining of, use of, sales of, installation of, distribution of, or exposure to asbestos, asbestos products, asbestos fibers or asbestos dust.

    3 4-46-0482 06/23/2008   AAD CPW PR 1.000

**POLICY NUMBER:** 711-00-98-39-0001

| Non-Policy Forms |
|---|

The following forms were sent to you with your policy, but they are not part of your policy. They contain information which you may find useful about your policy, insurance in general, your premium payments, or other topics of interest. These forms do not give you insurance coverage. Refer to the forms that are part of your policy to determine if a loss is covered, and what we will pay, as well as your rights and duties.

| | |
|---|---|
| ACA 131 09 94 | OR POLICYHOLDER NOTICE |
| ACA 161 05 96 | FL UM REJECTION |
| APR 618 OR 06 07 | POLICYHOLDER NOTICE DEFENSE COSTS WITHIN LIMITS OF LIAB |
| CLD 142 01 08 | POLICYHOLDER DISCLOSURE NOTICE OF TERRORISM INSURANCE COV |
| G 16074 01 08 | NOTICE - IMPORTANT CHANGES - TERRORISM |
| G 2082 10 07 | FL POLICYHOLDER NOTICE |
| IHRPACKET99 01 99 | INTERNATIONAL HUMAN RESOURCES WITH ASSISTANCE PACKET |
| RC 180 10 07 | FL RISK CONTROL NOTICE |
| VCA U 036 OR 01 07 | OR ELECTION OF LOWER LIMITS FOR UM COVERAGE |
| VGN 003 02 05 | SPECIAL PROPERTY COVERAGE FORM QUICK REFERENCE GUIDE |

3 4-46-0482 06/23/2008  AAD CPW PR 1.000

ASC 00 14 01 98          Copyright 1998, OneBeacon Insurance Group
                              MANUSCRIPTED

NON-POLICY FORMS
Page 1 of 1

ASIC000106  Exhibit 3

# COMMON POLICY CONDITIONS

All coverages of this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 45 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**C. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**D. Concealment, Misrepresentation or Fraud**

This policy is void in any case of fraud by you as it relates to this policy at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This policy;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this policy.

**E. Examination of Your Books and Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**F. Inspections and Surveys**

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group
MANUSCRIPTED

ASIC000107   Exhibit 3

**G. Liberalization**

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

**H. Premiums**

1. All Named Insureds shown in the Declarations are jointly and severally liable and responsible for the payment of all premiums.

2. The first Named Insured shown in the Declarations will be the payee of any return premiums we pay.

**I. Premium Audit**

1. This policy is subject to audit if a premium designated as an advance premium is shown in the Declarations. We will compute the final premium due when we determine your actual exposures.

2. Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

3. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**J. Transfer of Your Rights and Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**K. Unintentional Errors or Omissions**

Your failure to disclose all hazards existing as of the inception date of the policy shall not prejudice you with respect to the coverage afforded by this policy, provided such failure or omission is not intentional. However, this provision does not affect our right to collect additional premium or exercise our right of cancellation or nonrenewal.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VIL 001 02 05

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# OREGON CHANGES – DOMESTIC PARTNERSHIP

This endorsement modifies insurance provided under the following:

> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
> ELECTRONIC DATA LIABILITY COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
> FARM COVERAGE PART
> FARM UMBRELLA LIABILITY POLICY
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCT WITHDRAWAL COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> PROFESSIONAL LIABILITY COVERAGE PART
> UNDERGROUND STORAGE TANK POLICY

**A.** The term "spouse" is replaced by the following:

Spouse or individual who is in a domestic partnership recognized under Oregon law.

**B.** Under the Commercial Auto Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to the:

1. Individual Named Insured by blood, adoption, marriage or domestic partnership recognized under Oregon law, who is a resident of such Named Insured's household, including a ward or foster child; or

2. Individual named in the Schedule by blood, adoption, marriage or domestic partnership recognized under Oregon law, who is a resident of the individual's household, including a ward or foster child, if the Drive Other Car Coverage – Broadened Coverage For Named Individual Endorsement is attached.

**C.** With respect to coverage for the ownership, maintenance, or use of "covered autos" provided under the Commercial Liability Umbrella Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to you by blood, adoption, marriage or domestic partnership recognized under Oregon law, who is a resident of your household, including a ward or foster child.

IL 01 42 01 08

© ISO Properties, Inc., 2007
MANUSCRIPTED

Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMON POLICY CONDITIONS

1. Section **A. Cancellation**, **2.** is deleted in its entirety and is replaced with the following:

   CANCELLATION FOR POLICIES IN EFFECT 90 DAYS OR LESS

   **a.** If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the specific reasons for the cancellation, at least:

   **(1)** 15 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   **(2)** 45 days before the effective date of cancellation if we cancel for any other reason, except that we may cancel immediately if there has been:

   **(a)** A material misstatement or misrepresentation; or

   **(b)** A failure to comply with underwriting requirements established by the insurer.

   **b.** We may not cancel on the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property.

   CANCELLATION FOR POLICIES IN EFFECT FOR MORE THAN 90 DAYS

   **a.** If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

   **(1)** Nonpayment of premium;

   **(2)** The policy was obtained by a material misstatement;

   **(3)** There has been a failure to comply with underwriting requirements within 90 days of the effective date of coverage;

   **(4)** There has been a substantial change in the risk covered by the policy;

   **(5)** The cancellation is for all insureds under such policies for a given class of insureds; or

   **(6)** On the basis of property insurance claims that are the result of an act of God, if we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property.

   **b.** If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the specific reasons for the cancellation, at least;

   **(1)** 15 days before the effective date of cancellation if cancellation is for non-payment of premium; or

   **(2)** 45 days before the effective date of cancellation if cancellation is for the reasons stated in **a.(2)** through **a.(6)** above.

2. The following is added to Section **B. When We Do Not Renew**:

   We may not refuse to renew this policy on the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property.

**ASIC000110**   Exhibit 3

Page 110 of 303

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# OREGON CHANGES

This endorsement modifies the insurance provided by the following:

PROPERTY CONDITIONS
COMMON POLICY CONDITIONS

1.  COMMON POLICY CONDITIONS Section **D. Concealment, Misrepresentation or Fraud,** is deleted in its entirety and replaced by the following:

    **D.  Concealment, Misrepresentation or Fraud**

    1.  Subject to paragraphs **2.** and **3.** below, this policy will be void if, whether before or after a loss, you have willfully concealed or misrepresented any material fact or circumstance concerning this insurance or the subject of it, or your interest in it, or in case of any fraud or false swearing by you relating to it.

    2.  All statements made by you or on your behalf, in the absence of fraud, will be deemed representations and not warranties. No such statements that arise from an error in the application will be used in defense of a claim under this policy unless:

        a.  The statements are contained in a written application; and

        b.  A copy of the application is endorsed upon or attached to this policy when issued.

    3.  In order to use any representation made by you or on your behalf in defense of a claim under the policy, we must show that the representations are material and that we relied on them.

2.  PROPERTY CONDITIONS, Section **F. APPRAISAL** is deleted in its entirety and replaced by the following:

    **F.  APPRAISAL**

    If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. However, an appraisal will be made only if both we and you agree, voluntarily, to have the loss appraised. If so agreed, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision will not be binding on either party. Each party will:

    1.  Pay its chosen appraiser; and

    2.  Bear the other expenses of the appraisal and umpire equally.

    If there is an appraisal, we will still retain our right to deny a claim.

VIL 652 OR 02 05

Includes copyrighted material of Insurance Services Office, Inc.
©, OneBeacon Insurance Group, 2004
MANUSCRIPTED

Page 1 of 1

ASIC000111   Exhibit 3
Page 111 of 303

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OREGON CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies the insurance provided by the following:

COMMON POLICY CONDITIONS

1. Section **A. Cancellation,** paragraphs **2.** and **3.** are deleted in their entirety and replaced by the following:

   2. If this policy had been in effect for:

      **a.** Fewer than 60 days and is not a renewal policy, we may cancel for any reason.

      **b.** 60 days or more or is a renewal policy, we may cancel only for one or more of the following reasons:

         **(1)** Nonpayment of premium;

         **(2)** Fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy or in presenting a claim under the policy;

         **(3)** Substantial increase in the risk of loss after insurance coverage has been issued or renewed, including but not limited to an increase in exposure due to rules, legislation or court decision;

         **(4)** Substantial breach of contractual duties, conditions or warranties;

         **(5)** Determination by the commissioner that the continuation of a line of insurance or class of business to which the policy belongs will jeopardize our solvency or will place us in violation of the insurance laws of Oregon or any other state; or

         **(6)** Loss or decrease in reinsurance covering the risk.

      **c.** 60 days or more or is a renewal policy, we may cancel for any other reason approved by the commissioner by rule.

   3. We will mail or deliver to the first Named Insured written notice of cancellation, stating the reason for cancellation.

2. Section **B. When We Do Not Renew** is deleted in its entirety and replaced with the following:

   1. We may elect not to renew this policy by mailing or delivering to the first Named Insured at the last mailing address known to us, written notice of nonrenewal before the:

      **a.** Expiration date of the policy; or

      **b.** Anniversary date of the policy if the policy is written for a term of more than one year or without a fixed expiration date.

      However, if this policy is issued for a term of more than one year and for additional consideration the premium is guaranteed, we may not refuse to renew the policy at its anniversary date.

      Nonrenewal will not be effective until at least 30 days after the first Named Insured receives our notice.

   2. If notice of nonrenewal is mailed, a post office certificate of mailing will be conclusive of proof that the first Named Insured received the notice on the third calendar day after the date of the certificate of mailing.

ASIC000112    Exhibit 3
Page 112 of 303

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COLORADO CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies the insurance provided by the following:

COMMON POLICY CONDITIONS

**A.**  The following is added to Section **A. Cancellation:**

   **7.**  If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may only cancel this policy based on one or more of the following reasons:

   **a.**  Nonpayment of premium;

   **b.**  A false statement knowingly made by the insured on the application for insurance; or

   **c.**  A substantial change in the exposure or risk other than that indicated in the application and underwritten as of the effective date of the policy unless the first Named Insured has notified us of the change and we accept such change.

**B.**  The following Condition is added:

   **L.**  **Increase In Premium Or Decrease In Coverage**

   We will not increase the premium unilaterally or decrease the coverage benefits on renewal of this policy unless we mail through first-class mail written notice of our intention, including the actual reason, to the first Named Insured's last mailing address known to us, at least 45 days before the effective date.

   Any decrease in coverage during the policy term must be based on one or more of the following reasons:

   **1.**  Nonpayment of premium;

   **2.**  A false statement knowingly made by the insured on the application for insurance; or

   **3.**  A substantial change in the exposure or risk other than that indicated in the application and underwritten as of the effective date of the policy unless the first Named Insured has notified us of the change and we accept such change.

   If notice is mailed, proof of mailing will be sufficient proof of notice.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group
MANUSCRIPTED

ASIC000113   Exhibit 3
Page 113 of 303

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COLORADO CHANGES – CONCEALMENT, MISREPRESENTATION OR FRAUD

This endorsement modifies the insurance provided by the following:

COMMON POLICY CONDITIONS

Section **D. Concealment, Misrepresentation Or Fraud** is deleted in its entirety and replaced by the following:

We will not pay for any loss or damage in any case of:

1.   Concealment or misrepresentation of a material fact; or
2.   Fraud;

committed by you or any other insured at any time and relating to coverage under this policy.

**ASIC000114**   Exhibit 3

Page 114 of 303

# SPECIAL PROPERTY COVERAGE FORM
# QUICK REFERENCE GUIDE

**This guide is provided for your convenience as an aid to finding provisions of your Special Property Coverage Form. IT IS NOT PART OF YOUR POLICY AND DOES NOT GIVE COVERAGE. Please refer to your policy provisions for a full description of your coverage, and any limitations, conditions or exclusions which may apply.**

A. **COVERAGES** pages 1 - 17

  1. Building Coverage — pages 1 - 2
  2. Building Ordinance — pages 2 - 3
  3. Business Personal Property Coverage — pages 3 - 5
    a. Automatic Seasonal Increase (Peak Season) Coverage — page 4
    b. Brands and Labels Expense Coverage — page 4
    c. Food Contamination Coverage — page 4
  4. Property at Other Locations — page 5
  5. Property In Transit Coverage — page 5
    a. Free-On-Board Shipments Coverage Extension — page 5
  6. Business Income and Extra Expense — pages 5 - 10
    a. Business Income — pages 5 - 6
    b. Extended Business Income — pages 6 - 7
    c. Extra Expense — pages 7 - 8
    d. Business Income Off Premises Power or Communication Failure — page 8
    e. Contingent Business Premises — page 8
    f. Civil Authority — page 8
    g. Lessor's – Lease Cancellation Coverage — pages 8 - 9
    h. Tenant Relocation Expense Coverage — page 9
  7. Extra Expense — pages 9 - 10
  8. Limited Coverage for Fungus, Wet Rot, Dry Rot and Bacteria — page 10
  9. Pollutant Clean Up and Debris Removal — pages 10 - 11
    a. Pollutant Clean Up and Removal — page 10
    b. Debris Removal — page 11
  10. Cyber Risk Coverages — page 11
    a. Electronic Data Damage or Destruction — page 11
    b. Electronic Data Loss of Income and Extra Expense — page 11
    c. Denial of Service Coverage — page 11
  11. Crime Coverage — pages 11 - 14
    a. Money & Securities — pages 11 - 12
    b. Employee Theft — page 12
    c. ERISA Employee Theft — page 12 - 13
    d. Money Orders & Counterfeit Paper Currency — page 13
    e. Forgery & Alteration — page 13
    f. Consolidation and Merger — page 14
    g. General Crime Exclusion — page 14
  12. Loss Expense and Protection Coverages — pages 14 - 17
    a. Preservation of Property — page 14
    b. Preservation of Property – Expense Coverage — pages 14 - 15
    c. Fire Extinguisher & Automatic Extinguishing System Recharge — page 15
    d. Claims Expense — page 15
    e. Emergency Response Service Charge — page 15
    f. Reward Coverage — page 15
    g. Contractual Penalties — page 15
    h. Conditional Sale, Trust Agreement, Installment or Deferred Payments — page 15
    i. Lock Replacement Coverage — page 16
    j. Catastrophe Allowance Coverage — page 16
    k. Expediting Expense Coverage — page 16
    l. Soft Costs — page 16
    m. Temporary Relocation of Property Coverage During Renovation or Remodeling — page 17

ASIC000115   Exhibit 3
Page 115 of 303

**B. CAUSES OF LOSS (and Exclusions)** — pages 18 - 27
1. General Causes of Loss — pages 18 - 22
2. Inland Marine Causes of Loss — pages 22 - 26
3. Outdoor Property Causes of Loss — page 27
4. Cyber Vandalism Causes of Loss — page 27

**C. PROPERTY VALUATION & LOSS PAYMENT** — pages 28 - 32
1. Loss Payment — page 28
2. Valuation Methods — pages 28 - 31
   a. Replacement Cost — pages 28 - 29
   b. Functional Replacement Cost — page 29
   c. Stated Value — page 29
   d. Actual Cash Value — pages 29 - 30
   e. Valuable Information Property — page 30
   f. Accounts Receivable — page 30
   g. Glass — page 30
   h. Fine Arts — page 30
   i. Tenants Improvements & Betterments — page 30
   j. Money — page 31
   k. Securities — page 31
   l. Other Property Under Your Crime Coverage — page 31
   m. Electronic Data Valuation — page 31
   n. Personal Property Sold By You Under a Conditional Sale …. — page 31
3. Personal Property of Others — page 31
4. When We Will Pay — page 31
5. Recovered Property — page 32
6. Resumption of Operations — page 32
7. Coinsurance Option — page 32

**D. LIMITS OF INSURANCE** — pages 33 - 38

General Statement of Limits — page 33
1. Building and Personal Property Limits of Insurance — page 33
2. Building Ordinance Limit of Insurance — page 33
3. Property at Other Locations Limit of Insurance — page 33
4. Newly Acquired or Constructed Property Limits of Insurance — pages 33 - 34
5. Transit Limit of Insurance — page 34
6. Business Income and Extra Expense Coverage Limit of Insurance — pages 34 - 35
7. Extra Expense Limit of Insurance — page 35
8. Newly Acquired Property Business Income Limit of Insurance — page 35
9. Bucket Limit of Insurance — page 35
10. Fungus, Wet Rot, Dry Rot and Bacteria Limit of Insurance — page 36
11. Pollutant Clean Up Limit of Insurance — page 36
12. Debris Removal Limit of Insurance — pages 36 - 37
13. Cyber Risk Coverages Limits of Insurance — page 37
14. California Hardware, Media Electronic Data Earthquake Limit of Insurance — page 37
15. Crime and ERISA Employee Theft Limits of Insurance — pages 37 - 38
16. Special Theft Limits of Insurance — page 38
17. Claims Expenses Limit of Insurance — page 38
18. Reward Limit of Insurance — page 38

Copyright 2005, OneBeacon Insurance Group
VGN 003 02 05

ASIC000116   Exhibit 3

| | | | |
|---|---|---|---|
| 19. | Contractual Penalties Limit of Insurance | page | 38 |
| 20. | Equipment Breakdown Additional Coverages Limit of Insurance | page | 38 |
| 21. | Specific Limits of Insurance | page | 38 |

**E.**   **DEDUCTIBLES**     page    39

**F.**   **CONDITIONS**     page    39

**G.**   **DEFINITIONS**     pages    40 - 44

| | | | |
|---|---|---|---|
| 1. | Accounts Receivable | page | 40 |
| 2. | Communication Supply Services | page | 40 |
| 3. | Contingent Business Premises | page | 40 |
| 4. | Denial of Service Attack | page | 40 |
| 5. | Electronic Data | page | 40 |
| 6. | Employee | pages | 40 - 41 |
| 7. | Fine arts | page | 41 |
| 8. | Finished Stock | page | 41 |
| 9. | Forgery | page | 41 |
| 10. | Fungus | page | 41 |
| 11. | Hardware | page | 41 |
| 12. | Harardous Substance | page | 41 |
| 13. | Installation Tools and Equipment Property | pages | 41 - 42 |
| 14. | Manager | page | 42 |
| 15. | Media | page | 42 |
| 16. | Member | page | 42 |
| 17. | Money | page | 42 |
| 18. | Occurrence | page | 42 |
| 19. | Operations | page | 42 |
| 20. | Other Property | page | 42 |
| 21. | Outdoor Property | page | 42 |
| 22. | Period of Restoration | pages | 42 - 43 |
| 23. | Pollutants | page | 43 |
| 24. | Power Supply Services | page | 43 |
| 25. | Rental Value | page | 43 |
| 26. | Scientific and Professional Equipment | page | 43 |
| 27. | Securities | page | 43 |
| 28. | Sinkhole Collapse | page | 43 |
| 29. | Specified Causes of Loss | page | 43 |
| 30. | Stock | page | 43 |
| 31. | Suspension | page | 44 |
| 32. | Theft | page | 44 |
| 33. | Valuable Information Property | page | 44 |
| 34. | Water Damage | page | 44 |
| 35. | Water Supply Services | page | 44 |

ASIC000117    Exhibit 3
Page 117 of 303

# SPECIAL PROPERTY COVERAGE FORM

This Coverage Part provides ten Coverages: Building Coverage; Business Personal Property Coverage; Property at Other Locations Coverage; Property in Transit Coverage; Business Income and Extra Expense Coverage; Limited Coverage for Fungus, Wet Rot, Dry Rot and Bacteria; Pollutant Clean Up and Debris Removal Coverage; Cyber Risk Coverages; Crime Coverages and Loss Expense and Protection Coverages.

Various provisions in this policy restrict coverage, so you should read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words **you** and **your** refer to the Named Insured shown in the Declarations. The words **we**, **us**, and **our** refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **G. DEFINITIONS**.

**A.  COVERAGES**

    **1.  Building Coverage**

        We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

        For this Coverage, Covered Property means the type of property described in this Section if a Limit of Insurance is shown in the Declarations for that type of property:

        **a.**  Building, meaning the building or structure at the premises described in the Declarations, including:

          **(1)**  Completed additions;

          **(2)**  Fixtures, including but not limited to outdoor fixtures, fences, exterior lighting fixtures or poles (whether freestanding or attached to the building) and yard fixtures;

          **(3)**  Permanently installed machinery and equipment, foundations of machinery, tanks and their component parts including all connections thereto which are below the under-surface of the lowest basement floor or, where there is no basement, below the surface of the ground;

          **(4)**  Glass that is part of a building or structure;

          **(5)**  All signs attached to or part of a building or structure or otherwise located at or within 1000 feet of the premises;

          **(6)**  Your personal property in apartments or rooms furnished by you as landlord;

          **(7)**  Personal property owned by you that is used to maintain or service the buildings, structures or the premises, including:

            **(a)**  Fire extinguishing equipment;

            **(b)**  Outdoor furniture;

             **(c)**  Floor coverings;

             **(d)**  Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering; and

            **(e)**  Building supplies;

            all while at the premises described in the Declarations.

          **(8)**  If not covered by other insurance:

            **(a)**  Additions under construction;

            **(b)**  Alterations and repairs to buildings or structures; and

            **(c)**  Materials, equipment, supplies and temporary structures, on or within 1000 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

          **(9)**  Your new buildings while being built on or within 1000 feet of the described premises;

          **(10)**  Buildings you acquire at locations other than the described premises, intended for:

            **(a)**  similar use as the building described in the Declarations; or

            **(b)**  use as a warehouse.

          **(11)**  "Outdoor Property"; and

          **(12)**  Driveways, patios and walks.

**ASIC000118**   Exhibit 3
Page 118 of 303

   **b.** Covered Property does not include:

     **(1)** Land (including land on which the Covered Property is located);

     **(2)** Water;

     **(3)** Growing crops;

     **(4)** The cost of excavations, grading, backfilling or filling;

     **(5)** Pilings, piers, wharves or docks;

     **(6)** Retaining walls that are not part of the building described in the Declarations;

     **(7)** Property more specifically covered under this or another form of this or any other policy, except as provided in the Property Conditions Other Insurance Clause;

     **(8)** Underground pipes, flues or drains, except as provided under paragraph **1.a.(3)**;

     **(9)** Bridges or roadways; or

     **(10)** Property that is:

       **(a)** acquired in any trust, guardianship or estate for which you are acting in a fiduciary representative capacity; or

       **(b)** acquired by repossession, foreclosure, deed in lieu of foreclosure or as mortgagee in possession;

       except as specifically endorsed to this policy.

**2. Building Ordinance Coverage**

   **a.** If a Covered Cause of Loss occurs to a covered building, we will pay:

     **(1)** For loss or damage caused by the enforcement of any law that:

       **(a)** Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

       **(b)** Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

       **(c)** Is in force at the time of loss.

     **(2)** The increased cost to repair, rebuild or construct the property caused by enforcement of building, zoning or land use law. If the property is repaired or rebuilt, it must be intended for similar occupancy as the current property, unless otherwise required by zoning or land use law.

     **(3)** The cost to demolish and clear the site of undamaged parts of the property caused by enforcement of the building, zoning or land use law.

     However, we will not pay under this Coverage for the costs associated with the enforcement of any ordinance or law which requires:

     **(1)** The demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria: or

     **(2)** Any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

     For the purposes of this Coverage, "pollutants" includes asbestos.

   **b.** We will not pay for increased construction costs under this Coverage:

     **(1)** Until the property is actually repaired or replaced, at the same premises or elsewhere; and

     **(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed 2 years. We may extend this period in writing during the 2 year period.

   **c.** We will not pay more:

     **(1)** If the property is repaired or replaced on the same premises, than the amount you actually spend to:

       **(a)** Demolish and clear the site; and

       **(b)** Repair, rebuild or construct the property but not for more than property of the same height, floor area and style on the same premises.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

**VCP 002 02 05**

        **(2)** If the property is not repaired or replaced on the same premises, than:

           **(a)** The amount you actually spend to demolish and clear the site of the described premises; and

           **(b)** The cost to replace, on the same premises, the damaged or destroyed property with other property:

               **(i)** Of comparable material and quality;

               **(ii)** Of the same height, floor area and style; and

               **(iii)** Used for the same purpose.

    **d.** The terms of this Coverage apply separately to each building to which this insurance applies.

**3. Business Personal Property Coverage**

We will pay for direct physical loss of or damage to Covered Property caused by or resulting from any Covered Cause of Loss.

    **a.** Covered Property may be located anywhere in the coverage territory, unless otherwise noted below or in your Property in Transit and Property at Other Locations Coverages.

    **b.** For this Coverage, Covered Property means the following personal property described in this Section if a Limit of Insurance is shown in the Declarations for that type of property:

        **(1)** Property you own that is used in your business;

        **(2)** Property of others that is in your care, custody or control;

        **(3)** Tenant improvements and betterments in or on the buildings at the described premises or in the open (or within a vehicle) within 1000 feet of the described premises. Improvements and betterments are fixtures, alterations, installations or additions:

           **(a)** Made a part of the building or structure you occupy but do not own;

           **(b)** You acquired or made at your expense but cannot legally remove;

        **(4)** Leased personal property for which you have a contractual responsibility to insure;

        **(5)** "Hardware" and "Media";

        **(6)** Personal effects owned by you, your officers, your partners, or your "employees";

        **(7)** "Valuable Information Property";

        **(8)** "Accounts Receivable";

        **(9)** "Scientific and Professional Equipment";

        **(10)** "Stock";

        **(11)** Personal property sold by you under a conditional sale or trust agreement or any installment or deferred payment plan after delivery to buyers;

        **(12)** Glass that is not part of a building or structure;

        **(13)** "Installation, tools and equipment property";

        **(14)** Patterns, Molds and Dies;

        **(15)** Jewelry;

        **(16)** Furs;

        **(17)** "Fine arts"; and

        **(18)** Business Personal Property that you acquire during the policy period.

    **c.** However, Covered Property does not include:

        **(1)** Automobiles held for sale;

        **(2)** "Money";

        **(3)** "Securities";

        **(4)** Contraband, or property in the course of illegal transportation or trade;

        **(5)** Vehicles or self-propelled machines (including automobiles, aircraft, or watercraft) that:

           **(a)** Are licensed for use on public roads; or

           **(b)** Are operated principally away from the described premises.

**ASIC000120**   Exhibit 3
Page 120 of 303

This paragraph does not apply to:

**(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes only while out of water at the described premises;

**(6)** "Electronic data";

**(7)** Property more specifically covered under this or another form of this or any other policy, except as provided in the Property Conditions Other Insurance Clause.

**(8)** Property that is:

**(a)** acquired in any trust, guardianship or estate for which you are acting in a fiduciary representative capacity; or

**(b)** acquired by repossession, foreclosure, deed in lieu of foreclosure or as mortgagee in possession;

except as specifically endorsed to this policy.

**d.** The following coverage extensions apply to your Business Personal Property Coverage:

**(1) Automatic Seasonal Increase (Peak Season) Coverage**

We will automatically increase the Limit of Insurance for your Business Personal Property by the lesser of 25% or the Automatic Seasonal Increase limit of insurance shown in the Declarations in any occurrence to provide for seasonal variations in your business.

This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

**(a)** The 12 months immediately preceding the date the loss or damage occurs; or

**(b)** The period of time you have been in business as of the date the loss or damage occurs.

This is additional insurance.

**(2) Brands and Labels Expense Coverage**

If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of loss, and we take all or any part of the property as part of the loss settlement, we will pay your expense on the merchandise we will take to remove brands and labels, to re-label, or to stamp the merchandise to indicate salvage.

This is additional insurance. The applicable per-occurrence limit of insurance is shown in the Declarations.

**(3) Food Contamination Coverage**

**(a)** We will pay for:

**(i)** Your costs to clean and sanitize your machinery and equipment as described by the "public health authorities"; and

**(ii)** Your costs to replace food declared contaminated by the "public health authorities", not to include evaporation, loss of weight or exposure to light.

if "public health authorities" require that your "operations" be suspended due to discovery of, suspicion of, or exposure to "food contamination" at the described premises:

**(b)** The following Definitions are added:

**(i)** "Public health authorities" means the governmental authority having jurisdiction over your "operations" relating to health and hygiene standards necessary to protect the general public.

**(ii)** "Food contamination" means a condition in food which has caused or is suspected of causing food poisoning of one or more of your patrons. Such "food contamination" must result from tainted food purchased by you, or from a "communicable disease" transmitted by one or more of your employees.

**(iii)** "Communicable disease" is defined as a bacterial micro-organism transmitted through human contact with food.

**(c)** This is additional insurance. The applicable per-occurrence limit of insurance is shown in the Declarations.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCP 002 02 05

**4. Property at Other Locations Coverage**

We will pay for direct physical loss or damage to Covered Property located at a premises not listed in the Declarations caused by or resulting from any Covered Cause of Loss.

Covered Property here is the same as Covered Property described under your Business Personal Property Coverage (paragraphs **3.b.** and **3.c.** above). In addition, Covered Property at Other Locations does not include property within 1000 feet of a scheduled location and Property in Transit.

This coverage does not apply to Covered Property removed from the described premises under your Temporary Relocation of Property During Renovation or Remodeling Coverage.

**5. Property in Transit Coverage**

We will pay for direct physical loss or damage to Covered Property while in transit within the policy coverage territory caused by or resulting from any Covered Cause of Loss.

Covered Property here is the same as Covered Property described under your Business Personal Property Coverage (paragraphs **3.b.** and **3.c.** above). In addition, Covered Property in Transit does not include:

**a.** Property within 1000 feet of a scheduled location;

**b.** Property while waterborne, except while such property is on a regularly scheduled ferry, lighter, or car float operating on inland waterways;

**c.** Property shipped by mail;

**d.** Property of others for which you receive payment for transportation services while acting as a common carrier, broker, loader, consolidator or freight forwarder;

**e.** Import shipments prior to discharge from an aircraft or import vessel or termination of the risk assumed by cargo underwriters;

**f.** Export shipments after either being loaded on aircraft or export vessel or having come under the protection of cargo insurance; and

**g.** The transporting conveyance or intermodal containers.

This coverage does not apply to Covered Property being moved from the described premises under your Loss Expense and Protection Coverages.

**Free-On-Board Shipments Coverage Extension**

Under your Property in Transit Coverage we will also cover your loss on goods you have sold to others and shipped to them at their risk of loss when you cannot collect on the bill of sale because:

**a.** The goods have been damaged in shipment by a Covered Cause of Loss; and

**b.** Your customer has refused or is unable to pay.

**(1)** Under this coverage, we will not cover any loss caused by or resulting from forgery, alteration, the giving or surrendering of checks or money in an exchange or purchase, or accounting or arithmetic errors or omissions.

**(2)** This extension is additional insurance. The applicable per-occurrence limit of insurance is shown in the Declarations.

**6. Business Income and Extra Expense Coverage**

**a. Business Income**

**(1)** We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to:

**(a)** Property at the described premises;

**(b)** Your new buildings while being built on or within 1000 feet of the described premises;

**(c)** Alterations or additions to existing buildings or structures;

**(d)** Machinery, equipment, supplies or building materials located on or within 1000 feet of the described premises which are used in **(b)** or **(c)**, but not including "installation, tools and equipment property";

**(e)** Buildings you acquire at locations other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

Coverage for each newly acquired building will end when any of the following first occurs:

**(i)** This policy expires;

**(ii)** 90 days expire after you acquire the building; or

**(iii)** You report values to us.

**(f)** Property while in transit.

The loss or damage must be caused by or result from a Covered Cause of Loss. If the damaged property is Covered Property under your Building or Business Personal Property Coverages, then the same Causes of Loss that apply to the property under those Coverages and under the Causes of Loss apply to this Business Income Coverage. If the damaged property is not Covered Property under your Building or Business Personal Property Coverages, then the General Causes of Loss apply to this Business Income Coverage. With respect to loss of or damage to business personal property in the open or personal property in a vehicle, the described premises include the area within 1000 feet of the site at which the described premises are located. Your Business Income Coverage does not apply to any loss otherwise covered only under your Crime Coverages.

**(2)** With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**(a)** The portion of the building which you rent, lease or occupy; and

**(b)** Any area within the building or on the site at which the described premises is located, if that area services or is used to gain access to the described premises.

**(3)** If the phrase **Optional Off Premises Business Income** appears in the Declarations, then the "suspension" may also be caused by direct physical loss of or damage to property which you own or which is in your care, custody or control anywhere else in the coverage territory. The loss or damage must be caused by or result from a Covered Cause of Loss.

**(4)** Throughout all of your Business Income and Extra Expense Coverages, the term Business Income means the:

**(a)** Net income (net profit or loss before income taxes) that would have been earned or incurred; and

**(b)** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, net income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

**(a)** Business Income including "rental value".

**(b)** Business Income other than "rental value".

**(c)** "Rental value".

If option **(a)** above is selected, the term Business Income will include "rental value". If option **(b)** above is selected, the term Business Income will not include "rental value". If option **(c)** above is selected, the term Business Income will mean "rental value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

**b. Extended Business Income**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the Extended Period of Indemnity. Extended Period of Indemnity means the period that:

**(1)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(2)** Ends on the earlier of:

**(a)** The date you could restore your "operations", with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage had occurred; or

**(b)** 90 consecutive days after the date determined in **(1)** above. However, if an **Extended Period of Indemnity Term** is shown in the Declarations, the number 90 in this section **(b)** is replaced by the number shown in the Declarations for **Extended Period of Indemnity Term**.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCP 002 02 05

ASIC000123   Exhibit 3
Page 123 of 303

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage to:

**(1)** The described premises;

**(2)** Your new buildings while being built on or within 1000 feet of the described premises;

**(3)** Buildings you acquire at locations other than the described premises, intended for:

    **(a)** Similar use as the building described in the Declarations; or

    **(b)** Use as a warehouse.

    Coverage for each newly acquired building will end when any of the following first occurs:

    **(a)** This policy expires; or

    **(b)** 90 days expire after you acquire the building; or

    **(c)** You report values to us; or

**(4)** Property while in transit.

caused by or resulting from any Covered Cause of Loss.

**c. Extra Expense**

**(1)** We will pay necessary Extra Expense you incur during the "period of restoration" and the Extended Period of Indemnity that you would not have incurred if there had been no direct physical loss or damage to property at:

    **(a)** The described premises;

    **(b)** Your new buildings while being built or within 1000 feet of the described premises;

    **(c)** Alterations or additions to existing buildings or structures;

    **(d)** Machinery, equipment, supplies or building materials located on or within 1000 feet of the described premises which are used in **(b)** or **(c)**;

    **(e)** Buildings you acquire at locations other than the described premises, intended for:

        **(i)** Similar use as the building described in the Declarations; or

        **(ii)** Use as a warehouse.

    Coverage for each newly acquired building will end when any of the following first occurs:

        **(i)** This policy expires; or

        **(ii)** 90 days expire after you acquire the building; or

        **(iii)** You report values to us.

The loss or damage must be caused by or result from a Covered Cause of Loss. If the damaged property is Covered Property under your Building or Business Personal Property Coverages, then the same Causes of Loss that apply to the property under those Coverages and under the loss circumstances apply to this Extra Expense Coverage. If the damaged property is not Covered Property under your Building or Business Personal Property Coverages, then the General Causes of Loss apply to this Extra Expense Coverage. With respect to loss of or damage to business personal property in the open or personal property in a vehicle, the described premises include the area within 1000 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

    **(a)** The portion of the building which you rent, lease or occupy; and

    **(b)** Any area within the building or on the site at which the described premises is located, if that area services or is used to gain access to the described premises.

Your Extra Expense Coverage does not apply to any loss otherwise covered only under your Crime Coverage.

**(2)** If the phrase **Optional Off Premises Extra Expense** appears in the Declarations, then the Extra Expenses may also be incurred by direct physical loss of or damage to property which you own or which is in your care, custody or control anywhere else in the coverage territory.

**(3)** Extra Expense means expense incurred during the "period of restoration" and the Extended Period of Indemnity:

    **(a)** To avoid or minimize the "suspension" of business and to continue "operations":

        **(i)** At the described premises; or

        **(ii)** At replacement premises or at temporary locations, including relocation expenses, and costs to equip and operate the replacement or temporary locations.

    **(b)** To minimize the "suspension" of business if you cannot continue "operations".

    **(c)** To:

        **(i)** Repair or replace any property;

        **(ii)** Research, replace or restore the lost information on damaged "valuable information property";

to the extent it reduces the amount of loss that otherwise would have been payable under your Coverage for Business Income and Extra Expense Loss.

**d. Business Income Off Premises Power or Communication Failure**

    **(1)** Your Business Income Coverage and your Extra Expense Coverage are extended to include loss or damage caused by a Covered Cause of Loss and resulting from damage to or destruction of:

    **(a)** "Water supply services";

    **(b)** "Communication supply services"; or

    **(c)** "Power supply services";

    **(2)** We will not pay for loss caused by damage to or destruction of off-premises power transmission lines, utility poles, supporting structures and overhead communication, transmission, and distribution equipment.

    **(3)** We will pay only for that part of a loss which occurs after a waiting period following damage or destruction. If a waiting period is not specified in the Declarations, the "period of restoration" applicable to your Business Income Coverage and your Extra Expense Coverage applies.

    **(4)** We will not pay for such loss if the disruption of service is due to your failure to comply with the terms and conditions of any contract.

**e. Contingent Business Premises**

We will pay for the actual loss of Business Income you sustain due to direct physical loss or damage at "contingent business premises" caused by or resulting from any Covered Cause of Loss to property.

We will pay for each day's "suspension" of "operations" due to loss arising from all "contingent business premises".

**f. Civil Authority**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss. The coverage for Business Income will begin 72 hours after the time of that action and will apply for a period of up to four consecutive weeks after coverage begins.

The coverage for Extra Expense will begin immediately after the time of that action and will end:

    **(1)** Four consecutive weeks after the time of that action; or

    **(2)** When your Business Income coverage ends;

whichever is later.

**g. Lessor's – Lease Cancellation Coverage**

In the event that your tenants cancel their leases in covered Building property due to untenantability caused by direct physical loss or damage by a Covered Cause of Loss, we will pay up to the Lessor's – Lease Cancellation Coverage Limit of Insurance shown in the Declarations at each described premises to cover the loss of rental income that you would have received from such leases. This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for coverage of such losses, but we will not pay more in total from all coverages than the loss of rental income that you would have received from such leases.

    **(1) Income Not Covered**

    We will not pay for the following:

        **(a)** Prepaid rent;

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCP 002 02 05

    **(b)** Security and other deposits made by tenants;

    **(c)** Insurance, taxes or other payments you made on behalf of the tenants; and

    **(d)** The normal expiration date of the cancelled leases.

  **(2) Time Limitation**

    We will only pay for loss of rental income that you sustain after tenantability is restored and until the earlier of:

    **(a)** the date you lease the premises to another tenant;

    **(b)** 12 months immediately following the "period of restoration".

**h. Tenant Relocation Expense Coverage**

In the event that your tenants must temporarily vacate the covered Building property due to untenantability caused by direct physical loss or damage by a Covered Cause of Loss, we will pay up to the Tenant Relocation Expense Coverage Limit of Insurance shown in the Declarations per occurrence to cover expenses you incur to move those tenants out of and back into your covered Building. Coverage only applies to costs incurred by you, and not to costs incurred by your tenants.

  **(1) Covered Expenses**

    We will only pay for the following expenses:

    **(a)** Packing, transporting and unpacking the tenant's Business Personal Property including the cost of insuring the moves out of and back into any necessary disassembly and re-assembly or setup of furniture and equipment, and

    **(b)** The net cost to discontinue and re-establish the tenants' utility and telephone services, after any refunds due the tenants.

  **(2) Time Limitation**

    We will only pay for Covered Expenses that you incur within 60 days of the date that the damaged building has been repaired or rebuilt.

**7. Extra Expense Coverage**

**a.** We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at:

  **(1)** The described premises;

  **(2)** Your new buildings while being built or within 1000 feet of the described premises;

  **(3)** Alterations or additions to existing buildings or structures;

  **(4)** Machinery, equipment, supplies or building materials located on or within 1000 feet of the described premises which are used in **(2)** or **(3)**;

  **(5)** Buildings you acquire at locations other than the described premises, intended for:

    **(a)** Similar use as the building described in the Declarations; or

    **(b)** Use as a warehouse;

    Coverage for each newly acquired building will end when any of the following first occurs:

    **(a)** This policy expires;

    **(b)** 90 days expire after you acquire the building; or

    **(c)** You report values to us; or

With respect to loss of or damage to business personal property in the open or personal property in a vehicle, the described premises include the area within 1000 feet of the site at which the described premises are located.

**b.** With respect to the requirements set forth in paragraph **a.**, if you occupy only part of the site at which the described premises are located, your premises means:

  **(1)** The portion of the building which you rent, lease or occupy; and

  **(2)** Any area within the building or on the site at which the described premises is located, if that area services or is used to gain access to the described premises.

c. The loss or damage must be caused by or result from a Covered Cause of Loss. If the damaged property is Covered Property under your Building or Business Personal Property Coverages, then the same Causes of Loss that apply to the property under those Coverages and under the loss circumstances will also apply to this Extra Expense Coverage. If the damaged property is not Covered Property under your Building or Business Personal Property Coverages, then the General Causes of Loss apply to this Extra Expense Coverage. If the damaged property is Covered Property under your Cyber Risk Coverages, then the same Causes of Loss that apply to the property under those Coverages and under the loss circumstances will also apply to this Extra Expense Coverage.

d. Your Extra Expense Coverage does not apply to any loss otherwise covered only under your Crime Coverage.

e. If the phrase **Optional Off Premises Extra Expense** appears in the Declarations, then the Extra Expenses may also be incurred by direct physical loss of or damage to property which you own or which is in your care, custody or control anywhere else in the coverage territory.

f. Extra Expense means expense incurred during the "period of restoration":

   **(1)** To avoid or minimize the "suspension" of business and to continue "operations":

      **(a)** At the described premises; or

      **(b)** At replacement premises or at temporary locations, including relocation expenses, and costs to equip and operate the replacement or temporary locations.

   **(2)** To minimize the "suspension" of business if you cannot continue "operations".

   **(3)** To:

      **(a)** Repair or replace any property;

      **(b)** Research, replace or restore the lost information on damaged "valuable information property";

   to the extent it reduces the amount of loss that otherwise would have been payable under your Coverage for Business Income Loss.

g. If a specific limit of insurance is shown in the Declarations for Business Income and Extra Expense coverage, this additional Extra Expense coverage does not apply.

8. **Limited Coverage for Fungus, Wet Rot, Dry Rot and Bacteria**

   a. This Limited Coverage for "Fungus", Wet Rot, Dry Rot and Bacteria applies only when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

      **(1)** A "specified cause of loss" other than fire or lightning; or

      **(2)** Flood, if the coverage for Flood otherwise applies to the affected premises.

   b. We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

      **(1)** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

      **(2)** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

      **(3)** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

9. **Pollutant Clean Up and Debris Removal Coverage**

   a. **Pollutant Clean Up and Removal**

   We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of When the Covered Cause of Loss occurs.

   This Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effect of "pollutants" from the land or water. But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCP 002 02 05

ASIC000127   Exhibit 3

    **b. Debris Removal**

      **(1)** We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

        **(a)** The date of direct physical loss or damage; or

        **(b)** The end of the policy period.

      **(2)** This Coverage does not apply to costs to:

        **(a)** Extract "pollutants" from land or water; or

        **(b)** Remove, restore or replace polluted land or water.

**10. Cyber Risk Coverages**

    **a. Electronic Data Damage or Destruction**

      **(1) From Cyber Vandalism**

      We will pay the cost to replace or restore "electronic data" which has been destroyed or corrupted by the Cyber Vandalism Causes of Loss.

      **(2) From Inland Marine Causes of Loss**

      We will pay the cost to replace or restore "electronic data" which has been destroyed or corrupted by the Inland Marine Causes of Loss. The Inland Marine Causes of Loss are the same as those described under paragraph **B. CAUSES OF LOSS**.

    **b. Electronic Data Loss of Income and Extra Expense**

      **(1) From Cyber Vandalism**

      We will pay for the actual loss of income and extra expense you sustain when a "suspension" of "operations" results from destroyed or corrupted "electronic data" caused by the Cyber Vandalism Causes of Loss.

      **(2) From Inland Marine Causes of Loss**

      We will pay for the actual loss of income and extra expense you sustain when a "suspension" of "operations" results from destroyed or corrupted "electronic data" caused by the Inland Marine Causes of Loss. The Inland Marine Causes of Loss are the same as those described under paragraph **B. CAUSES OF LOSS**.

    **c. Denial of Service Coverage**

    We will pay for the actual loss of income you sustain when the "suspension" of "operations" is caused by a "denial of service attack". This coverage does not apply to:

      **(1)** loss otherwise covered by the Cyber Vandalism Causes of Loss;

      **(2)** loss caused by or resulting from governmental action;

      **(3)** nuclear hazard;

      **(4)** war and military action.

**11. Crime Coverages**

    **a. Money and Securities**

      **(1)** We will pay for loss of "money" and "securities" while such property is:

        **(a)** Within the interior of the portion of a building which you occupy in conducting your business;

        **(b)** Inside that portion of any building occupied by a banking institution or similar safe depository;

        **(c)** In the care and custody of an armored motored vehicle company outside the interior of the portion of a building which you occupy in conducting your business. However, we will only pay for the amount of loss that you cannot recover:

          **(i)** Under your contract with the armored motor vehicle company; or

          **(ii)** From any insurance or indemnity carried by, or for the benefit of customers of the armored motor vehicle company; or

        **(d)** In the care and custody of you, any of your partners, or any "employee".

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

**ASIC000128**  Exhibit 3

**(2)** Loss must result directly from:

    **(a)** "Theft";

    **(b)** Disappearance; or

    **(c)** Destruction.

**(3)** We will not pay for loss:

    **(a)** Resulting from accounting or arithmetical errors or omissions;

    **(b)** Of property contained in any money-operated device unless a continuous recording instrument in the device records the amount of "money" deposited;

    **(c)** Resulting from fire, however caused, except for:

        **(i)** Loss of or damage to "money" and "securities"; and

        **(ii)** Loss resulting from damage to a safe or a vault;

    **(d)** Resulting from the giving or surrendering of property in any exchange or purchase;

    **(e)** From damage to the premises or its exterior or to any safe, vault, cash register, cash box or cash drawer containing "money" or "securities" by vandalism or malicious mischief;

    **(f)** Resulting from your, or anyone acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property; or

    **(g)** Loss of or damage to motor vehicles, trailers or semi-trailers or equipment and accessories attached to them;

    **(h)** Transfer or surrender of property: Loss of or damage to property after it has been transferred or surrendered to a person or place outside any location described in paragraph **11.a.(1)(a)** or **11.a.(1)(b)** above:

        **(i)** On the basis of unauthorized instructions;

        **(ii)** As a result of a threat to do bodily harm to any person; or

        **(iii)** As a result of a threat to do damage to any property.

    But, this exclusion does not apply to loss of "money" or "securities" in the care and custody of a "messenger" if you:

        **(a)** Had no knowledge of any threat at the time the conveyance began; or

        **(b)** Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

**b. Employee Theft**

**(1)** We will pay for direct loss of or damage to "money" and "securities" and "other property" resulting from "theft" by an "employee" acting alone or in collusion with others, whether identified or not:

    **(a)** While inside the coverage territory; or

    **(b)** While temporarily outside the coverage Territory for a period of not more than 90 days;

**(2)** We will not pay for:

    **(a)** Loss or damage the only proof as to its existence or amount is:

        **(i)** An inventory computation; or

        **(ii)** A profit and loss computation.

    However, where you establish wholly apart from such computations that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

    **(b)** Loss resulting directly or indirectly from trading, whether in the name or in a genuine or fictitious account.

    **(c)** Loss resulting from fraudulent or dishonest signing, issuing, canceling or failing to cancel, a warehouse receipt or any papers connected with it.

**c. ERISA Employee Theft**

**ERISA – EMPLOYEE THEFT DOES NOT PROVIDE FIDUCIARY LIABILITY INSURANCE**

**(1)** If you request, we will include along with you as a Named Insured under Employee Theft Coverage any Employee Benefit Plan subject to the Employee Retirement Income Security Act of 1974 (ERISA); owned, controlled or operated by you which you provide solely for the benefit of your employees.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCP 002 02 05

ASIC000129   Exhibit 3

**(2)** As used in ERISA Employee Theft Coverage, "employee" also includes any natural person who is:

    **(a)** A trustee, officer, "employee", administrator or manager, except an administrator or manager who is an independent contractor, of any Plan insured under this Coverage, and

    **(b)** Your director or trustee while that person is handling funds or other property of any Plan insured under this Coverage.

**(3)** If two or more Plans are insured under this insurance, any payment we make for loss:

    **(a)** Sustained by two or more Plans; or

    **(b)** Of commingled funds or other property of two or more Plans

that arises out of one "occurrence", is to be shared by each Plan sustaining loss in the proportion that the Limit of Insurance required for each Plan bears to the total of those limits.

**(4)** If the insured first named in the Declarations is an entity other than a Plan, any payment we make to that entity for loss sustained by any Plan will be held by that entity for the use and benefit of the Plan(s) sustaining the loss.

**(5)** If two or more Plans are insured under this insurance, any payment we make for loss:

    **(a)** Sustained by two or more Plans; or

    **(b)** Of commingled funds or other property of two or more Plans,

that arises out of one "occurrence" is to be shared by each Plan sustaining loss in the proportion that the amount of insurance required for each such Plan under ERISA provision bears to the total of those amounts.

**d.  Money Orders and Counterfeit Paper Currency**

We will pay for loss due to the good faith acceptance of:

**(1)** Any U. S. or Canadian post office, express company, or national, state or provincial chartered bank money order that is not paid upon presentation to the issuer; or

**(2)** Counterfeit United States or Canadian paper currency;

in exchange for merchandise, "money" or services or as part of a normal business transaction.

**e.  Forgery and Alteration**

**(1)** We will pay for loss resulting directly from "forgery" or alteration of any:

    **(a)** check;

    **(b)** draft;

    **(c)** promissory note;

    **(d)** credit, debit or charge card;

    **(e)** bill of exchange;

    **(f)** or similar written promise of payment in "money"

issued by you or your agent, or that was issued by someone who impersonates you or your agent.

**(2)** If you are sued for refusing to pay any instrument covered in paragraph **(1)** and your basis for the refusal was forgery or alteration and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

**(3)** Under this coverage:

    **(a)** The deductible amount does not apply to legal expenses paid;

    **(b)** We will treat signatures produced electronically, mechanically or by other means the same as handwritten signatures;

    **(c)** You must include with your proof of loss any instrument involved in that loss, or, if that is not possible, an affidavit setting forth the amount and cause of loss; and

    **(d)** We will cover loss you sustain anywhere in the world.

**(4)** Under this coverage we will not pay for loss arising from any credit, debit or charge card if you have not complied fully with the provisions, conditions or other terms under which the card was issued.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

**f. Consolidation and Merger**

If through consolidation or merger with, or purchase of assets of, some other entity:

**(1)** Any additional persons become "employees"; or

**(2)** You acquire the use and control of any additional premises;

any Crime Coverage afforded for "employees" or premises also applies to those additional "employees" and premises, but only if you:

**(1)** Give us written notice within 30 days thereafter; and

**(2)** Pay us an additional premium.

**g. General Crime Exclusions**

**The following exclusions apply to all of your Crime Coverages.**

We will not pay for:

**(1)** Acts Committed by You, Your Partners or Your Members: Loss resulting from any "theft" or any other dishonest act committed by you, any of your partners or your "members" whether acting alone or in collusion with other persons.

**(2)** Acts of "Employees", "Managers", Directors, Trustees or Representatives: Loss resulting from any dishonest act committed by any of your "employees", "managers", directors, trustees or authorized representatives:

**(a)** Whether acting alone or in collusion with other persons; or

**(b)** While performing services for you or otherwise.

However, this exclusion **(2)** does not apply to your Employee Theft or ERISA Employee Theft coverages.

**(3)** Governmental Action: Loss resulting from seizure or destruction of property by order of governmental authority.

**(4)** Indirect Loss: Loss that is an indirect result of any act or occurrence covered by this insurance including, but not limited to, loss resulting from:

**(a)** Your inability to realize income that you would have realized had there been no loss of, or loss from damage to, covered property.

**(b)** Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance.

**(c)** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

**(5)** Legal Expenses: Expenses related to any legal action except as covered under coverage **12.e. Forgery and Alteration.**

**(6)** Nuclear: Loss resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

**(7)** War and Similar Actions: Loss resulting from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

**12. Loss Expense and Protection Coverages**

**a. Preservation of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

**(1)** While it is being moved to or while temporarily stored at another location; and

**(2)** Only if loss or damage occurs within 90 days after the property is first moved.

**b. Preservation of Property - Expense Coverage**

If it is necessary to move Covered Property from the described premises to preserve it from further loss or damage by a Covered Cause of Loss, we will pay the actual expense to move the property to safety.

We will also pay any necessary rental fees for the temporary storage at premises of others for the period of days shown in the Declarations after the property is first moved.

This is additional insurance. The applicable per-occurrence limit of insurance is shown in the Declarations.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCP 002 02 05

ASIC000131   Exhibit 3
Page 131 of 303

**c. Fire Extinguisher and Automatic Extinguishing System Recharge**

We will pay your expenses for recharge of:

**(1)** your hand-held fire extinguishers; or

**(2)** an automatic extinguishing system.

**d. Claims Expenses**

**(1)** We will pay all reasonable claims expenses you incur arising out of a covered loss or damage. This includes reasonable architect, engineering and consulting fees that you incur in the course of repairing or reconstructing damaged property resulting from an occurrence covered by this policy.

**(2)** The claims expenses must be incurred to assist us in:

**(a)** The investigation of a claim or suit;

**(b)** The determination of the amount of loss; or

**(c)** The determination of the extent of direct physical loss or damage to building or business personal property.

**(3)** We will not pay for:

**(a)** Expenses to prove that loss or damage is covered;

**(b)** Expenses incurred under the **Appraisal** section of **Property Conditions**;

**(c)** Expenses incurred under your **Crime Coverages** in establishing either the existence or the amount of loss under this insurance.

**(d)** Expenses incurred for examinations under oath, even if required by us; or

**(e)** Expenses incurred for public adjusters or legal fees.

**e. Emergency Response Service Charge**

When the fire department or other municipal agency responsible for preserving the public safety is called to save or protect Covered Property from a Covered Cause of Loss, we will pay for the fire department or other municipal agency service charges assumed by contract or agreement prior to loss, or required by local ordinance.

**f. Reward Coverage**

We will make available to a law enforcement agency with proper jurisdiction an amount to be used through reward or other means to acquire information leading to the possible conviction of a person or persons responsible for a fire, theft, robbery or explosion loss that is covered under this policy. Such funds will remain in our possession until actually needed for immediate distribution by the law enforcement agency. All claims for payment under this Coverage must be made by the law enforcement agency to us within one year of the date of loss, unless another time is mutually agreed to by the law enforcement agency and us. Such claims must be accompanied by a statement indicating to whom the law enforcement agency will make payment, the information anticipated, and the person(s) who may be charged with the crime. In no event will we make any payment under this Coverage either directly to you or to anyone other than a law enforcement agency with proper jurisdiction. We will not fund any payment to anyone who directed, participated in, committed or caused to be committed the fire, theft, robbery or explosion in question nor to anyone who provides or obtains information as part of their regular duties of employment either by the insured or a law enforcement or fire department agency. However, within the provisions of this Coverage, we will reimburse the agencies themselves for extraordinary expenses related to obtaining information regarding a fire, theft, robbery or explosion covered under this policy. We will make no payment under this Coverage in excess of twice the loss payment we make for direct damage to property.

**g. Contractual Penalties**

We will pay for contractual penalties you incur if you cannot meet your written contractual obligations because of a direct loss or damage to Covered Property by a Covered Cause of Loss. Such contract must be written and must have been executed prior to the date of the loss. This Coverage does not apply to loss or damage to:

**(1)** A building or structure under construction; or

**(2)** Property you are installing for a customer.

**h. Conditional Sale, Trust Agreement, Installment or Deferred Payments**

We will pay to protect your interest in lost or damaged personal property sold by you under a conditional sale or trust agreement or any installment or deferred payment plan after delivery to buyers.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

**i.**  **Lock Replacement Coverage**

We will pay the cost to repair or replace the door locks or tumblers for such door locks at any premises described in the Declarations due to the theft of your door keys.

This is additional insurance. The applicable per-occurrence limit of insurance is shown in the Declarations. No deductible applies to this Coverage.

**j.**  **Catastrophe Allowance Coverage**

We will pay under this Catastrophe Allowance Coverage only if Property Claims Services publicly designates a catastrophe number to the insured event that causes direct physical loss or damage (e.g. hurricanes, blizzards, hailstorms).

The insurance provided by this Coverage Form may be extended if the applicable limits of insurance are insufficient to compensate you for covered direct physical loss or damage that you incur as a result of an occurrence publicly designated as a numbered catastrophe event by the Property Claims Services organization.

This Catastrophe Allowance Coverage may not be used to cover any loss that would not otherwise be covered by this policy.

This Catastrophe Allowance Coverage may not be used to cover the deductible amount of any coverage provided by this or any other policy.

This is additional insurance. The limit of insurance applicable to this Catastrophe Allowance Coverage is shown in the Declarations. This limit applies to the sum of all covered losses occurring during each separate 12 month period of this policy. Each separate 12 month period of this policy starts on the policy inception or anniversary date.

**k.**  **Expediting Expense Coverage**

We will pay the reasonable costs you incur to expedite repairs to Covered Property which has been damaged by a Covered Cause of Loss. This includes payment of overtime wages and the extra cost of express or other rapid means of transportation.

We will not pay for such costs or expenses caused by the interference of strikers in the rebuilding, repairing, or replacing of the Covered Property at the location of loss, nor caused by the suspension, lapse, or cancellation of any license, lease, or contract.

This is additional insurance. The applicable per-occurrence limit of insurance is shown in the Declarations.

**l.**  **Soft Costs Coverage**

**(1)** We will pay the actual soft costs that you incur because of direct physical loss or damage to Covered Property listed in paragraphs **A.1.(8)** and **(9)** of this Section by a Covered Cause of Loss. We will pay only those soft costs:

    **(a)** That are over and above your normal expenditures; and

    **(b)** That are incurred during the period of time:

        **(i)** That begins on the date loss occurs; and

        **(ii)** Ends one year after the date on which the construction, repairs, or replacement would be scheduled for completion.

**(2)** We will only pay soft costs:

    **(a)** If the Replacement Cost Coverage Option applies, and

    **(b)** You repair or replace the damaged property.

**(3)** Normal expenditures are expenses that would have been incurred by your operation had no loss or damage occurred.

**(4)** Soft cost means:

    **(a)** Realty taxes and other assessments attributed to the increased property values that result directly from construction or repair costs associated with loss or damage by a Covered Cause of Loss;

    **(b)** Increased interest and fees necessitated by the operation of a mortgage acceleration clause; and

    **(c)** Advertising and promotional expenses.

**(5)** This is additional insurance. The applicable per-occurrence limit of insurance is shown in the Declarations.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCP 002 02 05

ASIC000133   Exhibit 3

**m. Temporary Relocation of Property Coverage During Renovation or Remodeling**

We will pay for loss or damage to Covered Property that is removed from a premises described in the Declarations and stored temporarily at a location you do not own, lease or operate while the described premises is being renovated or remodeled.

The loss or damage must be caused by a Covered Cause of Loss applicable to that Covered Property.

This coverage applies during a storage period of up to 90 consecutive days starting from the date the property is removed from the described premises but not beyond the expiration of this policy.

The limit of insurance applicable to any one occurrence at each temporary location is shown in the Declarations. The insurance that applies to this additional coverage is included in the Limit of Insurance that applies to the Covered Property at the premises described in the Declarations. This is not additional insurance.

This coverage will not apply if the stored property is more specifically insured.

**ASIC000134**  Exhibit 3
Page 134 of 303

B. **CAUSES OF LOSS**

Coverage **A.1. – Building Coverage**, Coverage **A.3. – Business Personal Property Coverage**, and Coverage **A.6. – Business Income and Extra Expense Coverage**, as well as certain other references in your policy, refer to Covered Causes of Loss. This section of your policy will tell you, for specific Coverages and types of property, what causes of loss are covered, what causes are excluded, and whether there are any special limitations on your Coverage. Be sure to refer to the Declarations to see if any of the Causes of Loss assigned in this section are amended. These Causes of Loss do not apply to your **Crime Coverages** and **Denial of Service Coverage**. Refer to the respective sections under **A. COVERAGE** for information as to the types of loss covered for them. Be sure to refer to the Declarations to see if any of the Causes of Loss assigned in this section are amended. Your Loss Expense and Protection Coverages are Coverages that provide additional or supplemental payments in the event of another covered loss under the policy. To the extent that a Covered Cause of Loss is required to trigger the primary loss, Causes of Loss can influence your Loss Expense and Protection Coverage.

There are four defined types of Causes of Loss in your policy, the General Causes of Loss, the Inland Marine Causes of Loss, and the Outdoor Property Causes of Loss and the Cyber Vandalism Causes of Loss. If a Coverage makes reference to a Covered Cause of Loss, it means a cause of loss that would be covered under your policy for the type of property that has been lost or damaged.

1. **General Causes of Loss**
   a. Unless otherwise shown in the Declarations, General Causes of Loss apply to the following Coverages:
      **(1)** All Building Coverage, except Coverage for:
         **(a)** Signs; and
         **(b)** "Outdoor property".
      **(2)** All Business Personal Property Coverage, except Coverage for:
         **(a)** "Hardware", "media", and "electronic data";
         **(b)** "Scientific and professional equipment";
         **(c)** "Fine arts";
         **(d)** Patterns, molds and dies;
         **(e)** "Valuable information property";
         **(f)** "Accounts receivable"; and
         **(g)** "Installation, tools and equipment property".
      **(3)** Property at other locations.
      **(4)** All Business Income and Extra Expense Coverages, except where the damaged or lost property is covered by the Inland Marine Causes of Loss or the Cyber Vandalism Causes of Loss.
      **(5)** All Loss Expense and Protection Coverages, except where the damaged or lost property is covered by the Inland Marine Causes of Loss or the Cyber Vandalism Causes of Loss.
      **(6)** All Pollutant Clean Up and Debris Removal Coverages, except where the damaged or lost property is covered by the Inland Marine Causes of Loss or the Cyber Vandalism Causes of Loss.
      **(7)** Any other Coverage where no Cause of Loss type is specified in this section.
   b. Under General Causes of Loss, we will pay for direct physical loss of or damage to property, unless excluded below.
      **(1)** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.
         **(a) Earth Movement**
            **(i)** Earthquake, including any earth sinking, rising or shifting related to such event. But if earthquake results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion;
            **(ii)** Landslide, including any earth sinking, rising or shifting related to such event;
            **(iii)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;
            **(iv)** Earth sinking (other than "sinkhole collapse"), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCP 002 02 05

**(v)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(A)** Airborne volcanic blast or airborne shock waves;

**(B)** Ash, dust, or particulate matter; or

**(C)** Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to the described property.

**(b) Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

However, this exclusion will not apply to your Business Income and Extra Expense Coverage for **Civil Authority**.

**(c) Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**(d) Power Failure**

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises. Failure includes lack of sufficient capacity and reduction in supply. But, if failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion does not apply to losses under your **Business Income Off Premises Power Failure** Coverage.

**(e) War and Military Action**

**(i)** War, including declared, undeclared or civil war;

**(ii)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(iii)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**(f) Flood**

**(i)** Waves, tides, tidal waves; or

**(ii)** Rising, overflowing or breaking of any boundary,

of any natural or man-made lakes, reservoirs, ponds, brooks, rivers, streams, harbors, oceans, or any other body of water or watercourse, whether driven by wind or not.

**(iii)** Mudslide or mudflow

**(iv)** But if flood, as described in **(f)(i)** through **(f)(iii)** above results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**(g) Building Ordinance**

The enforcement of any ordinance or law:

**(i)** Regulating the construction, use or repair of any property; or

**(ii)** Requiring the tearing down of any property, including the cost of removing its debris;

except as provided in your Loss Expense and Protection Coverage for Building Ordinance.

**(h) Fungus, Wet Rot, Dry Rot and Bacteria**

The presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results from a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(i)** When "fungus", wet or dry rot or bacteria results from fire or lightning; or

**(ii)** To the extent that coverage is provided in the Limited Coverage for Fungus, Wet Rot, Dry Rot and Bacteria in this coverage form and then only with respect to loss or damage by a cause of loss other than fire or lightning.

**(i) Seepage or Leakage of Water**

Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture, or vapor that occurs over a period of 14 days or more.

Paragraphs **B.1.b.(1)(a)** through **B.1.b.(1)(i)** apply whether or not the loss event results in widespread damage or affects a substantial area.

**(2)** We will not pay for loss or damage caused by or resulting from any of the following:

**(a) Electrical Apparatus**

Artificially generated electrical current, including electric arcing that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire or explosion, we will pay for the loss or damage caused by fire or explosion.

**(b) Loss of Market**

Delay, loss of use or loss of market.

**(c) Smoke, Vapor, Gas**

Smoke, vapor or gas from agricultural smudging or industrial operations.

**(d) Steam Apparatus**

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. Also, if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**(e) Frozen Plumbing**

Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(i)** You do your best to maintain heat in the building or structure; or

**(ii)** You drain the equipment and shut off the supply if the heat is not maintained.

**(f) Dishonesty**

Dishonest or criminal acts by you, any of your partners, "employees", directors, trustees, authorized representatives or anyone (except carriers for hire) to whom you entrust the property for any purpose:

**(i)** Acting alone or in collusion with others; or

**(ii)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your "employees"; but theft by "employees" is not covered.

**(g) Exposed Property**

Rain, snow, ice or sleet to business personal property in the open.

**(h) Collapse**

**(i)** Collapse, if caused by earth movement or water.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCP 002 02 05

**(ii)** As respects loss or damage arising out of or in any sequence with collapse, we will not pay for loss or damage to:

**(A)** Outdoor radio or television antennas, including their lead-in wiring;

**(B)** Masts or towers;

**(C)** Awnings;

**(D)** Gutters and downspouts;

**(E)** Yard fixtures;

**(F)** Outdoor swimming pools;

**(G)** Fences;

**(H)** Piers, wharves and docks;

**(I)** Beach or diving platforms or appurtenances;

**(J)** Retaining walls; and

**(K)** Walks, roadways and other paved surfaces;

unless such loss or damage is the direct result of building collapse and that building collapse does not result from earth movement or water.

**(iii)** We will pay only for direct physical loss to the covered property involving the sudden, entire collapse of a building or any part of a building.

**(iv)** Collapse means the following:

**(A)** An abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be used for its intended purposes;

**(B)** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;

**(C)** A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building;

**(D)** A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(i)** **Pollutants**

We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

**(j)** **Other Types of Loss**

**(i)** Wear and tear;

**(ii)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(iii)** Smog;

**(iv)** Settling, cracking, shrinking or expansion;

**(v)** Insects, birds, rodents or other animals;

**(vi)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. However, this does not apply to any loss or damage caused by elevator collision.

But, if an excluded cause of loss that is listed in **(j)(i)** through **(j)(vi)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss," or building glass breakage.

**(k)** **Mistakes**

Errors in the development, distribution, processing, manufacturing, testing, installation, alteration or repair of property.

This exclusion does not apply to any ensuing loss or damage by a Covered Cause of Loss.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

ASIC000138   Exhibit 3

    **(l) Errors in System Programming**

        Errors in system programming or errors in instructions to a machine.

        This exclusion does not apply to any ensuing loss or damage by a Covered Cause of Loss.

    **(m) Mysterious Disappearance**

        Disappearance or shortage disclosed on taking inventory, where there is no physical evidence to show what happened.

        This exclusion does not apply to any ensuing loss or damage by a Covered Cause of Loss, nor does it apply to losses covered under your "money" and "securities" **Crime Coverage**.

    **(n) False Pretense**

        Voluntary parting with any covered property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

    **(o) Neglect**

        Neglect of an insured to use all reasonable means to save and preserve property from further damage at the time of loss.

    **(p) Willful Acts**

        Any willful act intended to cause a loss committed by you or anyone else at your direction.

**(3)** We will not pay for loss or damage caused by or resulting from any of the following **(3)(a)** through **(3)(c)**. But, if an excluded cause of loss that is listed in **(3)(a)** through **(3)(c)** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss:

    **(a) Weather Conditions**

        Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Section **B.1.b.(1)** to produce the loss or damage.

    **(b) Acts or Decisions**

        Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

    **(c) Negligent Work**

        Faulty, inadequate, defective or negligent:

        **(i)** Planning, zoning, development, surveying, siting;

        **(ii)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

        **(iii)** Materials used in repair, construction, renovation or remodeling; or

        **(iv)** Maintenance;

        of part or all of any property on or off the described premises.

**(4)** We will not pay for:

    **(a)** Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

        **(i)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

        **(ii)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration".

    **(b)** Any other consequential loss.

**2. Inland Marine Causes of Loss**

    **a.** Unless otherwise shown in the Declarations, Inland Marine Causes of Loss apply to the following Coverages:

    **(1)** Under your Building Coverage, Coverage for Outdoor signs.

    **(2)** Under your Business Personal Property Coverage, Coverage for:

        **(a)** "Hardware" and "media";

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCP 002 02 05

        **(b)** "Scientific and professional equipment";

        **(c)** "Fine arts";

        **(d)** "Valuable information property";

        **(e)** "Accounts receivable";

        **(f)** "Installation, tools and equipment property"; and

        **(g)** Patterns, molds and dies.

    **(3)** Property in Transit.

    **(4)** Under your Business Income and Extra Expense Coverages, only where the damaged or lost property is described in item **(1)** through **(3)** above.

    **(5)** Under your Loss Expense and Protection Coverages, only where the damaged or lost property is described in item **(1)** or **(2)** above.

    **(6)** Under Pollution Clean Up and Debris Removal Coverages, only where the damaged or lost property is described in item **(1)** or **(2)** above.

**b.** Under Inland Marine Causes of Loss, we will pay for direct physical loss of or damage to property, unless excluded below.

    **(1)** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

        **(a) Governmental Action**

        Seizure or destruction of property by order of governmental authority.

        But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

        However, this exclusion will not apply to your Business Income and Extra Expense Coverage for **Civil Authority**.

        We will not cover expenses that you incur to buy or rent "hardware" or "media", except to the extent that it reduces a loss.

        **(b) Nuclear Hazard**

        Nuclear reaction or radiation, or radioactive contamination, however caused.

        But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

        **(c) War and Military Action**

        **(i)** War, including undeclared or civil war;

        **(ii)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

        **(iii)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

        **(d) Building Ordinance**

        The enforcement of a code, ordinance or law that regulates the use, construction, repair or demolition of "hardware" or a building or structure.

        **(e) Pollutants**

        We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

---

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

**(f) Fungus, Wet Rot, Dry Rot and Bacteria**

The presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results from a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(i)** When "fungus", wet or dry rot or bacteria results from fire or lightning; or

**(ii)** To the extent that coverage is provided in the Limited Coverage for "Fungus", Wet Rot, Dry Rot and Bacteria in this coverage form and then only with respect to loss or damage by a cause of loss other than fire or lightning.

**(g) Seepage or Leakage of Water**

Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture, or vapor that occurs over a period of 14 days or more.

Exclusions **2.b.(1)(a)** through **2.b.(1)(g)** apply whether or not the loss event results in widespread damage or affects a substantial area.

**(2)** We will not pay for loss or damage caused by or resulting from any of the following:

**(a) Dishonesty**

Dishonest or criminal acts by you, any of your partners, "members", "managers", "employees", directors, trustees, authorized representatives or anyone (except carriers for hire) to whom you entrust the property for any purpose:

**(i)** Acting alone or in collusion with others; or

**(ii)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your "employees", but theft by "employees" is not covered.

**(b) Other Types of Loss**

**(i)** Wear and tear;

**(ii)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(iii)** Mechanical breakdown, including rupture or bursting caused by centrifugal force.

But, this exclusion **(iii)** does not apply to "hardware", "media" or "electronic data";

But if an excluded cause of loss that is listed in **(b)(i)** through **(b)(iii)** results in a "specified cause of loss" we will pay for the loss or damage caused by that "specified cause of loss".

**(c) Mistakes**

Errors in the development, distribution, processing, manufacturing, testing, installation, alteration or repair of property.

However, this exclusion does not apply to:

**(i)** Any ensuing loss or damage by a Covered Cause of Loss; or

**(ii)** "Accounts receivable", "valuable information property" or "fine arts".

**(d) Errors in System Programming**

Errors in system programming or errors in instructions to a machine.

This exclusion does not apply to any ensuing loss or damage by a Covered Cause of Loss.

**(e) Breakage and Leakage**

Breakage, leakage, chipping, denting or bending, or by being spotted, discolored, rusted, frosted or steamed unless caused by fire, lightning, windstorm, hail, explosion or collision, riot and/or civil commotion, derailment or overturning of vehicle while on land or collision or crashing of aircraft while in flight, or by ferry, transfer or lighter being stranded, sunk or in collision while waterborne.

**(f) Willful Acts**

Any willful act intended to cause a loss committed by you or anyone else at your direction.

**(g) Neglect**

Neglect of an insured to use all reasonable means to save and preserve property from further damage at the time of loss.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCP 002 02 05

**(h) Theft of Personal Effects or Salesmen's Samples**

We will not pay for loss or damage arising out of theft:

**(i)** to property in the care, custody or control of a salesman from an unattended vehicle unless all compartments, doors, windows and other openings are closed and, where locks are available, locked; or

**(ii)** of personal effects.

**(3)** We will not pay for:

**(a)** Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

**(i)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(ii)** "Suspension", lapse or cancellation of any license, lease or contract. But if the "suspension", lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration".

**(b)** Any other consequential loss.

**(4) Accounts Receivable and Valuable Information Property Exclusions**

The following additional exclusions apply to "accounts receivable" and "valuable information property":

**(a)** We will not pay for loss or damage caused by or arising from:

**(i)** Electrical or magnetic injury, disturbance or erasure of electronic recordings;

**(ii)** Programming errors or faulty machine instructions;

**(iii)** Faulty installation or maintenance of data processing equipment or component parts;

**(iv)** An occurrence that took place more than 1000 feet from your premises; or

**(v)** Interruption of electrical power supply, power surge, blackout or brownout if the cause of such occurrence took place more than 1000 feet from your premises.

But we will pay for direct loss or damage caused by lightning.

**(b)** We will not pay for loss or damage caused by or resulting from any of the following:

**(i) Weather Conditions**

But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **B.2.b.(1)** above to produce the loss or damage.

**(ii) Acts or Decisions**

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**(iii) Negligent Work**

Faulty, inadequate, defective, or negligent:

**(A)** Planning, zoning, development, surveying, siting;

**(B)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(C)** Materials used in repair, construction, renovation or remodeling; or

**(D)** Maintenance;

of part or all of any property on or off the described premises.

But if an excluded Cause of Loss that is listed above results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**(c)** Applicable to "valuable information property" only:

We will not pay for loss or damage caused by or resulting from any of the following:

**(i)** Errors or omissions in processing or copying. But if errors or omissions in processing or copying results in fire or explosion, we will pay for the direct loss or damage caused by that fire or explosion.

**(ii)** Wear and tear, gradual deterioration or latent defect.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

**(d)** Applicable to "accounts receivable" only:

We will not pay for:

**(i)** Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of "accounts receivable" done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property. This exclusion applies only to the extent of the wrongful giving, taking or withholding;

**(ii)** Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions;

**(iii)** Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**(5) Fine Arts Exclusion**

The following additional exclusion applies to "fine arts":

We will not pay for loss or damage caused by repair, restoration or retouching.

**(6) Installation, Tools and Equipment Property Exclusions**

The following additional exclusions apply to "installation, tools and equipment property":

We will not pay for loss or damage arising out of:

**(a) Overloading**

The weight of a load exceeding the manufacturer's rated lifting capacity of the machine under the operating conditions at the time of loss.

**(b) Testing**

Testing, but we will pay for direct loss caused by resulting fire or explosion.

**(c) Replacement of Defective Materials**

The cost to make good or replace faulty or defective materials or workmanship.

**(d) Faulty Design**

A fault, defect, deficiency, error or omission in a plan, blueprint, design or specification.

**(e) Mysterious Disappearance**

Unexplained disappearance or shortage found upon taking inventory.

**(f) Artificially Generated Electrical Current**

Artificially generated current creating a short circuit or other electrical disturbance with an item of covered property.

**(7) Property in Transit Exclusions**

The following additional exclusions apply to Property in Transit:

**(a)** We will not pay for loss or damage caused by or resulting from any of the following:

**(i)** leakage, evaporation, shrinkage, loss of weight, dampness, cold or heat;

**(ii)** contamination;

**(iii)** change in color, odor, texture or finish;

**(iv)** denting, chipping, bending or twisting; or

**(v)** application of scent, rust, rot or other change in flavor.

However, we will pay when such loss or damage is the direct result of the "specified causes of loss", vandalism, malicious mischief, theft, flood, earthquake or accident to transporting conveyance.

**(b)** We will not pay for loss or damage to live animals, birds or fish.

However, we will pay when such loss or damage is the direct result of the "specified causes of loss", vandalism, malicious mischief, theft, flood, earthquake or accident to transporting conveyance.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCP 002 02 05

3. **Outdoor Property Causes of Loss**

Unless otherwise shown in the Declarations, Outdoor Property Causes of Loss apply only to "outdoor property".

Under your Business Income and Extra Expense Coverages, Outdoor Property Causes of Loss apply only where the damaged or lost property is "outdoor property" or other property to which Outdoor Property Causes of Loss apply in the Declarations.

Under your Loss Expense and Protection Coverages Outdoor Property Causes of Loss apply only where the damaged or lost property is "outdoor property" or other property to which Outdoor Property Causes of Loss apply in the Declarations.

Under Pollutant Clean Up and Debris Removal Coverages, Outdoor Property Causes of Loss apply only where the damaged or lost property is "outdoor property" or other property to which Outdoor Property Causes of Loss apply in the Declarations.

Under Outdoor Property Causes of Loss, we will pay for direct physical loss of or damage to property caused by or resulting from:

a. Fire;

b. Lightning;

c. Explosion;

d. Riot or Civil Commotion;

e. Aircraft;

f. Vehicles which you do not own, operate or lease;

g. **Fungus, Wet Rot, Dry Rot and Bacteria**

The presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results from a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

(1) When "fungus", wet or dry rot or bacteria results from fire or lightning; or

(2) To the extent that coverage is provided in the Limited Coverage for "Fungus", Wet Rot, Dry Rot and Bacteria in this coverage form and then only with respect to loss or damage by a cause of loss other than fire or lightning; or

h. **Seepage or Leakage of Water**

Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture, or vapor that occurs over a period of 14 days or more.

4. **Cyber Vandalism Causes of Loss**

Under Cyber Vandalism Causes of Loss we will pay for loss caused by a virus, harmful code or similar instruction introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. However, there is no coverage when the enactment or introduction was the result of an action, intentional or not, by any "employee", including a temporary or leased "employee", or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

**C. PROPERTY VALUATION AND LOSS PAYMENT**

1. In the event of loss or damage covered by this policy, at our option we will either:
   a. Pay the value of lost or damaged property;
   b. Pay the cost of repairing or replacing the lost or damaged property plus any reduction in the value of that property due to the repairs;
   c. Take all or any part of the property at an agreed value or, if an agreed value cannot be reached, appraised value; or
   d. Repair, rebuild or replace the property with other property of like kind and quality.

   We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

2. We will not pay you more than your financial interest in the Covered Property.

3. We will not pay more than the least of the following amounts:
   a. The Limit of Insurance under this policy that applies to the loss;
   b. The value of the lost or damaged property; or
   c. The amount that you actually spend that is necessary to repair or replace the lost or damaged property at:
      (1) The same location; or
      (2) Another location;

      for the same use and occupancy. This item **c.** does not apply to losses subject to the Transit Limit of Insurance or the Other Location Limit of Insurance.

4. We will determine the value of your property based on one of the following methods:
   a. **Replacement Cost**
      (1) Replacement Cost means the cost to repair, rebuild, or replace the lost or damaged property with other property:
         (a) Of comparable material and quality;
         (b) Used for the same purpose; and
         (c) Without a deduction for depreciation.
      (2) The following types of property will be adjusted based on their replacement cost:
         (a) Buildings and structures, unless more specifically addressed on the Declarations or below;
         (b) Business personal property, unless more specifically addressed on the Declarations or below.
      (3) We will not pay on a replacement cost basis for any loss or damage until the lost or damaged property is actually repaired or replaced. You may make a claim on an actual cash value basis for loss or damage covered by this insurance on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a re-placement cost basis if:
         (a) The lost or damaged property is actually repaired or replaced; and
         (b) You notify us to do so within 180 days after the date of loss or damage or some other reason-able period on which we agree in writing.
      (4) Replacement cost valuation of your Business Personal Property includes the cost of:
         (a) Replacing labels, capsules, wrappers or containers from the damaged business personal property; or
         (b) Identifying and reconditioning damaged business personal property.
      (5) In the event of damage to "stock" you have two options when:
         (a) You do not want to sell your damaged "stock" under your brand or label; or
         (b) The owner of any damaged "stock" in your care, custody or control does not want to sell that damaged "stock" under the owner's brand or label even though the damaged stock has sal-vage value.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCP 002 02 05

ASIC000145   Exhibit 3
Page 145 of 303

You may:

**(a)** Remove the brand or label and then re-label the damaged "stock" to comply with any applicable law; or

**(b)** Label the damaged "stock" as SALVAGE, but, in doing so, cause no further damage to the "stock".

In either case, the business personal property valuation will include the difference between:

**(a)** The salvage value of the damaged "stock" with the brand or label attached; and

**(b)** The salvage of the damaged "stock" with the brand or label removed.

**(6)** We will determine the value of all "finished stock" at the regular cash selling price, less all discounts and charges to which such "finished stock" would have been subject had no loss occurred. However, "finished stock" does not include loss of business income resulting from the damage to or destruction of such stock.

**(7)** Replacement Cost of your "stock" will include the reduction in value of the "stock" due to consequential damage. Consequential damage means a part or parts of your product that are physically lost or damaged by a Covered Cause of Loss causing the part or parts that are not damaged to be unmarketable as a complete product.

**(8)** Replacement Cost of a building or structure includes the necessary cost to tear out and replace any part of the building or structure to repair damage to a system or appliance caused by a covered loss in which water or other liquid, powder or molten material escapes.

Replacement Cost does not include the cost to repair any defect that caused the loss or damage, but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**(a)** Results in discharge of any substance from an automatic fire protection system; or

**(b)** Is directly caused by freezing.

**(9)** In case of loss to any pair or set we may:

**(a)** Repair or replace any part to restore the pair or set to its value before the loss; or

**(b)** Pay the difference between the value of the pair or set before and after the loss.

**b. Functional Replacement Cost**

**(1)** Functional replacement cost means the cost to repair or replace property with available property that most closely duplicates the function of the damaged or replaced property at time of loss. The replacement property may perform additional functions if it is the available property that most closely duplicates the function of the damaged or replaced property.

**(2)** Unless a different valuation basis is shown in the Declarations, the following property will be adjusted based on its functional replacement cost:

**(a)** Buildings and structures, but only if the building or structure is identified as having functional replacement cost apply in the Declarations;

**(b)** "Hardware" and "media";

**(c)** "Scientific and professional equipment"; and

**(d)** Other Business Personal Property, but only if that business personal property is identified as having Functional Replacement Cost apply in the Declarations.

**c. Stated Value**

**(1)** Stated Value means that in a total loss we will pay the amount stated in the Declarations for the lost or damaged property.

**(2)** For property to be covered on a stated value basis it must be specifically identified in the Declarations as having Stated Value apply. The Declarations must indicate Stated Value individually for each item.

**(3)** If we determine that there has been a partial loss to property covered on a stated value basis, we will pay no more than the proportion that the value of the damaged part bears to the Stated Value in the Declarations.

**d. Actual Cash Value**

**(1)** Actual cash value means replacement cost, as defined in **a.** above, minus depreciation.

**(2)** We will value the following property on an actual cash value basis:

    **(a)** Used or second-hand merchandise held in storage or for sale;

    **(b)** Manuscripts;

    **(c)** Any property that otherwise would be valued on a replacement cost basis, but for which repairs or replacements are not made as soon as reasonably possible; and

    **(d)** Any other property specifically identified in the Declarations as having actual cash value apply.

**e.** **Valuable Information Property**

For any "valuable information property" which is actually replaced or restored, we will determine the value based on the costs at the time of loss of:

**(1)** blank materials for reproducing the "valuable information property", and

**(2)** the actual amount spent for labor and other expenses to research, transcribe, copy or rebuild the "valuable information property".

**f.** **Accounts Receivable**

**(1)** If you cannot accurately establish the amount of "accounts receivable" outstanding as of the time of loss or damage:

    **(a)** We will determine the total of the average monthly amounts of "accounts receivable" for the 12 months immediately preceding the month in which the loss or damage occurs; and

    **(b)** We will adjust that total for any normal fluctuations in the amount of "accounts receivable" for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

**(2)** The following will be deducted from the total amount of "accounts receivable," however that amount is established:

    **(a)** The amount of the accounts for which there is no loss or damage;

    **(b)** The amount of the accounts that you are able to re-establish or collect;

    **(c)** An amount to allow for probable bad debts that you are normally unable to collect; and

    **(d)** All unearned interest and service charges.

**g.** **Glass**

We will pay for all interior and exterior building glass based on the cost of replacement with like kind and quality. We will pay the cost of replacement with safety glazing material if safety glazing is required by law.

**h.** **Fine Arts**

Loss or damage to "fine arts" covered by this insurance will be valued at either:

**(1)** The cost of repairing the damaged "fine arts", plus any reduction in value of the repaired item; or

**(2)** The price which the fine arts might reasonably be expected to realize if offered for sale by a willing seller to a willing buyer in a fair market on the date of loss or damage.

"Fine arts" not owned by you and in your care, custody or control are valued as shown in **(1)** and **(2)** above but we will not pay more than the amount for which you are legally liable.

**i.** **Tenant Improvements and Betterments**

Unless another valuation method is shown in the Declarations, we will value Tenant Improvements and Betterments as follows:

**(1)** Replacement cost if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

    **(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

    **(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

    If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

Page 30 of 44
**PROPERTY VALUATION AND LOSS PAYMENT**

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCP 002 02 05

ASIC000147   Exhibit 3
Page 147 of 303

**j.    Money**

"Money" will be valued based on:

**(1)** The face value of United States or Canadian currency if the loss involves United States or Canadian currency; or

**(2)** The United States dollar value of a foreign currency based on the free currency rate of exchange in effect on the day any loss involving foreign currency is discovered.

If the loss occurs before "money" has been counted and recorded by you, the value of the "money" will not exceed the amount that is reasonably estimated and satisfactory to us.

**k.    Securities**

"Securities" will be valued up to and including their value at the close of business on the day the loss is discovered. We may, at our option:

**(1)** Pay the value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities";

**(2)** Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

**(a)** Value of the "securities" at the close of business on the day the loss was discovered; or

**(b)** Applicable Limit of Insurance.

**l.    Other Property Under Your Crime Coverage**

Loss of or damage to "other property" under your Crime Coverages will be valued on the same basis as similar property insured under your Property Coverages.

**m.    Electronic Data Valuation**

To the extent "electronic data" is not replaced, the loss will be valued at the cost of replacement of the "media" on which the "electronic data" was stored, with blank "media" of substantially identical type.

**n.    Personal Property Sold By You Under a Conditional Sale or Trust Agreement or Any Installment or Deferred Payment Plan After Delivery to Buyers**

Personal property sold by you under a conditional sale or trust agreement or any installment or deferred payment plan after delivery to buyers is valued based on the amount shown on your books as due from the buyer when a total loss occurs. When a partial loss occurs and the buyer refuses to continue payment, forcing you to repossess, deferred payment coverage will be valued as follows:

**(1)** If the realized value of the repossessed property is greater than or equal to the amount shown on your books as due from the buyer, we will make no payment; or

**(2)** If the realized value of the repossessed property is less than the amount shown on the books as due from the buyer, we will pay the difference.

When a partial loss occurs and the buyer continues to pay you, there will be no loss payment.

**5.    Personal Property of Others**

**a.** Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**b.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**c.** Personal property of others is valued on the same basis as your business personal property (subject to any exceptions in this Valuation and Loss Payment section). However, we will not pay more than the amount for which you are legally liable.

**d.** Labor, materials and services that you furnish or arrange on personal property of others are valued based on the actual cost of the labor, materials and services.

**6.    When We Will Pay**

We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy, and

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

**7. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**8. Resumption of Operations**

We will reduce the amount of your:

**a.** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or "stock") at the described premises or elsewhere.

**b.** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

If you do not resume your "operations", any loss determination will be based on the length of time it would have taken to resume "operations" with reasonable speed.

**9. Coinsurance Option**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCP 002 02 05

**ASIC000149**   Exhibit 3
Page 149 of 303

**D. LIMITS OF INSURANCE**

The applicable Limit of Insurance is the most we will pay for loss or damage in any one occurrence. A Limit of Insurance will not be reduced by the payment of a claim. However, if an individual piece of business personal property covered under the Inland Marine Causes of Loss is scheduled with a specific limit and that item incurs a total loss, we will return the unearned premium. In this section we will refer to either a location limit of insurance or to a policy level limit of insurance. A location limit of insurance applies per location shown in the Declarations. A policy level of insurance applies for the policy, regardless of the number of locations shown in the Declarations. This section will tell you how Limits of Insurance apply to your policy.

**1. Building and Business Personal Property Limits of Insurance**

Unless a property or Coverage is more specifically addressed by one of the other Limits of Insurance in this section, it is subject to either a Building or Business Personal Property Limit of Insurance shown in the Declarations. If the property is a building or structure, it will be subject to the Building Limit of Insurance. If the property is personal property, it will be subject to the Business Personal Property Limit of Insurance.

The Limits of Insurance for Building or Business Personal Property will automatically increase by the annual percentage shown in the Declarations under **Automatic Increase in Limits**. At the time of loss or damage the amount of increase will be determined by multiplying the applicable Limit of Insurance shown in the Declarations by the percentage of annual increase applied on a pro rata basis.

Your Loss and Expense Protection Coverage for Preservation of Property is subject to the Business Personal Property Limit of Insurance applying to the location from which the property is moved.

**2. Building Ordinance Limit of Insurance**

    **a.** Your Building Ordinance Limit of Insurance applies per occurrence to losses under your Building Ordinance Coverage.

    **b.** Your Building Ordinance Limit of Insurance is shown in the Declarations.

**3. Property at Other Locations Limit of Insurance**

    **a.** Your Property at Other Locations Limit of Insurance applies to any covered Property described under Property at Other Locations Coverage.

    **b.** This Property at Other Location Limit of Insurance does not apply to losses covered under Part **A.12. Crime Coverage**.

    **c.** If this Property at Other Locations Limit of Insurance applies to Business Personal Property which is also subject to the:

        **(1)** Bucket Limit of Insurance;

        **(2)** Newly Acquired Limit of Insurance;

        **(3)** California Hardware, Media and Electronic Data Earthquake Limit of Insurance;

        **(4)** Pollutant Clean Up Limit of Insurance;

        **(5)** Debris Removal Limit of Insurance;

        **(6)** Ordinance or Law Limit of Insurance; or

        **(7)** Special Theft Limit of Insurance;

    only the smallest of the two or more applicable limits will apply to a single occurrence. If the limits are equal, only one of the limits will be available to a single occurrence.

    **d.** Your Property at Others Location Limit of Insurance applies per occurrence and is shown in the Declarations.

**4. Newly Acquired or Constructed Property Limits of Insurance**

    **a.** Your Newly Acquired Building or Constructed Property Limit of Insurance applies to:

        **(1)** Your new buildings while being built; and

        **(2)** Buildings you acquire.

    **b.** Your Business Personal Property Newly Acquired or Constructed Limit of Insurance applies to Business Personal Property at any location you acquire other than at fairs or exhibitions.

    **c.** Your Newly Acquired Building or Constructed Property Limit of Insurance and your Business Personal Property Newly Acquired or Constructed Limit of Insurance do not apply to property that is:

        **(1)** acquired in any trust, guardianship or estate for which you are acting in a fiduciary representative capacity; or

**(2)** acquired by repossession, foreclosure, deed in lieu of foreclosure or as mortgagee in possession;

except as specifically endorsed to this policy.

**d.** Insurance for newly acquired or constructed buildings or newly acquired business personal property will end when any of the following occur:

**(1)** This policy expires;

**(2)** 180 days after you acquire or begin to construct the property; or

**(3)** You report the values of the property to us.

We will charge you additional premium for values reported from the date construction begins or you acquire the property.

**e.** Your Newly Acquired Buildings or Constructed Property Limit of Insurance and your Business Personal Property Newly Acquired or Constructed Property Limit of Insurance are each shown in the Declarations.

**5. Transit Limit of Insurance**

**a.** Your Transit Limit of Insurance applies to any covered Property described under Property in Transit Coverage.

**b.** This Transit Limit of Insurance does not apply to losses covered under Part **A.11. Crime Coverage**.

**c.** If this Transit Limit of Insurance applies to Business Personal Property which is also subject to the:

**(1)** Bucket Limit of Insurance;

**(2)** Newly Acquired Limit of Insurance;

**(3)** California Hardware, Media and Electronic Data Earthquake Limit of Insurance;

**(4)** Pollutant Clean Up Limit of Insurance;

**(5)** Debris Removal Limit of Insurance;

**(6)** Ordinance or Law Limit of Insurance; or

**(7)** Special Theft Limit of Insurance;

only the smallest of the two or more applicable limits will apply in a single occurrence. If the limits are equal, only one of the limits will be available to a single occurrence.

**d.** Your Transit Limit of Insurance applies per occurrence and is shown in the Declarations.

**6. Business Income and Extra Expense Coverage Limit of Insurance**

Your Business Income and Extra Expense Coverage Limit of Insurance applies to all coverage under Coverage **A.6. Business Income and Extra Expense Coverage**. Unless otherwise stated in the Declarations, your Business Income and Extra Expense Coverage Limit of Insurance is the Actual Loss Sustained in 12 Months. This means we will pay your actual loss sustained, as defined in the Coverage, for a period of 12 months from the date of loss. Actual Loss Sustained does not apply to Contingent Business Premises Coverage.

However, your Business Income and Extra Expense Coverage Limit of Insurance may be amended as follows:

**a.** A separate dollar Limit of Insurance may be shown in the Declarations for any of the following Business Income and Extra Expense Coverages:

**(1)** Business Income;

**(2)** Extra Expense;

**(3)** Business Income Off Premises Power or Communication Failure; or

**b.** A separate dollar Limit of Insurance may be shown in the Declarations for Business Income or Extra Expense loss arising out of loss or damage to any of the following types of property:

**(1)** Business Personal Property in transit; or

**(2)** Business Personal Property at any other location.

If a dollar Limit of Insurance appears in the Declarations for any one of these Coverages, that dollar limit applies instead of the 12 Month Actual Loss Sustained limitation. Any Coverage listed in **a.(1)** or **a.(2)** above, or any combination thereof, may be deleted and will not apply if so indicated in the Declarations.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCP 002 02 05

    **c.** Your Contingent Business Premises Limit of Insurance is shown in the Declarations.

    **d.** A separate dollar Limit may be shown in the Declarations for Business Income or Extra Expense loss arising out of loss or damage to "electronic data".

**7. Extra Expense Limit of Insurance**

If applicable, your Extra Expense Limit of Insurance applies per occurrence and is shown in the Declarations.

**8. Newly Acquired Property Business Income Limit of Insurance**

    **a.** Your Newly Acquired Property Business Income Limit of Insurance applies to loss of business income you sustain at buildings you acquire at locations other than the described premises intended for:

        **(1)** similar use as the building described in the Declarations; or

        **(2)** use as a warehouse.

    **b.** Your Newly Acquired Property Business Income Limit of Insurance does not apply to property that is:

        **(1)** acquired in any trust, guardianship or estate for which you are acting in a fiduciary representative capacity; or

        **(2)** acquired by repossession, foreclosure, deed in lieu of foreclosure or as mortgagee in possession;

        except as specifically endorsed to this policy.

    **c.** Business Income Insurance for newly acquired buildings will end when any of the following occur:

        **(1)** This policy expires;

        **(2)** The number of days shown in the Declarations after you acquire the property; or

        **(3)** You report values to us.

    **e.** Your Newly Acquired Property Business Income Limit of Insurance is shown in the Declarations.

**9. Bucket Limit of Insurance**

    **a.** Your Bucket Limit of Insurance applies to covered loss or damage to the following types of property, or Coverages:

        **(1)** Personal effects owned by you, your officers, your partners, your "members", your "managers" or your "employees";

        **(2)** "Valuable information property";

        **(3)** "Accounts receivable";

        **(4)** "Outdoor property";

        **(5)** "Fine arts", however, we will not pay more than the per item sublimit;

        **(6)** "Hardware" and "media";

        **(7)** Fire extinguisher and automatic extinguishing system recharge;

        **(8)** Emergency response service charge;

        **(9)** Personal property sold by you under a conditional sale or trust agreement, or any installment or deferred payment plan;

        **(10)** Coverage for the decreased value of "stock" due to damage of another part or parts of "stock"; and

        **(11)** Tenant Improvements or Betterments.

        **(12)** "Electronic data" for damage or destruction from the Inland Marine Causes of Loss; and

        **(13)** "Electronic data" for loss of income and extra expense from the Inland Marine Causes of Loss.

    **b.** Your Bucket Limit of Insurance applies per occurrence on a policy level basis. The first Named Insured may choose which portion of the limit will apply to the property and Coverages listed above at the time of loss.

    **c.** If Specific Limits of Insurance are shown in the Declarations for any Coverages or property also subject to this Bucket Limit, then this Bucket Limit of Insurance will apply in excess of the Specific Limits of Insurance and any deductible applying to them.

    **d.** The Bucket Limit of Insurance applies only when loss or damage occurs at a premises scheduled on the Commercial Property Coverage Part Declarations.

    **e.** Your per-policy Bucket Limit of Insurance is shown in the Declarations.

**10. Fungus, Wet Rot, Dry Rot and Bacteria Limits of Insurance**

   **a. Fungus, Wet Rot, Dry Rot and Bacteria Limit of Insurance**

Your "Fungus", Wet Rot, Dry Rot and Bacteria Limit of Insurance applies to all loss or damage arising out of your Limited Coverage for "Fungus", Wet Rot, Dry Rot and Bacteria.

Regardless of the number of claims, your "Fungus", Wet Rot, Dry Rot and Bacteria Limit of Insurance is the most we will pay for the total of all loss or damage arising out of all occurrences which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than the amount shown in the declarations even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later 12-month coverage period.

This Limit of Insurance does not increase the applicable Limit of Insurance on any Covered Property or Coverage. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property or Coverage.

This Limit of Insurance does not increase or decrease payment we would otherwise make for the necessary cost to tear out and replace any part of the building or structure to repair damage to a system or appliance caused by a covered loss in which water or other liquid, powder or molten material escapes.

This Limit of Insurance does not increase or decrease payment we would otherwise make for losses arising out of collapse.

Your "Fungus", Wet Rot, Dry Rot and Bacteria Limit of Insurance is shown in the Declarations.

   **b. Business Income and Extra Expense Fungus, Wet Rot, Dry Rot and Bacteria Limits of Insurance**

      **(1) Fungus, Wet Rot, Dry Rot and Bacteria Period of Restoration**

If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a suspension of operations, but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than your "Fungus", Wet Rot, Dry Rot and Bacteria "Period of Restoration". The days need not be consecutive

Your "Fungus", Wet Rot, Dry Rot and Bacteria "Period of Restoration" is shown in the Declarations.

      **(2) Fungus, Wet Rot, Dry Rot and Bacteria Extended Period of Restoration**

If a covered suspension of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to your "Fungus", Wet Rot, Dry Rot and Bacteria Extended "Period of Restoration". The days need not be consecutive.

Your "Fungus", Wet Rot, Dry Rot and Bacteria Extended "Period or Restoration" is shown in the Declarations.

**11. Pollutant Clean Up Limit of Insurance**

   **a.** Your Pollutant Clean Up Limit of Insurance applies to your Pollutant Clean Up and Removal Coverage. This is the most we will pay for any expenses arising during any twelve month period.

   **b.** Your Pollutant Clean Up Limit of Insurance applies per location and is shown in the Declarations.

**12. Debris Removal Limit of Insurance**

   **a.** Your Debris Removal Limit of Insurance applies to your Debris Removal Coverage, providing an excess Limit of Insurance.

   **b.** The most we will pay for debris removal is the lesser of:

      **(1)** 25% of the covered direct physical loss or damage; or

      **(2)** The remaining applicable Limit of Insurance for Building or Business Personal Property shown in the Declarations after payment of the covered direct physical loss or damage.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCP 002 02 05

    **c.** If the amount in **b.** above is insufficient to pay the debris removal, we will pay the remaining debris removal. However, this additional amount we pay is subject to the Debris Removal Limit of Insurance.

    **d.** We will also pay up to $1,000 for the costs you incur at each premises to remove debris of outdoor trees, shrubs or plants that are blown onto your premises by wind.

    **e.** Your Debris Removal Limit of Insurance applies per location and is shown in the Declarations.

**13.** **Cyber Risk Coverages Limits of Insurance**

    **a.** **Electronic Data Damage or Destruction**

        **(1)** **From Cyber Vandalism**

           Your Electronic Data Damage or Destruction from Cyber Vandalism limit in the Declarations is the most we will pay for this coverage in any one policy year.

           Your Electronic Data Damage or Destruction from Cyber Vandalism Limit of Insurance is shown in the Declarations.

        **(2)** **From Inland Marine Causes of Loss**

           Your Electronic Data Damage or Destruction from Inland Marine Causes of Loss limit is included in the Bucket Limit of Insurance shown in the Declarations.

    **b.** **Electronic Data Loss of Income and Extra Expense**

        **(1)** **From Cyber Vandalism**

           Your Electronic Data Loss of Income and Extra Expense from Cyber Vandalism Limit in the Declarations is the most we will pay for this coverage in any one policy year.

           Your Electronic Data Loss of Income and Extra Expense from Cyber Vandalism Limit of Insurance is shown in the Declarations.

        **(2)** **From Inland Marine Causes of Loss**

           Your Electronic Data Loss of Income and Extra Expense from Inland Marine Causes of Loss limit is included in the Bucket Limit of Insurance shown in the Declarations.

    **c.** **Denial of Service**

        Your Denial of Service Limit in the Declarations is the most we will pay for this coverage in any one policy year.

        Your Denial of Service Limit of Insurance is shown in the Declarations.

    With respect to those Cyber Risk Coverages in this paragraph **13.** that are subject to an annual aggregate limit, each annual aggregate limit applies regardless of the number of occurrences, interruptions, premises, locations or computer systems involved. If loss payment on or relating to the first occurrence does not exhaust the applicable limit, then the balance is available for subsequent loss or damage sustained in but not after that policy year or for loss expense sustained or incurred as a result of subsequent occurrences in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any occurrence which begins in one policy year and continues or results in additional loss or damage or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the occurrence began.

**14.** **California Hardware, Media and Electronic Data Earthquake Limit of Insurance**

    **a.** The California Hardware, Media and Electronic Data Earthquake Limit of Insurance applies to all covered direct and consequential losses (including your Business Income and Extra Expense Coverages) to "hardware", "media" and "electronic data" occurring in the State of California when covered loss arises from earth movement (other than "sinkhole collapse"), or volcanic eruption. **NO OTHER LIMIT WILL APPLY IN EXCESS TO THIS TYPE OF LOSS.**

    **b.** All earth movement or volcanic eruption occurring in the same 168-hour period will be considered the same occurrence.

    **c.** Your California Hardware, Media and Electronic Data Earthquake Limit of Insurance applies per occurrence and is shown in the Declarations.

**15.** **Crime and ERISA Employee Theft Limits of Insurance**

    **a.** Your Crime Limit of Insurance applies to all losses covered under part **A.11. Crime Coverage** except **ERISA Employee Theft**. However, any payments for legal expenses under your Forgery and Alteration Coverage are in addition to your Crime Limit of Insurance.

    **b.** Your **ERISA Employee Theft** Limit of Insurance applies to all losses under that Coverage.

**VCP 002 02 05**

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

Page 37 of 44
LIMITS OF INSURANCE

**ASIC000154**  Exhibit 3
Page 154 of 303

    **c.** As respects to your Crime Coverages, all loss or damage:

        **(1)** Caused by one or more persons; or

        **(2)** Involving a single act or series of related acts;

    is considered one "occurrence".

    **d.** A separate dollar Limit of Insurance may be shown in the Declarations for any of the following Crime Coverages or combination thereof:

        **(1)** Money and Securities;

        **(2)** Employee Theft;

        **(3)** Money Orders and Counterfeit Paper Currency; or

        **(4)** Forgery and Alteration.

    Any separate dollar Limit of Insurance established is the most we will pay for any one occurrence, and the Crime Limit of Insurance shall not apply to such Coverage(s).

    **e.** Your Crime Limit of Insurance applies per occurrence and your ERISA Employee Dishonesty Limit of Insurance applies per occurrence. Each Limits of Insurance is shown in the Declarations.

**16. Special Theft Limits of Insurance**

    **a.** Your Special Theft Limits of Insurance apply to loss or damage arising out of theft or attempted theft of the following types of property:

        **(1)** Furs, fur garments and garments trimmed with fur;

        **(2)** Jewelry, watches (with a per item value greater than $100), watch movements, jewels, pearls, precious and semi-precious stones, bullion;

        **(3)** Gold, silver, platinum and other precious alloys or metals; or

        **(4)** Stamps, tickets and letters of credit.

    **b.** Your Special Theft Limits of Insurance apply per occurrence for each type of specified property and are shown in the Declarations:

**17. Claims Expenses Limit of Insurance**

    **a.** Your Claims Expense Limit of Insurance applies per occurrence to losses under your Claims Expenses Coverage.

    **b.** Your Claims Expense Limit of Insurance is shown in the Declarations.

**18. Reward Limit of Insurance**

    **a.** Your Reward Coverage Limit of Insurance applies per occurrence to losses under your Reward Coverage.

    **b.** Your Reward Coverage Limit of Insurance is shown in the Declarations.

**19. Contractual Penalties Limit of Insurance**

    **a.** Your Contractual Penalties Limit of Insurance applies per occurrence to losses under your Contractual Penalties Coverage.

    **b.** Your Contractual Penalties Limit of Insurance is shown in the Declarations.

**20. Specific Limits of Insurance**

In addition to the Limits of Insurance identified in items **1.** through **19.** (except item **9. Bucket Limit of Insurance**), specific Limits of Insurance may be shown in the Declarations for any policy Coverage, or for any type of property covered under your Building or Business Personal Property Coverages. If a Specific Limit of Insurance applies, no other Limit of Insurance will apply to that property or Coverage, except as noted in item **9. Bucket Limit of Insurance**.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCP 002 02 05

**E. DEDUCTIBLES**

1. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance. If no other Deductible is shown in the Declarations, your Deductible is $500.

2. Unless otherwise shown in the Declarations, no deductible applies to the following:

   a. Business Income and Extra Expense Coverages;

   b. Loss Expense and Protection Coverages; or

   c. Loss covered under your ERISA Employee Theft Coverage sustained by any Employee Welfare Benefit Plan or Employee Pension Benefit Plan subject to ERISA.

3. If more than one deductible applies in any one occurrence, the largest applicable deductible will be used.

**F. CONDITIONS**

This Coverage Form is subject to the Common Policy Conditions and the Property Conditions.

**VCP 002 02 05**

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

Page 39 of 44
DEDUCTIBLES AND CONDITIONS
**ASIC000156**  Exhibit 3
Page 156 of 303

**G. DEFINITIONS**

1. "Accounts Receivable" means:

   a. All amounts due from your customers that you are unable to collect;

   b. Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

   c. Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

   d. Other reasonable expenses that you incur to re-establish your records of "accounts receivable" that result from direct physical loss or damage by any Covered Cause of Loss to your records of "accounts receivable".

   "Accounts receivable" does not include "electronic data".

2. "Communication supply services" means the property supplying communication services, including telephone, radio, microwave or television services, to the Described Premises, such as:

   a. Communication transmission lines, including optic fiber transmission lines;

   b. Coaxial cables; and

   c. Microwave radio relays except satellites.

3. "Contingent business premises" means premises operated by others whom you depend on to:

   a. Deliver materials or services to you, or to others for your account (Contributing Locations). But any property which delivers any of the following services is not a Contributing Location with respect to such services:

      (1) "Water supply services";

      (2) "Power supply services"; or

      (3) "Communication supply services", including services relating to internet access or access to any electronic network;

   b. Accept your products or services (Recipient Locations);

   c. Manufacture products for delivery to your customers under contract of sale (Manufacturing Locations); or

   d. Attract customers to your business (Leader Locations).

4. "Denial of service attack" means a type of attack designed to overload a computer or network system with useless traffic which denies or limits legitimate electronic mail or website usage.

5. "Electronic data" means information, facts or computer programs stored as or on, created or used on, or transmitted to or from software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs here means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This does not apply to your "stock" of prepackaged software.

6. "Employee", as respects to your Crime and Cyber Risk Coverages, means:

   a. Any natural person:

      (1) While in your service (and for 30 days after termination of service);

      (2) Whom you compensate directly by salary, wages or commissions; and

      (3) Whom you have the right to direct and control while performing services for you;

   b. Any natural person who is furnished temporarily to you:

      (1) To substitute for a permanent "employee" as defined in Paragraph **a.(1)** above, who is on leave; or

      (2) To meet seasonal or short-term work load conditions;

      while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the premises;

   c. Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in paragraph **b.** above;

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCP 002 02 05

   **d.** Any natural person who is:

     **(1)** A trustee, officer, employee, administrator or "manager", except an administer or "manager" who is an independent contractor, of any employee benefit plan(s) insured under this insurance; and

     **(2)** Your director or trustee while that person is handling "money", "securities" or "other property" of any employee benefit plan(s) insured under this insurance;

   **e.** Any natural person who is a former "employee", director, partner, "member", "manager", representative or trustee retained as a consultant while performing services for you; or

   **f.** Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside the premises.

   But "employee" does not mean any:

   **a.** Agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

   **b.** Director or trustee except while performing acts coming within the scope of the usual duties of an employee.

**7.** "Fine arts" means paintings, etchings, pictures, tapestries, other bona fide works of art, of rarity, historical value, or artistic merit such as valuable rugs, statuary, marbles, bronzes, antiques, furniture, rare books, antique silver, manuscripts, porcelains, rare glass and bric-a-brac.

**8.** "Finished stock" means stock you have manufactured.

   "Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

**9.** "Forgery", as respects your Crime Coverages, means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

**10.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**11.** "Hardware" means a network of machine components including computer systems, telephone systems and electrical panels capable of accepting data, processing it through instruction by software, and producing the desired results.

**12.** "Hazardous substance" means any substance other than ammonia that has been declared to be hazardous to health by a governmental agency.

**13.** "Installation, tools and equipment property" consists of any of the following property:

   **a.** Property sold under an installation agreement where your insurable interest continues until the property is accepted by the purchaser for whom the project is to be performed.

   **b.** Materials, supplies, equipment, machinery and fixtures owned by you or in your care, custody or control, and which are to be installed by you or at your direction;

   **c.** Temporary structures built or assembled on site, including cribbing, scaffolding and construction forms; while:

     **(1)** At any job site you do not own, lease or operate;

     **(2)** Awaiting or during installation, or awaiting acceptance by the purchaser;

     **(3)** In transit; or

     **(4)** At a temporary storage location.

   But this property is not "installation, tools and equipment property" 90 days after the project to be performed by you for the purchaser is completed (unless we specify a different date in writing) or when one of the following first occurs:

     **(1)** The property is accepted by the purchaser;

     **(2)** Your interest in the property ceases;

     **(3)** You abandon the project to be performed by you for the purchaser, with no intention to complete it.

   Additionally, this property is not "installation, tools and equipment property" if it is any of the following:

     **(1)** An existing building or structure to which an addition, alteration, improvement or repair is being made;

     **(2)** Property stored at a permanent warehouse or storage yard that you own;

**ASIC000158**  Exhibit 3
Page 158 of 303

        **(3)** A plan, blueprint, design or specification;

        **(4)** Trees, grass, sod, shrubbery or plants; or

        **(5)** Any property sold under an installation agreement where your insurance continues.

  **d.** Miscellaneous tools and equipment, including their:

        **(1)** Accessories, whether or not attached; and

        **(2)** Spare parts that are specifically designed and intended for use in the maintenance and operation of other "installation, tools and equipment property";

    that you own, or that you do not own but that are in your care, custody or control.

    However, this does not include:

        **(1)** Aircraft, watercraft, their equipment or parts; automobiles; dealers' demonstration equipment, machinery and vehicles; dirt bikes, house trailers, mobile homes, mopeds, motorcycles, motorized bicycles, tricycles or four-wheel all terrain vehicles; snowmobiles, trucks and vehicles primarily designed and licensed for road use; "money" or "securities";

        **(2)** Property while in caissons or underwater or while being used in underground mining, tunneling or similar operations;

        **(3)** Property you have loaned, rented or leased to others;

        **(4)** Property that is or will become a permanent part of any building or structure; or

        **(5)** Property held for sale.

**14.** "Manager", as respects your Crime Coverages, means a person serving in a directorial capacity for a limited liability company.

**15.** "Media" means all forms of electronic, magnetic and optical tapes and discs, drums, cells, paper tapes and cards, or other storage devices.

**16.** "Member", as respects your Crime Coverages, means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

**17.** "Money" means:

  **a.** Currency, coins and bank notes in current use and having a face value; and

  **b.** Travelers checks, register checks and money orders held for sale to the public.

**18.** "Occurrence" means:

  **a.** As respects your Employee Theft and ERISA Employee Theft Coverages, all loss caused by, or involving, one or more "employees", whether the result of a single act or series of acts.

  **b.** As respects your Forgery and Alteration Coverage, all loss caused by any person or in which that person is involved, whether the loss involves one or more instruments.

  **c.** As respects all other Crime Coverages:

        **(1)** An act or series of related acts involving one or more persons; or

        **(2)** An act or event, or a series of related acts or events not involving any person.

**19.** "Operations" means your business activities occurring at the described premises, including the tenantability of the described premises. If the phrase **Business Income Excluding Rental Value** appears in the Declarations, "operations" does not include the tenantability of the described premises.

**20.** "Other property", as respects your Crime Coverages, means any tangible property other than "money" and "securities" that has intrinsic value but does not include any property excluded under this insurance.

**21.** "Outdoor Property" means:

  **a.** Trees;

  **b.** Lawns;

  **c.** Shrubs; and

  **d.** Plants;

  excluding those held for sale.

**22.** "Period of restoration" means the period of time that:

  **a.** Begins:

        **(1)** 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; or

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group
VCP 002 02 05

       **(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

       Caused by or resulting from any Covered Cause of Loss at the described premises; and

  **b.** Ends the earlier of:

       **(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

       **(2)** The date when business is resumed at a new permanent location.

  "Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

       **(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

       **(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of "pollutants".

  The expiration date of this policy will not cut short the "period of restoration".

**23.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**24.** "Power supply services" means the following types of property supplying electricity, steam or gas to the Described Premises:

  **a.** Utility generating plants;

  **b.** Switching stations;

  **c.** Substations;

  **d.** Transformers; and

  **e.** Transmission lines.

**25.** "Rental value" means Business Income that consists of:

  **a.** Net income (net profit or loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

  **b.** Continuing normal operating expenses incurred in connection with that premises, including:

       **(1)** Payroll; and

       **(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

**26.** "Scientific and professional equipment" means medical, engineering, veterinary, measurement, recording, analyzing, or similar equipment or their components. "Scientific and professional equipment" does not include "hardware", "media" or "electronic data".

**27.** "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

  **a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

  **b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

  but does not include "money".

**28.** "Sinkhole Collapse" means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

  **a.** The cost of filling sinkholes; or

  **b.** Sinking or collapse of land into man-made underground cavities.

**29.** "Specified causes of loss" means the following:

  Fire; lightning; explosion, windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; "sinkhole collapse"; volcanic action; falling objects; weight of snow, ice or sleet; "water damage"; sonic boom and elevator collision.

**30.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or "finished stock", including supplies used in their packing or shipping.

Copyright 2004, OneBeacon Insurance Group
ASIC000160   Exhibit 3

31. "Suspension" means:

   a. The slowdown or cessation of your business activities; or

   b. That a part or all of the described premises is rendered untenantable, if coverage for Business Income including "rental value" or "rental value" applies.

32. "Theft", as respects your Crime Coverages, means the unlawful taking of "money", "securities", or "other property" to the deprivation of the Insured.

33. "Valuable information property" consists of properly stored, inscribed, printed, recorded or built:

   a. Information;

   b. Prototypes, meaning the first or original model of a new type of design scheduled as such in the Declarations, and

   c. Research and development documents meaning documents, plans and records which are directly associated with your research and development, are scheduled as such in the Declarations

"Valuable information property" does not include "electronic data", "fine arts", "hardware", "money", "securities" or "stock".

"Valuable information property" is considered properly stored when it is kept in the receptacles (if any) scheduled in the Declarations whenever you are not open for business or are not actually using the items.

34. "Water damage" means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

35. "Water supply services" means the following types of property supplying water to the Described Premises:

   a. Pumping stations;

   b. Water mains; and

   c. Sewage treatment stations.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCP 002 02 05

# PROPERTY CONDITIONS

The Special Property Coverage Form and Special Property Plus Coverage Form are subject to the Common Policy Conditions, and the following Conditions. The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

This form contains conditions which apply to all Coverages under Section A. COVERAGES of your Coverage Form unless noted otherwise.

**A. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

**B. MORTGAGEHOLDERS**

1. The term mortgageholder includes trustee.

2. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

3. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

4. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

    a. Pays any premium due under this policy at our request if you have failed to do so;

    b. Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

    c. Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

    All of the terms of this policy will then apply directly to the mortgageholder.

5. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

    a. The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

    b. The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

    At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

6. If we cancel this policy, we will give written notice to the mortgageholder at least:

    a. 15 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

    b. 45 days before the effective date of cancellation if we cancel for any other reason.

7. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 15 days before the expiration date of this policy.

**C. POLICY PERIOD, COVERAGE TERRITORY**

Under the Property Coverage Part:

1. We cover loss or damage commencing:

    a. During the policy period shown in the Declarations; and

    b. Within the coverage territory or, with respect to personal property in transit, while it is between points in the coverage territory.

2. The coverage territory is:

    a. The United States of America (including its territories and possessions);

    b. Puerto Rico; and

    c. Canada.

ASIC000162   Exhibit 3
Page 162 of 303

However, for

a. Personal property which is not in transit, but is located at a premises not stated in the Declarations; or

b. Loss of Business Income arising out of Contributing Locations and Recipient Locations covered under your Contingent Business Premises Coverage

the coverage territory is worldwide.

**D. SUSPENSION**

When any "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment". We can do this by mailing or delivering a written notice of suspension to your address as shown in the Declarations, or at the address where the "covered equipment" is located. Once suspended in this way, your insurance can be reinstated only by written notice from us. If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**E. ABANDONMENT**

There can be no abandonment of any property to us.

**F. APPRAISAL**

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny a claim.

**G. PRIVILEGE TO ADJUST WITH OWNER**

In the event of loss involving property of others in your care, custody or control, we have the right to:

1. Settle the loss with the owners of the property. A receipt for payment from the owners of that property will satisfy any claim of yours.

2. Provide a defense for legal proceedings brought against you. If provided, the expense of this defense will be at our cost and will not reduce the applicable Limit of Insurance under this insurance.

**H. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**I. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after:

a. The date on which the direct physical loss or damage occurred, unless b. or c. below apply; or

b. The date you discover the loss, if the loss is covered by the Inland Marine Causes of Loss or your **Crime Coverages;** and

c. Until 90 days after you have filed proof of loss with us, if the loss is covered by your **Crime Coverages.**

**J. DUTIES IN THE EVENT OF LOSS OR DAMAGE**

1. You must see that the following are done in the event of loss covered under this Coverage Part:

a. Notify the police if a law may have been broken.

b. Give us prompt notice of the loss or damage, including a description of the property covered.

c. As soon as possible, give us a description of how, when and where the loss or damage occurred.

d. Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss unless such loss or damage is covered under your Loss Expense and Prevention Coverage for Preservation of Property. Also, if feasible, set the damaged property aside and in the best possible order for examination.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCP 003 02 05

ASIC000163   Exhibit 3
Page 163 of 303

      **e.** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

      **f.** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

      **g.** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 90 days after our request. If the loss is covered under your **Crime Coverages** you must do this within 120 days of the discovery of the loss. We will supply you with the necessary forms.

      **h.** Cooperate with us in the investigation or settlement of the claim.

      **i.** Resume all or part of your "operations" as quickly as possible.

      **j.** Make no statement that will assume any obligation or admit any liability for any loss for which we may be liable without our consent.

   **2.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In an event of an examination, an insured's answers must be signed.

**K.  CRIME JOINT INSURED:**

As respects to your Crime Coverages:

   **1.** If more than one Insured is named in the Declarations, the first named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first named Insured ceases to be covered, then the next named Insured will become the first named Insured.

   **2.** If any Insured or partner, "member" or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

   **3.** An "employee" of any Insured is considered to be an "employee" of every Insured.

   **4.** We will not pay more for loss sustained by more than one Insured than the amount we would pay if all the loss had been sustained by one Insured.

**L.  CRIME LOSS SUSTAINED DURING PRIOR INSURANCE**

As respects to your Crime Coverages:

   **1.** If you, or any predecessor in interest, sustained loss during the period of any prior insurance that you or the predecessor in interest could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this insurance, provided:

      **a.** This insurance became effective at the time of cancellation or termination of the prior insurance; and

      **b.** The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.

   **2.** The insurance under this Condition is part of, not in addition to, the Limits of Insurance applying to this insurance and is limited to the lesser of the amount recoverable under:

      **a.** This insurance as of its effective date; or

      **b.** The prior insurance had it remained in effect.

**M.  CRIME LOSS COVERED UNDER THIS INSURANCE AND PRIOR INSURANCE ISSUED BY US OR ANY AFFILIATE**

As respects to your Crime Coverages, if any loss is covered:

   **1.** Partly by this insurance; and

   **2.** Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

**N.  NON-CUMULATION OF LIMIT OF INSURANCE**

Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**O.  OTHER INSURANCE**

   **1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance provided under this Coverage Part. If you do, unless **2.** below applies we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

ASIC000164   Exhibit 3

   2. If you have either:
      **a.** Other insurance covering the same loss or damage, but subject to different plan, terms, conditions and provisions as the insurance provided under this Coverage Part;
      **b.** Other more specific insurance covering a loss to business personal property subject to a loss covered under the Inland Marine Causes of Loss section of this Coverage Form; or
      **c.** A loss is covered under your **Crime Coverages**;

      we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect it or not. We will not pay any amount representing the value of any deductible or similar loss sharing provision in the other insurance. We will not pay more than the applicable Limit of Insurance.

**P. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

   1. If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:
      **a.** Prior to a loss to your Covered Property.
      **b.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:
         **(1)** Someone insured by this insurance;
         **(2)** A business firm:
            **(a)** Owned or controlled by you; or
            **(b)** That owns or controls you; or
            **(c)** Your tenant.
      This will not restrict your insurance.
   2. Any recovery or salvage on a loss will accrue entirely to our benefit until the sum paid by us has been made up. However, if a loss is covered under one of your Crime Coverages:
      **a.** Any recoveries, less the cost of obtaining them, made after settlement of loss covered by this insurance will be distributed as follows:
         **(1)** To you, until you are reimbursed for any loss that you sustain that exceeds the Limit of Insurance and the Deductible Amount, if any;
         **(2)** Then to us, until we are reimbursed for the settlement made;
         **(3)** Then to you, until you are reimbursed for that part of the loss equal to the Deductible Amount, if any.
      **b.** Recoveries do not include any recovery:
         **(1)** From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or
         **(2)** Of original "securities" after duplicates of them have been issued.

**Q. INSURANCE UNDER TWO OR MORE COVERAGES**

   If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**R. ERRORS IN DESCRIPTION**

   We will pay for loss or damage to property of the Insured and resultant business interruption, if such loss or damage is not payable solely because of any error or unintentional omission in the description or location of property as insured under this policy where the error or unintentional omission existed at the inception date of the policy or in any subsequent amendments.

   It is a condition of this coverage that such error or unintentional omission shall be reported and corrected when discovered.

**S. CRIME CANCELLATION AS RESPECTS ANY EMPLOYEE**

   With respect to your Crime Coverages, this insurance is cancelled with respect to any "employee":
   1. Immediately upon discovery by:
      **a.** You; or
      **b.** Any of your partners, officers or directors not in collusion with the "employee"
      of any dishonest act committed by that "employee" before or after being employed by you.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCP 003 02 05

ASIC000165   Exhibit 3

    **2.** On the date specified in a notice mailed to the first Named Insured. That date will be at least 30 days after the date of mailing.

    We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**T. CRIME EXTENDED PERIOD TO DISCOVER LOSS**

With respect to losses under Crime Coverages other than ERISA Employee Theft:

**1.** We will pay for loss that you sustained prior to the effective date of termination or cancellation of this insurance, which is discovered by you no later than 60 days from the date of termination or cancellation.

**2.** This sixty day extended period terminates immediately upon the effective date of any other insurance obtained by you replacing in whole or in part the insurance afforded here, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

Under your ERISA Employee Theft Coverage the extended period to discover loss is 1 year. All provisions in paragraphs **T.1.** and **2.** above apply.

**U. CRIME OWNERSHIP OF PROPERTY; INTERESTS COVERED**

As respects your Crime Coverages, this insurance is limited to property you:

**1.** own or lease;

**2.** hold for others; or

**3.** for which you are legally liable, except property inside the premises of a client of yours.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization. Any claim for loss under this insurance must be presented to you.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

ASIC000166    Exhibit 3
Page 166 of 303

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REWARD COVERAGE EXCLUSION

This endorsement modifies insurance provided under the following:

    SPECIAL PROPERTY COVERAGE FORM
    SPECIAL PROPERTY PLUS COVERAGE FORM

1.  This coverage form does not provide Reward Coverage.

2.  Subparagraph **f. Reward Coverage** is deleted from Section **A. COVERAGES,** paragraph **12. Loss Expense and Protection Coverages.**

3.  Coverage as would have been provided under Section **A. COVERAGES,** paragraph **12. Loss Expense and Protection Coverages,** subparagraph **f. Reward Coverage** shall not be implied by inclusion of such coverage in the description of any Limit of Insurance or other feature under this coverage form.

ASIC000167   Exhibit 3
Page 167 of 303

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TRANSIT COVERAGE EXCLUSION

This endorsement modifies insurance provided under the following:

SPECIAL PROPERTY COVERAGE FORM
SPECIAL PROPERTY PLUS COVERAGE FORM

**1.** This coverage form does not insure property in transit.

**2.** The following is added to Section **A. COVERAGES,** paragraph **3. Business Personal Property,** subparagraph **c.**

Covered Property also does not include any property when:

**(1)** located more than 1000 feet from the described premises; or

**(2)** in transit.

However, we will cover business personal property at any location you newly acquire or build other than at fairs or exhibitions.

**3.** Coverage for property in transit shall not be implied by inclusion of such property in the description of any Limit of Insurance, cause of loss, or other feature under this coverage form.

**ASIC000168** Exhibit 3
Page 168 of 303

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CONTRACTUAL PENALTIES COVERAGE EXCLUSION

This endorsement modifies insurance provided under the following:

SPECIAL PROPERTY COVERAGE FORM
SPECIAL PROPERTY PLUS COVERAGE FORM

**A.** Section **A. COVERAGES,** paragraph **12. Loss Expense and Protection Coverages,** subparagraph **g. Contractual Penalties** is deleted in its entirety.

**B.** Coverage as would have been provided under Section **A. COVERAGES,** paragraph **12. Loss Expense and Protection Coverages,** subparagraph **g. Contractual Penalties** shall not be implied by inclusion of such coverage in the description of any Limit of Insurance or other feature under this coverage form.

ASIC000169   Exhibit 3
Page 169 of 303

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CONTINGENT BUSINESS PREMISES
# COVERAGE EXCLUSION

This endorsement modifies insurance provided under the following:

SPECIAL PROPERTY COVERAGE FORM
SPECIAL PROPERTY PLUS COVERAGE FORM

**A.** Section **A. COVERAGES,** paragraph **6. Business Income and Extra Expense Coverage,** subparagraph **e. Contingent Business Premises** is deleted in its entirety.

**B.** Coverage as would have been provided under Section **A. COVERAGES,** paragraph **6. Business Income and Extra Expense Coverage,** subparagraph **e. Contingent Business Premises** shall not be implied by inclusion of such coverage in the description of any Cause of Loss, Limit of Insurance or other feature under this coverage form.

ASIC000170   Exhibit 3
Page 170 of 303

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# BUSINESS INCOME AND EXTRA EXPENSE COVERAGE EXCLUSION

This endorsement modifies insurance provided under the following:

SPECIAL PROPERTY COVERAGE FORM
SPECIAL PROPERTY PLUS COVERAGE FORM

1. This coverage form does not provide Business Income and Extra Expense Coverage.

2. Section **A. COVERAGES,** paragraph **6. Business Income and Extra Expense Coverage** is deleted in its entirety.

3. Coverage as would have been provided under Section **A. COVERAGES,** paragraph **6. Business Income and Extra Expense Coverage** shall not be implied by inclusion of such coverage in the description of any Cause of Loss, Limit of Insurance or other feature under this coverage form.

ASIC000171    Exhibit 3
Page 171 of 303

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# BUILDING ORDINANCE COVERAGE EXCLUSION

This endorsement modifies insurance provided under the following:

    SPECIAL PROPERTY COVERAGE FORM
    SPECIAL PROPERTY PLUS COVERAGE FORM

**A.** Section **A. COVERAGES,** paragraph **2. Building Ordinance Coverage** is deleted in its entirety.

**B.** Coverage as would have been provided under Section **A. COVERAGES,** paragraph **2. Building Ordinance Coverage** shall not be implied by inclusion of such coverage in the description of any Limit of Insurance or other feature under this coverage form.

ASIC000172   Exhibit 3
Page 172 of 303

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – HARDWARE AND MEDIA

This endorsement modifies insurance provided under the following:

> SPECIAL PROPERTY COVERAGE FORM
> SPECIAL PROPERTY PLUS COVERAGE FORM

1. This coverage form does not insure "hardware" or "media".

2. The following is added to subparagraph **c.** of paragraph **3. Business Personal Property** of Section **A. COVERAGES:**

    Covered Property does not include "hardware" and "media".

3. Subparagraph **b.(5)** under paragraph **3. Business Personal Property** of Section **A. COVERAGES** is deleted.

4. Coverage for "hardware" or "media" shall not be implied by inclusion of such property in the description of any Limit of Insurance, cause of loss or other feature under this coverage form.

ASIC000173   Exhibit 3
Page 173 of 303

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

      (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      (2) The "bodily injury" or "property damage" occurs during the policy period; and

      (3) Prior to the policy period, no insured listed under Paragraph **1.** of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

      (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

      (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

   e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions**

   This insurance does not apply to:

   a. **Expected Or Intended Injury**

      "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

© ISO Properties, Inc., 2006
MANUSCRIPTED

ASIC000174   Exhibit 3
Page 174 of 303

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

 © ISO Properties, Inc., 2006 CG 00 01 12 07

ASIC000175   Exhibit 3

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g.** **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

© ISO Properties, Inc., 2006

ASIC000176   Exhibit 3
Page 176 of 303

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

**(b)** the operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

© ISO Properties, Inc., 2006

CG 00 01 12 07

ASIC000177   Exhibit 3
Page 177 of 303

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** -- Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** -- Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments -- Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

© ISO Properties, Inc., 2006

ASIC000178   Exhibit 3
Page 178 of 303

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Distribution Of Material In Violation Of Statutes**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

© ISO Properties, Inc., 2006

ASIC000179   Exhibit 3
Page 179 of 303

(3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

## COVERAGE C MEDICAL PAYMENTS

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

ASIC000180   Exhibit 3
Page 180 of 303

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

  **(1)** Agrees in writing to:

    **(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

    **(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

    **(c)** Notify any other insurer whose coverage is available to the indemnitee; and

    **(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

  **(2)** Provides us with written authorization to:

    **(a)** Obtain records and other information related to the "suit"; and

    **(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

  **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

  **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

  **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

  **d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

  **e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

  **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

  **(1)** "Bodily injury" or "personal and advertising injury":

    **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

    **(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

    **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

© ISO Properties, Inc., 2006

CG 00 01 12 07

ASIC000181   Exhibit 3
Page 181 of 303

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

(a) Owned, occupied or used by,

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage **C**;

b. Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c. Damages under Coverage **B**.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a. Damages under Coverage **A**; and

b. Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

© ISO Properties, Inc., 2006

ASIC000182   Exhibit 3

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

  **(1)** How, when and where the "occurrence" or offense took place;

  **(2)** The names and addresses of any injured persons and witnesses; and

  **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

  **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

  **(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

  **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

  **(2)** Authorize us to obtain records and other information;

  **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

  **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of

this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

  **(1)** This insurance is excess over:

    **(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

      **(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

      **(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

      **(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

      **(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

    **(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

  **(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

ASIC000183   Exhibit 3
Page 183 of 303

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

    **(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

    **(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.** **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5.** **Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6.** **Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7.** **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8.** **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9.** **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

 © ISO Properties, Inc., 2006

ASIC000184    Exhibit 3

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in Paragraph **a.** above;

      (2) The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

      (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph **f.** does not include that part of any contract or agreement:

      (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

      (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

         (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

         (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

      (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

    a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

© ISO Properties, Inc., 2006

CG 00 01 12 07

ASIC000185   Exhibit 3
Page 185 of 303

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

© ISO Properties, Inc., 2006

ASIC000186   Exhibit 3
Page 186 of 303

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

(2) The providing of or failure to provide warnings or instructions.

ASIC000187   Exhibit 3
Page 187 of 303

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.,** **Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2.,** **Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

ASIC000188   Exhibit 3
Page 188 of 303

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

ASIC000189   Exhibit 3
Page 189 of 303

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM AND EXCLUSION OF OTHER ACTS OF TERRORISM COMMITTED OUTSIDE THE UNITED STATES

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism", or out of an "other act of terrorism" that is committed outside of the United States (including its territories and possessions and Puerto Rico), but within the "coverage territory". However, with respect to an "other act of terrorism", this exclusion applies only when one or more of the following are attributed to such act:

1. The total of insured damage to all types of property exceeds $25,000,000 (valued in US dollars). In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

2. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   **a.** Physical injury that involves a substantial risk of death; or

   **b.** Protracted and obvious physical disfigurement; or

   **c.** Protracted loss of or impairment of the function of a bodily member or organ; or

3. The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

4. The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

5. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

With respect to this exclusion, Paragraphs **1.** and **2.** describe the thresholds used to measure the magnitude of an incident of an "other act of terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

**B.** The following definitions are added:

1. For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

2. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

   **a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act;

   **b.** The act resulted in damage:

   (1) Within the United States (including its territories and possessions and Puerto Rico); or

Copyright 2008, OneBeacon Insurance Group
MANUSCRIPTED

ASIC000190   Exhibit 3
Page 190 of 303

**(2)** Outside of the United States in the case of:

    **(a)** An air carrier (as defined in Section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or

    **(b)** The premises of any United States mission; and

**c.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**3.** "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the conduct of any government by coercion, and the act is not a "certified act of terrorism".

Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

**C.** In the event of any incident of a "certified act of terrorism" or an "other act of terrorism" that is not subject to this exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Coverage Part.

Copyright 2008, OneBeacon Insurance Group

CG 21 75 06 08

ASIC000191    Exhibit 3
Page 191 of 303

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

    COMMERCIAL AUTOMOBILE COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    FARM COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    PROFESSIONAL LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

    **A.** Under any Liability Coverage, to "bodily injury" or "property damage":

        **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

        **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

    **B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

    **C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

        **(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

        **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

        **(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

    "Hazardous properties" includes radioactive, toxic or explosive properties.

    "Nuclear material" means "source material", "Special nuclear material" or "by-product material".

© ISO Properties, Inc., 2001
MANUSCRIPTED

ASIC000192   Exhibit 3

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

    **(a)**  Any "nuclear reactor";

    **(b)**  Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

    **(c)**  Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

    **(d)**  Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2001

IL 00 21 07 02

ASIC000193   Exhibit 3

# INTERNATIONAL HUMAN RESOURCES COVERAGE WITH ASSISTANCE

**THIS INSURANCE MAY NOT BE OFFERED IN SATISFACTION OF INSURANCE REQUIRE-MENTS OF ANY "WORKERS COMPENSATION LAW" ANYWHERE.**

## SECTION I – ASSISTANCE SERVICES

Assistance Services are available to your "expatriate employees" and "employees" engaged in "temporary travel", including their accompanying spouse, child(ren) or other companion(s). For Assistance Services, the definition of "employee" is extended to include accompanying spouse, child(ren) or other companion(s). "Employees" may contact the Alarm Center at any hour on any day. The Alarm Center may direct an "employee" to contact a Regional Alarm Center nearer the "employee's" location.

The Alarm Center is operated by a third party provider of the assistance services described in this section of the policy.

The Alarm Center is staffed with trained multilingual personnel, including doctors on round-the-clock call for emergency medical consultation and assistance as described in these Assistance Services. This center handles requests for referrals to English-speaking doctors, hospitals and specialists, as well as all aspects of coordinating an emergency medical evacuation.

We will give you 10 service cards with the first new or renewal policy term including Assistance Services. The service cards will explain how to reach the Alarm Center. It is your responsibility to distribute the service cards and descriptions to your "employees" who may require assistance services. You may ask us for additional cards as you may require.

In order for us to provide this service, you must give us the names of corporate officers whom we may contact during a medical emergency or when requests for hospital deposits or emergency cash are made, and in the event services are requested outside those covered by this policy. You must also give us timely notice of any change in the contact list. We will contact these designated individuals to verify "employee" information and eligibility.

### A. Medical Assistance Services

#### 1. Hospital Admission Deposit

We will either guarantee the payment of or wire any required emergency hospital admission deposit up to US$5,000. You or your "employee" will repay any such deposit to us within 45 days (without interest). If you fail to repay to us such deposit in the time allowed or we are required to pay on our guarantee, then such money becomes a service rendered, and we have the additional rights set out under the heading "Transfer of Rights of Recovery against Others to Us".

#### 2. Medical Monitoring

We will monitor the "employee's" condition when hospitalized abroad and will use best efforts to report regularly the "employee's" condition to the "employee's" family and/or employer.

#### 3. Dispatch of a Doctor or Specialist

When we determine, based on information available to us, that an "employee's" condition cannot be adequately assessed to evaluate the need for evacuation, we will dispatch a doctor or specialist to the "employee's" location. We will pay the cost of the doctor's or specialist's travel to the "employee's" location, but we will not pay the cost of any medical services rendered by the doctor or specialist at the location.

#### 4. Emergency Medical Evacuation

When adequate medical facilities are not available locally, we will arrange and pay for emergency medical evacuation under medical supervision, to the nearest location with adequate facilities. We will also pay the cost of one family member or other traveling companion to continue to accompany the "employee" during evacuation, if it is reasonably possible for that person to accompany the "employee".

"Employee" and any accompanying family member or other traveling companion may be required to release us or our third party assistance provider from liability during emergency repatriation. Our obligation is limited to the provision of one (1) emergency evacuation and/or repatriation attributable to any single medical condition of an "employee".

ASIC000194    Exhibit 3
Page 194 of 303

5. **Medically Supervised Repatriation**

If we determine, based on information available to us, that it is medically advisable to repatriate the "employee" to a facility which is in the country of residence of the "employee" or a location in the country of which the "employee" is a citizen, following stabilization, we will make the arrangements and pay for repatriation under medical supervision. We will also pay the cost of one family member or other traveling companion to continue to accompany the "employee" during repatriation under medical supervision, if it is reasonably possible for that person to accompany the "employee".

"Employee" and any accompanying family member or other traveling companion may be required to release us or our third party assistance provider from liability during emergency repatriation. Our obligation is limited to the provision of one (1) emergency evacuation and/or repatriation attributable to any single medical condition of an "employee".

6. **Repatriation of Mortal Remains**

In the event of an "employee's" death while traveling, we will render every assistance possible to obtain necessary clearances and arrange for the return of the mortal remains to a location which is consistent with the known reasonable wishes of the "employee" or of the "employee's" family. We will pay reasonable expenses associated with such return, including the cost of embalming to meet any applicable requirements.

We will also pay the cost of one family member or other traveling companion to continue to accompany the mortal remains of the deceased "employee" during repatriation, if it is reasonably possible for that person to accompany the remains.

B. **Personal Assistance**

1. **Pre-Trip Medical Referral Information**

We will provide pre-trip referral information to "employees" regarding countries and regions to be visited, including local English-speaking doctors and/or addresses and phone numbers for hospitals.

2. **Emergency Medication**

Should an "employee" require prescription medication that is not available locally, we will make arrangements for the transportation of such medication, when possible and legally permissible, to the "employee" upon the request of the prescribing physician. The "employee" is responsible for the cost of medication and the transportation.

3. **Embassy and Consular Information**

We will provide "employees" with contact information for embassies and consulates worldwide.

4. **Lost Document Assistance**

We will assist with obtaining replacements if an "employee" loses important travel documents while traveling, including passport and credit cards. We will not pay the cost of obtaining such replacements.

5. **Emergency Message Transmission**

We will make reasonable efforts to receive and transmit emergency messages between the family and/or employer of an "employee".

6. **Medical Emergency Cash Advance**

We will, whenever possible, provide "employees" with a cash advance of up to $1000 in local currency for medical emergencies. You or your "employee" will repay any such medical emergency cash advance to us within 45 days (without interest). If you or your "employee" fail to repay to us such advance, then such money becomes a service rendered, and we have the additional rights set out under the heading "Transfer of Rights of Recovery against Others to Us".

7. **Legal Access**

We will provide "employees" with introduction to local attorneys available during regular working hours. Assistance will also be provided in obtaining bail bonds in those areas where such bonds are customarily issued. "Employee" is responsible for contracted legal fees.

8. **Translations & Interpreters**

We will provide personal emergency translation services through the 24-hour Alarm Center and regional centers, as well as referrals to interpreter services. When personal presence or other customized interpreter services are required, the "employee" will be responsible to pay locally the cost of such interpreter services.

ASIC000195   Exhibit 3
Page 195 of 303

9. **Benefits Verification and Claims Assistance**

We will assist "employees" in verifying their medical insurance benefits when hospitalized overseas and in coordinating overseas claims procedures with their health insurance and any applicable workers compensation insurance and as you direct.

C. **Travel Assistance**

1. **Emergency Family Travel Arrangements**

We will coordinate emergency travel arrangements for family members who need to join a hospitalized "employee". The costs of travel services are the responsibility of the traveler(s).

2. **Transportation to Join Disabled Member**

If an "employee" is traveling alone and is hospitalized for more than 7 days, we will arrange, but not pay the cost of, economy round trip air fare to the place of hospitalization for a person chosen by the "employee."

3. **Return of Minor Children**

If dependent children are left unattended as the result of an "employee's" accident or illness, we will arrange, but not pay the cost of, one way economy air fare for them to their place of residence. Qualified attendants will also be arranged, when required, but we will not pay the cost of such attendants.

4. **Return of Traveling Companion**

When we hospitalize or evacuate an "employee" and a traveling companion's air ticket is no longer usable, we will arrange, but not pay the cost of, one way economy air transportation for the companion to the original departure point.

5. **Return of Vehicle**

In the event of an "employee's" hospitalization or medical evacuation, we will arrange, but not pay the cost, to have the "employee's" unattended vehicle returned to the rental agency or the "employee's" current principal residence.

D. **Exclusions**

We will not be responsible for the cost of services arising from:

1. Service provided outside the policy period; if, before the end of the policy period, we have begun to assist an "employee" with any of the services described under the heading "Medical Assistance Services", we will continue to provide those services for up to seven days from the end of the policy period;

2. Services rendered without our authorization and/or intervention; but we will pay the cost, if any, which we estimate we would have incurred to provide evacuation and/or repatriation to any "employee" who obtained such services without our authorization and/or intervention.

3. Services provided for which no charge is normally made;

4. Expenses incurred if the original or ancillary purpose of the "employee's" trip is to obtain medical treatment;

5. Intentionally self-inflicted injuries, suicide or any attempt thereof, regardless of mental condition;

6. Service in the Armed Forces of any country;

7. Use of any drug unless prescribed by a physician;

8. The commission of or attempt to commit an unlawful act;

9. Routine or minor medical problems, tests and exams related to pregnancy;

10. Transportation for an "employee's" vehicle involving intercontinental and/or marine transportation;

11. No services shall be available for any "employee" if such services are required as a result of:

12. Mild lesions, simple fractures, or mild sickness which can be treated by local doctors and do not prevent the "employee" from continuing his/her trip or returning home; and

13. Pregnancies except in case of major, vital complication for mother and/or baby.

E. **Conditions**

1. **Errors and Omissions**

We are not liable for any act or omission by a local doctor or attorney who is not our employee nor the employee of a third party provider of the assistance services described in this section of the policy.

We cannot be held responsible for failure to provide, or for delay in providing, services when such failure or delay is

ASIC000196   Exhibit 3
Page 196 of 303

caused by conditions beyond our control, including but not limited to flight conditions, strike, riot, civil commotion, war or uprising, or where rendering of service is prohibited by local laws or regulations.

**2. Transfer of Rights of Recovery against Others to Us**

If you or the "employee" to whom we render assistance have any rights to recover all or any part of the cost of services rendered under this coverage part from any other people or organization, including rights to recover under any "workers compensation law", health plan or insurance policies, we are entitled to an assignment of those rights to the extent of our benefit payments. You and your "employee" shall transfer those rights to us and cooperate with us as may be necessary to enforce such rights. You and your "employee" agree to sign any papers, deliver them to us, and do anything else that we may reasonably require to help us pursue such rights.

**3. Suits Against Us**

You agree not to bring suit against us unless you have complied with all the terms of this policy. Any such suit must be brought within two years after assistance services are rendered.

No person or organization has any right to bring us into any action to determine your liability.

**4. Return to Work**

You have the responsibility for the decision of whether or not an "employee" returns to work. You are responsible for obtaining any medical releases to determine "employee's" suitability to travel or not, or to resume work or not. The decision and the results thereof are solely the responsibility of the "employee", you, and/or the "employee's" attending physician. We are not involved in such decisions.

**5. Services Not Covered**

You agree to reimburse us or our designee for services rendered on your behalf which are not covered in this policy, when such services are requested or approved by a corporate officer whose name you have given us to contact, or when such services are provided in good faith to any "employee" not covered by reason of cancellation of this policy or coverage.

**SECTION II – VOLUNTARY COMPENSATION COVERAGE**

**A. How this insurance applies**

"Voluntary compensation" coverage applies to bodily injury by accident, bodily injury by disease, or bodily injury by "endemic disease". The bodily injury must be injury to your "employee" and must arise out of and in the course of employment by you. Bodily injury includes resulting death.

**1.** Bodily injury by accident must occur during the Policy Period.

**2.** Bodily injury by disease must be caused or aggravated by the conditions of your employment. The "employee's" last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the Policy Period.

**3.** Bodily injury by "endemic disease" must be caused by disease which your "employee" may reasonably be thought to have contracted by being in a place as a result of your employment. The "employee" must have been in a place where the disease contracted is known to occur. The time the "employee" was in the place where the disease occurs must have been within the Policy Period. The "employee's" last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the Policy Period.

We will adjust the claim with the "employee" by applying the "workers compensation law" of the "state" you choose when you make the claim. The "state" whose law you indicate must be that of the workplace of the "employee" in the United States, or if the "employee's" workplace is not in the United States, the last previous workplace of the "employee" in the United States, a country of which the "employee" is a citizen, or as agreed between you and the "employee" prior to the bodily injury.

**B. We Will Pay**

We will pay an amount equal to the benefits that would be required of you if you were subject to the "workers compensation law" of the "state" you choose when making the claim. We will pay those amounts to the persons who would be entitled to them under the law.

Copyright 1999, OneBeacon Insurance Group

INT 02 04 04

ASIC000197   Exhibit 3

## C. Payments You Must Make

You are responsible for any payments in excess of the benefits regularly provided by the "workers compensation law", including those required because:

1. of your serious and willful misconduct;

2. you knowingly employ an "employee" in violation of law;

3. you fail to comply with a health or safety law or regulation; or

4. you discharge, coerce or otherwise discriminate against any "employee" in violation of the "workers compensation law".

If we make any payments in excess of the benefits regularly provided by the "workers compensation law" on your behalf, you will reimburse us promptly.

## D. Exclusions

This insurance does not cover:

1. any obligation imposed by a workers compensation or occupational disease law, or any similar law.

2. bodily injury intentionally caused or aggravated by you.

## E. Employees Duties if Injury Occurs

The persons for whom you have made claims must, if we so request:

1. Release you and us, in writing, of all responsibility for the injury or death, if we so request;

2. Transfer to us their right to recover from others who may be responsible for the injury or death; and

3. Cooperate with us and do everything necessary to enable us to enforce the right to recover from others.

4. File timely notice of claim with workers compensation and health providers.

5. Prepare signed medical authorizations for all medical records for physician, hospital and other facilities where treatment has been rendered.

If the persons for whom you have made claims under this coverage fail to do those things, our duty to pay ends at once. If they claim damages from you or from us for the injury or death, our duty to pay ends at once.

## F. Recovery From Others

If we make a recovery from others, we will keep an amount equal to our expenses of recovery and the benefits we paid. We will pay the balance to the persons entitled to it. If the persons who receive the benefits of this insurance make a recovery from others, they must reimburse us for the benefits we paid them.

## G. Workers Compensation Insurance

If we pay any claim or part of any claim which is covered by "workers compensation law", we have the right of the "employee", or other persons who receive benefits of this insurance, to recover the amount due under such "workers compensation law". We also have the right to recover from the "employee", or other persons who receive benefits of this insurance, any payment they receive under such "workers compensation law" to the extent of payments we have made to the "employee" or such other persons.

## SECTION III – CONTINGENT EMPLOYERS LIABILITY COVERAGE

## A. How This Insurance Applies

This contingent employers liability insurance applies to bodily injury by accident, bodily injury by disease and bodily injury by "endemic disease". Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured "employee's" employment by you.

2. The workplace of the "employee" must be within the "coverage territory".

3. Bodily injury by accident must occur during the Policy Period.

4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The "employee's" last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the Policy Period.

5. Bodily injury by "endemic disease" must be caused by disease which your "employee" may reasonably be thought to have contracted by being in a place as a result of your employment. The "employee" must have been in a place where the disease contracted is known to occur. The time the "employee" was in the place where the disease occurs must have been within the Policy Period. The "employee's" last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the Policy Period.

Copyright 1999, OneBeacon Insurance Group

## B. We Will Pay

We will pay all sums you legally must pay as damages because of bodily injury to your "employees", provided the bodily injury is covered by this Contingent Employers Liability Coverage.

The damages we will pay, where recovery is permitted by law, include damages:

1. for which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against such third party as a result of injury to your "employee";

2. for care and loss of services; and

3. for consequential bodily injury to a spouse, child, parent, brother or sister of the injured "employee"; provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured "employee's" employment by you; and

4. because of bodily injury to your "employee" that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

## C. Exclusions

This insurance does not cover:

1. liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workman-like manner;

2. punitive or exemplary damages because of bodily injury to an "employee" employed in violation of law;

3. bodily injury to an "employee" while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4. any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. bodily injury intentionally caused or aggravated by you;

6. damages arising out of the coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any "employee", or any personnel practices, policies, acts or omissions;

7. bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 USC Sections 901-950), the Nonappropriated Fund Instrumentalities Act (5 USC Sections 8171-8173), the Outer Continental Shelf Lands Act (43 USC Sections 1331-1356), the Defense Base Act (42 USC Sections 1651-1654), the Federal Coal Mine Health and Safety Act of 1969 (30 USC Sections 901-942), any other federal workers or workers compensation law or other federal occupational disease law, or any amendments to these laws;

8. bodily injury to any person in work subject to the Federal Employers' Liability Act (45 USC Sections 51-60), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;

9. bodily injury to a master or member of the crew of any vessel;

10. fines or penalties imposed for violation of federal or "state" law; and

11. damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 USC Sections 1801-1872) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

## D. We Will Defend

We have the right and duty to defend at our expense any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

## E. We Will Also Pay

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

ASIC000199   Exhibit 3
Page 199 of 303

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. litigation costs taxed against you;

4. interest on a judgment as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

**F. Limits of Liability**

Our liability to pay for damages is limited. Our limits of liability are shown in the Declarations. They apply as explained below.

1. Bodily Injury by Accident. The limit shown for "bodily injury by accident-each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more "employees" in any one accident. A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2. Bodily Injury by Disease. The limit shown for "bodily injury by disease including by endemic disease-policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease including by "endemic disease", regardless of the number of "employees" who sustain bodily injury by disease. The limit shown for "bodily injury by disease including by endemic disease-each employee" is the most we will pay for all damages because of bodily injury by disease to any one "employee". Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3. We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

**G. Recovery From Others**

We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

**H. Actions Against Us**

There will be no right of action against us under this insurance unless:

1. you have complied with all the terms of this policy; and

2. the amount you owe has been determined with our consent or by actual trial and final judgment.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability.

The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Contingent Employers Liability.

**SECTION IV – CONDITIONS–ALL COVERAGES**

**A. Premium Basis**

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll, allowances relating to expatriate employment and all other remuneration paid or payable during the Policy Period for the services of:

1. all your officers and "employees" engaged in work covered by this policy; and

2. all other persons engaged in work that could make us liable under this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis.

**B. Final Premium**

The premium shown in the Declarations is an estimate. The final premium for each period of this policy will be determined after the end of such period by using the actual, not the estimated, premium basis and the classifications and rates that apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you.

If this policy is canceled, final premium will be determined in the following way.

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force.

2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short rate cancelation table and procedure.

**C. Long Term Policy**

If the Policy Period is longer than one year and sixteen days, all provisions of this coverage form will apply as though a new policy were issued on each annual anniversary that this policy is in force.

ASIC000200   Exhibit 3
Page 200 of 303

**D. Who is Insured**

You are insured if you are an employer shown as a Named Insured in the Declarations. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's "employees".

**E. Temporary Travel**

This insurance covers bodily injury occurring outside the country in which the "employee" has the protection of "workers compensation law."

"Employees" of locations inside the United States of America, its territories and possessions, and Canada are covered while traveling outside the United States of America, its territories and possessions, and Canada.

"Employees" of locations outside the United States of America, its territories and possessions, and Canada are covered while traveling in the United States of America, its territories and possessions, and Canada, and in other countries outside the country in which such an "employee" has the protection of "workers compensation law".

For Repatriation, Temporary Travel includes personal travel, but only if such personal travel is incidental to travel on your business, outside of the country of an "employee's" workplace.

**F. Expatriate Employees**

This insurance applies from the moment you hire or assign such an "employee" to a workplace outside the home country or country of residence of that "employee".

This insurance will cease to apply to such an "employee" when the "employee's" employment or assignment in such workplace ends; however this insurance shall continue to apply during the prompt return of the "employee" to the place from which assignment or employment commenced.

**G. Your Duties If Injury Occurs**

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.

1. Provide for immediate medical and other services required by the "workers compensation law".

2. Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.

3. Promptly give us all notices, demands and legal papers related to the injury, claim, proceeding or suit.

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would interfere with our right to recover from others.

6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

7. In accordance with statutory regulations, employer must file claims with all applicable insurance carriers and appropriate state workers compensation administrator.

**H. Other Insurance**

For "Voluntary Compensation" Coverage and Repatriation Coverage the insurance under this policy is "primary".

For Contingent Employers Liability Coverage this policy is "contingent".

If there is other insurance which is on the same "contingent" or "primary" basis as this insurance, we will not pay more than our share of benefits and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

**SECTION V – DEFINITIONS–ALL COVERAGES**

A. **"Contingent"** means insurance issued to apply to claims or "suits" brought outside the country in which the insurance was issued. "Contingent" insurance takes the place of "primary" insurance when the "insured" has no "primary" insurance coverage which applies. "Contingent" insurance will pay only the amount by which its limit exceeds the limits of any "primary" insurance, including "primary" insurance issued on an excess basis, which applies. When this insurance is "contingent", we have no duty to defend unless

1. the amount of the claim or "suit" exceeds the limits of the "primary" insurance which applies, or

2. no "primary" insurance coverage applies.

Copyright 1999, OneBeacon Insurance Group

ASIC000201    Exhibit 3
Page 201 of 303

**B.** **"Coverage territory"** means this insurance applies anywhere in the world excluding any country or jurisdiction which is the subject of trade or economic sanctions imposed by the laws or regulations of the United States of America to the extent such sanctions prohibit or limit this insurance.

For Contingent Employers Liability, in jurisdictions where we may be prevented by law or otherwise from paying on behalf of or defending the insured, we will:

1. indemnify the insured for those sums that the "insured" becomes legally obligated to pay as damages to which this insurance applies; and

2. pay the cost of defense and aid and manage the insured's defense.

**C.** **"Endemic disease"** means any disease which is:

1. infectious and generally recognized as a public health hazard;

2. restricted or peculiar to a locality or region; and

3. not disease caused or aggravated by the conditions of your employment.

**D.** **"Employee"** means anyone employed by the Named Insured including any voluntary worker. At your option, "employee" may include individuals who are independent contractors with whom you have a written contract in which you agree to provide them the benefits of "voluntary compensation".

**E.** **"Primary"** means insurance issued to respond prior to other insurance to claims or "suits" brought in the country in which such insurance was issued. "Primary" insurance may include insurance for claims or "suits" arising from "occurrences" which take place outside the country in which such insurance was issued.

**F.** **"State"** means any nation or political subdivision which has a "workers compensation law" and includes the states of the United States of America (including its territories and possessions), the District of Columbia, Puerto Rico, and the provinces of Canada.

**G.** **"Voluntary compensation"** means the medical, disability and other benefits prescribed by the "workers compensation law" of the "state" you indicate when you make a claim. We will not pay the amount of any benefits which are denied an "employee" by reason of:

1. insolvency of another insurance company, "state" fund or self-insurance plan; or

2. your failure to comply with the requirements of any "state" that you maintain workers compensation and employers liability insurance in that "state".

**H.** **"Workers compensation law"** means the workers or workmen's compensation law and occupational disease law of any "state". It includes any amendments to that law which are in effect during the Policy Period. It does not include the provisions of any law that provide non-occupational disability benefits. For a "state" which has no comparable law, it means whatever are the customary benefits for medical care and loss of wages that would be provided to an injured worker whether provided by the employer or by the "state".

ASIC000202   Exhibit 3
Page 202 of 303

# INTERNATIONAL CONTINGENT AUTO LIABILITY COVERAGE FORM

**THIS INSURANCE MAY NOT BE OFFERED IN SATISFACTION OF INSURANCE REQUIREMENTS OF ANY MOTOR VEHICLE LAW ANYWHERE.**

## SECTION I – COVERED AUTOS

**A. Description of Covered Autos**

The following are covered "autos":

1. **Owned "Autos"**

   Those "autos" you own (and any "trailers" you do not own while attached to power units you own).

2. **Hired "Autos"**

   Those "autos" you lease, hire, rent or borrow; but not including any "auto" you lease, hire, rent, or borrow from any of your employees or partners or members of their households.

3. **Non-owned "Autos"**

   Those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business, including "autos" owned by your employees or partners or members of their households but only while used in your business or your personal affairs.

**B. Newly Acquired "Autos"**

Those "autos" that your acquire for the remainder of the Policy Period.

**C. Other Covered "Autos"**

The following types of vehicles are also covered "autos" for Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads;

2. "Mobile equipment" while being carried or towed by a covered "auto";

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its breakdown, repair, servicing, or destruction.

## SECTION II – LIABILITY COVERAGE

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto."

We will also pay all sums an 'insured' legally must pay as "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos." However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident."

We have the right and duty to defend any "suit" asking for such damages or a "covered pollution cost or expense." However, we have no duty to defend "suits" for "bodily injury" or "property damage" or a "covered pollution cost or expense" not covered by this Coverage Form. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the International Auto Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **WHO IS AN INSURED**

   The following are "insureds":

   **a.** You for any covered "auto."

   **b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

   (1) The owner or anyone else from whom you hire or borrow a covered "auto." This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

   (2) Your employee, if the covered "auto" is owned by that employee or a member of his or her household.

   (3) Someone using a covered "auto," while he or she is working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

   (4) Anyone other than your employees, partners, a lessee or borrower or any of their employees, while moving property to or from a covered "auto."

   (5) A partner of yours for a covered "auto" owned by him or her or a member of his or her household.

   **c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

Copyright 2005, OneBeacon Insurance Group
MANUSCRIPTED

2. **COVERED EXTENSIONS**

   **a.** Supplemental Payments. In addition to the Limit of Insurance, we will pay for the "insured":

     **(1)** All expenses we incur;

     **(2)** Up to $250 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds;

     **(3)** The cost of bonds to release attachments in any "suit" we defend, but only for bond amounts within our Limit of Insurance;

     **(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $100 a day because of time off from work;

     **(5)** All costs taxed against the "insured" in any "suit" we defend;

     **(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" we defend; but our duty to pay interest ends when we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

**B. EXCLUSIONS**

This insurance does not apply to any of the following:

1. **Extended or Intended Injury**

   "Bodily injury" or "property damage" expected or intended from the standpoint of the "insured."

2. **Contractual**

   Liability assumed under any contract or agreement.

   But this exclusion does not apply to liability for damages:

   **a.** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

   **b.** That the "insured" would have in the absence of the contract or agreement.

3. **Workers Compensation**

   Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers compensation, disability benefits or unemployment compensation law or any similar law.

4. **Employee Indemnification and Employers Liability**

   "Bodily injury" to:

   **a.** An employee if the "insured" arising out of and in the course of employment by the "insured"; or

   **b.** The spouse, child, parent, brother or sister of that employee as a consequence of paragraph **a.** above.

   This exclusion applies:

   **(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

   **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

   But this exclusion does not apply to "bodily injury" to household employees not entitled to workers compensation benefits or to liability assumed by the "insured" under an "insured contract."

5. **Fellow Employee**

   "Bodily injury" to any fellow employee of the "insured" arising out of and in the course of the fellow employee's employment.

6. **Care, Custody or Control**

   "Property damage" to or "covered pollution cost or expense" involving property transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

7. **Handling of Property**

   "Bodily injury" or "property damage" resulting from the handling of property:

   **a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

   **b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured."

8. **Movement of Property by Mechanical Device**

   "Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto."

9. **Operations**

   "Bodily injury" or "property damage" arising out of the operation of any equipment listed in paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment."

ASIC000204　Exhibit 3
Page 204 of 303

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

**(1)** When all of the work called for in your contract has been completed.

**(2)** When all of the work to be done at the site has been completed, if your contract calls for work at more than one site.

**(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

**a.** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(1)** That are, or that are contained in any property that is:

**(a)** Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

**(b)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(c)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**(2)** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**(3)** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured."

Paragraph **a.(1)** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or results from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** the "pollutants" escape, seep migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** the "bodily injury" or "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment."

Paragraphs **a.(2)** and **a.(3)** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto;" and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**C. LIMIT OF INSURANCE**

Regardless of the number of covered "autos," "insureds," premiums paid, claims made or vehicles involved in the "accident," the most we will pay for all damages and "covered pollution cost or expense" combined, resulting from any one "accident" is the Limit of Insurance for International Auto Liability Coverage shown in the Declarations.

All "bodily injury" and "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident."

Copyright 2005, OneBeacon Insurance Group

ASIC000205   Exhibit 3
Page 205 of 303

## SECTION IV – BUSINESS AUTO CONDITIONS

### A. ACCIDENT, CLAIM OR "SUIT" CONDITIONS

**1. Duties in the Event of Accident, Claim or "Suit"**

a. In the event of "accident," claim, or "suit," you must give us or our authorized representative prompt notice of the "accident." Include:

(1) How, when and where the "accident" occurred;

(2) The "insured's" name and address; and

(3) To the extent possible, the names and addresses of any injured persons and witnesses.

b. Additionally, you and any other involved "insured" must

(1) Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

(2) Immediately send us copies of any demand, notice, summons or legal paper received concerning the claim or "suit."

(3) Cooperate with us in the investigation, settlement or defense of the claim or "suit."

(4) Authorize us to obtain medical records or other pertinent information.

(5) Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**2. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

a. There has been full compliance with all the terms of this Coverage Form; and

b. We agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**3. Transfer of Rights of Recovery against Others to Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" to impair them.

### B. GENERAL CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured," at any time, intentionally conceal or misrepresent a material fact concerning:

a. This Coverage Form;

b. The covered "auto";

c. Your interest in the covered "auto"; or

d. A claim under this Coverage Form.

**3. Other Insurance**

a. For any covered auto you own, this Coverage Form provides primary insurance. For any covered auto you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered auto which is a trailer is connected to another vehicle, the Liability Coverage this Coverage Form provides for the trailer is:

(1) Excess while it is connected to a motor vehicle you do not own.

(2) Primary while it is connected to a covered auto you own.

b. Regardless of the provisions of paragraph a. above, this Coverage Form's Liability Coverage is primary for any liability assumed under an insured contract.

c. When this Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

d. Contingent Insurance

If there is any other insurance issued outside the United States of America (including its territories and possessions) and Puerto Rico, which applies to an accident, claim or "suit" to which this insurance applies, this insurance is contingent. When this insurance is contingent,

(1) we will only pay the amount by which the applicable limit of this insurance exceeds the applicable limit of any other insurance, whether that insurance is on a primary or excess basis; and

Copyright 2005, OneBeacon Insurance Group

INT 03 02 05

ASIC000206   Exhibit 3

**(2)** we have the right, but not the duty, to defend.

When this insurance is contingent, we will share with any other insurance which applies on the same contingent basis by the method described in **c.** above.

**e.** The insurance provided by this Coverage Form will not act as a substitute for any compulsory "auto" insurance. Failure of the "insured" to comply with compulsory insurance requirements shall not invalidate this insurance, but in the event of such failure, we will only be liable to the same extent as if the "insured" had complies with such requirements.

**4. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**5. Policy Period, "Coverage Territory"**

Under this Coverage Form, we cover "accidents" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is anywhere in the world excluding:

**a.** the United States of America (including its territories and possessions) and Puerto Rico; and

**b.** any country or jurisdiction which is the subject of trade or economic sanctions imposed by the laws or regulations of the United States of America to the extent such sanctions prohibit or limit this insurance.

In jurisdictions within the coverage territory where we may be prevented by law or otherwise from paying on behalf of or defending the "insured," we will:

**a.** indemnify the 'insured' for those sums that the "insured" becomes legally obligated to pay as damages to which this insurance applies; and

**b.** pay the cost of defense and aid and manage the "insured's" defense.

We will also cover "accidents" involving a covered "auto" while being transported between places which are in the "coverage territory."

**6. Two or More Coverage Forms or Policies Issued by Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "accident," the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or any affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION V – DEFINITIONS**

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage."

**B.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment."

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** any request, demand or order; or

**2.** any claim or "suit" by or on behalf of a governmental authority demanding that the "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants."

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured."

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or results from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** the "pollutants" escape, seep migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** the "bodily injury," "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment."

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E. "Insured"** means any person or organization qualifying as an insured in the WHO IS AN INSURED provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**F. "Insured contract"** means:

1. A lease of premises;

2. A sidetrack agreement;

3. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

4. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

5. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

6. That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your employees, of any "auto." However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your employees to pay for "property damage" to any "auto" rented or leased by you or any of your employees for a period of more than 30 **continuous** days. We will not pay more than $40,000 per vehicle for "property damage" to any "auto" rented or leased by you or any of your employees. **Any "property damage" payment will be subject to a $1,000 "property damage" deductible.**

An "insured contract" does not include that part of any contract or agreement:

1. That indemnifies any person or organization for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road beds, tunnel, underpass or crossing; or

2. That pertains to the loan, lease or rental of any "auto" to you or any of your employees, if the "auto" is loaned, leased or rented with a driver; or

3. That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**G. "Mobile equipment"** means any of the following types of land vehicles, including any attached machinery or equipment:

1. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

2. Vehicles maintained for use solely on or next to premises you own or rent;

**INTERNATIONAL AUTO ENDORSEMENT**
Page 6 of 7

Copyright 2005, OneBeacon Insurance Group

INT 03 02 05

**ASIC000208   Exhibit 3**
**Page 208 of 303**

3. Vehicles that travel on crawler treads;

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   a. Power cranes, shovels, loaders, diggers or drills; or

   b. Road construction or resurfacing equipment such as graders, scrapers or rollers.

5. Vehicles not described in paragraphs **1.**, **2.**, **3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   a. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   b. Cherry picks and similar devices used to raise or lower workers;

6. Vehicles not described in paragraphs **1.**, **2.**, **3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   a. Equipment designed primarily for:

      (1) Snow removal;

      (2) Road maintenance, but not construction or resurfacing; or

      (3) Street cleaning;

   b. Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   c. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

H. **"Pollutants"** means any solid, liquid, gaseous or thermal irritant or containment, including smoke, vapor, soot, fumes, acid, alkalis, chemicals, and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

I. **"Property damage"** means damage to or LOSS of use of tangible property.

J. **"Suit"** means a civil proceeding in which damages because of "bodily injury", "property damage" or "covered pollution cost or expense," to which this insurance applies are alleged. "Suit" includes an arbitration proceeding alleging such damages or "covered pollution cost or expense" to which you must submit or submit with our consent.

K. **"Trailer"** includes semitrailer.

Copyright 2005, OneBeacon Insurance Group

ASIC000209   Exhibit 3
Page 209 of 303

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GLOBAL GENERAL LIABILITY ENDORSEMENT

This endorsement modifies insurance provided by any of the following which may be part of this policy:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
ERRORS AND OMISSIONS COVERAGE FORM
EMPLOYEE BENEFITS COVERAGE FORM

## CONDITIONS

### Other Insurance

When a claim is made or "suit" for damages is brought outside the United States of America (including its territories and possessions) and Puerto Rico, **Section IV. Condition 4. Other Insurance** paragraph **a.** Primary Insurance is deleted and replaced by:

**a.** Primary Insurance

This insurance is primary except when **b.** or **d.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**Section IV. Condition 4. Other Insurance** is further amended by the addition of Paragraph **d.** below:

**d.** Contingent Insurance

If there is any other insurance issued outside the United States of America (including its territories and possessions) and Puerto Rico, which applies to a claim or "suit" to which this insurance applies, this insurance is contingent. When this insurance is contingent,

**(1)** we will only pay the amount by which the applicable limit of this insurance exceeds the applicable limit of any other insurance, whether that insurance is on a primary or excess basis; and

**(2)** we have the right, but not the duty, to defend.

When this insurance is contingent, we will share with any other insurance which applies on the same contingent basis by the method described in **c.** above.

## DEFINITIONS

Coverage Territory

**Section V. Definition 4.** "Coverage Territory" is deleted and replaced by:

"Coverage Territory" means this insurance applies anywhere in the world excluding any country or jurisdiction which is the subject of trade or economic sanctions imposed by the laws or regulations of the United States of America to the extent such sanctions prohibit or limit this insurance.

In countries other than the United States of America (including its territories and possessions) and Puerto Rico, we may decide not to investigate or settle a claim or defend you because of laws that will not allow us to do so. In that case, at our request and subject to our supervision and control,

**a.** you will make or cause to be made such investigation and defense as are reasonably necessary, and

**b.** subject to our prior written authorization, you will make, to the extent possible, such settlements as we deem prudent.

In return, we will reimburse you for costs of investigation and defense incurred with our written consent, and for settlements made at our direction.

Copyright 2005, OneBeacon Insurance Group
MANUSCRIPTED

ASIC000210   Exhibit 3

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# GLOBAL PROPERTY ENDORSEMENT

This endorsement modifies insurance provided under the following:

PROPERTY CONDITIONS

## COVERAGE TERRITORY

Property Conditions **C. POLICY PERIOD, COVERAGE TERRITORY, 2.** is deleted and replaced by the following:

The coverage territory is anywhere in the world excluding any country or jurisdiction which is the subject of trade or economic sanctions imposed by the laws or regulations of the United States of America to the extent such sanctions prohibit or limit this insurance.

## OTHER INSURANCE

Property Conditions **O. OTHER INSURANCE,** is amended by the addition of the following Paragraph **3.:**

**3.** If there is other insurance issued outside the United States of America (including its territories and possessions) and Puerto Rico, covering the same loss or damage as this insurance, **2.** above does not apply. Then, the amount of covered loss or damage we will pay under this insurance is reduced by the amount due from that other insurance, whether you can collect on it or not. We will not pay more than the applicable Limit of Insurance.

This endorsement also modifies the insurance provided under the following:

SPECIAL PROPERTY PLUS COVERAGE FORM
SPECIAL PROPERTY COVERAGE FORM

The following is added to **A. Coverages**:

## A. COVERAGES

"**14.** International Coverages (Note: in Special Property Coverage Form, added as **13.** International Coverage)"

### a. Tenants and Neighbors Liability

We will pay for the legal liability imposed on you in a country with the Napoleonic Code or similar civil or commercial code for loss or damage caused by a Covered Cause of Loss to property:

**(1)** of which you are a tenant;

**(2)** of neighbors and co-tenants; or

**(3)** of your tenants or sub-tenants.

The most we will pay under this Additional Coverage is the greater of $100,000 or the applicable Limit of Insurance for tenants and neighbors liability shown in the Declarations.

### b. Devaluation

This insurance covers any deficiency in the amount of collectible loss under a primary insurance caused by devaluation of the currency in which the primary insurance is written. However, you agree to adjust such deficiencies as soon as practicable after the date of the currency's devaluation. The most we will pay under this Additional Coverage is the greater of $100,000 or the applicable Limit of Insurance for devaluation shown in the Declarations.

### c. Coinsurance Deficiency

This policy covers the loss sustained by you which results from the application of a coinsurance or average clause in your primary insurance policies. Therefore, this policy shall pay the difference between the amount recoverable under such primary insurance and the total amount of the loss which would have been recoverable under such primary insurance without application of a coinsurance or average clause thereunder. The most we will pay under this Additional Coverage is the greater of $100,000 or the applicable Limit of Insurance for coinsurance deficiency shown in the Declarations.

### d. Tax Liability

In the event that your tax liability in a country outside the United States (including its territories and possessions) and Puerto Rico increases unavoidably as a result of our payment anywhere of your covered loss which occurred in that country for:

Copyright 2005, OneBeacon Insurance Group
MANUSCRIPTED

1. property,
2. the profit portion of loss to finished stock; and/or
3. the profit portion of business income loss;

we will pay you the amount necessary to eliminate the increased tax liability.

The amount we will pay you will be reduced by any decrease in your tax liability anywhere resulting from the same loss or damage. The most we will pay under this Additional Coverage is the greater of $100,000 or the applicable Limit of Insurance for tax liability shown in the Declarations.

Section **B.1. General Causes of Loss, part b.(1)** the following is added:

**(j) Belgium**

in Belgium,

(i) the escape of water from the normal confines of any natural or artificial water course (other than water tanks apparatus or pipes) or lake, reservoir, canal or dam

(ii) inundations from the sea whether resulting from storm or tempest or otherwise

**(k) France – dommages ouvrages**

anything in France or French Territories within the scope of the dommages ouvrages law dated 4th January 1978, or any successor law, regardless of whether or not the dommages ouvrages cover was written by or for you.

**(l) France – Natural Catastrophe**

anything in France or French Territories which falls under the regulation of the Natural Catastrophe scheme created by the law of July 13, 1982 when the occurrence of loss by such covered peril shall be declared by the authorities to be within the conditions of coverage. Conditions of payment and/or delays in payment shall not abrogate this exclusion. However, when payment of such declared loss is made in reduced proportion to the depletion of government reserves resulting from payment of said loss, this policy shall apply in excess of the actual payment of loss made by the government.

**(m) Germany – Foreseeable Flood**

Overflowing of bodies of water above ground which is foreseeable for any insured location in Germany as a result of local factors. Overflowing shall be deemed foreseeable if it occurs more frequently than once every ten (10) years on a statistical average.

**(n) Germany – Storm Surge**

Storm Surge caused by the North Sea or the Baltic Sea in the Federal Republic of Germany. Storm Surge shall be defined as a water level which surpasses the local average high water level at the North Sea and the mean sea level at the Baltic Sea by at least 1.5 meters. A storm Surge will be declared by the Federal Germany Office for Maritime Shipping and Hydrographic.

**(o) Netherlands**

in the Netherlands,

1. the escape of water from the normal confines of any natural or artificial water course (other than water tanks apparatus or pipes) or lake, reservoir, canal or dam

2. inundations from the sea whether resulting from storm or tempest or otherwise

**(p) Northern Ireland – Terrorism**

in Northern Ireland,

1. riot or civil commotion (except by loss or damage caused by fire, explosion, strikers, locked-out workers, persons taking part in labor disturbances, or malicious persons) and

2. any unlawful, wanton or malicious act committed maliciously by a person or persons acting on behalf on or in connection with any unlawful association.

"Unlawful association" means any organization which is engaged in terrorism and includes an organization which at any relevant time is a proscribed organization within the meaning of the Northern Ireland (Emergency Provisions) Act 1973.

"Terrorism" means the use of violence for political ends and includes any use of violence for the purpose of putting the public or any section of the public in fear.

Copyright 2005, OneBeacon Insurance Group
INT 32 01 08

ASIC000212   Exhibit 3

In any action, suit or other proceedings where we allege that by reason of the provisions of this Condition any loss, destruction or damage is not covered by this policy, the burden of proving that such loss or damage is covered shall be upon you.

**(q) South Africa – SASRIA Perils**

in the Republic of South Africa which is insured by, or which was eligible to have been insured by (if not actually insured by) the special policies issued by the South Africa Special Risk Insurance Association (SASRIA). Unless expressly endorsed, this policy shall not apply as excess insurance over any coverage afforded by SASRIA.

**(r) Spain – Consorcio**

in Spain or Spanish Territories which fall under the regulation of the Consorcio De Compensation De Seguros ("CONSORCIO"), perils insured against by the Consorcio when the occurrence of loss by such covered peril shall be declared by the Consorcio to be within the conditions of coverage. (Conditions of payment, delays in payment, shall not abrogate this exclusion). However, when payment of such declared covered loss is made in reduced proportion due to depletion of Consorcio reserves resulting from payment of said loss, this policy shall apply in excess of the actual payment of loss made by the Consorcio.

**(s) United Kingdom Terrorism Exclusion**

in United Kingdom locations including Great Britain, Scotland, and Wales, but not including the Isle of Man and the Channel Islands:

"Terrorism" committed by any one person or persons acting individually or on behalf of or in connection with any organization;

"terrorism" insured against by the Pool Reinsurance Company Limited (PRCL), or successor organizations, when the occurrence of loss by a covered peril shall be declared by the PRCL, or successor organizations, to be within the conditions of its coverage.

"terrorism" means the use of violence directed toward the overthrow or influencing of any government, de jure or de facto; or for the purpose of putting the public in fear.

Section **B. 1. General Causes of Loss, part b.(1)(a) Earth Movement** is amended with the addition of:

**Japan Zone Five – Earthquake Limitation**

For loss or damage by resulting fire or explosion, that results from earth movement or volcanic action in Tokyo-Tu, Chiba-Ken and Kanagawa-Ken, we will only pay sixty percent (60%) of the amount of your covered loss. The insurance provided by this policy may not be combined with any other insurance issued by us, or by any of our affiliated insurance companies, to obtain payment of more than sixty percent (60%) of the insured loss in those places.

Copyright 2005, OneBeacon Insurance Group

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INTERNATIONAL EXCLUSION – TERRORISM

This endorsement modifies insurance provided under the following:

SPECIAL PROPERTY COVERAGE FORM
SPECIAL PROPERTY PLUS COVERAGE FORM

**A.** The following definition is added with respect to the provision of this endorsement for loss or damage which occurs in the coverage territory outside the United States of America (including its territories and possessions) and Puerto Rico:

**Terrorism**

Terrorism means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion.

**B.** The following exclusion is added for loss or damage which occurs in the coverage territory outside the United States of America (including its territories and possessions) and Puerto Rico:

**Terrorism**

We will not pay for loss or damage caused directly or indirectly by terrorism, including action in hindering or defending against an actual or expected incident of terrorism. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

Copyright 2005, OneBeacon Insurance Group
MANUSCRIPTED

ASIC000214   Exhibit 3
Page 214 of 303

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INTERNATIONAL EXCLUSION – TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added for "any injury or damage" which occurs in the coverage territory outside the United States of America (including its territories and possessions) and Puerto Rico:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of an act of terrorism.

**B.** The following definition is added with respect to the provision of this endorsement for "any injury or damage" which occurs in the coverage territory outside the United States of America (including its territories and possessions) and Puerto Rico:

1. For the purposes of this endorsement "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury", or "environmental damage" as may be defined in any applicable Coverage Part.

2. Terrorism means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion.

Copyright 2005, OneBeacon Insurance Group
MANUSCRIPTED

ASIC000215   Exhibit 3
Page 215 of 303

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INTERNATIONAL EXCLUSION – TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE PART

**A.** The following exclusion is added for "any injury or damage" which occurs in the coverage territory outside the United States of America (including its territories and possessions) and Puerto Rico:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of an act of terrorism.

**B.** The following definition is added with respect to the provision of this endorsement for "any injury or damage" which occurs in the coverage territory outside the United States of America (including its territories and possessions) and Puerto Rico:

   **1.** For the purposes of this endorsement "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury", or "environmental damage" as may be defined in any applicable Coverage Part.

   **2.** Terrorism means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion.

Copyright 2005, OneBeacon Insurance Group
MANUSCRIPTED

**ASIC000216**   Exhibit 3

# EMPLOYEE BENEFITS LIABILITY COVERAGE FORM

Various provisions in this form restrict coverage. Read the entire form carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under **SECTION II – WHO IS AN INSURED**.

Other words and phrases that appear in quotation marks have special meaning. Refer to **SECTION VI – DEFINITIONS**.

## SECTION I – EMPLOYEE BENEFITS LIABILITY COVERAGE

**1.  INSURING AGREEMENT**

We will pay those sums that the insured becomes legally obligated to pay as "damages" because of "employee benefits injury" to which this insurance applies. No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Employee Benefits Liability Coverage. The "claim" must arise out of a negligent act, error or omission in the "administration" of "employee benefits programs" which occurs during the policy period. The negligent act, error or omission must take place in the "coverage territory". We will have the right and duty to defend any "claim" or "suit" seeking such "damages". But:

**a.**  The amount we will pay for "damages" is limited as described in **SECTION III – LIMITS OF INSURANCE**;

**b.**  We may, at our discretion, investigate any alleged act, error or omission and settle any "claim" or "suit" that may result; and

**c.**  Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements under Employee Benefits Liability Coverage. This applies both to "claims" and "suits" pending at that time and to those filed thereafter.

**2.  EXCLUSIONS**

This insurance does not apply to:

**a.**  The failure by an insured to comply with any law concerning workers compensation, unemployment compensation, social security, disability benefits law or any similar legislation that may be enacted or fiduciary liability or fiduciary responsibility imposed by the Employee Retirement Income Security Act of 1974, as amended, or any similar legislation that may be enacted.

**b.**  "Bodily injury", "property damage" or "personal and advertising injury".

**c.**  Any dishonest, fraudulent, criminal or malicious act.

**d.**  The failure of any investment or saving program to perform as represented by an insured.

**e.**  An "employee benefits injury" that arises out of advice given by any insured to an employee to participate or not to participate in any "employee benefits program".

**f.**  The failure of any person or organization to perform any obligation or to fulfill any guarantee with respect to:

**(1)**  The payment of benefits under "employee benefits programs"; or

**(2)**  The providing, handling or investing of funds related thereto.

**g.**  "Bodily injury":

**(1)**  Arising out of any:

**(a)**  Refusal to employ;

**(b)**  Termination of employment;

**(c)**  Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or other employment-related practices, policies, acts or omissions.

This exclusion applies:

**(1)**  Whether the insured may be liable as an employer or in any other capacity;

**(2)**  To any obligation to share damages with or repay someone else who must pay damages because of the injury; and

ASIC000217   Exhibit 3
Page 217 of 303

**(3)** To any and all acts committed by:

    **(a)** The insured;

    **(b)** The insured's employees; or

    **(c)** Additional insureds or their employees

whether committed with or without the knowledge of the insured or by or at the direction of the insured, the insured's employees or any additional insureds named on the policy.

**h.** "Personal and advertising injury":

  **(1)** Arising out of any:

    **(a)** Refusal to employ;

    **(b)** Termination of employment;

    **(c)** Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or other employment-related practices, policies, acts or omissions.

This exclusion applies:

  **(1)** Whether the insured may be liable as an employer or in any other capacity;

  **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury; and

  **(3)** To any and all acts, committed by:

    **(a)** The insured;

    **(b)** The insured's employees; or

    **(c)** Additional insureds or their employees

whether committed with or without the knowledge of the insured or by or at the direction of the insured, the insured's employees or any additional insureds named on the policy.

**i.** Loss arising out of failure of performance of contract by any insurer.

**j.** Loss arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefits program".

**k.** Loss or damage for which benefits have accrued under the terms of an employee benefit plan to the extent that such benefits are available from funds accrued by the insured for such benefits or from collectible insurance, notwithstanding the insured's act, error or omission in administering the plan which precluded the claimant from receiving such benefits.

**l.** Loss arising out of the investment, divestment or non-investment of funds.

**3.** **SUPPLEMENTARY PAYMENTS – EMPLOYEE BENEFITS LIABILITY COVERAGE**

We will pay, with respect to any "claim" or "suit" we defend:

**a.** All expenses we incur.

**b.** The cost of bonds to release attachments, but only for bond amounts within the applicable Limit of Insurance. We do not have to furnish these bonds.

**c.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the "claim" or "suit", including actual loss of earnings up to $500 a day because of time off from work.

**d.** All costs taxed against the insured in the "suit".

**e.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay or deposited in court the part of the judgment that is within the applicable Limit of Insurance.

These payments will not reduce the Limits of Insurance.

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCG 007 02 05

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your executive officers and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**2.** Each of the following is also an insured:

   **a.** Any other person for whose acts you are legally liable, provided such person is authorized to act in the "administration" of your "employee benefits programs".

   **b.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or majority interest, will be deemed to be a Named Insured if there is no other similar insurance available to that organization. However:

   **a.** Coverage under this provision is afforded only until the end of the current policy period; and

   **b.** Employee Benefits Liability Coverage does not apply to "employee benefits injury" that occurred before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   **a.** Insureds;

   **b.** "Claims" made or "suits" brought;

   **c.** Persons or organizations making "claims" or bringing "suits";

   **d.** Acts, errors or omissions that result in loss; or

   **e.** Plans included in your "employee benefits program".

**2.** The Employee Benefits Liability Aggregate Limit is the most we will pay for all "damages" to which this insurance applies.

**3.** Subject to **2.** above the Each Claim Limit is the most we will pay for all "damages" with respect to any one "claim".

**4.** All "claims" arising from a single negligent act, error or omission or a series of related negligent acts, errors or omissions in the "administration" of "employee benefit programs" shall be deemed to be a single "claim".

The limits of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period, shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – DEDUCTIBLE

**1.** Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in Item **4.** of the Declarations as applicable to each employee. The Limits of Insurance applicable to each employee will be reduced by the amount of this deductible. The Aggregate Limit shall not be reduced by the application of such deductible amount.

**2.** The deductible amount stated in the Declarations applies to all damages sustained by an employee because of an act, error or omission covered by this insurance.

**3.** The terms of this insurance including those with respect to:

   **a.** Our right and duty to defend any "suits" seeking those "damages"; and

   **b.** Your duties in the event of an act, error or omission, "claim", or "suit"

apply irrespective of the application of the deductible amount.

**4.** We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

**ASIC000219**   Exhibit 3
Page 219 of 303

## SECTION V – EMPLOYEE BENEFITS LIABILITY CONDITIONS

**1. BANKRUPTCY**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. DUTIES IN THE EVENT OF EMPLOYEE BENEFITS INJURY, CLAIM OR SUIT**

**a.** You must see to it that we are notified as soon as practicable of an "employee benefits injury" which may result in a "claim". To the extent possible, notice should include:

**(1)** How, when and where the "employee benefits injury" took place; and

**(2)** The names and addresses of any injured persons and witnesses.

Notice of an "employee benefits injury" is not notice of a "claim".

**b.** If a written "claim" is made or "suit" is brought against any insured, you must see to it that we receive prompt written notice of the "claim" or "suit".

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation, settlement or defense of the "claim" or "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of "employee benefits injury" to which this insurance may also apply.

**d.** No insureds will, except at their own cost, voluntarily make a payment, assume any obligation or incur any expense other than for first aid, without our consent.

**3. LEGAL ACTION AGAINST US**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for "damages" from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for "damages" that are not payable under the terms of this Coverage Part or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. OTHER INSURANCE**

This Employee Benefits Liability Insurance is excess over and above any other valid and collectible insurance (including any deductible portion) or agreement of indemnity, available to the insured.

**5. PREMIUM AUDIT**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period.

Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy term is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. REPRESENTATIONS**

By accepting this policy, you agree:

**a.** The statements in the declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCG 007 02 05

ASIC000220   Exhibit 3
Page 220 of 303

7.  **SEPARATION OF INSUREDS**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a.  As if each Named Insured were the only Named Insured; and

b.  Separately to each insured against whom "claim" is made or "suit" is brought.

8.  **TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US.**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**SECTION VI – DEFINITIONS**

**Administration**

"Administration" means:

a.  Giving counsel to your employees or their dependents and beneficiaries, with respect to interpreting the scope of your "employee benefits program" or their eligibility to participate in such program;

b.  Handling records in connection with your "employee benefits program"; and

c.  Starting or stopping any employee's participation in your "employee benefits program".

**Advertisement**

"Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.

**Bodily Injury**

"Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**Claim**

"Claim" means a written demand received by any insured for "damages" alleging "employee benefits injury", including the institution of a "suit" for such "damages" against any insured.

**Coverage Territory**

"Coverage territory" means anywhere. However, the insured's responsibility to pay damages must be determined in a settlement we agree to or in a "suit" on the merits brought within the United States of America (including its territories and possessions), Puerto Rico or Canada.

**Damages**

"Damages" means money damages including prejudgment interest awarded against the insured on that part of the judgment we pay. "Damages" do not include:

a.  Fines;

b.  Penalties; or

c.  Damages for which insurance is prohibited by the law applicable to the construction of this Coverage Form.

**Employee Benefits Injury**

"Employee benefits injury" means injury that arises out of any negligent act, error or omission in the "administration" of your "employee benefits program".

**Employee Benefits Program**

"Employee benefits program" means a formal program or programs of employee benefits maintained in connection with your business or operation to which participation is limited to employees or those entitled to claim benefits under such plans only through an employee's participation. Such programs may include, but are not limited to:

a.  Group life insurance, group accident or health insurance, profit sharing plans, defined benefit or defined contribution pension plans and stock subscription plans; and

b.  Unemployment insurance, social security benefits, workers' compensation and disability benefits.

ASIC000221   Exhibit 3
Page 221 of 303

**Personal and Advertising Injury**

"Personal and advertising injury" means injury, including consequential "bodily injury" arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by on or behalf of its owner, landlord or lessor;

d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication of material that violates a person's right of privacy;

f. The use of another's advertising ideas in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**Property Damage**

"Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the occurrence that caused it.

**Suit**

"Suit" means a civil proceeding in which "damages" because of "employee benefits injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCG 007 02 05

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# @VANTAGE FOR GENERAL LIABILITY TECHNOLOGY COMPANIES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The following schedule lists the coverage extensions provided by this endorsement. Refer to the individual provisions to determine the extent of your coverage.

| SCHEDULE OF COVERAGE EXTENSIONS | |
|---|---|
| 1. Additional Insured – Broad Form Vendors | 8. Coverage Territory – Worldwide |
| 2. Additional Insured – by Contract, Agreement or Permit relating to: | 9. Duties in Event of Occurrence, Claim or Suit |
| o Work performed by you | 10. Expected or Intended Injury (PD) |
| o Premises you own, rent, lease or occupy | 11. Medical Payments |
| o Equipment you lease | 12. Mobile Equipment Redefined |
| 3. Aggregate Limit Per Location | 13. Newly Acquired or Formed Organizations |
| 4. Blanket Waiver of Subrogation | 14. Non-Owned Aircraft |
| 5. Bodily Injury Redefined – Mental Anguish | 15. Non-Owned Watercraft |
| 6. Broadened Named Insured | 16. Personal and Advertising Injury |
| 7. Broadened Property Damage | 17. Product Recall Expense |
| o Borrowed Equipment | 18. Supplementary Payments Increased Limits |
| o Customers' Goods | |
| o Use of Elevators | |

## 1. ADDITIONAL INSURED – BROAD FORM VENDORS

**Section II – Who Is An Insured** is amended to include as an additional insured any person(s) or organization(s) (referred to below as vendor) with whom you agreed in a written contract or agreement to provide insurance, but only with respect to "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

a. This provision **1.** does not apply to:

**(1)** "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

**(2)** Any express warranty unauthorized by you;

**(3)** Any physical or chemical change in the product made intentionally by the vendor;

**(4)** Repackaging, except when unpacked solely for the purpose of inspection, demonstration, testing or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

**(5)** Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

**(6)** Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

**(7)** Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor; or

**(8)** "Bodily injury" or "property damage" arising out of the sole negligence of the vendor for its own acts or omissions or those of its employees or anyone else acting on its behalf. However, this exclusion does not apply to:

**(a)** The exceptions contained in Subparagraphs **4.** or **6.**; or

ASIC000223    Exhibit 3
Page 223 of 303

(b) Such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products.

**(9)** Any person or organization if the "products-completed operations hazard" is excluded either by the provisions of the Coverage Form or by endorsement.

**b.** This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

**2. ADDITIONAL INSURED – CONTRACT, AGREEMENT OR PERMIT**

**a.** **Section II – Who Is An Insured** is amended to include as an additional insured any person(s) or organization(s) with whom you agreed in a written contract, written agreement or permit to provide insurance such as is afforded under this Coverage Part, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**1.** In the performance of "your work" for the additional insured(s) at the location designated in the contract, agreement or permit; or

**2.** In the maintenance, operation or use of equipment leased to you by such person(s) or organization(s), or

**3.** In connection with premises you own, rent, lease or occupy.

This insurance applies on a primary or primary and non-contributory basis if that is required in writing by the contract, agreement or permit.

**b.** The insurance provided to the additional insured herein is limited. This insurance does not apply:

**1.** Unless

(a) the written contract, agreement or permit is currently in effect or becomes effective during the term of this policy; and

(b) the contract or agreement was executed or permit issued prior to the "bodily injury", "property damage", or "personal and advertising injury";

**2.** To any person or organization included as an insured under the Additional Insured - Broad Form Vendors provision of this endorsement;

**3.** To any person or organization included as an insured by an endorsement issued by us and made part of this Coverage Part;

**4.** To any person or organization if the "bodily injury", "property damage", or "personal and advertising injury" arises out of the rendering of or failure to render any professional architectural, engineering or surveying services by or for you including:

(a) The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Supervisory, inspection, architectural or engineering activities.

**5.** To any:

(a) Lessor of equipment after the equipment lease expires; or

(b) Owners or other interests from whom land has been leased; or

(c) Managers or lessors of premises if:

(1) The "occurrence" takes place after you cease to be a tenant in that premises; or

(2) The "bodily injury", "property damage", "personal and advertising injury" arises out of structural alterations, new construction or demolition operations performed by or on behalf of the manager or lessor.

**6.** To "bodily injury, or property damage" occurring after:

(a) All work on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured at the site of the covered operations has been completed; or

(b) That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as part of the same project.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCG 207 06 07

ASIC000224   Exhibit 3

   **c.** **Limits of Insurance** applicable to the additional insured are those specified in the contract, agreement or permit or in the Declarations of this policy, whichever is less, and fix the most we will pay regardless of the number of:

     **1.** Insureds;

     **2.** Claims made or "suits" brought; or

     **3.** Persons or organizations making claims or bringing "suits".

   These Limits of Insurance are inclusive of and not in addition to the Limits of Insurance shown in the Declarations.

**3.** **AGGREGATE LIMIT PER LOCATION**

   **a.** Under **Section III – Limits of Insurance,** the General Aggregate Limit applies separately to each of your "locations" owned by or rented or leased to you.

   **b.** Under **Section V – Definitions,** the following definition is added:

     "Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

**4.** **BLANKET WAIVER OF SUBROGATION**

   **Section IV – Transfer of Rights of Recovery Against Others to Us** Condition is amended to add the following:

   We will waive any right of recovery we may have against any person or organization because of payments we make for injury or damage arising out of your ongoing operations done under a written contract or agreement with that person or organization and included in "your work" or the "products-completed operations hazard". This waiver applies only to persons or organizations with whom you have a written contract, executed prior to the "bodily injury" or "property damage", that requires you to waive your rights of recovery.

**5.** **BODILY INJURY REDEFINED – MENTAL ANGUISH**

   Under **Section V** the definition of "bodily injury" is replaced by the following:

     "Bodily injury" means bodily injury, sickness, or disease sustained by a person, including mental anguish or death resulting from any of these at any time.

**6.** **BROADENED NAMED INSURED**

   **Section II - Who Is An Insured** is amended to include as an insured the following:

   Any organization which is a legally incorporated entity in which you own a financial interest of more than 50 percent of the voting stock on the effective date of this endorsement will be a Named Insured until the 180th day or the end of the policy period, whichever comes first, provided there is no other similar insurance available to that organization.

   The insurance afforded herein does not apply to any entity which is also an insured under another policy or would be an insured under such policy but for its termination or the exhaustion of its limits of insurance.

**7.** **BROADENED PROPERTY DAMAGE – BORROWED EQUIPMENT, CUSTOMERS' GOODS AND USE OF ELEVATORS**

   The insurance for "property damage" liability is subject to the following:

   **a.** The **Damage To Property** exclusion under **Section I** Coverage A is amended as follows:

     **1.** The exclusion for personal property in the care, custody or control of the insured does not apply to "property damage" to equipment you borrow while at a job site and provided it is not being used by anyone to perform operations at the time of loss.

     **2.** The exclusions for

       **(a)** Property loaned to you;

       **(b)** Personal property in the care, custody or control of the insured; and

       **(c)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it

     do not apply to "property damage" to "customers' goods" while on your premises nor do they apply to "property damage" arising from the use of elevators at premises you own, rent, lease or occupy.

     Subject to the Each Occurrence Limit, the most we will pay for "property damage" to "Customers' Goods" is $25,000 per "occurrence".

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

**ASIC000225**  Exhibit 3

   **b.** Under **Section V – Definitions,** the following definition is added:

"Customers' Goods" means goods of your customer on your premises for the purpose of being:

   **1.** Repaired; or

   **2.** Used in your manufacturing process.

   **c.** The insurance afforded by this provision is excess over any other valid and collectible property insurance (including any deductible) available to the insured whether such insurance is primary, excess, contingent or on any other basis. Any payments by us will follow the Other Insurance – Excess provisions in the COMMERCIAL GENERAL LIABILITY CONDITIONS.

**8. COVERAGE TERRITORY – WORLDWIDE**

The definition of "coverage territory" is replaced by the following:

"Coverage territory" means anywhere. However, the insured's responsibility to pay damages must be determined in a settlement we agree to or in a "suit" on the merits brought within the United States of America (including its territories and possessions), Puerto Rico or Canada.

**9. DUTIES IN THE EVENT OF OCCURRENCE, OFFENSE, CLAIM OR SUIT**

**Section IV – Duties In The Event Of Occurrence, Claim or Suit** is amended by adding the following paragraphs:

   **a.** The requirements that you must

   **1.** notify us of an "occurrence" offense, claim or "suit" and

   **2.** send us documents concerning a claim or "suit"

apply only when such "accident" claim, "suit" or "loss" is known to:

   **1.** You, if you are an individual;

   **2.** A partner, if you are a partnership;

   **3.** An executive officer of the corporation or insurance manager, if you are a corporation; or

   **4.** A manager, if you are a limited liability company.

   **b.** The requirement that you must notify us as soon as practicable of an "occurrence" or an offense that may result in a claim does not apply if you report an "occurrence" to your workers compensation insurer which later develops into a liability claim for which coverage is provided by this policy. However, as soon as you have definite knowledge that the particular "occurrence" is a liability claim rather than a workers compensation claim, you must comply with the **Duties In The Event Of Occurrence, Offense, Claim or Suit Condition.**

**10. EXPECTED OR INTENDED INJURY (PROPERTY DAMAGE)**

The **Expected Or Intended Injury** exclusion under **Coverage A Bodily Injury and Property Damage** is replaced by:

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**11. MEDICAL PAYMENTS – INCREASED LIMITS AND TIME PERIOD**

   **a.** In the Insuring Agreement under Coverage **C Medical Payments**, the requirement that expenses are incurred and reported to us within one year of the date of the accident is changed to three years.

   **b.** The Medical Expense Limit is $10,000 per person or the amount shown in the Declarations as the Medical Expense Limit, whichever is greater.

   **c.** This provision **11.** does not apply if Coverage **C – Medical Payments** is otherwise excluded either by the provisions of the Coverage Form or by endorsement.

**12. MOBILE EQUIPMENT – SELF-PROPELLED SNOW REMOVAL, ROAD MAINTENANCE AND STREET CLEANING EQUIPMENT**

The following is added to the "mobile equipment" definition:

Vehicles maintained primarily for purposes other than the transportation of persons or cargo that are self-propelled vehicles of less than 1,000 pounds gross vehicle weight with the following types of permanently attached equipment will be considered "mobile equipment":

   **a.** Snow removal;

   **b.** Road maintenance, but not construction or resurfacing; or

   **c.** Street cleaning.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

**VCG 207 06 07**

13. **NEWLY FORMED OR ACQUIRED ORGANIZATIONS**

Under **Section II – Who Is An Insured**, the time period limitation for newly acquired or formed organizations is replaced by:

Coverage under this provision is afforded only until the end of the current policy period.

14. **NON-OWNED AIRCRAFT**

a. The **Aircraft, Auto Or Watercraft** exclusion under Coverage **A Bodily Injury And Property Damage Liability** does not apply to an aircraft that is:

1. Hired, chartered or loaned with a paid crew; and

2. Not owned by any insured.

b. The insurance afforded by this provision 14. is excess over any other valid and collectible insurance (including any deductible or Self Insured Retention) available to the insured, whether such insurance is primary, excess, contingent or on any other basis. Any payments by us will follow the Other Insurance – Excess Insurance provisions in the COMMERCIAL GENERAL LIABILITY CONDITIONS.

15. **NON-OWNED WATERCRAFT**

a. **Section II – Who Is An Insured** is amended to include as an insured for any watercraft that is covered by this policy, any person who, with your expressed or implied consent, either uses or is responsible for the use of a watercraft. However, no person or organization is an insured with respect to:

1. "Bodily injury" to a co-"employee" of the person operating the watercraft; or

2. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

b. In the exception to the **Aircraft, Auto Or Watercraft** exclusion under **Coverage A Bodily Injury And Property Damage Liability**, the limitation on the length of a watercraft is increased to 51 feet.

c. The insurance afforded by this provision **15.** is excess over any other valid and collectible insurance (including any deductible or Self Insured Retention) available to the insured, whether such insurance is primary, excess, contingent or on any other basis. Any payments by us will follow the Other Insurance – Excess Insurance provisions in the COMMERCIAL GENERAL LIABILITY CONDITIONS.

16. **PERSONAL AND ADVERTISING INJURY**

The following exclusions under the definition of "personal and advertising injury" are amended as follows:

a. **Insureds In Media Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting; or

(2) Designing or developing content of websites for others.

However, this exclusion does not apply to paragraphs **14. a., b. and c**. of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

b. **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or maintains for others.

17. **PRODUCT RECALL EXPENSE**

a. With respect to this Provision **17.**, the **Recall Of Products, Work Or Impaired Property** exclusion under **Coverage A Bodily Injury And Property Damage Liability** is deleted.

b. The following is added to **Section III – Limits Of Insurance** section:

1. The Limits of Insurance shown in the Product Recall Schedule and rules below fix the most we will pay regardless of the number of

(a) Insureds;

(b) "Covered recalls" initiated; or

(c) Number of "your products" recalled.

2. The Product Recall Aggregate Limit is the most we will reimburse you for the sum of all "product recall expenses" incurred for all "covered recalls" initiated during the policy period.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

3. Subject to **2.** above, the Each Product Recall Limit is the most we will reimburse you for the sum of all "product recall expenses" arising out of any one "covered recall" for the same defect or deficiency.

| Products Recall Schedule | |
| --- | --- |
| | Limits of Insurance |
| Product Recall Aggregate Limit | $50,000 |
| Each Product Recall Limit | $25,000 |

The Limits of Insurance for this coverage apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for the purposes of determining the Limits of Insurance.

c. The following is added to the **Duties In The Event Of Occurrence, Offense, Claim Or Suit** provision under **Section IV – Conditions:**

You must see to it that the following are done in the event of an actual or anticipated "covered recall" that may result in "product recall expense":

1. Give us prompt notice of any discovery or notification that "your product" must be withdrawn or recalled. Include a description of "your product" and the reason for the withdrawal or recall;

2. Cease any further release, shipment, consignment or any other method of distribution of like or similar products until it has been determined that all such products are free from defects that could be a cause of loss under this insurance;

3. As often as may be reasonably required, permit us to inspect "your product" that demonstrates the need for the "covered recall" and permit us to examine your books and records. Also permit us to take damaged and undamaged samples of "your products" for inspection, testing and analysis; and permit us to make copies from your books and records;

4. Send us a signed, sworn, proof of loss containing the information we requested to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms; and

5. Permit us to examine any insured under oath, while not in the presence of any other insured and at such times as may reasonably be required, about any matter relating to this insurance or your claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

d. The following definitions are added to the Definitions Section:

1. "Covered recall" means a recall made necessary because the insured or a government body has determined that a known or suspected defect, deficiency, inadequacy or dangerous condition in "your product" has resulted in or will result in "bodily injury" or "property damage".

2. "Product Recall Expense" means:

(a) The following necessary and reasonable expenses you incur exclusively for the purpose of recalling "your product":

(1) For communications, including radio or television announcements or printed advertisements including stationery, envelopes and postage;

(2) For shipping the recalled products from any purchaser, distributor or user to the place or places designated by you;

(3) For remuneration paid to your regular "employees" for necessary overtime;

(4) For hiring additional persons, other than your regular "employees";

(5) Incurred by "employees", including transportation and accommodations;

(6) To rent additional warehouse or storage space; or

(7) For disposal of "your products", but only to the extent that specific methods of destruction other than those employed for trash discarding or disposal are required to avoid "bodily injury" or "property damage" as a result of such disposal, but

"product recall expenses" does not include costs of regaining your market share, goodwill, revenue or profit.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCG 207 06 07

ASIC000228   Exhibit 3

    **(b)** "Product Recall Expense" does not include any expenses resulting from:

        **(1)** Failure of any product to accomplish its intended purpose;

        **(2)** Breach of warranties of fitness, quality, durability or performance;

        **(3)** Loss of customer approval, or any cost incurred to regain customer approval;

        **(4)** Redistribution or replacement of "your product" which has been recalled by like products or substitutes;

        **(5)** Caprice or whim of the insured;

        **(6)** A condition likely to cause loss of which any insured knew or had reason to know at the inception of this insurance; and

        **(7)** Recall of "your products" that have no known or suspected defect solely because a known or suspected defect in another of "your products" has been found.

**18. SUPPLEMENTARY PAYMENTS - INCREASED LIMITS**

In the SUPPLEMENTARY PAYMENTS – Coverages **A** and **B** provision:

    **a.** The limit for the cost of bail bonds is amended to $2,500; and

    **b.** The limit for reasonable expenses incurred by the "insured" is amended to $500 a day.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DAMAGE TO YOUR ELECTRONIC PRODUCT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The **Damage to Your Product** exclusion under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE** is deleted. This endorsement affords coverage for "property damage" to "your product" subject to the exclusions listed below.

This coverage does not apply to:

**1.** Delay in the performance required by any contract or agreement;

**2.** Loss of market;

**3.** Loss caused intentionally by the insured;

**4.** Wear and tear or gradual deterioration;

**5.** Loss of use of "your product"; or

**6.** Dishonest, fraudulent, criminal, or malicious acts of any insured whether acting alone or in collusion with others.

**B.** The insurance afforded by this endorsement is subject to all other terms of the Coverage Form.

**C.** The following is added to the **LIMITS OF INSURANCE** section:

**1.** Subject to the Products-Completed Operations Aggregate Limit, The Damage To Your Electronic Product Limit shown in the Declarations is the most that we will pay because of all "property damage" to "your product" arising out of any one "occurrence".

**2.** Subject to paragraph **1.** above, the most we will pay for "property damage" to "your product" arising out of any one "occurrence" is in excess of the deductible stated in the Declarations. We may pay any part or all of the deductible and when we notify you of such payment, you will reimburse us for such part of the deductible we paid.

ASIC000230   Exhibit 3
Page 230 of 303

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – INFRINGEMENT OF COPYRIGHT, PATENT, TRADEMARK OR TRADE SECRET – CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

1.  Paragraph **2.i. Infringement Of Copyright, Patent, Trademark Or Trade Secret** under **COVERAGE B PER-SONAL AND ADVERTISING INJURY LIABILITY,** is deleted and replaced by the following:

    i.  **Intellectual Property**

        "Personal and Advertising injury" arising out of:

        (1) The actual or alleged infringement or violation of any of the following:

            (a) trade dress;

            (b) trade name;

            (c) trade secrets;

            (d) trademark;

            (e) patent;

            (f) copyright; but this exclusion does not apply to infringement of copyrighted materials or slogans in your "advertisements"; or

            (g) any other intellectual property rights or laws.

        (2) Any act committed by the insured with malice.

2.  **Personal and Advertising Injury Redefined**

    In **SECTION V – DEFINITIONS,** the definition of "personal and advertising injury" is replaced by the following:

    "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

    a.  False arrest, detention or imprisonment;

    b.  Malicious prosecution;

    c.  The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

    d.  Oral or written publication, in any manner, of material that slanders or libels a person or organization. This does not include any slander or libel related to the actual or alleged infringement or violation of any intellectual property rights or laws;

    e.  Oral or written publication, in any manner, of material that disparages a person's or organization's goods, products or services. This does not include any disparagement related to the actual or alleged infringement or violation of any intellectual property rights or laws;

    f.  Oral or written publication of material that violates a person's right of privacy;

    g.  The use of another's advertising idea in your "advertisement"; or

    h.  Infringing upon another's copyright, trade dress or slogan in your "advertisement".

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group
MANUSCRIPTED

ASIC000231   Exhibit 3

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ABSOLUTE EXCLUSION – ASBESTOS LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This insurance does not apply to:

1. "Bodily injury", "personal injury" or "personal and advertising injury" arising out of or alleged to have risen out of:

    a. exposure to asbestos, asbestos fiber, or any material containing asbestos or asbestos products; or

    b. the removal of asbestos, asbestos fiber, or any material containing asbestos or asbestos products, including, without limitation,

        (1) the costs of asbestos removal; or

        (2) "property damage" in the course of effecting such removal.

We shall not be obligated to investigate, or defend the insured against any claim for any liability described above which is asserted against any insured or to pay any judgment entered against any insured for such liability.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group
MANUSCRIPTED

Page 1 of 1

**ASIC000232**   Exhibit 3

# TECHNOLOGY ERRORS OR OMISSIONS COVERAGE FORM

**THIS FORM PROVIDES CLAIMS MADE COVERAGE. PLEASE READ THE ENTIRE FORM CAREFULLY.**

Read this entire coverage form carefully to determine rights, duties and what is and is not covered. Various provisions in this policy restrict coverage.

Throughout this coverage form, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under **Section II – WHO IS AN INSURED**.

Other words and phrases that appear in **bold** may have special meaning. Refer to **Section VII – DEFINITIONS**.

## SECTION I – COVERAGE

1. **Insuring Agreement**

   a. We will pay damages that the insured becomes legally obligated to pay arising out of **your technology offerings** because of an **error or omission** to which this insurance applies. We will have the right and duty to defend the insured against **suits** seeking covered damages. However, we will have no duty to defend the insured for **suits** to which this insurance does not apply. We may, at our discretion, investigate any **claim** based on an alleged **error or omission**. But:

      (1) Both the amount we will pay for damages and the amount we will pay in **defense costs** are limited as described in **Section III – LIMITS OF INSURANCE** and **Section V – DEDUCTIBLE**; and

      (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in payment of judgments, settlements or **defense costs**. No other obligation or liability to pay sums or perform acts or services is covered.

   b. This insurance applies to **claims** for damages first made against an insured during the policy period or any Extended Reporting Period we provide under **Section VI – EXTENDED REPORTING PERIODS** caused by an **error or omission** if:

      (1) The **claim** arises out of an **error or omission** that takes place in the **Coverage territory**; and

      (2) The **error or omission** takes place:

         (a) After the Retroactive Date, if any, shown in the Declarations; and

         (b) Before the end of the policy period.

      Each **error or omission** in a **series of related errors or omissions** will be deemed to have been committed on the date the first **error or omission** in a **series of related errors or omissions** is committed. The first **error or omission** in a **series of related errors or omissions** must take place after the Retroactive Date, if any, shown in the Declarations, and before the end of the policy period for this insurance to apply.

   c. A **claim** by a person or organization seeking damages will be deemed to have been made at the earlier of the following times:

      (1) When notice of such **claim** is received by any insured or by us, whichever comes first; or

      (2) If notice of an **error or omission** is provided pursuant to **SECTION VIII – CONDITIONS** and a **claim** based on that **error or omission** is subsequently made, the date we receive written notice of such **error or omission**.

      If multiple **claims** result from the same **error or omission**, or series of related **errors or omissions**, all such **claims** will be deemed to have been made on the date the first of those **claims** is made.

2. **Exclusions**

   This insurance does not apply to any **claim** based upon, arising out of or in any way related to:

   a. **Assumed Liability**

      Liability assumed by any insured under any contract or agreement. This exclusion does not apply to:

      (1) Liability for damages that the insured would have had in the absence of the contract or agreement; or

Contains copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright 2007, OneBeacon Insurance Group
MANUSCRIPTED

ASIC000233   Exhibit 3

    **(2)** Liability assumed in a contract or agreement provided that the damages, to which this insurance applies, are caused by **errors or omissions** first committed by you or on your behalf after the execution of such contract or agreement.

**b. Bodily Injury or Property Damage**

    **(1)** Bodily injury, sickness, disease, mental anguish, mental injury, humiliation, shock, loss of services or death; or

    **(2)** Physical injury to tangible property whether or not owned by any insured, including all resulting loss of use of that property. Tangible property does not include data or other information that is in electronic form.

**c. Correct, Repair or Replace**

    The cost or expense for the correction, repair or replacement of **your technology offerings**.

**d. Cost Estimates**

    Your costs, charges or fees that:

    **(1)** Exceed your, or your agent's, guarantees or estimates;

    **(2)** Are misrepresented, not accurately described in your contract or agreement or not accurately calculated; or

    **(3)** Are charged for taxes that are neither owed nor remitted to a governmental entity.

**e. Delay in Delivery**

    **(1)** Delay in delivery of; or

    **(2)** Failure to deliver

    **your technology offerings**.

**f. Delay in Performance**

    **(1)** Delay in performance of; or

    **(2)** Failure to begin

    **your technology offerings**.

**g. Dishonest Acts**

    Any actual or alleged dishonest act, including fraudulent, criminal or malicious acts, committed by an insured. This exclusion does not apply to any insured that did not participate in or know about the dishonest act. However we will apply this exclusion to all insureds if the dishonest act is done with the consent or knowledge of the Named Insured or any of the Named Insured's directors, partners or executive officers.

**h. Fines or Penalties**

    Any fines or penalties imposed by law.

**i. Insured versus Insured**

    Any claim against an insured that is brought by, or on behalf of, any insured.

**j. Intellectual Property**

    Any actual or alleged infringement by an insured of copyright, trade dress, trade secret, trade name, trademark or patent; unfair competition or piracy; misappropriation or wrongful taking of concepts, violation or infringement of any other intellectual property right.

**k. Intentional Acts**

    Any actual or alleged intentional act committed by an insured. This exclusion does not apply to any insured that did not participate in or know about the intentional act. However, we will apply this exclusion to all insureds if the intentional act is done with the consent or knowledge of the Named Insured or any of the Named Insureds directors, partners or executive officers.

**l. Nuclear Energy**

    The furnishing by an insured of services, products, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any **nuclear facility**.

**m. Personal and Advertising Injury**

    Injury, including consequential bodily injury, arising out of one or more of the following offenses:

    **(1)** False arrest, detention or imprisonment;

Contains copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright 2007, OneBeacon Insurance Group
APR 001 06 07

ASIC000234   Exhibit 3
Page 234 of 303

**(2)** Malicious prosecution;

**(3)** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**(4)** Libel or slander;

**(5)** Oral or written publication, in any manner, of material that disparages a person's or organization's goods, products or services;

**(6)** Oral or written publication, in any manner, of material that violates a person's right of privacy or right of publicity; or

**(7)** The use of another's advertising idea in your **advertisement**.

**n. Prior Reported Claims**

Any **claims** that have been reported, in whole or in part, to another insurance company prior to the first effective date from which we have continuously provided this coverage to you.

**o. Pollution**

**(1)** The actual, alleged, or threatened discharge, dispersal, seepage, migration, release, or escape of pollutants.

**(2)** Any request, demand or order issued or made pursuant to any environmental protection or environmental liability laws that you or others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize pollutants.

Pollutants means one or more solid, liquid, gaseous or thermal irritant or contaminant including smoke, vapor, soot, fumes, acids, mold(s), alkalis, chemicals, and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**p. Product Recall**

The withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1) Your products**;

**(2)** Any property on which **your work** was performed; or

**(3)** Impaired property, meaning tangible property other than **your technology offerings**, that cannot be used or is less useful because:

**(a)** It incorporates **your technology offerings** that is known or thought to be defective, deficient, or inadequate; or

**(b)** You have failed to fulfill the terms of a contract or agreement;

If such property can be restored to use by:

**(i)** The repair, replacement, adjustment or removal of **your technology offerings**, or

**(ii)** Your fulfilling the terms of the contract or agreement;

If such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, or inadequacy in **your technology offerings** or impaired property.

However, we will not apply this exclusion to claims by third parties for loss of use resulting from the withdrawal, recall, inspection, repair, replacement, adjustment or removal of **your technology offerings**.

**q. Unauthorized Access**

Failure to prevent unauthorized access to, or use of any computer, software, network or electronic information system.

**r. Violation of Statutes Governing Methods of Sending Material or Information**

Any distribution of material that violated or is alleged to violate:

**a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**c.** Any statute, ordinance or regulation, other than TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating, or distribution of material or information.

ASIC000235    Exhibit 3
Page 235 of 303

**s.  Violation of Trade Law**

Any actual or alleged violation of any law relating to anti-trust, restraint of trade, unfair trade practices, false or deceptive advertising or any other law protecting competition, consumers or privacy.

## SECTION II – WHO IS AN INSURED

1.  If you are designated in the Declarations as:

   **a.**  An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   **b.**  A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   **c.**  A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   **d.**  An organization other than a partnership, joint venture, or limited liability company, you are an insured. Your **executive officers** and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2.  Each of the following is also an insured:

   **a.**  Your **employees**, other than either your **executive officers** (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

   **b.**  Any organization you newly acquire or form, other than a partnership, joint venture, or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However, coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture, or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1.  The Limit of Insurance shown in the Declarations for this coverage and the rules below fix the most we will pay regardless of the number of:

   **a.**  Insureds;

   **b.**  **Claims** made; or

   **c.**  Persons or organizations making **claims**.

2.  The Limit of Insurance stated as the Annual Aggregate Limit is the most we will pay for the sum of:

   **a.**  Damages for any **claim(s)**; and

   **b.**  **Defense costs** for any **claim(s)** seeking damages payable under **a.** above.

Each payment we make for such damages or **defense costs** reduces the amount of limit available under the Annual Aggregate Limit by the amount of such payment. This reduced limit will then be the Annual Aggregate Limit of Insurance available. When this Annual Aggregate Limit of Insurance is used up, we shall have no further obligation to defend **claim(s)** seeking such damage or pay such damages or **defense costs**.

The Annual Aggregate Limit of Insurance applies separately to each consecutive annual period, and to any remaining period of less than 12 months, starting with the beginning of the policy shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Annual Aggregate Limit of Insurance.

3.  Subject to **2.** above, the most we will pay for each **claim**, including **defense costs** for that claim, is the Per Claim Limit of Insurance stated in the Declarations. However, we will not pay until the **claim**, including damages and **Defense costs**, exceeds the Deductible, and then we will pay only the amount in excess of the Deductible.

4.  For the purpose of the application of any Limit of Insurance, regardless of the number of insureds or claimants involved, all **claims** arising from an **error or omission** or a **series of related errors or omissions** shall be deemed to be a single **claim**.

Contains copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright 2007, OneBeacon Insurance Group
APR 001 06 07

ASIC000236   Exhibit 3

5. This insurance applies separately to each insured against whom a **claim** is made. However, the Limits of Insurance are not increased by the number of insureds under the policy.

## SECTION IV – SUPPLEMENTARY PAYMENTS

1. We will pay, with respect to any **claim** we investigate or settle, or any **suit** against an insured we defend:

   a. All expenses other than **defense costs** we incur.

   b. the cost of bonds to release attachments, but only for bond amounts within the applicable Limit of Insurance. We do not have to furnish these bonds.

   c. All costs, not including **defense costs**, taxed against the insured in a **suit**.

   d. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance to resolve a claim, we will not pay any prejudgment interest accrued after the offer.

   e. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable Limit of Insurance.

2. These payments will not reduce the Limits of insurance. Our obligation to make these payments ends when we have used up the applicable Limits of Insurance.

## SECTION V – DEDUCTIBLE

1. Your Deductible is the amount shown in the Declarations and applies to each **claim**.

2. For the purpose of the application of the Deductible, regardless of the number of insureds or claimants involved, all **claims** arising from an **error or omission** or a **series of related errors or omissions** shall be deemed to be a single **claim**. Your deductible applies to any payment we make for damages, **defense costs** or Supplementary Payments.

3. We may pay any part or all of the Deductible to settle any **claim**. When we notify you of such payment, you will reimburse us as soon as practicable for such part of the Deductible we paid.

## SECTION VI – EXTENDED REPORTING PERIODS

1. We will provide one or more Extended Reporting Periods, as described below, if:

   a. This Coverage Part is canceled or not renewed for any reason except non-payment of the premium; or

   b. We renew or replace this Coverage Part with insurance that:

      (1) Has a Retroactive Date later than the date shown in the Declarations of this Coverage Part; or

      (2) Does not apply to **error or omission** on a claims made basis.

2. Extended Reporting Periods do not extend the policy period or change the scope of coverage provided. They apply only to **claims** for **errors or omissions** that take place after the Retroactive Date, if any, shown in the Declarations and before the end of the policy period. Once in effect, Extended Reporting Periods may not be canceled.

3. A Basic Extended Reporting Period is automatically provided without additional charge. This period starts with the end of the policy period and lasts for 60 days after the end of the policy period.

   The Basic Extended Reporting Period does not apply to **claims** that are covered under any subsequent insurance you purchase, or that would be covered but for exhaustion of the amount of insurance applicable to such **claims**.

4. A Supplemental Extended Reporting Period is available for terms of 60 months or unlimited duration, but only by an endorsement and for an extra charge. This supplemental period starts 60 days after the end of the policy period.

   You must give us a written request for the endorsement, specifying which term is desired, within 60 days after the end of the policy period. The Supplemental Extended Reporting Period will not go into effect unless the insured pays the additional premium promptly when due.

   We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

   a. The exposures insured;

   b. Previous types and amounts of insurance;

   c. Limits of Insurance available under this Coverage Part for future payments of damages; and

   d. Other related factors.

Contains copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright 2007, OneBeacon Insurance Group

ASIC000237   Exhibit 3

The additional premium will not exceed 200% of the annual premium for this Coverage Part.

The endorsement shall set forth the terms, not inconsistent with this Section, applicable to the Supplemental Extended Reporting Period.

The Supplemental Extended Reporting Period does not apply to **claims** that are covered under any subsequent insurance you purchase, or that would be covered but for exhaustion of the amount of insurance applicable to such **claims**.

5. Extended Reporting Periods do not reinstate or increase the Limits of Insurance applicable to any **claim** to which this coverage form applies.

6. If we cancel or non-renew this coverage form, we will include with the notice of cancellation or non-renewal a Notice To Our Policyholder in which we will advise the insured of the availability of the Supplemental Extended Reporting Period, the additional premium charge of the Supplemental Extended Reporting Period and the importance of purchasing the Supplemental Extended Reporting Period option.

If the insured cancels or non-renews this coverage form or if we agree to renew subject to specific conditions; we will provide the insured with the Notice To Our Policyholder described above within 30 days of the effective date of policy termination or conditional renewal.

## SECTION VII – DEFINITIONS

1. **Advertisement** means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purpose of this definition:

   a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   b. Only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. **Claim** means any written demand for money or services, **suit**, or threat to institute a **suit** based on an actual or alleged **error or omission**.

3. **Coverage territory** means anywhere in the world.

4. **Defense costs** means fees incurred by an attorney we designate; and all other reasonable fees, costs and expenses resulting from the investigation, adjustment, defense and appeal of a **claim** or **suit**. Such fees, costs and expenses must be incurred by us; an attorney we designate; or by the insured with our consent. **Defense costs** includes up to $1,500 per day in actual lost earnings incurred by the insured due to time taken off from work at our request and in support of our investigation, adjustment or defense or appeal of a **claim** or **suit**.

5. **Employee** includes a **leased worker** or an **individual contracted worker**. **Employee** does not include a **temporary worker**.

6. **Error or omission** means any negligent act, error or omission committed by you in the conduct of your business resulting in the failure of **your technology offerings** to perform the function or serve the purpose intended.

7. **Executive officer** means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

8. **Individual contracted worker** means an individual person hired under contract by you for a specific task, but only while acting within the scope of their duties for you and performing duties related to the conduct of your business under your direction.

9. **Leased worker** means a person leased to you by a labor leasing firm, under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. **Leased worker** does not include a **temporary worker**.

10. **Nuclear facility** means:

    a. Any **nuclear reactor**;

    b. Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing spent fuel, or (3) handling, processing or packaging waste;

    c. Any equipment or device used for the processing, fabricating or alloying of special nuclear material if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combinations thereof, or more than 250 grams of uranium 235;

Contains copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright 2007, OneBeacon Insurance Group
APR 001 06 07

ASIC000238   Exhibit 3

    **d.** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of, waste, and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

**11. Nuclear reactor** means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

**12. Series of related errors or omissions** means two or more **errors or omissions** that have a common connection by reason of fact, circumstance, transaction or event.

**13. Suit** means a civil proceeding seeking damages based on an alleged **error or omission** to which this insurance applies. **Suit** includes:

    **a.** An arbitration proceeding in which such damages are alleged to which you must submit, or one to which you may submit with our consent.

    **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**14. Temporary worker** means a person who is furnished to you to substitute for a permanent **employee** on leave or to meet seasonal or short-term workload conditions.

**15. Your products** means goods, programs, designs, products, services or components which you or others trading under your name manufactured, sold, handled, or distributed.

    **Your products** includes:

    **a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of **your products**; and

    **b.** The providing of or failure to provide warnings or instructions.

**16. Your technology offerings** means **your products** and **your work**.

**17. Your work** means work, service or operations performed by you or on your behalf for others including:

    **a.** Analyzing, designing, integrating, maintaining, processing, programming, providing repairing or servicing software, programs or systems; or

    **b.** Analyzing, designing or maintaining any communications network, web site or internet operation; or

    **c.** Managing or processing data or other information that is in electronic form; or

    **d.** Consulting, staffing, training and other support services related to **your technology offerings**; or

    **e.** Materials, parts or equipment furnished in connection with such work.

    **Your work** includes;

    **a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of **your work**; and

    **b.** The providing of or failure to provide warnings and instructions.

## SECTION VIII – CONDITIONS

The following conditions apply in addition to the Common Policy Conditions. In case of conflict between these conditions and the Common Policy Conditions, these conditions shall apply as respects this Coverage Part.

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties in the Event of Error or Omission, Claim, or Suit**

    **a.** When you become aware of an **error or omission**, you must see to it that we are notified as soon as practicable of the **error or omission**. The notice must include:

        **(1)** How, when and where the **error or omission** took place;

        **(2)** The names and addresses of any injured persons and witnesses; and

        **(3)** The nature and location of any damage arising out of the **error or omission**.

    Notice of an **error or omission** is not notice of a **claim**. However, any **claim** resulting from the circumstances described in a notice of an **error or omission** will be deemed to have been made on the date we receive such notice.

Contains copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright 2007, OneBeacon Insurance Group

ASIC000239   Exhibit 3

**b.** If a **claim** is made or **suit** is brought against any insured, you must:

    **(1)** Immediately record the specifics of the **claim** or **suit** and the date received; and

    **(2)** See to it we receive written notice of the **claim** or **suit** as soon as practicable;

    **(3)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the **claim** or **suit**;

    **(4)** Authorize us to obtain records and other information relating to the **claim** or **suit**;

    **(5)** Cooperate with us in the investigation, settlement or defense of the **claim** or **suit**; and

    **(6)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to an insured for the covered damages which we paid in the **claim** or **suit** to which this insurance may also apply.

**c.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, incur any expense, or settle any **claim** or **suit**, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this coverage form:

**a.** To join us as a party or otherwise bring us into a **suit** asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial, but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this Coverage Part, our obligations are limited as follows:

**a. Excess Insurance**

This insurance is excess over any other collectible insurance, whether primary, excess, contingent or on any other basis, including insurance that is effective prior to the beginning of the policy period shown in the Declarations of this insurance and applies to **errors or omissions** on other than a **claims** made basis.

We will have no duty to defend the insured against any **claim** or **suit** if any other insurer has a duty to defend the insured against that **claim** or **suit**. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

We will pay only our share of the amount of the **claim** or **suit**, if any, that exceeds the sum of:

    **(1)** The total amount that all such other insurance would pay for in the absence of this insurance; and

    **(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining amount, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**b. Non Accumulation of Limits**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same **claim**, the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this coverage form.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

Contains copyrighted material of Insurance Services Office, Inc, with its permission.
Copyright 2007, OneBeacon Insurance Group

APR 001 06 07

ASIC000240   Exhibit 3

6. **Representations**

By accepting this policy, you agree:

   **a.** The statements in the Declarations are accurate and complete;

   **b.** Those statements are based upon representations you made to us; and

   **c.** We have issued this policy in reliance upon your representations, documentation, data and other material you have furnished us.

7. **Separation of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

   **a.** As if each Named Insured were the only Named Insured; and

   **b.** Separately to each insured against whom **claim** is made or **suit** is brought.

8. **Transfer of Rights of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring **suit** or transfer those rights to us and help us enforce them. Any recovery will be paid first to us until all amounts we have spent on a **claim** or **suit** have been reimbursed. The insured expressly waives the right to be made whole by any such recovery.

ASIC000241   Exhibit 3
Page 241 of 303

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TECHNOLOGY ERRORS OR OMISSIONS – THIRD PARTY PRODUCT RECALL EXPENSE COVERAGE

This endorsement modifies insurance provided under the following:

TECHNOLOGY ERRORS OR OMISSIONS COVERAGE FORM

In Section **I – COVERAGES**, paragraph **2.** the **Product Recall** exclusion is replaced by the following:

**PRODUCT RECALL**

**A.** The withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) **Your products**;

(2) Any property on which **your work** was performed; or

(3) Impaired property, meaning tangible property other than **your technology offerings**, that cannot be used or is less useful because:

(a) It incorporates **your technology offerings** that is known or thought to be defective, deficient, or inadequate; or

(b) You have failed to fulfill the terms of a contract or agreement;

If such property can be restored to use by:

(i) The repair, replacement, adjustment or removal of **your technology offerings**, or

(ii) Your fulfilling the terms of the contract or agreement;

If such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, or inadequacy in **your technology offerings** or impaired property.

However, we will not apply this exclusion to claims by third parties for loss of use resulting from the withdrawal, recall, inspection, repair, replacement, adjustment or removal of **your technology offerings**.

**B.** If the phrase "**Third Party Product Recall Expense Coverage Included**" appears in the Declarations, the Product Recall exclusion is deleted. However, the "**Third Party Product Recall Expense Limit of Insurance**" shown in the Declarations is the most we will pay for this "**Third Party Product Recall Expense Coverage**" as defined above.

Contains copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright 2006, OneBeacon Insurance Group
MANUSCRIPTED

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# OREGON CHANGES – TECHNOLOGY ERRORS OR OMISSIONS COVERAGE

This endorsement modifies insurance provided under the following:

TECHNOLOGY ERRORS OR OMISSIONS COVERAGE FORM

**A.** Section **IV – Supplementary Payments** paragraph **1.c.** is replaced by the following:

  **1.** We will pay, with respect to any **claim** we investigate or settle, or any **suit** against an insured we defend:

   **c.** All costs, not including **defense costs**, taxed against the insured in a suit. However, if settlement is not made within six months from the date proof of loss is filed with us and an action is brought in any court of this state, and the plaintiff's recovery exceeds the amount of any tender made by the defendant in such action, a reasonable amount to be fixed by the court as attorney fees shall be taxed as part of the costs of the action and any appeal thereon.

**B.** In Section **VIII – Conditions**, the **Bankruptcy** condition is deleted and replaced by the following:

  **Bankruptcy**

  Bankruptcy or insolvency of the insured or the insured's estate will not relieve us of our obligations under this Coverage Part. If any person or legal representative of the person obtains final judgment against the insured because of an **error or omission**, and execution of such judgment is returned unsatisfied by reason of bankruptcy, insolvency or any other cause; or if such judgment is not satisfied within 30 days after it is rendered, then such person or legal representatives of the person may proceed against us to recover the amount of such judgment, either at law or in equity, but not exceeding the applicable limit of insurance.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2006, OneBeacon Insurance Group
MANUSCRIPTED

ASIC000243   Exhibit 3
Page 243 of 303

# OREGON AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
TRUCKERS COVERAGE FORM

The CANCELLATION Common Policy Condition:

1. If you are an individual and a covered "auto" you own is of the "private passenger type" and the policy covers fewer than five "autos," the following Condition applies

   **ENDING THIS POLICY**

   **a. Cancellation**

   (1) You may cancel the policy by returning it to us by giving us advance notice of the date cancellation is to take effect.

   (2) When this policy is in effect less than 60 days and is not a renewal or continuation policy, we may cancel for any reason. If we cancel for nonpayment of premium, we will mail you at least 15 days written notice. If we cancel for any other reason, we will mail you at least 45 days written notice.

   (3) When this policy is in effect 60 days or more or is a renewal or continuation policy, we may cancel only for one or more of the reasons listed below. If we cancel for nonpayment of premium we will mail you at least 15 days written notice of cancellation stating the reason for cancellation. If we cancel for any other reason, we will mail you at least 45 days written notice of cancellation stating the reason for cancellation.

     (a) Nonpayment of premium.

     (b) Fraud or misrepresentation affecting the policy or in the presentation of a claim under the policy, or violation of any of the terms or conditions of the policy.

     (c) Your driver's license or that of a driver who lives with you or customarily uses the covered "auto" has been suspended or revoked during the policy period, or, if the policy is a renewal, during its policy period or the 180 days immediately preceding its effective date.

   But if this policy has been written for a period of more than a year or without a fixed expiration date, we may cancel at an anniversary of its original effective date for any reason. If we cancel, we will mail you at least 45 days notice.

   (4) Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

   (5) If this policy is cancelled, we will send you any premium refund due. If we cancel, the refund will be computed pro rata. If you cancel, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

   **b. Nonrenewal**

   (1) If we decide not to renew or continue this policy we will mail or deliver to you written notice of nonrenewal stating the reason for nonrenewal at least 45 days before the end of the period. If we offer to renew or continue at least 20 days before the end of the policy period and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium by the end of the policy period shall mean that you have not accepted our offer.

   (2) If we fail to mail proper notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

**ACA 82 10 89**

MANUSCRIPTED

**MAILING OF NOTICES**

We will mail first class or deliver our notice of cancellation or nonrenewal to your last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

2. For all other policies not described in paragraph 1. above:

   a. Paragraph 2. of the CANCELLATION Common Policy Condition is replaced by the following:

      **2.a.** If this policy has been in effect for fewer than 60 days and is not a renewal policy, we may cancel for any reason.

      **b.** If this policy has been in effect for 60 days or more or is a renewal policy, we may cancel only for one or more of the following reasons:

         **(1)** Nonpayment of premium;

         **(2)** Fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy or in presenting a claim under the policy;

         **(3)** Substantial increase in the risk of loss after insurance coverage has been issued or renewed, including but not limited to an increase in exposure due to rules, legislation or court decision;

         **(4)** Substantial breach of contractual duties, conditions or warranties;

         **(5)** Determination by the commissioner that the continuation of a line of insurance or class of business to which the policy belongs will jeopardize our solvency or will place us in violation of the insurance laws of Oregon or any other state;

         **(6)** Loss or decrease in reinsurance covering the risk; or

         **(7)** Any other reason approved by the commissioner by rule.

      c. We will mail or deliver to the first Named Insured written notice of cancellation, stating the reason for cancellation. Cancellation will not be effective until at lest 15 working days after the first Named Insured receives our notice.

   b. Paragraph 6. of the CANCELLATION Common Policy Condition does not apply.

   c. The following are added and supersede any provision to the contrary:

1. **NONRENEWAL**

   We may elect not to renew this policy by mailing or delivering to the first Named Insured, at the last mailing address known to us, written notice of nonrenewal before the:

   a. Expiration date of the policy; or

   b. Anniversary date of the policy if the policy is written for a term of more than one year or without a fixed expiration date.

   However, if this policy is issued for a term of more than one year and for additional consideration the premium is guaranteed, we may not refuse to renew the policy at its anniversary date.

   Nonrenewal will not be effective until at least 45 days after the first Named Insured receives our notice.

2. **MAILING OF NOTICES**

   If notice of cancellation or nonrenewal is mailed, a post office certificate of mailing will be conclusive proof that the first Named Insured received the notice on the third calendar day after the date of the certificate of mailing.



**OneBeacon America Insurance Company**

1051 Texas Street
Salem, VA 24153

# OREGON INSURANCE DEPARTMENT BULLETIN INS 93-3 POLICYHOLDER NOTICE

### CONDITION FOR RECOVERY

RIGHTS AND RESPONSIBILITIES of the insured when submitting a claim covered by the policy for damage to the insured's vehicle.

The insured must give the company or one of our agents written notice of the accident or loss as soon as reasonably possible.

When there is a loss covered by the policy, the insured shall:

- make a prompt report to the police when the loss is the result of theft or larceny.
- protect the damaged vehicle – we will pay any reasonable expense to do it.
- show us the damage if we ask.

The insured shall cooperate with the company.

The insured has the right to receive the reasonable cost of repairs for claims covered by the policy.

Oregon law states:

An insurer shall not require that a particular person make the repairs to the insured's motor vehicle as a condition for recovery by the insured under a motor vehicle liability insurance policy.

The policy contract contains the complete statement of rights and responsibilities of both the insured and the company.

ACA 131 09 94                    MANUSCRIPTED

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|--------|---------------------|---|
| 1 | Any "Auto" | |
| 2 | Owned "Autos" Only | Only those "autos" you own (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 3 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 4 | Owned "Autos" Other Then Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| 5 | Owned "Autos" Subject To No-Fault | Only those "autos" you own that are required to have No-Fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have No-Fault benefits in the state where they are licensed or principally garaged. |
| 6 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 7 | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| 8 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 9 | Nonowned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs. |

ASIC000247   Exhibit 3
Page 247 of 303

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **1, 2, 3, 4, 5** or **6** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

**SECTION II – LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

**1. Who Is An Insured**

The following are "insureds":

   a. You for any covered "auto".

   b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

      (1) The owner or anyone else from whom you hire or borrow a covered "auto". This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

      (2) Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

      (3) Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

      (4) Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company), or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

      (5) A partner (if you are a partnership), or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

© ISO Properties, Inc., 2000

CA 00 01 10 01

ASIC000248   Exhibit 3
Page 248 of 303

c. Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

2. **Coverage Extensions**

a. **Supplementary Payments**

In addition to the Limit of Insurance, we will pay for the "insured":

(1) All expenses we incur.

(2) Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

(3) The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

(4) All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

(5) All costs taxed against the "insured" in any "suit" against the "insured" we defend.

(6) All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

b. **Out-Of-State Coverage Extensions**

While a covered "auto" is away from the state where it is licensed we will:

(1) Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

(2) Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

B. **Exclusions**

This insurance does not apply to any of the following:

1. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

2. **Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

a. Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

b. That the "insured" would have in the absence of the contract or agreement.

3. **Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

4. **Employee Indemnification And Employer's Liability**

"Bodily injury" to:

a. An "employee" of the "insured" arising out of and in the course of:

(1) Employment by the insured"; or

(2) Performing the duties related to the conduct of the "insured's" business; or

b. The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

(1) Whether the "insured" may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation

ASIC000249   Exhibit 3
Page 249 of 303

benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraphs **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

**(1)** When all of the work called for in your contract has been completed.

**(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

**(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases

© ISO Properties, Inc., 2000

CA 00 01 10 01

or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined, resulting from any one "accident" is the Limit of Insurance for Liability Coverage shown in the Declarations.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage Endorsement, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**SECTION III – PHYSICAL DAMAGE COVERAGE**

**A. Coverage**

**1.** We will pay for "loss" to a covered "auto" or its equipment under:

**a. Comprehensive Coverage**

From any cause except:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**b. Specified Causes Of Loss Coverage**

Caused by:

**(1)** Fire, lightning or explosion;

**(2)** Theft;

**(3)** Windstorm, hail or earthquake;

**(4)** Flood;

**(5)** Mischief or vandalism; or

**(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

**c. Collision Coverage**

Caused by:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**2. Towing**

We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled.

ASIC000251   Exhibit 3
Page 251 of 303

However, the labor must be performed at the place of disablement.

**3. Glass Breakage – Hitting A Bird Or Animal – Falling Objects or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

**a.** Glass breakage;

**b.** "Loss" caused by hitting a bird or animal; and

**c.** "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**4. Coverage Extension**

**a. Transportation Expenses**

We will pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

**b. Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

**(1)** Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

**(2)** Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

**(3)** Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**B. Exclusions**

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**a. Nuclear Hazard**

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War Or Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

**3.** We will not pay for "loss" caused by or resulting from any of the following unless caused by other "loss" that is covered by this insurance:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

© ISO Properties, Inc., 2000

CA 00 01 10 01

ASIC000252   Exhibit 3
Page 252 of 303

4. We will not pay for "loss" to any of the following:

   a. Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

   b. Any device designed or used to detect speed measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed measurement equipment.

   c. Any electronic equipment, without regard to whether this equipment is permanently installed, that receives or transmits audio, visual or data signals and that is not designed solely for the reproduction of sound.

   d. Any accessories used with the electronic equipment described in Paragraph **c.** above.

   Exclusions **4.c.** and **4.d.** do not apply to:

   a. Equipment designed solely for the reproduction of sound and accessories used with such equipment, provided such equipment is permanently installed in the covered "auto" at the time of the "loss" or such equipment is removable from a housing unit which is permanently installed in the covered "auto" at the time of the "loss", and such equipment is designed to be solely operated by use of the power from the "auto's" electrical system, in or upon the covered "auto"; or

   b. Any other electronic equipment that is:

      (1) Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system; or

      (2) An integral part of the same unit housing any sound reproducing equipment described in **a.** above and permanently installed in the opening of the dash or console of the covered "auto" normally used by the manufacturer for installation of a radio.

5. We will not pay for "loss" to a covered "auto" due to "diminution in value".

**C. Limit Of Insurance**

1. The most we will pay for "loss" in any one "accident" is the lesser of:

   a. The actual cash value of the damaged or stolen property as of the time of the "loss"; or

   b. The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

2. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

3. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**SECTION IV – BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

1. **Appraisal For Physical Damage Loss**

   If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   If we submit to an appraisal, we will still retain our right to deny the claim.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss**

   We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

   a. In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

ASIC000253  Exhibit 3
Page 253 of 303

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment – Physical Damage Coverages**

At our option we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceal or misrepresent a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

© ISO Properties, Inc., 2000
CA 00 01 10 01

ASIC000254   Exhibit 3

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own.

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**a.** The United States of America;

**b.** The territories and possessions of the United States of America;

**c.** Puerto Rico;

**d.** Canada; and

**e.** Anywhere in the world if:

**(1)** A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

**(2)** The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by

ASIC000255   Exhibit 3
Page 255 of 303

us or any company affiliated with us apply to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION V – DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means a land motor vehicle, "trailer" or semitrailer designed for travel on public roads but does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement; or

**2.** Any claim or "suit" by or on behalf of a governmental authority demanding

that the "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured";

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

© ISO Properties, Inc., 2000

ASIC000256   Exhibit 3
Page 256 of 303

**H.** "Insured contract" means:

1. A lease of premises;

2. A sidetrack agreement;

3. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

4. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

5. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

6. That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

   An "insured contract" does not include that part of any contract or agreement:

   **a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing; or

   **b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

   **c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

1. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

2. Vehicles maintained for use solely on or next to premises you own or rent;

3. Vehicles that travel on crawler treads;

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   **a.** Power cranes, shovels, loaders, diggers or drills; or

   **b.** Road construction or resurfacing equipment such as graders, scrapers or rollers.

5. Vehicles not described in Paragraphs **1., 2., 3.,** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   **a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   **b.** Cherry pickers and similar devices used to raise or lower workers.

6. Vehicles not described in Paragraphs **1., 2., 3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **a.** Equipment designed primarily for:

   (1) Snow removal;

   (2) Road maintenance, but not construction or resurfacing; or

   (3) Street cleaning;

   **b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

ASIC000257   Exhibit 3
Page 257 of 303

**c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well servicing equipment.

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

**1.** Damages because of "bodily injury" or "property damage"; or

**2.** A "covered pollution cost or expense",

to which this insurance applies, are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

© ISO Properties, Inc., 2000

CA 00 01 10 01

ASIC000258   Exhibit 3
Page 258 of 303

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA WAR EXCLUSION

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Liability Coverage**

The War exclusion under Paragraph **B. Exclusions** of **Section II – Liability Coverage** is replaced by the following:

**WAR**

"Bodily injury", "property damage" or "covered pollution cost or expense" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**B. Changes In Garagekeepers Coverage**

If the Garagekeepers Coverage endorsement or the Garagekeepers Coverage – Customers' Sound Receiving Equipment endorsement is attached, the following exclusion is added:

We will not pay for "loss" caused by or resulting from the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss":

**WAR**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**C. Changes In Auto Medical Payments**

If the Auto Medical Payments Coverage endorsement is attached, then Exclusion **C.6.** is replaced by the following:

**6.** "Bodily injury" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Changes In Uninsured Motorists Coverage**

If Uninsured Motorists Coverage is attached, then the following exclusion is added:

This insurance does not apply to:

**WAR**

**1.** "Bodily injury" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

CA 00 45 03 03

© ISO Properties, Inc., 2003

MANUSCRIPTED

ASIC000259   Exhibit 3

    **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**E. Changes In Single Interest Automobile Physical Damage Insurance Policy**

The War exclusion is replaced by the following:

    **a.** War, including undeclared or civil war;

    **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

© ISO Properties, Inc., 2003

**CA 00 45 03 03**     o

ASIC000260   Exhibit 3

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Florida, this endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Physical Damage Coverage** is changed as follows:

1. No deductible applies under Specified Causes of Loss or Comprehensive coverage for "loss" to glass used in the windshield.

2. All other **Physical Damage Coverage** Provisions will apply.

3. Paragraph **1.** of **Loss Conditions, Appraisal For Physical Damage Loss,** is replaced by the following:

   1. **Appraisal For Physical Damage Loss**

      If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". Upon notice of a demand for appraisal, the opposing party may, prior to appraisal, demand mediation of the dispute in accordance with the Mediation provision contained in this endorsement. The mediation must be completed before a demand for appraisal can be made. In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

      a. Pay its chosen appraiser; and

      b. Bear the other expenses of the appraisal and umpire equally.

      If we submit to an appraisal, we will still retain our right to deny the claim.

**B.** The following condition is added to the **General Conditions:**

**B. Mediation**

1. In any claim filed by an "insured" with us for:

   a. "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto";

   b. "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto", or

   c. "Loss" to a covered "auto" or its equipment, in any amount.

   either party may make a written demand for mediation of the claim prior to the institution of litigation.

2. A written request for mediation must be filed with the Florida Department of Insurance on an approved form, which may be obtained from the Florida Department of Insurance.

3. The request must state:

   a. Why mediation is being requested.

   b. The issues in dispute, which are to be mediated.

4. The Florida Department of Insurance will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be

ASIC000261   Exhibit 3
Page 261 of 303

held by telephone if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

5. Only one mediation may be requested for each claim unless all parties agree

to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

6. The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

© ISO Properties, Inc., 2002

**CA 01 28 02 03**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OREGON CHANGES

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Liability Coverage**

1. Paragraph **a.(2)(d)** of the **Who Is An Insured** Provision in **Section II – Liability Coverage** of the Garage Coverage Form is replaced by the following:

    **(d)** Your customers. However, if a customer of yours:

    **(i)** Has no other available insurance (whether primary, excess or contingent), they are an "insured" but only up to the following minimum limits specified by the Oregon financial responsibility law:

    **(A)** $60,000 for each "accident", which is the minimum combined single limit of liability; or

    **(B)** $25,000/50,000/10,000 for each "accident", which is the minimum split limits of liability.

    **(ii)** Has other available insurance (whether primary, excess or contingent) less than the following minimum limits specified by the Oregon financial responsibility law, they are an "insured" only for the amount by which such limits exceed the limit of their other insurance:

    **(A)** $60,000 for each "accident", which is the minimum combined single limit of liability; or

    **(B)** $25,000/50,000 for each "accident", which is the minimum split limits of liability.

2. Paragraph **b.(1)** of the **Out-Of-State Coverage Extensions** in **Section II – Liability Coverage** of the Business Auto, Garage, Motor Carrier and Truckers Coverage Forms is replaced by the following:

    **(1)** Increase the Limit of Insurance for Liability Coverage to meet the minimum limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used, but this does not apply to any law governing motor carriers of passengers or property.

3. The following is added to the **Limit Of Insurance** Provision in **Section II – Liability Coverage** of the Business Auto, Motor Carrier and Truckers Coverage Forms and **Section II – Liability Coverage, Paragraph C.2. Limit Of Insurance – "Garage Operations" – Covered "Autos"** of the Garage Coverage Form:

    We will provide primary insurance for a vehicle which you do not own if such vehicle is owned by a self-insurer as qualified under the Oregon Financial Responsibility Law.

**B. Changes In Conditions**

1. The **Appraisal For Physical Damage Loss** Condition is replaced by the following:

    If you and we disagree on the amount of "loss", both parties may agree to an appraisal of the "loss" and to be bound by

© ISO Properties, Inc., 2007
MANUSCRIPTED

ASIC000263   Exhibit 3
Page 263 of 303

the results of that appraisal. If both parties so agree, then each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2.** The **Concealment, Misrepresentation Or Fraud** General Condition is replaced by the following:

**a.** Subject to Paragraphs **b.** and **c.** below, we will retain the right to deny a claim made by the insured or any other person if, whether before or after a loss, you have willfully concealed or misrepresented any material fact or circumstance concerning this insurance or the subject of it, or your interest in it, or in case of any fraud or false swearing by you relating to it.

**b.** All statements made by you or on your behalf, in the absence of fraud, will be deemed representations and not warranties. No such statements that arise from an error in the application will be used in defense of a claim under this policy unless:

**(1)** The statements are contained in a written application; and

**(2)** A copy of the application is endorsed upon or attached to this policy when issued.

**c.** In order to use any representation made by you or on your behalf in defense of a claim under the policy, we must show that the representations are material and that we relied on them.

**3.** The following is added to the **General Conditions** of the **Other Insurance** Provisions of the Business Auto and Garage Coverage Forms and the **Other Insurance – Primary And Excess Insurance Provisions** of the Motor Carrier and Truckers Coverage Forms:

When coverage provided under a certificate of self-insurance is available, any motor vehicle liability insurance coverage we provide will be on a primary basis unless otherwise agreed to by the self-insurer.

© ISO Properties, Inc., 2007

CA 01 49 01 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to the coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** Paragraph **A.2.b.** of the Common Policy Conditions, **Cancellation,** is changed to read as follows:

    **b.** 45 days before the effective date of cancellation if we cancel for any other reason. The notice of cancellation will state the reason(s) for the cancellation.

**B.** Paragraph **A.5.** of the Common Policy Conditions, **Cancellation,** is replaced by the following:

    **5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

    If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will refund any premium within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

    The cancellation will be effective even if we have not made or offered a refund.

**C.** The following is added to Paragraph **A.** of the Common Policy Conditions, **Cancellation:**

    **7.** If this policy provides Personal Injury Protection and Liability Coverage in accordance with Section 627.7275 of the Florida Insurance Law, and:

    **a.** It is a new or renewal policy, it may not be cancelled by the first Named Insured during the first 60 days following the date of issuance or renewal, except for one of the following reasons:

      **(1)** The covered "auto" is completely destroyed such that it is no longer operable;

      **(2)** Ownership of the covered "auto" is transferred; or

      **(3)** The Named Insured has purchased another policy covering the motor vehicle insured under this policy.

    **b.** It is a new policy, we may not cancel for nonpayment of premium during the first 60 days following the date of policy issuance unless a check used to pay us is dishonored for any reason.

**D.** The following Condition is added:

**NONRENEWAL**

    **1.** If we decide not to renew or continue this policy, we will mail you notice at least 45 days before the end of the policy period. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

    **2.** If we fail to mail proper notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

    **3.** Notice of nonrenewal will state the reason(s) for the nonrenewal and the effective date of nonrenewal. The policy period will end on that date.

© ISO Properties, Inc., 2006
MANUSCRIPTED

ASIC000265   Exhibit 3

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM ABOVE MINIMUM STATUTORY LIMITS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A. The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, are enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   a. That involve the following or preparation for the following:

      (1) Use or threat of force or violence; or

      (2) Commission or threat of a dangerous act; or

      (3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   b. When one or both of the following applies:

      (1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      (2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal injury",

"personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

B. Except with respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded, regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

© ISO Properties, Inc., 2004
MANUSCRIPTED

ASIC000266   Exhibit 3

5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

6. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   a. Physical injury that involves a substantial risk of death; or

   b. Protracted and obvious physical disfigurement; or

   c. Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **B.5.** and **B.6.** are exceeded.

With respect to this Exclusion, Paragraphs **B.5.** and **B.6.** describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

However, with respect to Liability and Personal Injury Protection Coverage, if applicable, this Exclusion applies only to the extent that the limit of such coverage exceeds the state compulsory or financial responsibility law minimum limits for each coverage.

With respect to Uninsured and/or Underinsured Motorists Coverage, if applicable, this Exclusion applies only to the extent that the limit of such coverage exceeds the minimum statutory permitted limits for Uninsured and/or Underinsured Motorists Coverage. Those limits are equal to the minimum limit permitted for Liability Coverage.

C. With respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

## EXCLUSION OF TERRORISM

We will not pay for any "loss", loss of use or rental reimbursement after "loss" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold in Paragraph **C.5.** is exceeded.

© ISO Properties, Inc., 2004
CA 23 86 01 06

ASIC000267   Exhibit 3
Page 267 of 303

With respect to this Exclusion, Paragraph **C.5.** describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**D.** In the event of any incident of "terrorism" that is not subject to the Exclusion in Paragraphs **B.** or **C.**, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

**ASIC000268**    Exhibit 3
Page 268 of 303

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

**B. Who Is An Insured**

1. You while "occupying" or, while a pedestrian, when struck by an "auto".

2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

**C. Exclusions**

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not

entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

6. "Bodily injury" caused by declared or undeclared war or insurrection or any of their consequences.

7. "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

8. "Bodily Injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

**D. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

Copyright, Insurance Services Office, Inc., 1996
MANUSCRIPTED

ASIC000269   Exhibit 3

**E. Changes In Conditions**

The Conditions are changed for Auto Medical Payments Coverage as follows:

**1.** The Transfer Of Rights Of Recovery Against Others To Us Condition does not apply.

**2.** The reference in Other Insurance in the Business Auto and Garage Coverage Forms and Other Insurance – Primary And Excess Insurance Provisions in the Truckers and Motor Carrier Coverage Forms to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

Copyright, Insurance Services Office, Inc., 1996

**CA 99 03 07 97**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# @VANTAGE FOR AUTOMOBILE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

The following schedule lists the coverage extensions provided by this endorsement. Refer to the individual provisions to determine the extent of your coverage.

| SCHEDULE OF COVERAGE EXTENSIONS | | | |
|---|---|---|---|
| 1. | Additional Insured By Contract | 11. | Extra Expense – Broadened Coverage |
| 2. | Airbag Discharge | 12. | Fellow Employee Exclusion |
| 3. | Auto Theft Reward | 13. | Glass Repair – Waiver of Deductible |
| 4. | Blanket Waiver of Subrogation | 14. | Hired Auto Physical Damage Coverage |
| 5. | Bodily Injury Redefined – Mental Anguish | 15. | Hired Auto – Worldwide Coverage Territory |
| 6. | Broad Form Named Insured | 16. | Lease Gap Coverage |
| 7. | Communications Equipment | 17. | Liability Coverage – Supplementary Payments |
| 8. | Drive Other Car – Executive Officers | 18. | Newly Formed or Acquired Organizations |
| 9. | Duties In The Event of Accident, Claim, Suit or Loss | 19. | Physical Damage – Transportation Expenses |
| 10. | Employees As Insureds | 20. | Towing – Any Auto |

**1. ADDITIONAL INSURED BY CONTRACT**

The **Who Is An Insured** provision under **SECTION II – LIABILITY COVERAGE** is amended to include as an additional insured any person or organization with whom you agreed in a written contract, written agreement or permit, to provide insurance such as is afforded under this Coverage Form. Such person or organization is an insured only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part by your maintenance, operation or use of your covered "autos".

With respect to the insurance afforded to these additional insureds, this insurance does not apply:

**a.** Unless the written contract or agreement has been executed or the permit has been issued prior to the "bodily injury" or "property damage";

**b.** To any person or organization included as an insured by endorsement or in the Declarations, or

**c.** To any lessor of "autos" when their contract or agreement with you for such leased "auto" ends.

**2. AIRBAG DISCHARGE**

If you purchased physical damage coverage for a covered "auto" under this policy, we will pay to reset or replace an airbag that accidentally discharges without the vehicle being involved in an accident. No deductible applies to this additional coverage. However, this coverage only applies if the airbag is not covered under a manufacturer's warranty and you did not intentionally cause the airbag to discharge.

**3. AUTO THEFT REWARD**

We will pay up to a $2,000 reward in the event of a covered loss, for information leading to the arrest and conviction of anyone stealing a covered "auto". A reward will not be paid to you, a family member, employee or any public official while performing their duty.

**4. BLANKET WAIVER OF SUBROGATION**

The **Transfer Of Rights Of Recovery Against Others To Us** condition under **SECTION IV – LOSS CONDITIONS** is replaced by the following:

We will waive any right of recovery we may have against any person or organization because of payments we make for injury or damage arising out of the operation of a covered "auto" when you have assumed liability for such "bodily injury" or "property damage" under an "insured contract", provided the contract is in writing and executed prior to the "bodily injury" or "property damage".

**5. BODILY INJURY REDEFINED – MENTAL ANGUISH**

The definition of "bodily injury" under **SECTION V – DEFINITIONS** is replaced by the following:

"Bodily injury" means bodily injury, sickness, or disease sustained by a person, including mental anguish or death resulting from any of these at any time.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group
MANUSCRIPTED

6. **BROAD FORM NAMED INSURED**

   a. The **Who Is An Insured** provision under **SECTION II – LIABILITY COVERAGE** is amended to include the following:

     Any organization which is a legally incorporated entity in which you own a financial interest of more than 50% of the voting stock on the effective date of this Coverage Form will be a Named Insured until the 180th day or the end of the policy period whichever comes first, provided there is no other similar insurance available to that organization.

   b. Paragraph **a.** of this provision **6.** does not apply to "bodily injury" or "property damage" for which an "insured" is also an insured under any other automobile policy or would be an insured under such a policy, but for its termination or the exhaustion of its limit of insurance.

7. **COMMUNICATIONS EQUIPMENT**

   a. The exclusion for electronic equipment under Exclusions of **SECTION III – PHYSICAL DAMAGE COVERAGE** does not apply to loss of any permanently installed, non-removable communications equipment designed for use as a:

     1. Citizen's band radio;

     2. Two-way mobile radio or telephone;

     3. Scanning monitor receiver, or

     4. GPS Navigation System

     including its antenna and other accessories.

   b. No Deductible applies to this additional coverage.

   c. The most we will pay for this coverage is $2,000 per occurrence.

8. **DRIVE OTHER CAR – EXECUTIVE OFFICERS**

   a. The **Who Is An Insured** provision under **SECTION II – LIABILITY COVERAGE** is amended to include:

     If you are designated in the Declarations as:

     1. An individual; you and your spouse.

     2. A partnership; your partners and their spouses.

     3. An organization other than an individual or a partnership; you "executive officers" and their spouses.

   b. **SECTION II – LIABILITY COVERAGE** and **SECTION III – PHYSICAL DAMAGE COVERAGE** are extended to include "autos" you don't own, hire, lease or borrow while in the care, custody or control of an insured listed in **8.a.** This does not include any "auto":

     1. Owned by any insured listed in **8.a.**, or any member of their household, including any such "auto" that is owned but not insured;

     2. Used by an insured listed in **8.a.** while working in the business of selling servicing, repairing or parking autos; or,

     3. Insured under another policy of insurance.

     If Medical Payments, Uninsured/Underinsured Motorist, Personal Injury Protection or other compulsory coverages required by the governing jurisdiction are covered on this policy, then insureds listed in **8.a.** above and family members residing in the same households are "insureds" while:

     1. Occupying as a passenger, or

     2. A pedestrian when struck by

     any auto you do not own, hire, lease or borrow, except any auto owned by that insured listed in **8.a**, their family members or an auto insured under any other policy.

   c. The limits and deductibles applicable to this provision will be the largest applicable to any owned "auto" for the specific insurance.

   d. The following definition is added to **SECTION V – DEFINITIONS** of the policy:

     "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any similar governing document.

   e. The Other Insurance Condition, under **SECTION IV – BUSINESS AUTO CONDITIONS,** does not apply to the provisions of this Drive Other Car endorsement. There is no "other insurance" applicable to this endorsement.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCA 201 02 05

ASIC000272   Exhibit 3

9. **DUTIES IN THE EVENT OF ACCIDENT, CLAIM, SUIT OR LOSS**

Under **SECTION IV – BUSINESS AUTO CONDITIONS** – the **Duties In The Event Of Accident, Claim, Suit Or Loss** Condition is amended as follows:

The requirements that you must

a. notify us of an "accident" claim, "suit" or "loss" and

b. send us documents concerning a claim or "suit"

apply only when such "accident" claim, "suit" or "loss" is known to:

a. You, if you are an individual;

b. A partner, if you are a partnership;

c. An executive officer of the corporation or insurance manager, if you are a corporation; or

d. A manager, if you are a limited liability company.

10. **EMPLOYEES AS INSUREDS**

The **Who Is An Insured** provision under **SECTION II – LIABILITY COVERAGE** is changed by adding the following:

Any employee of yours while using a covered "auto" you don't own, hire or borrow in your business or your personal affairs. This coverage is excess over any other collectible insurance.

11. **EXTRA EXPENSE – BROADENED COVERAGE**

Under Paragraph **A.** of **SECTION III – PHYSICAL DAMAGE COVERAGE,** the following Coverage is added:

We will pay for the expense of returning a stolen covered "auto" to you subject to Paragraph **C. Limit Of Insurance**.

12. **FELLOW EMPLOYEE EXCLUSION**

The Fellow Employee exclusion under **SECTION II – LIABILITY COVERAGE** does not apply if the "bodily injury" results from the use of a covered "auto" you own or hire. This coverage is excess over any other insurance.

13. **GLASS REPAIR – WAIVER OF DEDUCTIBLE**

Under Paragraph **D. Deductible –** of **SECTION III – PHYSICAL DAMAGE COVERAGE,** the following is added:

No deductible applies to glass damage if the glass is repaired rather than replaced.

14. **HIRED AUTO – PHYSICAL DAMAGE COVERAGE**

If hired "autos" are covered "autos" under **SECTION II – LIABILITY COVERAGE** and if **Comprehensive, Specified Causes of Loss,** or **Collision** coverages are provided under this policy for any "auto" you own, then **SECTION III – PHYSICAL DAMAGE COVERAGE** is extended to "autos" you hire, subject to the following limit:

The most we will pay for "loss" to any hired "auto" is the lesser of:

a. $50,000,

b. The actual cash value, or

c. The cost of repairing or replacing it with other property of like kind or quality.

The deductible will be equal to the largest deductible applicable to any owned "auto" for that coverage. No deductible applies to "loss" caused by fire or lightning. Hired Auto Physical Damage coverage is excess over any other collectible insurance.

Subject to the above limit, deductible and excess provisions, we will provide coverage equal to the broadest coverage applicable to any covered "auto" you own.

We will also cover loss of use of the hired "auto" if the following conditions are met:

a. it results from an accident,

b. you are legally liable, and

c. the lessor incurs an actual financial loss.

The most we will pay for this loss of use coverage is $1,000 per "accident".

ASIC000273   Exhibit 3
Page 273 of 303

**15. HIRED AUTO – WORLDWIDE COVERAGE TERRITORY**

The definition of coverage territory in **General Conditions – Policy Period, Coverage Territory –** of **SECTION IV – BUSINESS AUTO CONDITIONS** is amended to add:

Anywhere in the world for autos hired for 30 days or less, provided that any "suit" is brought in the United States of America (including its territories and possessions), Puerto Rico or Canada.

**16. LEASE GAP COVERAGE**

Under Paragraph **C. Limit of Insurance –** of **SECTION III - PHYSICAL DAMAGE COVERAGE,** the following is added:

We will also pay the difference between the actual cash value of a covered "auto" at the time of "loss" and the remaining balance on your lease if the following conditions are met:

**a.** The "auto" has a long term lease and is covered on this policy.

**b.** The lessor is added as an Additional Insured in a written lease agreement.

**c.** You are legally obligated for the remaining balance.

We will not pay for any amounts representing excess wear and tear charges; additional mileage charges; taxes; overdue payments; penalties, interest or charges resulting from overdue payments; or lease termination fees.

**17. LIABILITY COVERAGE EXTENSIONS – SUPPLEMENTARY PAYMENTS**

Under **SECTION II – LIABILITY COVERAGE,** the Coverage Extension for **Supplementary Payments** is revised as follows:

**a.** The limit for the cost of bail bonds is amended to $3,500.

**b.** The limit for reasonable expenses incurred by the "insured" is amended to $500 a day.

**18. NEWLY FORMED OR ACQUIRED ORGANIZATIONS**

**a.** The **Who Is An Insured** provision under **SECTION II – LIABILITY COVERAGE** is amended to include as an "insured" any organization that is formed or acquired by you and over which you maintain majority ownership.

**b.** Paragraph **a.** of this provision **18.** does not apply to any organization:

    **1.** That is a joint venture or partnership,

    **2.** That is an "insured" under any other policy,

    **3.** That has exhausted its Limit of Insurance under any other policy, or

    **4.** 180 days or more after its acquisition or formation by you, unless you have given us notice of the acquisition or formation.

**c.** Paragraph **a.** of this provision **18.** does not apply to "bodily injury" or "property damage" that results from an "accident" that occurred before you formed or acquired the organization.

**19. PHYSICAL DAMAGE – TRANSPORTATION EXPENSES COVERAGE**

Under **SECTION III – PHYSICAL DAMAGE** Coverage Extensions, the limit for **Transportation Expenses** is amended to $75 per day and the maximum is amended to $1,800.

**20. TOWING – COVERED AUTOS**

Under **SECTION III – PHYSICAL DAMAGE COVERAGE,** Coverage for Towing is amended as follows:

**a.** This coverage applies to any covered "auto" for which a premium charge for towing and labor is shown in the Schedule or in the Declarations.

**b.** The limit is $100.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCA 201 02 05

ASIC000274   Exhibit 3
Page 274 of 303

# COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we," "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under **SECTION II – WHO IS AN INSURED.**

Other words and phrases that appear in quotation marks have special meaning. Refer to **SECTION V – DEFINITIONS.**

**SECTION I – COVERAGES**

We agree with you in consideration of the payment of premium and in reliance upon your statements in the Declarations, and subject to the Limit of Insurance shown in the Umbrella Declarations, and all the exclusions, terms and conditions of this policy as follows:

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1.  **Insuring Agreement.**

    a.  We will pay on behalf of the insured the "Ultimate Net Loss" in excess of the "retained limit" because of "bodily injury" or "property damage" to which this insurance applies. No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES **A** and **B.**

       We will have the right and duty to defend the insured against any "suit" seeking damages for such "bodily injury" or "property damage", but:

       (1) The amount we will pay for "Ultimate Net Loss" is limited as described in **SECTION III – LIMITS OF INSURANCE;**

       (2) We may, at our discretion, investigate any "occurrence" that may involve this insurance and settle any resultant claim or "suit", for which we may have the duty to defend;

       (3) Our duty to defend applies only to "suits" not covered by any "Underlying Insurance" shown in the Umbrella Declarations or by any other insurance or when the limits of "Underlying Insurance" have been exhausted;

       (4) When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any other "suit" seeking damages to which this insurance may apply. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply, and;

       (5) Our right and duty to defend end when we have exhausted the applicable Limit of Insurance by payment of judgments or settlements under Coverages **A** or **B.**

    b.  This insurance applies to "bodily injury" and "property damage" only if

       (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

       (2) The "bodily injury" or "property damage" occurs during the policy period; and

       (3) Prior to the policy period, no insured listed under Paragraph **1.** of **SECTION II – WHO IS AN INSURED** and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

    c.  "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of **SECTION II – WHO IS AN INSURED** or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group
MANUSCRIPTED

ASIC000275   Exhibit 3
Page 275 of 303

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of **SECTION II – WHO IS AN INSURED** or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

    **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

    **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

    **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury."

**2. Exclusions**

This insurance does not apply to:

**a. Expected or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" arising out of any liability assumed by the insured under any contract or agreement, except insofar as coverage is available to the insured as provided by "underlying insurance" as set forth in the Schedule Of Underlying Insurance.

**c. Workers Compensation and Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**d. E.R.I.S.A.**

Any obligation of the insured under the Employees' Retirement Income Security Act (E.R.I.S.A.), and any amendments thereto or any similar federal, state, or local statute.

**e. Auto Coverages**

    **(1)** Any loss, cost or expense payable under or resulting from any first party physical damage coverage; no-fault law; personal injury protection or auto medical payments coverage; or uninsured or underinsured motorist law; or

    **(2)** "Bodily injury" or "property damage" arising out of the ownership, maintenance or use of any "auto" which is not a "covered auto".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any "auto" that is owned or operated by or rented or loaned to any insured.

**f. Employer's Liability**

"Bodily injury" to:

    **(1)** An "employee" of the insured arising out of and in the course of:

        **(a)** Employment by the insured; or

        **(b)** Performing duties related to the conduct of the insured's business; or

    **(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

With respect to injury arising out of a "covered auto", this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits. For the purposes of this insurance, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCU 100 11 04

ASIC000276   Exhibit 3

This exclusion does not apply to the extent that valid "underlying insurance" for the employer's liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance" unless otherwise directed by this insurance.

**g. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

    (a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

        (i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

        (ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

        (iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

    (b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

    (c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

        (i) Any insured; or

        (ii) Any person or organization for whom you may be legally responsible; or

    (d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

        (i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

        (ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

        (iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire."

    (e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

    (f) That are, or that are contained in any property that is:

        (i) Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

        (ii) Otherwise in the course of transit by or on behalf of the insured; or

        (iii) Being stored, disposed, treated or processed in or upon the covered "auto";

ASIC000277   Exhibit 3<br>Page 277 of 303

**(g)** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the insured for movement into or onto the covered "auto"; or

**(h)** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the insured.

Paragraph **(f)** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(i)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(ii)** The "bodily injury" or "property damage" does not arise out of the operation of any equipment listed in Paragraphs **14.f.(2)** and **14.f.(3)** of the definition of "mobile equipment."

Paragraphs **(g)** and **(h)** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an insured with respect to "pollutants" not in or upon a covered "auto" if:

**(i)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(ii)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**h.  Aircraft or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, operations, use, "loading and unloading" or entrustment to others of:

**(1)** Any watercraft you do not own that is over fifty feet in length, if the "bodily injury" or "property damage" occurs away from premises you own, rent or control

**(2)** Any watercraft owned by you, except for watercraft while ashore on premises you own or rent;

**(3)** Any aircraft, if such aircraft is owned or chartered without a crew by you or on your behalf;

**(4)** Any aircraft or watercraft being operated by any person in the course of his employment by you and is owned by such person.

This exclusion does not apply to:

**(a)** "Bodily injury" to any employee of yours arising out of and in the course of his employment by you;

**(b)** Liability assumed under any contract or agreement for the ownership, maintenance or use of aircraft or watercraft.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft or watercraft that is owned or operated by or rented or loaned to any insured.

**i.  Racing Activities**

"Bodily injury" or "property damage" arising out of the use of any "auto" or "mobile equipment" in, or while in practice for or while being prepared for, any prearranged professional or organized racing, speed or demolition or stunting activity or contest.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCU 100 11 04

ASIC000278   Exhibit 3
Page 278 of 303

**j.  War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**k.  Damage to Property**

"Property damage" to:

**(1)** Property:

    **a.** You own, rent, or occupy including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property; or

    **b.** Owned or transported by the insured and arising out of the ownership, maintenance or use of a "covered auto".

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(1)(b), (3), (4), (5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraphs **(3)** and **(4)** of this exclusion do not apply to liability assumed under a written Trailer Interchange agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard."

**l.  Damage to Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**m.  Damage to Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**n.  Damage to Impaired Property or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work;" or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

ASIC000279   Exhibit 3
Page 279 of 303

**o. Recall of Products, Work or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product;"

**(2)** "Your work;" or

**(3)** "Impaired property;"

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**p. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**q. Employment Related Practices**

"Bodily injury" to:

**(1)** A person arising out of any;

    **(a)** Refusal to employ that person;

    **(b)** Termination of the person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity;

**(2)** to any obligation to share damages with or repay someone else who must pay damages because of the injury; and

**(3)** to the insured and insured's employees. It applies to any and all acts, committed by the insured or the insured's employees whether committed with or without the knowledge of the insured or by or at the direction of the insured or the insured's employees.

**r. Nuclear Energy Exclusion.** This insurance does not apply:

**(1)** Under any Liability Coverage, to "bodily injury" or "property damage:"

    **(a)** With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by the Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

    **(b)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which (i) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (ii) the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**(2)** Under any Medical Payments Coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**(3)** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of "nuclear material," if:

    **(a)** The "nuclear material" (i) is at any nuclear facility owned by, or operated by or on behalf of, an insured or (ii) has been discharged or dispersed therefrom;

    **(b)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCU 100 11 04

ASIC000280   Exhibit 3
Page 280 of 303

    (c) The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(c)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**s. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement.**

**a.** We will pay on behalf of the insured the "Ultimate Net Loss" in excess of the "retained limit" because of "personal and advertising injury" to which this insurance applies. No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under **SUPPLEMENTARY PAYMENTS – COVERAGES A** and **B**.

We will have right and duty to defend the insured against any "suit" seeking damages for such "personal and advertising injury", but:

  **(1)** The amount we will pay for "Ultimate Net Loss" is limited as described in **SECTION III – LIMITS OF INSURANCE;**

  **(2)** We may, at our discretion, investigate any offense that may involve this insurance and settle any resultant claim or "suit", for which we have the duty to defend;

  **(3)** Our duty to defend applies only to "suits" not covered by any "Underlying Insurance" shown in the Umbrella Declarations or by any other insurance or by any other insurance or when the limits of "Underlying Insurance" have been exhausted;

  **(4)** When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any other "suit" seeking damages to which this insurance may apply. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply, and;

  **(5)** Our right and duty to defend end when we have exhausted the applicable Limit of Insurance by payment of judgments or settlements under **Coverages A** or **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business, but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to "personal and advertising injury":

**a. Knowing Violation Of Rights Of Another**

Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

Arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

**f.  Breach Of Contract**

Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g.  Quality Or Performance Of Goods - Failure To Conform To Statements**

Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h.  Wrong Description Of Prices**

Arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i.  Intellectual Property**

Arising out of the actual or alleged infringement or violation of trade dress, trade name, trade secrets, trademark, patent, copyright or any other intellectual property rights or laws, or any act committed by the insured with malice. However, this exclusion does not apply to infringement of copyrighted materials, trade dress or slogans in your "advertisement".

**j.  Insureds In Media And Internet Type Businesses**

Committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **17. a. b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k.  Electronic Chatrooms Or Bulletin Boards**

Arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l.  Unauthorized Use Of Another's Name Or Product**

Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m.  Pollution**

Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n.  Pollution Cost or Expense**

Any loss, cost or expense arising out of any:

**(1)** Request, demand or order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o.  Employment Related Practices**

To:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment or;

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCU 100 11 04

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person whom any of the employment-related practices described in Paragraphs **(a)**, **(b), or (c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity;

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury; and

**(3)** To the insured and insured's employees. It applies to any and all acts, committed by the insured or the insured's employees whether committed with or without the knowledge of the insured or by or at the direction of the insured or the insured's employees.

**p. War**

"Personal and advertising injury", however caused, arising directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

**1.** We will pay, with respect to any claim or "suit" we defend:

**a.** All expenses we incur.

**b.** Up to $2000 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which this Coverage Part applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable Limit of Insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $500 a day because of time off from work.

**e.** All costs taxed against the insured in any "suit" we defend.

**f.** Pre-judgment interest awarded against the insured on that part of any judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any pre-judgment interest based upon that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court that part of the judgment that is within the applicable Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**2.** When we have the right but not the duty to defend the insured and elect to participate in the defense, we will pay our own expenses but will not contribute to the expenses of the insured or the underlying insurer.

**3.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to a "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a written contract or written agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations of the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

ASIC000283    Exhibit 3
Page 283 of 303

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit".

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments, or settlements, or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** Except for liability arising out of the ownership, maintenance, or use of "covered autos":

**a.** If you are designated in the Declarations as:

**(1)** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**(2)** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**(3)** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**(4)** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**(5)** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**b.** Each of the following is also an insured:

**(1)** Your "volunteer workers" only while performing duties related to the conduct of your business or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(a)** "Bodily injury" or "personal and advertising injury":

**(i)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(ii)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(a)(i)** above;

**(iii)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(a)(i)** or **(ii)** above; or

**(iv)** Arising out of his or her providing or failing to provide professional health care services.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group
VCU 100 11 04

ASIC000284   Exhibit 3
Page 284 of 303

      **(b)** "Property damage" to property:

        **(i)** Owned, occupied or used by,

        **(ii)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

    **(2)** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

    **(3)** Any person or organization having proper temporary custody of your property if you die, but only:

      **(a)** With respect to liability arising out of the maintenance or use of that property; and

      **(b)** Until your legal representative has been appointed.

    **(4)** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

  **c.** Any organization you newly acquire or form, other than a partnership or joint venture or a limited liability company and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However,

    **(1)** Coverage under this provision is afforded from the date you acquire or form the organization until the end of the policy period;

    **(2)** **Coverage A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

    **(3)** **Coverage B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

**2.** Only with respect to liability arising out of the ownership, maintenance, or use of "covered autos":

  **a.** You are an insured.

  **b.** Anyone else while using with your permission a "covered auto" you own, hire, or borrow is also an insured except:

    **(1)** The owner or anyone else from whom you hire or borrow a "covered auto". This exception does not apply if the "covered auto" is a trailer or semi trailer connected to a "covered auto" you own.

    **(2)** Your "employee" if the "covered auto" is owned by that "employee" or a member of his or her household.

    **(3)** Someone using a "covered auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

    **(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company), or a lessee or borrower or any of their "employees", while moving property to or from a "covered auto".

    **(5)** A partner (if you are a partnership), or a member (if you are a limited liability company) for a "covered auto" owned by him or her or a member of his or her household.

    **(6)** "Employees" with respect to "bodily injury" to any fellow "employee" of the insured arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business.

  **c.** Anyone liable for the conduct of an insured described above is also an insured, but only to the extent of that liability.

**3.** At your option, and subject to the terms of this Coverage Part, any additional insured, other than you, included in the "underlying insurance" listed in the Umbrella Declarations.

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance required by the contract, less any amounts payable by any "underlying insurance".

Additional insured coverage provided by this insurance will not be broader than coverage provided by the "underlying insurance".

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

ASIC000285   Exhibit 3

## SECTION III – LIMIT OF INSURANCE

1. The Limit of Insurance shown in the Umbrella Declarations and the rules below fix the most we will pay regardless of the number of:

   **a.** Insureds;

   **b.** Claims made, "suits" brought, or number of vehicles involved;

   **c.** Persons or organizations making claims or bringing "suits."

2. The Products-Completed Operations Aggregate Limit is the most we will pay for the sum of all "Ultimate Net Loss" under **Coverage A** and **Coverage B** combined for damages included in the "products-completed operations hazard."

3. The Bodily Injury By Disease Aggregate Limit is the most we will pay for the sum of all "Ultimate Net Loss" under **Coverage A** and **Coverage B** combined because of "bodily injury" by disease to your employees arising out of and in the course of their employment by you.

4. The General Aggregate is the most we will pay for the sum of all "Ultimate Net Loss" arising from damages under **Coverage A** and **Coverage B** combined, except:

   **a.** For damages included in the "products/completed operations hazards"; or

   **b.** For damages because of "bodily injury" by disease to your employees arising out of and in the course of their employment by you; or

   **c.** Coverages included in "underlying insurance" to which no underlying aggregate applies.

5. Subject to the above, whichever applies, the Each Occurrence Limit is the most we will pay:

   **a.** Under **Coverage A** for the sum of all "Ultimate Net Loss" because of all "bodily injury" and "property damage" arising out of any one "occurrence."

   **b.** Under **Coverage B** for the sum of all "Ultimate Net Loss" because of all "personal and advertising injury" sustained by any one person or organization.

   **c.** With respect to Employee Benefit Liability coverage under **Coverage A** if included under "underlying insurance," for the sum of all "Ultimate Net Loss" sustained by any one "employee" or former "employee."

The Limit of Insurance applies separately to each consecutive annual period, and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limit of Insurance.

## SECTION IV – COMMERCIAL UMBRELLA LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy, insolvency, or receivership of the insured, the insured's estate or of any underlying insurer will not relieve us of our obligations under this Coverage Part, but with regard to bankruptcy, insolvency, or receivership of any underlying insurer, our Limit of Insurance will apply only in excess of the required Limit of Insurance stated in, Schedule of "Underlying Insurance", of the Umbrella Declarations of this policy and shall apply in the same manner as though the "Underlying Insurance" were available and collectible.

2. **Duties In The Event Of Occurrence, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of any "occurrence" or offense, regardless of the amount, which may result in a claim when the "occurrence" or offense is known to:

   **(1)** You, if you are an individual;

   **(2)** Your partner, if you are a partnership;

   **(3)** Your member, if you are a joint venture;

   **(4)** Your member or manager, if you are a limited liability company;

   **(5)** Your officer or insurance manager, if you are an organization other than a partnership or joint venture; or

   **(6)** Your trustee, if you are a trust.

   To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

   **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCU 100 11 04

**b.** If a claim is made or "suit" is brought against any insured, you must:

    **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

    **(2)** Notify us as soon as practicable.

    You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

    **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit;"

    **(2)** Authorize us to obtain records and other information;

    **(3)** Cooperate with us in the investigation, settlement or defense of the claim or "suit;" and

    **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**e.** If you report an "occurrence" to your workers compensation insurer which later develops into a liability claim for which coverage is provided by this policy, failure to report such "occurrence" to us at the time of "occurrence" shall not be deemed in violation of paragraphs **(a)**, **(b)** and **(c)** above. However, it is understood and agreed that you shall give written notice of the aforesaid "occurrence" to us as soon as you are made aware of the fact the particular "occurrence" may be a liability claim rather than or in addition to a workers compensation claim.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Maintenance Of Underlying Insurance**

**a.** You must keep the "Underlying Insurance" described in the Umbrella Declarations of this policy, in full force and in effect during the policy period of this policy. The types of insurance and the Limit(s) of Insurance must be maintained without reduction or elimination, except for the reduction of the aggregate limits due to the payment of claims, settlements or judgments. You must inform us of any replacement of "Underlying Insurance" within 30 days. You must notify us immediately of any change in the terms and conditions of the "Underlying Insurance," and we may adjust our premium accordingly. If any "Underlying Insurance" is cancelled or nonrenewed, you must notify us immediately. If this happens, we may cancel that portion of that coverage effective the same date.

**b.** Reduction or exhaustion of "Underlying Insurance" by payment of losses will not be a failure to maintain "Underlying Insurance."

**c.** Failure to maintain "underlying insurance" will not invalidate this insurance. However, this insurance will apply as if the "underlying insurance" were in full effect.

**d.** No provision in this section effects cancellation or non-renewal provisions of this policy.

**5. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this Coverage Part, our obligations under this Coverage Part are limited as follows:

**a. Excess Insurance**

    This insurance is excess over, and shall not contribute with any other insurance, whether primary, excess, contingent or on any other basis; or scheduled in "Underlying Insurance" or not, except insurance bought by you to specifically apply in excess of this Coverage Part.

**b.** We will have no duty under **Coverages A** or **B** to defend any claim or "suit" that any other insurer had or has a duty to defend. If no other insurer defends, we may undertake to do so, but we will be entitled to the insured's rights against all other insurers.

**ASIC000287**   Exhibit 3

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under this or any other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this excess insurance provision.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Umbrella Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us;

**c.** We have issued this policy in reliance upon your representations; and

**d.** This policy is void in any case of fraud by you as it relates to this policy or any claim under this policy.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

Recoveries shall reimburse us and all others, including the insured, in the same proportion as the total limit of liability of each participant in such loss payment bears to the total loss sustained.

When we elect to participate in the exercise of the insured's rights of recovery, reasonable expenses resulting therefrom shall be apportioned among all interests in the ratio of their respective losses for which recovery is sought.

If there should be no recovery as a result of proceedings instituted solely at our request, we shall bear all expenses of such proceedings.

**9. Appeals**

If the underlying insurer or insured elects not to appeal a judgment in excess of the "retained limit", we may do so at our own expense. We will be liable for taxable costs, pre- and post judgment interest and disbursements.

**10. Loss Payable**

Liability under this Coverage Part shall not apply unless and until the insured or insured's underlying insurer has become obligated to pay the "retained limit". Such obligation by the insured to pay part of the "ultimate net loss" shall have been previously determined by a final settlement or judgment after an actual trial or written agreement between the insured, claimant, and us.

**11. Transfer of Defense**

When the underlying limits of insurance have been used up in the payments of judgments or settlements, the duty to defend will be transferred to us. We will cooperate in the transfer of control to us of any outstanding claims or "suits" seeking damages to which this insurance applies which would have been covered by the "underlying insurance" had the applicable limit not been used up.

**12. Expanded Territory**

**a.** If a "suit" is brought in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from defending the insured, the insured will initiate a defense of the "suit". We will reimburse the insured, under Supplementary Payments, for any reasonable and necessary expenses incurred for the defense of a "suit" seeking damages to which this insurance applies, that we would have paid had we been able to exercise our right and duty to defend.

If the insured becomes legally obligated to pay sums because of damages to which this insurance applies in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from paying such sums on the insured's behalf, we will reimburse the insured for such sums.

 Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group VCU 100 11 04

ASIC000288   Exhibit 3

**b.** All payments or reimbursements we make for damages because of judgments or settlements will be made in U.S. currency at the prevailing exchange rate at the time the insured became legally obligated to pay such sums. All payments or reimbursements we make for expenses under Supplementary Payments will be made in U.S. currency at the prevailing exchange rates at the time the expenses were incurred.

**c.** Any disputes between you and us as to whether there is coverage under this policy must be filed in the courts or the United States of America (including its territories or possessions), Puerto Rico or Canada.

**d.** The insured must fully maintain any coverage required by law, regulation or other governmental authority during the policy period, except for reduction of the aggregate limits due to payment of claims, judgments or settlements.

Failure to maintain such coverage required by law, regulation or other governmental authority will not invalidate this insurance. However, this insurance will apply as if the required coverage by law, regulation or other governmental authority was in full effect.

## SECTION V – DEFINITIONS

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   **a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   **b.** Regarding web-sites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

   **a.** A land motor vehicle, trailer or semi-trailer designed for travel on public roads, including any attached machinery or equipment.

   **b.** Another land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

   However, "auto" does not include "mobile equipment."

3. "Bodily injury" means bodily injury, sickness, or disease sustained by a person, including death resulting from any of these at any time. "Bodily injury" includes mental anguish or other mental injury resulting from "bodily injury".

4. "Coverage territory" means this insurance applies anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America.

5. "Covered auto" means only those "autos" to which "underlying insurance" applies.

6. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

7. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

8. "Hazardous properties" include radioactive, toxic, or explosive properties.

9. "Hostile Fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

10. "Impaired property" means tangible property, other than "your product" or "your work," that cannot be used or is less useful because:

    **a.** It incorporates "your product" or "your work," that is known or thought to be defective, deficient, inadequate or dangerous; or

    **b.** You have failed to fulfill the terms of a contract or agreement;

    if such property can be restored to use by:

    **a.** The repair, replacement, adjustment or removal of "your product" or "your work:" or

    **b.** Your fulfilling the terms of the contract or agreement.

11. "Insured contract" means:

    **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

    **b.** A sidetrack agreement;

ASIC000289    Exhibit 3
Page 289 of 303

   **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.** An obligation, as required by ordinance, to indemnify a municipality;

   **e.** An elevator maintenance agreement;

   **f.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you, or any of your "employees", of any auto. However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

   **g.** That part of any contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraphs **f.** and **g.** do not include that part of any contract or agreement:

     **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

     **(2)** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees" if the "auto" is loaned, leased or rented with a driver;

     **(3)** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a "covered auto" over a route or territory that a person or organization is authorized to serve by public authority.

**12.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker."

**13.** "Loading or unloading" means the handling of property:

   **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "covered auto;"

   **b.** While it is in or on an aircraft, watercraft or "covered auto": or

   **c.** While it is being moved from an aircraft, watercraft or "covered auto" to the place where it is finally delivered;

   but, "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "covered auto".

**14.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   **b.** Vehicles maintained for use solely on or next to premises you own or rent;

   **c.** Vehicles that travel on crawler treads;

   **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

     **(1)** Power cranes, shovels, loaders, diggers or drills; or

     **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

   **e.** Vehicles not described in **a., b., c.,** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

     **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

     **(2)** Cherry pickers and similar devices used to raise or lower workers;

   **f.** Vehicles not described in **a., b., c.,** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

   However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos;"

     **(1)** Equipment designed primarily for:

       **(a)** Snow removal;

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group
VCU 100 11 04

ASIC000290   Exhibit 3

    **(b)** Road maintenance, but not construction or resurfacing;

    **(c)** Street cleaning;

  **(2)** Cherry pickers and similar devices mounted on automobiles or truck chassis and used to raise or lower workers; and

  **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle law are considered "autos".

**15.** "Nuclear material" means "source material," "special nuclear material," or "by-product material."

**16.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**17.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

  **a.** False arrest, detention or imprisonment;

  **b.** Malicious prosecution;

  **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

  **d.** Oral or written publication, in any manner, of material that:

    **(1)** slanders or libels a person or organization. This does not include any slander or libel related to the actual or alleged infringement or violation of any intellectual property rights or laws; or

    **(2)** disparages a person's or organization's goods, products or services. This does not include any disparagement related to the actual or alleged infringement or violation of any intellectual property rights or laws;

  **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

  **f.** The use of another's advertising idea in your "advertisement"; or

  **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**18.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke; vapor; soot; fumes; acids; alkalis; chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**19.**  **a.** "Products-completed operations hazard" includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    **(1)** Products that are still in your physical possession; or

    **(2)** Work that has not yet been completed or abandoned.

  **b.** "Your work" will be deemed completed at the earliest of the following times:

    **(1)** When all of the work called for in your contract has been completed.

    **(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

    **(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

  **c.** This hazard does not include "bodily injury" or "property damage" arising out of:

    **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle created by the "loading or unloading" of it;

    **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials.

    **(3)** Products or operations for which the classification in this Coverage Part includes products or completed operations.

ASIC000291   Exhibit 3
Page 291 of 303

20. "Property damage" means:

   a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

   For purposes of this insurance, electronic data is not tangible property.

   As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

21. "Retained limit" means the total of all insurance amounts available to the insured and applicable to any loss covered under this Coverage Part.

   All insurance amounts available to the "insured" as specified above shall include not only any insurance shown in Schedule of Underlying Insurance, of the Umbrella Declarations of this policy, but also any other valid and collectible insurance as specified in Condition 5, Other Insurance.

22. "Source material," "special nuclear material," and "by-product material" have the meaning given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

23. "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor."

24. "Suit" means a civil proceeding in which damages because of "bodily injury," property damage," "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

25. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

26. "Ultimate Net Loss" means the total amount of damages in excess of the "retained limit" for which the insured is legally liable in payment of "bodily injury," "property damage," and "personal and advertising injury." "Ultimate Net Loss" may be established by adjudication, arbitration, or a compromise settlement to which we have previously agreed in writing.

   "Ultimate Net Loss" shall be reduced by any recoveries or salvages which have been paid or will be collected, but the amount of "Ultimate Net Loss" shall not include any expenses incurred by any insured, by us or by any "Underlying Insurance" carrier.

27. "Underlying Insurance" means the coverage(s) afforded under insurance policies designated in the Schedule of Underlying Insurance of the Umbrella Declarations of this policy; including any policies issued to replace these policies which include the same limits; same coverage; the same terms and conditions.

28. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

29. "Waste" means any "waste" material (a) containing "by-product material" other than the tailings or "wastes" produced by the extraction or concentration of uranium or thorium from any one processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility."

   "Nuclear facility" means:

   (a) Any "nuclear reactor;"

   (b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel," or (3) handling, processing or packaging "waste;"

   (c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group

VCU 100 11 04

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste;" and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

**30.** "Your product";

  **a.** Means:

    **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

      **(a)** You;

      **(b)** Others trading under your name; or

      **(c)** A person or organization whose business or assets you have acquired; and

    **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

  **b.** Includes

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

    **(2)** The providing of or failure to provide warnings or instructions.

  **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**31.** "Your work":

  **a.** Means:

    **(1)** Work or operations performed by you or on your behalf; and

    **(2)** Materials, parts or equipment furnished in connection with such work or operations.

  **b.** Includes

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

    **(2)** The providing of or failure to provide warnings or instructions.

ASIC000293   Exhibit 3
Page 293 of 303

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – CARE, CUSTODY OR CONTROL (PROPERTY OF OTHERS)

This endorsement modifies the insurance provided by the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM

The following is added to the **Exclusions** section under **Coverage A:**

This insurance does not apply to "property damage" to:

1. Property of others occupied by or leased to the insured; or
2. Property of others used by the insured; or
3. Property of others in the care, custody or control of the insured or property of others over which the insured for any purpose is exercising control.

**ASIC000294**   Exhibit 3
Page 294 of 303

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – PROFESSIONAL SERVICES LIABILITY

This endorsement modifies the insurance provided by the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM

The following is added to the **Exclusions** section under **COVERAGE A** and **COVERAGE B:**

It is agreed that no coverage is provided under the Commercial Umbrella Liability Coverage Form for:

1. injuries, damages, claims, "suits", actions or proceedings arising out of any "wrongful act" committed by the Insured, or by any person for whom the Insured is legally liable, and arising out of the rendering or failure to render "professional services" in the conduct of the insured's business; or

2. any "costs" resulting directly from any "wrongful act" committed by the Insured, or by any person for whom the Insured is legally liable, and arising out of the rendering or failure to render "professional services" in the conduct of the insured's business.

The following definitions apply:

"Costs" means fines, sanctions, statutory penalties, fees and other expenses.

"Professional services" means services including, but not limited to, consulting, offering advice or making recommendations while in the conduct of the insured's business.

"Wrongful act" means any alleged act, error or omission, committed solely in the performance of "professional services".

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2004, OneBeacon Insurance Group
MANUSCRIPTED

ASIC000295   Exhibit 3
Page 295 of 303

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – FUNGI OR BACTERIA

This endorsement modifies the insurance provided by the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of SECTION I – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY:

    **2.** **Exclusions**

        This insurance does not apply to:

        **Fungi or Bacteria**

        **a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

        **b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

        This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of SECTION I – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:

    **2.** **Exclusions**

        This insurance does not apply to:

        **Fungi or Bacteria**

        **a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

        **b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **SECTION V – DEFINITIONS:**

    "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

ASIC000296   Exhibit 3
Page 296 of 303

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – UNSOLICITED EMAILS, FAX, PHONE CALLS OR OTHER METHODS OF SENDING MATERIAL OR INFORMATION

This endorsement modifies the insurance provided by the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

    **2. Exclusions**

    This insurance does not apply to:

    **DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

    "Bodily injury", or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

    **a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

    **b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

    **c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**B.** The following exclusion is added to Paragraph **2., Exclusion** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

    **2. Exclusions**

    This insurance does not apply to:

    **DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

    "Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

    **a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

    **b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

    **c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

ASIC000297   Exhibit 3
Page 297 of 303

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TECHNOLOGY ERRORS & OMISSIONS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM

It is agreed that no coverage is provided under the Commercial Umbrella Liability Coverage form for injuries, damages, claims, "suits", actions or proceedings arising out of **"Technology Errors & Omissions"**.

**"Technology error or omission"** means any negligent act, error or omission committed by you in the conduct of your business resulting in the failure of **"your technology offerings"** to perform the function or serve the purpose intended.

**"Your technology offerings"** means **"your products"** and **"your work"**.

**"Your products"** means goods, programs, designs, products, services or components which you or others trading under your name manufactured, sold, handled, or distributed.

**"Your products"** includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of your products; and

b. The providing of or failure to provide warnings or instructions.

**"Your work"** means work, service or operations performed by you or on your behalf for others including:

a. Analyzing, designing, integrating, maintaining, processing, programming, providing repairing or servicing software, programs or systems; or

b. Analyzing, designing or maintaining any communications network, web site or internet operations; or

c. Managing or processing data or other information that is in electronic form; or

d. Consulting, staffing, training and other support services related to your technology offerings; or

e. Materials, parts or equipment furnished in connection with such work.

**"Your work"** includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of your work; and

b. The providing of or failure to provide warnings and instructions.

ASIC000298　Exhibit 3
Page 298 of 303

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# INTERNET SEARCH, ACCESS, CONTENT OR SERVICE PROVIDER COVERAGE EXTENSION

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM

The following exclusions under the definition of "personal and advertising injury" are amended as follows:

**j.    Insureds In Media Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)**  Advertising, broadcasting, publishing or telecasting; or

**(2)**  Designing or developing content of website for others.

However, this exclusion does not apply to paragraphs **17.a., b.,** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k.    Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or maintains for others.

Copyright 2007, OneBeacon Insurance Group
MANUSCRIPTED

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM AND EXCLUSION OF OTHER ACTS OF TERRORISM COMMITTED OUTSIDE THE UNITED STATES

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE PART

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism" or out of an "other act of terrorism" that is committed outside of the United States (including its territories and possessions and Puerto Rico), but within the "coverage territory". However, with respect to an "other act of terrorism", this exclusion applies only when one or more of the following are attributed to such act:

1. The total of insured damage to all types of property exceeds $25,000,000 (valued in U.S. dollars). In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

2. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   **a.** Physical injury that involves a substantial risk of death; or

   **b.** Protracted and obvious physical disfigurement; or

   **c.** Protracted loss of or impairment of the function of a bodily member or organ; or

3. The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

4. The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

5. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

With respect to this exclusion, paragraphs **1.** and **2.** describe the thresholds used to measure the magnitude of an incident of an "other act of terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

**B.** The following definitions are added:

1. For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part or underlying insurance to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part or underlying insurance.

2. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

   **a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2008, OneBeacon Insurance Group
MANUSCRIPTED

ASIC000300   Exhibit 3
Page 300 of 303

    **b.**  The act resulted in damage:

        **(1)**  Within the United States (including its territories and possessions and Puerto Rico); or

        **(2)**  Outside of the United States in the case of:

            **(a)**  An air carrier (as defined in Section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or

            **(b)**  The premises of any United States mission; and

    **c.**  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

  **3.**  "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

    Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

**C.**  In the event of any incident of a "certified act of terrorism" or an "other act of terrorism" that is not subject to this exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Coverage Part.

Includes copyrighted material of Insurance Services Office, Inc.
Copyright 2008, OneBeacon Insurance Group

VCU 306 01 08

ASIC000301   Exhibit 3
Page 301 of 303

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDED TERRORISM COVERAGE – COVERED AUTOS

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **VCU 302 –** Exclusion Of Certified Acts Of Terrorism |
| **VCU 303 –** Exclusion Of Other Acts of Terrorism Committed Outside The United States; Cap On Losses From Certified Acts of Terrorism |
| **VCU 306 –** Exclusion Of Certified Acts Of Terrorism And Exclusion Of Other Acts Of Terrorism Committed Outside The United States |
| **VCU 307 –** Exclusion Of Punitive Damage Related To A Certified Act Of Terrorism |
| **VCU 402 –** Arkansas – Exclusion Of Punitive Damage Related To A Certified Act Of Terrorism |
| **VCU 673 AK –** Alaska – Exclusion Of Certified Acts Of Terrorism |
| **VCU 674 AK –** Alaska – Exclusion Of Other Acts Of Terrorism Committed Outside The United States; Cap On Losses From Certified Acts of Terrorism |
| **VCU 677 AK –** Alaska – Exclusion Of Certified Acts Of Terrorism And Exclusion Of Other Acts Of Terrorism Committed Outside The United States |
| **VCU 678 AK –** Alaska – Exclusion Of Punitive Damages Related To A Certified Act Of Terrorism |

**A.** If any of the endorsements shown in the schedule are attached to the policy, those endorsements do not apply to "bodily injury" or "property damage" arising out of the ownership, maintenance or use of any "auto" which is a "covered "auto".

**B.** With respect to "bodily injury" or "property damage" arising out of the ownership, maintenance or use of any "auto" which is a "covered auto", coverage provided under this Coverage Part for acts of terrorism (however defined) will follow the provisions, exclusions and limitations of the "underlying insurance" unless otherwise directed by this insurance.

ASIC000302   Exhibit 3
Page 302 of 303

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM

**(1)** Exclusion **c.** of **COVERAGE A**- BODILY INJURY AND PROPERTY DAMAGE LIABILITY is deleted.

**(2)** In Condition **4.a.**, Maintenance of "Underlying Insurance," the sentences: If any "Underlying Insurance" is cancelled or non-renewed you must notify us immediately. If this happens we may cancel that portion of that coverage effective the same date, are deleted and replaced by the following:

In the event you fail to maintain "Underlying Insurance" or to meet all conditions subsequent to loss under such "Underlying Insurance" the insurance afforded by the Commercial Umbrella Liability Coverage Form shall apply in the same manner it would have applied had such "Underlying Insurance" been so maintained in force.

ASIC000303   Exhibit 3
Page 303 of 303